UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 21, 2009
ACO-011

No. 09-8075

THE CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM; LABORERS PENSION TRUST FUNO FOR NORTHERN CALIFORNIA, On behalf of Themselves and All Others Similarly Situated

v.

TOLL BROS INC; BRUCE TOLL; ROBERT TOLL; ZVI BARZILAY; JOEL H. RASSMAN; RICHARD BRAEMER; PAUL E. SHAPIRO; ROBERT S. BLANK; CARL B. MARBACH; JOSEPH R. SICREE,
                                                                Petitioners

(E.D. Pa. No. 07-cv-01513)

Present: SLOVITER, AMBRO and SMITH, Circuit Judges

1) Petition for Permission to Appeal the order of the District Court dated August 29, 2008, pursuant to 28 U.S.C. Section 1292(b)

2) Response by Respondents to Petition for Permission to Appeal under 28 U.S.C. Section 1292(b)

/s/Caitlyn J. Gillie
Case Manager (267)299-4956

_____ **O R D E R** _____

**The foregoing** petition for permission to appeal the order of the District Court dated August 29, 2008 pursuant to 28 U.S.C. § 1292(b) is denied.



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By the Court,

/s/  Dolores K. Sloviter
**Circuit Judge**

**Dated:** November 3, 2009
CJG/cc: Eric A. Issacson, Esq.

Russell D. Paul, Esq.
Barbara A. Podell, Esq.
Sharrie R. Savett, Esq.