UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF HIALEAH EMPLOYEE'S RETIREMENT SYSTEM and LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, On Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>TOLL BROTHERS, INC., et al.,<br><br>       Defendants. | Civ. Action No. 07-1513<br><br><u>CLASS ACTION</u><br><br>The Honorable C. Darnell Jones II<br><br>LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

522969_1

- 1 -

Lead Plaintiffs The City of Hialeah Employee's Retirement System ("Hialeah") and Laborers Pension Trust Fund for Northern California ("Laborers") hereby move this Court for an order pursuant to Federal Rule of Civil Procedure 23: (1) certifying a plaintiff class (the "Class") consisting of all persons who purchased, or otherwise acquired, Toll Brothers, Inc.'s common shares during the period December 9, 2004 through November 8, 2005 (the "Class Period"), inclusive[1]; and (2) appointing Hialeah and Laborers as class representatives and their counsel Robbins Geller Rudman & Dowd LLP and Berger & Montague, P.C. as class counsel.

This motion is based upon the accompanying memorandum of law in support thereof, the pleadings and records on file in this case and such other matters and argument as the Court may consider.

DATED: May 14, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
SPENCER A. BURKHOLZ
SHANNON M. MATERA
MATTHEW I. ALPERT

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

---

[1] Excluded from the Class are defendants, the officers and directors of Toll Brothers, Inc., members of their immediate families, any officer, director or partner of any defendant, any entity in which a defendant has a controlling interest and the heirs, successors or assigns of any such excluded party.

- 2 -

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
RUSSELL D. PAUL
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL  33140
Telephone:  305/532-3200
305/535-0050 (fax)

WEINBERG ROGER & ROSENFELD, P.C.
BARRY HINKLE
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501
Telephone:  510/337-1001
510/337-1023 (fax)

Additional Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2010.

s/ SPENCER A. BURKHOLZ
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  SpenceB@rgrdlaw.com

522969_1

# Mailing Information for a Case 2:07-cv-01513-CDJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MATTHEW ALPERT**
  malpert@csgrr.com,e_file_sd@csgrr.com

- **LAURA ANDRACCHIO**
  lauraa@csgrr.com,e_file_sd@csgrr.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **SPENCER A. BURKHOLZ**
  spenceb@lerachlaw.com,e_file_sd@lerachlaw.com

- **MICHAEL P. CARROLL**
  michael.carroll@davispolk.com

- **ANTHONY WARNER CLARK**
  anthony.clark@skadden.com

- **WILLIAM F. CLARKE , JR**
  william.clarke@skadden.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **DANIEL M. GONEN**
  daniel.gonen@skadden.com

- **ROBERT C. HEIM**
  robert.heim@dechert.com,lisa.ricchezzs@dechert.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **KIMBERLY A. LAMAINA**
  klamaina@skadden.com,dlmlcwas@skadden.com

- **CHRISTOPHER P. MALLOY**
  christopher.malloy@skadden.com,paris.abell@skadden.com,jason.skorupka@skadden.com

- **RAJESH RAY MANDLEKAR**
  raym@csgrr.com,e_file_sd@csgrr.com

- **JONATHAN D. MARTIN**
  jonathan.martin@davispolk.com,ecf.ct.papers@dpw.com,seth.caffrey@davispolk.com,kevin.vanlandingham@dpw.com

- **SHANNON MCKENNA MATERA**
  SMatera@csgrr.com,e_file_sd@csgrr.com

- **MICHAEL J. NEWMAN**
  michael.newman@dechert.com,lisa.ricchezza@dechert.com

- **ALYSON M. OSWALD**
  alyson.oswald@dechert.com,lisa.ricchezza@dechert.com

- **RUSSELL D. PAUL**
  rpaul@bm.net,kwalker@bm.net,lbauer@bm.net

- **BARBARA A. PODELL**
  bpodell@bm.net,emagnus@bm.net

- **EDMUND POLUBINSKI , III**
  edmund.polubinski@davispolk.com

- **SHERRIE R. SAVETT**
  ssavett@bm.net,sdavis@bm.net,mgatter@bm.net

- **ROBERT E. ZIMET**
  robert.zimet@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)