# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM and LABORERS PENSION TRUST FUNDS FOR NORTHERN CALIFORNIA, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 07-1513 CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TOLL BROTHERS, INC., BRUCE E. TOLL, ROBERT I. TOLL, ZVI BARZILAY, ROBERT S. BLANK, JOEL H. RASSMAN, RICHARD BRAEMER, PAUL E. SHAPIRO, CARL B. MARBACH and JOSEPH R. SICREE, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF JOHN D. FINNERTY, PH. D. IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, John D. Finnerty, declare pursuant to 28 U.S.C. § 1746, as follows:

## I.    Qualifications

1.  My name is John D. Finnerty.  I am a Professor of Finance and the former Director of the

Master of Science in Quantitative Finance Program in the Graduate School of Business

Administration at Fordham University.  I was awarded early tenure in 1991, and received

the Gladys and Henry Crown Award for Faculty Excellence in 1997.  I have published

thirteen books, including *Corporate Financial Management*, 3rd ed., *Principles of Financial

Management*, and *Debt Management*, and more than 90 articles and professional papers with

1

respect to corporate finance, fixed income, and business and securities valuation.  I have served as the Chair of the Trustees, President, and Director, and I am currently a Trustee, of the Eastern Finance Association, an academic finance organization. I have also served as the President and Director of the Fixed Income Analysts Society, an association of finance professionals based in New York City. I am a former editor of *Financial Management*, one of the leading academic finance journals, and a former editor of *FMA Online*. I am a member of the editorial board of the *Journal of Portfolio Management*.

2.  My teaching and research deal mainly with corporate finance, investment banking, and fixed income securities valuation and portfolio management.  I have previously published a paper on the calculation of damages in securities fraud cases entitled, "An Improved Two-Trader Model for Measuring Damages in Securities Fraud Class Actions," which was published in the Spring 2003 issue of the Stanford Journal of Law, Business & Finance.  I have extensive experience calculating damages in securities fraud cases.

3.  I am also a Managing Principal at Finnerty Economic Consulting, LLC (FinnEcon®), which provides financial consulting and valuation services to law firms, corporations, industry associations, and government agencies.

4.  Prior to forming FinnEcon® in 2003, I was a Managing Principal at Analysis Group, Inc., an economic consulting firm.  Prior to joining Analysis Group, I was a Partner (non-audit) in the PricewaterhouseCoopers Financial Advisory Services Group for five years, and previously held investment banking positions at Morgan Stanley, Lazard Frères, McFarland Dewey, and Houlihan Lokey Howard & Zukin.

5.  I received a Ph.D. in Operations Research from the Naval Postgraduate School, an M.A. in Economics from Cambridge University where I was a Marshall Scholar, and a B.A. in Mathematics from Williams College.  Attached as Appendix A is a true and correct copy of

my current resume, which lists all publications I have written or co-authored and includes a brief description of my trial and deposition testimony within the past four years.

6.  My firm is being compensated at a rate of $695 per hour for my work on this matter, and my compensation is not contingent on my findings or on the outcome of this matter.  Some of the analyses in this declaration have been performed by my staff working under my direction.

7.  Appendix B lists the documents I considered in coming to my opinions in this matter.

## II.   Assignment

8.  Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Berger & Montague, P.C. ("Berger & Montague"), co-counsel for the plaintiffs in this matter, have asked me to perform two tasks: (1) opine on the efficiency of the market for the common stock of Toll Brothers, Inc. ("Toll Brothers") during the period extending from December 9, 2004 through November 8, 2005 (the "Class Period"), and (2) conduct appropriate event studies and opine on whether any of the declines in the price of Toll Brothers' common stock were statistically significant and directly attributable to and substantially caused by identifiable news events relating to the disclosure of the fraud allegedly committed by Toll Brothers during the Class Period.

9.  I am assuming for the purpose of preparing this declaration that the plaintiffs will prove liability at trial.  I am also assuming that it is reasonable to conclude that the company's stock price was inflated during the class period if the company's common stock exhibits a statistically significant negative price reaction to the corrective disclosures regarding the alleged fraud.

### III. Summary of Opinions

10. I have reached the following opinions after conducting appropriate studies, the results of which are described in this declaration:

- The market for the common stock of Toll Brothers was open, developed, and efficient throughout the entire Class Period. Each and every statistical test conducted as part of this analysis supports this conclusion.

- There were four dates on which the declines in the price of Toll Brothers' common stock were statistically significant and directly attributable to and substantially caused by identifiable news events relating to the disclosure of the fraud allegedly committed by Toll Brothers. The four dates are August 5, 2005, August 25, 2005, October 3, 2005 and November 8, 2005 (the "Disclosure Dates").

- The abnormal return of Toll Brothers' common stock on August 5, 2005 is -2.92%, the abnormal return of Toll Brothers' common stock on August 25, 2005 is -3.04%, the abnormal return of Toll Brothers' common stock on October 3, 2005 is -4.51%, and the abnormal return of Toll Brothers' common stock on November 8, 2005 is -8.04%. The abnormal negative return on each of the four Disclosure Dates is highly statistically significant, in each case with a less than 1 in 100 chance that this occurred by mere chance. It is my opinion that all four daily negative abnormal returns are directly attributable to and were substantially caused by news events disclosing the fraud allegedly committed by Toll Brothers, as described further in this declaration.

## IV.    Market Efficiency

11. An efficient market is one in which "security prices fully reflect all available information."[1] Stock price movements take place only after someone, on the basis of new information, is able to better assess the value of the asset.[2] There are three versions of the Efficient Market Hypothesis ("EMH").[3] The weak form of the EMH states that prices reflect all information contained in past trading. The semi-strong form of the EMH holds that stock prices reflect all publicly available information. The strong form of the EMH states that stock prices reflect all public and private information. There is little evidence that the strong form of the EMH holds, and it would be surprising if insiders with possession of material non-public information could not earn abnormal trading profits.[4]

12. The focus of my declaration is on the semi-strong form of the EMH, which is the most widely accepted characterization of what is meant by an "efficient market" in the securities industry and in academia. If a security's price reflects all public information, an investor can rely on it as the market's consensus of the security's fair value. Judge Alfred J. Lechner, Jr, in <u>Cammer v. Bloom</u>,[5] cited commentators Bromberg & Lowenfels[6] ("Bromberg"), in defining certain key terms related to market efficiency:

- An open market is one in which anyone, or at least a large number of persons, can buy or sell.

---

[1] Elton, Edwin J., Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis</u>, 6th ed., 2003, page 402.

[2] Emery, Douglas R., John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 3rd ed., Prentice Hall, 2007, page 422.

[3] Fama, Eugene, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 25, March 1970, pages 383-417.

[4] Jaffe, Jeffrey, "Special Information and Insider Trading," *Journal of Business*, 47, July 1974, pages 410-428, and Lorie, James, and Victor Niederhoffer, "Predictive and Statistical Properties of Insider Trading," *Journal of Law and Economics*, 11, April 1968, pages 91-103.

[5] <u>Cammer v. Bloom</u>, 711 F. Supp. 1264 (D.N.J. 1989).

[6] *Ibid*. at 1276, citing Bromberg & Lownfels, 4 Securities Fraud and Commodities Fraud, § 8.6, August 1988.

- A developed market is one which has a relatively high level of activity and frequency, and for which trading information (e.g., price and volume) is widely available.  It is principally a secondary market in outstanding securities.  It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).

- An efficient market is one which rapidly reflects new information in price.  These terms are cumulative in the sense that a developed market will almost always be an open one, and an efficient market will almost invariably be a developed one.[7]

13. The Cammer Court described five factors which should be considered in determining whether a market for a specific security is efficient:

   a.  the stock's average trading volume;

   b.  the number of securities analysts who follow and report on the stock;

   c.  the presence of market makers and arbitrageurs;

   d.  the company's eligibility to file a Form S-3 Registration Statement; and

   e.  a cause-and-effect relationship, over time, between unexpected corporate events or financial news releases and an immediate response in stock price.[8]

14. It is my opinion that the Cammer factors are consistent with the economics literature and that they provide valuable insight into whether the market for a security is efficient.[9]  I examined each of these factors for the market for the common stock of Toll Brothers during the Class Period.

---

[7] *Ibid.*
[8] *Ibid*, at 1286-1287.
[9] Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporation Law,* 19, Winter 1994, pages 285-312.

15. In addition to the Cammer factors, I also considered supplemental tests cited in <u>Elmer</u> <u>Krogman v. R. Dale Sterritt, Jr.</u>[10] to examine the market efficiency for a security:

    a.  the company's market capitalization;

    b.  the stock's bid-ask spread;

    c.  the stock's float; and

    d.  the number of market makers in the stock.

16. Additionally, I tested whether the price of Toll Brothers' common stock followed a random walk during the Class Period, and I examined the pricing of put and call options and analyzed whether put-call parity held throughout the Class Period. The random walk model suggests that in an efficient market, stock price movements are independent and the returns on the stock are identically distributed over time.[11] Put-call parity should hold, at least to a close approximation, if the market for Toll Brothers' common stock and the market for its put and call options are efficient.

17. The Elmer Krogman tests, the random walk tests and the put-call parity tests, taken in conjunction with the Cammer Factors, collectively facilitate a thorough assessment of whether the market for Toll Brothers' common stock was efficient during the Class Period.

**V.   Application of the Cammer Factors to the Market for Toll Brothers' Common Stock**

    **a.  Cammer Factor One: Weekly Trading Volume**

18. High trading volume is indicative of an efficient market. As stated in <u>Cammer</u>, "The reason the existence of an actively traded market, as evidenced by a large weekly volume of stock trades, suggests there is an efficient market is because it implies significant investor interest in the

---

[10] 202 F.R.D. 467 (N.D. Tex. 2001).
[11] Elton, Edwin J., Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis</u>, 6th ed., 2003, page 405.

company.  Such interest, in turn, implies the likelihood that many investors are executing trades on the basis of newly available or disseminated corporate information."[12]  According to Bromberg, "Turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[13]

19.   During the Class Period, the average weekly reported trading volume for Toll Brothers' common stock was 22,817,667 shares.  (See Exhibits A and B.)  Toll Brothers' weekly trading volume averaged 14.80% of shares outstanding, which provides a strong presumption of a highly liquid and efficient market.

20.   The annualized turnover ratio is the annual reported trading volume divided by the number of shares outstanding.  A total of 1,108,006,300 Toll Brothers shares traded during the Class Period, and the average number of Toll Brothers shares outstanding during the Class Period was 154,147,892 shares.  Since the Class Period spans 0.92 years, the annualized turnover ratio was 783.16%.  (See Exhibit B.)  In comparison, the average annualized turnover rate for New York Stock Exchange ("NYSE")-listed common stocks was 112.7% during the Class Period.[14]  (See Exhibit C.)  The high turnover rate, at almost seven times the NYSE average, justifies a substantial presumption that the market for Toll Brothers' common stock was efficient during the Class Period.

   **b.  Cammer Factor Two: Stock Analyst Coverage**

21.   Securities analysts play a critical role in promoting the efficiency of the securities markets. Analysts devote substantial amounts of time and resources to collecting and assessing information regarding the companies they follow.  Their ability to provide sophisticated

---

[12] Cammer at 1286.
[13] *Ibid.* at 1286, citing Bromberg, et al.
[14] NYSE average annualized turnover rates obtained from http://www.nyxdata.com/factbook.

analysis to the public improves the speed at which market prices reflect new information.

Within twenty-four hours of a company's earnings release, many stock analysts in an

efficient market will have disseminated in-depth research reports.

22. During 2004-2005, at least 13 securities firms had stock analysts that covered the

Company.[15]   AG Edwards, BB&T Capital Markets, Bear Stearns, Credit Suisse, Deutsche

Bank, Fitch Ratings, Janney Montgomery Scott, JPMorgan, PriceTarget Research, Raymond

James, Smith Barney Citigroup, Wachovia Securities, and Wall Street Strategies all had

stock analysts who followed Toll Brothers.[16]

23. The large number of stock analysts at leading broker-dealers who covered Toll Brothers

during the Class Period is evidence that the market for Toll Brothers' common stock was

efficient.

### c.  Cammer Factor Three: Existence of Market Makers, Institutional Investors, and Arbitrageurs

24. Toll Brothers' common stock was listed on the NYSE during the Class Period.  During the

Class Period, numerous financial entities were actively buying and trading Toll Brothers'

common stock.  Between 68% and 79% of the shares outstanding were held by institutional

investors, as disclosed in Schedule 13-F filings.[17]  (See Exhibit D.)  As of September 30,

2004, 67.68% of Toll Brothers' common stock was held by 284 institutional shareholders.[18]

As of September 30, 2005, this percentage had increased to 78.53% held by 405 institutional

shareholders.[19]   These institutions actively adjusted their holdings of Toll Brothers'

---

[15] Based on the actual analyst reports issued during the Class Period and obtained through Investext.
[16] *Ibid.*
[17] Capital IQ and Bloomberg.
[18] *Ibid.*
[19] *Ibid.*  The number of separate institutional investors trading in Toll Brothers' common stock can be viewed as significantly higher than the number referenced above given that 13-F filings for several investment vehicles may be submitted under one umbrella institution.  For example, Fidelity Investments, one of the largest institutional holders of Toll Brothers' common stock during the Class Period, is considered one entity even

common stock.  The sum of the absolute values of the quarterly changes in securities held by each individual institutional shareholder ranged from 34.4 million shares to 80.9 million shares.  Schedule 13-F filings report the holdings of institutional investors on one day in each calendar quarter, which can significantly understate the total volume of trading by these institutional shareholders by failing to account for instances where institutional shareholders bought and sold shares during the respective periods.

25. Toll Brothers' common stock was traded in the over-the-counter ("OTC") market as well as on the NYSE during the Class Period.  The NYSE works on a specialist system, as contrasted with the OTC's market-maker system.  There is evidence that numerous financial entities were actively buying and trading Toll Brothers' common stock during the Class Period.  According to Bloomberg, there were 19 market makers for Toll Brothers' common stock between December 2004 and November 2005.[20]  The large number of market makers facilitating trading in Toll Brothers' common stock is indicative of a liquid and efficient market.

**d.  Cammer Factor Four: Toll Brothers' Eligibility to File SEC Form S-3**

26. The Securities Act of 1933 requires companies to file registration statements prior to the sale of securities to the public.  Form S-3 is a simplified form that allows incorporation by reference of Securities Exchange Act of 1934 (the "Exchange Act") reports.[21]  Form S-3 is available to large, seasoned companies, and an amendment to the eligibility requirements of Form S-3 effective January 28, 2008 now allows for smaller companies to file on Form S-3. The primary requirements are that the issuer has filed all materials required under the

---

though it is composed of many different investment vehicles with separate portfolio managers that may hold or trade Toll Brothers' common stock.
[20] Bloomberg L.P.
[21] http://www.sec.gov/about/forms/forms-3.pdf.

Exchange Act for at least twelve months and that the public float of the company's common equity is $75 million or more.  As stated in the SEC release establishing the requirements for S-3 eligibility, "This form is predicated on the Commission's belief that the market operates efficiently for these companies, i.e., that the disclosure in Exchange Act reports and other communications by the registrant, such as press releases, has already been disseminated and accounted for by the market place."[22]

27. Toll Brothers was eligible to file on Form S-3 throughout the Class Period since it was listed on the NYSE beginning July 16, 1986 and throughout the Class Period.

**e.  Cammer Factor Five: The Relationship between News Events and Security Price Changes and Loss Causation**

28. In evaluating market efficiency, perhaps the most convincing argument for an efficient market comes from Cammer Factor Five, the relationship between new events and securities price changes.  I examined the responsiveness of Toll Brothers' common stock price to news events to test whether the market for Toll Brothers' common stock was efficient during the Class Period.  I performed an event study to investigate this relationship between changes in Toll Brothers' common stock price and news events.

29. An event study is a standard statistical technique that financial economists use to determine whether a security's price reaction to a news announcement (or some other event) is statistically significant.  This event study will analyze the daily return of Toll Brothers' common stock, which is the daily percent change in the price of a share, adjusted for any dividend distributions.   In order to focus on the impact of the company-specific news on the price of a security, one calculates a security's abnormal return around the time of the

---

[22] Cammer, at 1284-1285 citing SEC Securities Act Release No. 6331, 46 Red. Reg. 41,902, reprinted in Fed.Sec.L.Rep. (CCH) Spec. Regs. No. 926, extra ed. (Aug. 13, 1981).

announcement.  A security's abnormal return is the difference between the security's actual return and its expected return.  A security's expected return is the return one would expect based on general stock market price movements and industry-related factors that are unrelated to the specific event that is being examined, as reflected in the changes in the prices of stocks of firms in the same industry.  Once one has calculated a security's abnormal returns, one can use standard statistical tests to determine whether these abnormal returns are statistically significant.

30. I calculated the expected return of Toll Brothers' common stock by applying the widely accepted Fama-French Three-Factor Model.[23]  Eugene Fama and Kenneth French developed what is now known as the Fama-French Three-Factor Model in 1993.[24]  The Fama-French Three-Factor Model expresses the excess return on a common stock on day t ($R_t$) over the return on Treasury bills that day ($R_F$) in terms of three key factors.  In this case, the return on Treasury bills represents the return one would expect on a risk-free investment. This model "has become widely known and adapted."[25]  The model identifies the following three factors that explain excess stock returns:

- $R_m$ - $R_F$ – the excess return on the equity market portfolio ($R_m$) over the return on Treasury bills ($R_F$);[26]

- SMB ("small minus big") – the difference between the returns on small-capitalization stocks and the returns on large-capitalization stocks; and

[23] Fama, Eugene F., and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," *Journal of Financial Economics*, 33, 1993, pages 3-56.
[24] *Ibid.*
[25] Emery, Douglas R., John D. Finnerty, and John D. Stowe, Corporate Financial Management, 3rd ed., Prentice Hall, 2007, page 178.
[26] The equity market portfolio return, $R_m$, represents the value-weighted return on all NYSE, AMEX and NASDAQ stocks.

- HML ("high minus low") – the difference between the returns on high book-to-market stocks (commonly known as value stocks) and the returns on low book-to-market stocks (commonly known as growth stocks).

31. The regression formula for the Fama-French Three-Factor Model, which is fitted to daily data, is:

$$R_t - R_F = \alpha + \beta(R_m - R_F) + s\ SMB + h\ HML + e \qquad \text{(Equation 1)}$$

32. The variables $R_m - R_f$, SMB, and HML are defined in paragraph 29. The coefficients $\beta$, $s$, and $h$ measure the contributions of the respective factors to the excess return on the stock, $R_t - R_F$. A positive coefficient suggests a direct relationship between that factor and the return on the analyzed stock. The larger the coefficient, the more responsive the stock's return will be to that factor on any given day. The Fama-French Three-Factor Model has become widely accepted for event study analysis.[27] It is a significant improvement over the (unadjusted) Capital Asset Pricing Model ("CAPM") because it prices the risks associated with small firm size and financial distress.[28] Morningstar's *Cost of Capital Yearbook*, formerly produced by Ibbotson Associates, which is used widely in the investment management industry, uses the Fama-French Three-Factor Model, among other models, to calculate the cost of equity capital for firms in various industries.[29]

33. Controlling for industry factors that can affect the price of a company's stock is appropriate in an event study, as several articles in the academic and professional literature have

---

[27] See, for example, Boehme, Rodney D., and Sorin M. Sorescu, "The Long-run Performance Following Dividend Initiations and Resumptions: Underreaction or Product of Change," *Journal of Finance,* 57, 2002, pages 871-900, and Ang, James S., and Shaojun Zhang, "An Evaluation of Testing Procedures for Long Horizon Event Studies," *Review of Quantitative Finance and Accounting*, 23, 2004, pages 251-274.

[28] Emery, Douglas R., John D. Finnerty, and John D. Stowe, Corporate Financial Management, 3rd ed., Prentice Hall, 2007, page 179.

[29] Morningstar, Cost of Capital 2007 Yearbook, 2007, page 23.

previously noted.[30]  Indeed, academic research has pointed out the importance of making

sure that estimates of returns to investors on securities are free of the bias that can occur

with the omission of an explanatory factor when using a market model, such as the Capital

Asset Pricing Model or the Fama-French Three-Factor Model, to conduct an empirical

study.[31]

34. I modified the Fama-French Three-Factor Model to include the returns of an index of

comparably sized home builder common stocks to take into account the sensitivity of Toll

Brothers' common stock price to movements in other home builders' stock prices.  The

regression formula for my Modified Fama-French Three-Factor Model is:

$$R_t - R_F = \alpha + \beta(R_m - R_F) + s\ SMB + h\ HML + i\ Industry\ Index + e \quad \text{(Equation 2)}$$

35. For this analysis, the *Industry Index* represents a modified version of the S&P 400

Homebuilding Index, of which Toll Brothers was a member during the entire Class Period.

The index was adjusted to remove Toll Brothers and then rebalanced using a market

capitalization weighting.  Additionally, to increase the robustness of the *Industry Index*, this

analysis included all stocks that either entered or exited the index for market capitalization

reasons during the Class Period.  The members of the S&P 400 Homebuilding Index at some

point during the Class Period, which comprise the *Industry Index*, are: Beazer Homes USA,

---

[30]  Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Roman L. Weil, Michael J. Wagner, and Peter B. Frank, eds., Litigation Services Handbook, 3rd ed., Wiley, New York, 2001, chapter 19.  *See* also Alexander, Janet C., "The Value of Bad News," *UCLA Law Review*, Vol. 41, August , 1994, pp. 1421-69; Jonathan R. Macey, Geoffrey P. Miller, Mark L. Mitchell, and Jeffry M. Netter, "Lessons from Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson," 77 *Virginia Law Review Association* 1017 (August 1991), pp. 1021-28; A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, March 1997, pp. 13-39; Mark L. Mitchell and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, Vol. 49, February 1994, pp. 545-90; and Bradford Cornell and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review,* Vol. 37, June 1990, pp. 883-923.
[31] Bartholdy, Jan and Paula Peare, "Unbiased Estimation of Expected Return Using CAPM," *International Review of Financial Analysis*, 2003, pages 69-81.  The article specifically mentions the CAPM but its analysis applies equally to the Fama-French Three-Factor Model because that model is really just an extended version of the CAPM.  See Richard A. Brealey, Stewart C. Myers, and Franklin Allen, Principles of Corporate Finance, 9th ed., McGraw-Hill, New York, 2008, pages 225-227.

Inc., D.R. Horton, Inc., Hovnanian Enterprises, Inc., Lennar Corporation and The Ryland Group, Inc., all of which are in the same business as Toll Brothers and all of which have a comparable market capitalization.  In Equation 2, the coefficient *i* measures the contribution of industry-wide factors, as measured by the daily percentage change in the *Industry Index*, to the daily excess return on Toll Brothers' common stock.

36. I applied the Modified Fama-French Three-Factor Model for every day in the Class Period to test whether the stock market's reactions to Toll Brothers news events were statistically significant during the Class Period.  (See Exhibit F.)  In each case, I used a two-tailed test of statistical significance to test whether the daily abnormal return on Toll Brothers' common stock is zero (the null hypothesis) against the alternative that the daily abnormal return is different from zero (the alternative hypothesis).[32]  I employed a critical significance level of 10% in performing these tests.  This critical significance level is consistent with the general practice in the field of financial economics.  (See Exhibit M.)  I also noted when reporting the results of the statistical testing when the abnormal stock return is significantly different from zero at the 1% significance level (highly statistically significant), 5% level (statistically significant), or 10% level (weakly statistically significant), which is also consistent with the general practice within the field of financial economics.

37. I identified news items relevant to Toll Brothers during the Class Period to examine the cause-and-effect relationship between news events and an immediate response in its stock price.  Exhibit G provides a list of all the news items relevant to Toll Brothers during the Class Period and indicates the stock's daily abnormal returns and their respective

---

[32] The two-tailed test is conservative because I would normally expect that a corrective disclosure would elicit a negative stock market reaction, in which case the alternative hypothesis is that the abnormal stock market return is less than zero and a one-tailed test would seem more appropriate.  Thus, the two-tailed test with a 10% critical significance level is equivalent to a one-tailed test with a more conservative 5% critical significance level.

significance levels.  Conversely, I investigated all the days with significant abnormal returns to test whether there were substantial news events related to Toll Brothers on those days. During the Class Period, I found that out of 232 trading days, there were 45 days with daily abnormal returns for Toll Brothers' common stock that were significantly different from zero at the 10% level or better.

38. To quantify the results of the event study, I compared the percentage of days with significant abnormal returns and with substantial news to the percentage of days with significant abnormal returns but without substantial news, which is a method of analysis suggested in a law review article co-authored by Paul Ferrillo, Frederick Dunbar, and David Tabak.[33]  An efficient market will be characterized by a significant difference between these percentages because an efficient market will be able to distinguish between substantial news (and react accordingly) and no substantial news (little or no reaction).  The percentage of days with a significant abnormal return and a substantial news event is 43.04%, and the percentage of days with a significant abnormal return but without a substantial news event is 5.88%. (See Exhibit H.)  The percentage difference is 37.16%. The t-statistic for a difference-of-means test is 7.71, and the p-value is 0.00. The percentage difference is significant at the 1% level. This finding supports the hypothesis that the market for Toll Brothers' common stock was efficient during the Class Period.

39. I will now describe the stock market's reaction to several news announcements concerning Toll Brothers.  Early on the morning of February 8, 2005, Toll Brothers reported on its first fiscal quarter, ended January 31, 2005.  Toll Brothers announced that preliminary

---

[33] Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The "Less Than" Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, Winter 2004, pages 81-129.  One of the authors subsequently clarified that only potentially material news events should be considered when performing this test.

homebuilding revenue for the quarter was up 68% year over year.[34]  Both new orders for homes and the backlog of homes under contract and not yet delivered grew by 44% in the quarter.[35]  CEO and Chairman Robert I. Toll stated, "Our record backlog and contracts indicate that demand for our luxury homes remains very healthy."[36]  As a consequence of the positive earnings announcement, on February 8, 2005, Toll Brothers received positive ratings from several stock analysts, including raised estimates and outperform ratings from stock analysts at Raymond James & Associates and Wachovia Securities.[37]

40. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on February 8, 2005.  No other material news item regarding Toll Brothers received any news coverage that day. As a result of the positive earnings announcement and analysts' increased guidance, Toll Brothers' common stock price rose 4.20%.  (See Exhibit F.)   I applied the Modified Fama-French Three-Factor Model including the percentage change in the Industry Index as an explanatory variable.  On February 8, 2005, the abnormal return resulting from the news announcement was 1.93%, which is statistically significant at the 5% level.  Such a significance level means that there is less than a 5 in 100 chance that the abnormal return happened by mere chance.

41. Before the open of trading on May 26, 2005, Toll Brothers announced fiscal second quarter and first half of FY 2005 results.  In the announcement, Toll Brothers reported earnings per share growth for the second quarter of 126% year over year and second quarter revenue growth of 52%.[38]   CFO Joel H. Rassman stated, "Based on these results and our record

---

[34] Bloomberg L.P., "Toll Brothers Reports 68% Gain in Quarterly Homebuilding Sales," February 8, 2005.
[35] *Ibid.*
[36] Bloomberg L.P., "Toll Brothers Record 1st Qtr Contracts Grow 60% to $1.44 Billion vs. FY 2004," February 8, 2005.
[37] Raymond James, "TOL: Strong 1Q Orders, Guidance Should Move Higher," February 8, 2005, and Wachovia Securities, "TOL: Super FQ1 Orders Bowls Us Over – Raising Estimates," February 8, 2005.
[38] Bloomberg L.P., "Toll Brothers' Record FY2005 2nd Qtr Net Income Rises 135% to $170 Million," May 26, 2005.

$5.87 billion backlog of homes under contract, we are increasing our earnings expectations for FY 2005. We now believe net income will grow approximately 70% in FY 2005 compared to FY 2004. Based on our backlog and expected community growth, even with this increased projection, we still believe net income will rise approximately 20% in FY 2006 over FY 2005." [39]   The company's announcement had a strong positive effect on the share price of Toll Brothers.

42. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on May 26, 2005.  No other news item regarding Toll Brothers received any significant news coverage that day. As a result of the strong second quarter earnings and the increased growth expectations, Toll Brothers' common stock price increased by 6.91%. (See Exhibit F.)   I applied the Modified Fama-French Three-Factor Model including the percentage change in the Industry Index as an explanatory variable.  On May 26, 2005, the abnormal return was 2.72%, which is statistically significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

43. On July 15, 2005, Merrill Lynch released an update to their homebuilders industry coverage, raising the price target for Toll Brothers' common stock from $52 to $64.[40]  Additionally, the Merrill Lynch report suggests that further upward earnings revisions were expected for Toll Brothers.[41]

44. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on July 15, 2005.  No other news item regarding Toll Brothers received any news coverage that day. As a result of the increased price target

---

[39] *Ibid.*
[40] Dow Jones, "Centex Corp – Merrill Ups Price Targets for Homebuilders, TOL & PHM," July 15, 2005.
[41] *Ibid.*

published by Merrill Lynch, Toll Brothers' common stock price rose 4.03%. (See Exhibit

F.)  I applied the Modified Fama-French Three-Factor Model including the percentage

change in the Industry Index as an explanatory variable.  On July 15, 2005, the abnormal

return resulting from the change in price target was 2.13%, which is statistically significant

at the 5% level.  Such a significance level means that there is less than a 5 in 100 chance that

the abnormal return happened by mere chance.

45. After the close of trading on August 4, 2005, Toll Brothers released a preliminary third

quarter earnings report.  The announcement stated that revenue had increased 55% and

home sales were up 37% over the same period the prior year.[42]  Additionally, Toll Brothers

reported 18% more signed contracts over the prior year and an increase in the firm's backlog

of ordered and not yet delivered homes of 38%.[43]  Despite reiterating earnings expectations

in the report, Toll Brothers was downgraded by Wachovia from Outperform to Market

Perform based on slowing in key markets and a high relative value to its peers.[44]

46. I have reviewed the media databases on Bloomberg, Investext, and other news sources for

Toll Brothers-related articles published on August 5, 2005.  No other news item regarding

Toll Brothers received any news coverage that day.  Significant attention drawn to the

downgrade by Wachovia Securities, along with the results reported for the third quarter

caused Toll Brothers' common stock price to fall by 7.16%.  (See Exhibit F.)  I applied the

Modified Fama-French Three-Factor Model including the percentage change in the Industry

Index as an explanatory variable.  On August 5, 2005, the abnormal return resulting from the

release of earnings and the Wachovia downgrade was -2.92%, which is statistically

---

[42] Bloomberg L.P., "Toll's 3rd-Quarter Homebuilding Revenue Rises 55%," August 4, 2005.
[43] *Ibid.*
[44] Bloomberg L.P., "Toll Brothers Cut to 'Market Perform' at Wachovia," August 5, 2005, and Wachovia
Securities, "TOL: Downgrading to Market Perform," August 4, 2005.

significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

47.  On August 25, 2005, Toll Brothers held a conference call with investors and released its finalized third quarter earnings report.  Third quarter revenues climbed 54% while third quarter EPS was up 92%.[45]  CEO Robert I. Toll stated, "It appears to us that the basic fundamentals of wealth accumulation, constrained lot supplies and growing demand should continue to support our business model."[46]  Following the report, BB&T Capital chose to upgrade Toll Brothers' common stock to Buy from Hold, citing EPS growth.[47]

48.  Other equity research analysts offered less confident comments in their reports.  Credit Suisse First Boston highlighted lower than expected guidance for 2006 EPS growth and "a sharp deceleration" in order growth.[48]  JPMorgan focused on the "conservative guidance" and suggested order growth below expectations might have been "an intentional slowing of sales given an already strong backlog."[49]  After downgrading Toll Brothers' common stock three weeks earlier, Wachovia Securities acknowledged that actual EPS had exceeded their expectations, but emphasized "that housing dynamics in TOL's Mid-Atlantic sweet spot are slowing."[50]  One news article on that day reiterated comments from Robert Toll earlier in the month when he told analysts "that while housing remains hot, there are signs of slowing. In some markets it's taking a bit longer to sell and price increases have been smaller."[51]  The concerns about possibly weaker sales growth negatively affected the common stock of Toll Brothers.

---

[45] Bloomberg L.P., "Toll Brothers' Record FY 2005 3rd Qtr Earnings Rise 103 Percent," August 25, 2005.
[46] Ibid.
[47] BB&T Capital Markets, "TOL: Upgrading to Buy (1) on Strong Q3'05 Results, Weak Stock Price," August 25, 2005.
[48] Credit Suisse First Boston, "TOL: Strong Quarter, But Guidance May Disappoint," August 25, 2005.
[49] JPMorgan, "Toll Brothers: Strong 3Q Reported, FY06 Guidance Conservative; Reiterate OW Rating," August 25, 2005.
[50] Wachovia Securities, "TOL: Q3 EPS of $1.27 Exceeds Our $1.18 Estimate," August 25, 2005.
[51] Associated Press, "Toll Brothers' 3Q Profit Doubles," August 25, 2005.

49. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on August 25, 2005. No other news item regarding Toll Brothers received any news coverage that day. Comments by several equity analysts, along with the details of the final results for the third quarter, caused Toll Brothers' common stock price to fall by 3.80%. (See Exhibit F.) I applied the Modified Fama-French Three-Factor Model including the percentage change in the Industry Index as an explanatory variable. On August 25, 2005, the abnormal return was -3.04%, which is statistically significant at the 1% level. Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

50. The Sunday edition of the New York Times on October 2, 2005 featured an article questioning the future of "McMansions", or new supersized homes.[52] The article focused on the changing demands on home buyers (away from "supersized" homes) and the stabilization of the size of the average American home. The article also mentions Toll Brothers specifically, noting that its biggest models are its biggest sellers.[53] The following day, October 3, 2005, USA Today ran a conversation between Toll Brothers CEO Robert I. Toll and Ron Insana.[54] Robert Toll attempted to assuage fears of a sharp decline in the housing market, stating, "I definitely do not see the overheated markets that led to the articles in various publications about the 'housing bubble'." However, other comments in the interview were less optimistic. "I think we have a general slowdown in most markets," Toll explained.[55] Additional comments included expectations of a 10% slowdown in orders and a decreased rate of growth in pricing.[56]

---

[52] New York Times, "Are McMansions Going Out of Style?" October 2, 2005.
[53] *Ibid.*
[54] USA Today, "Home Builder Optimistic in his Outlook for Market," October 3, 2005.
[55] *Ibid.*
[56] *Ibid.*

51. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on October 3, 2005.  No other news item regarding Toll Brothers received any news coverage that day.  As a result of the comments in the interview and the article highlighting a potential shift in housing purchases, Toll Brothers' common stock price fell 2.28%.  (See Exhibit F.)  I applied the Modified Fama-French Three-Factor Model including the percentage change in the Industry Index as an explanatory variable.  On October 3, 2005, the abnormal return resulting from the interview and the article was -4.51%, which is statistically significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

52. On the morning of November 8, 2005, Toll Brothers released a preliminary earnings report for the company's fiscal year end.  Toll Brothers lowered guidance on both orders and earnings growth for FY 2006, citing softening demand, moderating house prices, waning customer confidence and tougher regulatory requirements.[57]  Toll Brothers' common stock price was down sharply in electronic trading before the opening of the NYSE.[58]   CEO Robert I Toll stated, "The shortage of selling communities, coupled with some softening of demand in a number of markets, negatively impacted our contract results."[59]  Following the news, several analysts issued reports lowering expectations and price targets for Toll Brothers.  The stock was downgraded to Market Perform from Outperform at Raymond James, while Deutsche Bank issued a stock alert suggesting a significant sell-off based on the new report.[60]  Citigroup reported that it believed that Toll Brothers' position at the

---

[57] Associated Press, "Auto, Housing Sectors Worry Wall Street," November 8, 2005.
[58] Bloomberg L.P., "Toll Brothers Shares Drop on Lower Sales Forecasts," November 8, 2005.
[59] Associated Press, "Toll Brothers Cuts '06 Deliveries View," November 8, 2005.
[60] Bloomberg L.P., "Toll Brothers Cut to 'Market Perform' at Raymond James," November 8, 2005, and Deutsche Bank, "Company Alert: Toll Brothers Q4/FY05 Preliminary Outlook," November 8, 2005.

higher end of the housing market had made it more susceptible to declining consumer confidence.[61]

53. I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published on November 8, 2005.  No other news item regarding Toll Brothers received any news coverage that day.  As a result of the weaker-than-expected earnings report, Toll Brothers' common stock price fell 13.96%.  (See Exhibit F.)  I applied the Modified Fama-French Three-Factor Model including the percentage change in the Industry Index as an explanatory variable.  On November 8, 2005, the abnormal return resulting from the earnings report and the analyst reaction was -8.04%, which is statistically significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

54. The analysis above shows the responsiveness of Toll Brothers' common stock price to news events and further demonstrates that the market for Toll Brothers' common stock was efficient during the Class Period.

## VI.   Elmer Krogman Factors

### a.   Market Capitalization

55. During the Class Period, the market capitalization of Toll Brothers' common stock ranged from $3.5 billion to $7.9 billion. (See Exhibit E.)  The NYSE is the world's largest and most liquid stock exchange.  Its infrastructure and participants allow it to provide a reliable, liquid, and efficient marketplace.  Its stringent listing standards insure that issuers are large enough to generate a liquid market, and its regulations insure that material company information is disclosed promptly to investors.  In general, to be listed on the NYSE, the

---

[61] Citigroup, "TOL: Flash: Reports Q405 Orders and Revenues," November 8, 2005.

market capitalization of publicly held equity must exceed $60 million.[62]  Toll Brothers'

market capitalization on average was more than 50 times as large.  During the Class Period,

the median market capitalization for all stocks traded on the NYSE ranged from $1.6 billion

to $1.7 billion.[63]  Among all stocks traded on the NYSE, Toll Brothers' common stock was

in the 70th percentile, on average, during the Class Period.  The market capitalization of Toll

Brothers suggests that the market for its stock was liquid and efficient during the Class

Period.

   **b.  Bid-Ask Spread**

56.  As noted, Toll Brothers' common stock was traded on the NYSE during the Class Period.

The average bid-ask spread for Toll Brothers' common stock, according to CRSP data, was

$0.05 during the Class Period.  This represented an average of 0.07% of the share price for

Toll Brothers common stock.  For the calendar year 2005, the average bid-ask spread for all

ordinary common shares traded on the NYSE was 2.19%, and the median was 1.81%.[64]

The fact that Toll Brothers' common stock had such a narrow bid-ask spread is indicative of

a liquid and efficient market for the stock.

   **c.  Float**

57.  During the Class Period, the public float, the number of shares outstanding less the number

of shares held by insiders, of Toll Brothers' common stock ranged from 113 million shares

to 129 million shares, on a split-adjusted basis.  (See Exhibit E.)  The percentage of

outstanding shares held by insiders ranged from 17% to 25%, implying that the vast majority

of Toll Brothers' common stock was held by the public during the Class Period.

---

[62] The New York Stock Exchange Listed Company Manual for 2004.
[63] Bloomberg L.P.
[64] Based on data from the Center for Research in Security Prices (CRSP).

Additionally, the market value of the public float for Toll Brothers' common stock ranged from $2.61 billion to $6.34 billion during the Class Period.  The size of the public float for Toll Brothers' common stock is consistent with the hypothesis that the market Toll Brothers' common stock was liquid and efficient during the Class Period.

### d.  Number of Market Makers

58. As noted in the discussion of the Cammer factors, Toll Brothers' common stock was traded in the OTC market as well as on the NYSE during the Class Period.  The OTC market works on a market-maker system.  Numerous financial entities were actively buying and trading Toll Brothers' common stock during the Class Period.  As noted, according to Bloomberg, there were 19 market makers for Toll Brothers' common stock between December 2004 and November 2005.  The large number of market makers facilitating trading in Toll Brothers' common stock during the Class Period is indicative of a liquid and efficient market.

## VII.  Additional Factors Considered

### a.  Toll Brothers' New York Stock Exchange Listing

59. Toll Brothers' common stock traded on the NYSE throughout the Class Period.  The NYSE is the world's largest and most liquid stock exchange.  Its infrastructure and participants allow it to provide a reliable, liquid, and efficient marketplace.  Its stringent listing standards insure that issuers are large enough to generate a liquid market, and its regulations ensure that material company information is disclosed promptly to investors.  In general, to be listed on the NYSE, the market capitalization of publicly held equity must exceed $60 million.[65]

60. As Bromberg stated:

---

[65] The New York Stock Exchange Listed Company Manual for 2004.

> [A]t a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the Nasdaq National Market System.[66]

61. Toll Brothers' listing on the NYSE is indicative of a market for its common stock that was efficient during the Class Period.

### b. Institutional Ownership

62. As previously discussed, institutional investors owned a substantial portion of Toll Brothers' common stock during the Class Period. As of September 30, 2004, 67.68% of Toll Brothers' common stock was held by 284 institutional shareholders.[67] As of September 30, 2005, this percentage had increased to 78.53% held by 405 institutional shareholders.[68] (See Exhibit D.) High levels of institutional ownership and the active trading by these holders is further evidence that the market for Toll Brothers' common stock was efficient during the Class Period.

### c. Put-Call Parity

63. Put-call parity is a relationship that exists in an efficient market between the prices of a company's put and call options and the price of its common stock. Testing whether put-call parity holds can assist in assessing whether the market for a company's common stock is efficient.

64. A holder of an equity call option has the right to purchase the underlying stock at a specified strike price, or exercise price. A holder of an equity put option has the right to sell the

---

[66] Cammer at 1292, citing Bromberg.
[67] Capital IQ and Bloomberg.
[68] Ibid. The number of separate institutional investors trading in Toll Brothers' common stock can be viewed as significantly higher than the number referenced above given that 13-F filings for several investment vehicles may be submitted under one umbrella institution. For example, Fidelity Investments, one of the largest institutional holders of Toll Brothers' common stock during the Class Period, is considered one entity even though it is composed of many different investment vehicles with separate portfolio managers that may hold or trade Toll Brothers' common stock.

underlying stock at a specified exercise price.  In an efficient market, a relationship called *put-call parity* should hold.[69]  If put-call parity holds, the price of the put option ("P") will equal the price of the call option ("C") minus the price of the underlying stock ("$S_0$") plus the present value of the exercise price ("PV(X)") plus the present value of the dividends expected to be paid during the remaining duration of the option ("PV(dividends)"), or in equation form:

$$P = C - S_o + PV(X) + PV(dividends).$$  (Equation 3)

65. In this equation, the put and call options have the same exercise price and expiration date. Rearranging this equation to express the share price produces the following equation:

$$S_o = C - P + PV(X) + PV(dividends).$$  (Equation 4)

66. If this relationship does not hold, arbitrageurs should be able to earn riskless profits by buying the relatively cheap assets and selling the relatively expensive ones.  Academics have argued that in certain situations, short sale restrictions have limited the ability of arbitrageurs to take advantage of the mispricing of assets.[70]  In particular, it has been argued that if investors are limited in their ability to sell the stock short, then there will be a tendency for the left-hand side of Equation 4 to be greater than the right-hand side.

67. Using option pricing data obtained from the OptionMetrics database and common stock pricing data obtained from Bloomberg, L.P., I was able to examine whether put-call parity held for Toll Brothers common stock during the Class Period.[71]  I matched calls and puts based on their exercise prices and expiration dates.  I took the average of the best last bid

---

[69] Ofek, Eli, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets," *Journal of Financial Economics*, 74, 2004, pages 305-342, and Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22 (5), 2009, pages 1955-1980.

[70] *Ibid.*

[71] Market makers change their bid and ask quotes each time the underlying stock price changes. Consequently, there are bid and ask quotes regardless of the number of options contracts traded each day. Bid and ask quotes come from the NBBO data (National Best Bid and Offer).

27

and best last ask quotes to estimate the price of the calls and puts. For the price of the stock, I used the stock's last traded price. Dividends were set equal to the expected dividends received during the life of the option. The dividends and the exercise price were discounted using interpolated yields on treasury strips obtained from Bloomberg, L.P. To improve the quality of the data, I deleted options with less than six calendar days to maturity or greater than 180 calendar days to maturity and options with a price less than $0.375.[72]

68.  After applying these filters, I was left with 6,049 pairs and a total of 3,702,629 put option and call option contracts. (See Exhibit L.) I calculated the put-call parity violation for each of these pairs using the following equation:

$$Put-Call\ Parity\ Violation = \frac{\left[S_o - C + P - PV(X) - PV(dividends)\right]}{S_o} \quad \text{(Equation 5)}$$

69.  Although the OptionsMetrics database can be considered one of the best publicly available databases for options pricing data, some researchers have found that the option prices from the database have the potential to exaggerate the frequency of put-call parity violations.[73] Even after considering the potential for a higher frequency of put-call parity violations from the pricing data, I found that the average put-call parity violation for the Class Period was only 0.12%. (See Exhibit L, Panel A.) The average Toll Brothers put-call parity violation is lower than that found in published academic research. The authors of "Failure is an Option: Impediments to Short Selling and Option Prices" found that the average put-call parity violation for 4.5 million pairs traded during 1998 and 1999 was 0.36%.[74]

---

[72] These filters were applied in Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22 (5), 2009, page 1960.
[73] Battalio, Robert, and Paul Schultz, "Options and the Bubble," *Journal of Finance*, 2006, page 2086.
[74] Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22 (5), 2009, pages 1955-1980.

70. The authors of "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets" analyzed 80,614 option pairs between July 1999 and November 2001. They measured put-call parity violations by calculating the ratio $R = 100\ln(S/S*)$, where S is the stock price and S* is the price predicted by put and call option prices. The average R for their sample was 0.30. The average R for my sample of Toll Brothers pairs is 0.12. (See Exhibit L, Panel B.) The test results reported in Exhibit L show that the put-call parity relationship held for Toll Brothers stock throughout the Class Period. In particular, there is no evidence that stock prices tended to be too high due to limits on short sales or any other restrictions on trading that might otherwise impair market efficiency.

71. I also examined the average absolute value of Put-Call Parity Violations, which was 0.16%. (See Exhibit L, Panel A.) The average bid-ask spread for the 6,049 pairs of call and put options written on Toll Brothers' common stock was 6.21% during the Class Period. Thus, an average absolute value of 0.16% for the Put-Call Parity Violations is very reasonable in light of the average bid-ask spreads for call and put options and is consistent with the market for Toll Brothers' common stock being efficient during the Class Period. (See Exhibit L.)

72. I also examined those options that were trading "near the money."[75] These options had exercise prices near the price of the stock. The results from this sub-sample are consistent with the results for the overall sample. The Average Put-Call Parity Violation was 0.06%, and the Average Absolute Value Put-Call Parity Violation was 0.10%. These test results are consistent with market efficiency. (See Exhibit L.)

73. The fact that the Put-Call Parity relationship held closely during the Class Period suggests that Toll Brothers' common stock price fairly reflected its intrinsic value, as would be

---

[75] The sample was restricted to those pairs for which -0.1 < ln (S₀/Exercise Price) < 0.1. This filter is discussed in Ofek, Eli, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets," *Journal of Financial Economics*, 74, 2004, page 340.

expected in an efficient market.[76]  This is further evidence that the market for Toll Brothers'

common stock was efficient during the Class Period.

### d.  Consideration of Possible Short-Sale Constraints

74. I also investigated any other evidence that might indicate whether short-sale constraints

might have impeded an efficient market for Toll Brothers' common stock during the Class

Period.[77]  For NYSE stocks, the average short interest as a percentage of shares outstanding

during the Class Period was 2.30%.   Toll Brothers' average short interest as a percentage of

shares outstanding during the Class Period was 12.19%.  (See Exhibit K.)  Although

somewhat elevated, the level of short interest during the Class Period coupled with the put-

call parity test results suggest that short-sale constraints were not present in the market for

Toll Brothers' common stock during the Class Period.  Additionally, as a member of several

large indices including the S&P 400 Midcap Index and the Russell 1000 Index, Toll

Brothers' common stock was largely available for borrowing by those looking to short the

stock.  This evidence of a lack of restrictions on short sales is consistent with market

efficiency.

### e.  Random Walk Tests

75. Common stock returns should follow a random walk if the market for the stock is efficient.[78]

I performed two types of tests, parametric tests and non-parametric tests, to examine

whether the random walk hypothesis could be rejected for Toll Brothers' common stock

during the Class Period.  Parametric tests examine whether there is any serial correlation

---

[76] Ofek, Eli, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets," *Journal of Financial Economics*, 74, 2004, pages 305-342, and Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22 (5), 2009, pages 1955-1980.
[77] Battalio, Robert, and Paul Schultz, "Options and the Bubble," *Journal of Finance*, 2006, pages 2071-2102.
[78] Fama, Eugene, "The Behavior of Stock Prices," *Journal of Business*, 38, 1965, pages 34-105.

evident in day-to-day stock returns.[79]   Parametric tests make certain assumptions about the

stock returns that are inconsistent with actual stock returns.   For example, the conventional

regression test makes the assumption that the errors around the fitted regression line are

normally distributed.   The normal probability distribution allows for outcomes between

negative and positive infinity.[80]   However, stock returns are bounded below by returns of

-100%, since stock prices cannot fall below zero.   Consequently, the basic assumption

underlying the conventional regression test does not strictly fit the data, even though it is

usually a reasonable approximation.   On the other hand, non-parametric tests are

distribution-free and thus may be considered more appropriate when performing random

walk tests to examine market efficiency.[81]   In an abundance of caution, I ran both types of

tests.

76.  I ran two non-parametric statistical sign tests, the McNemar test and the Wilcoxon signed-

rank test, to investigate whether the returns on Toll Brothers' common stock followed a

random walk during the Class Period.   There is an extensive financial literature on the use of

non-parametric sign tests to examine evidence of a random walk in stock returns.[82]   As I

have noted, in an efficient market, the stock price follows a random walk.   Consequently, the

returns on successive days are independent of one another, and the probability of an increase

in price and the probability of a decrease in price should be equal and independent of past

returns.   However, as pointed out by Professor Eugene Fama in his seminal paper on the

behavior of stock prices, "Now in fact we can probably never hope to find a time series [of

---

[79] Fama, Eugene F. and Kenneth R. French, "Permanent and Temporary Components of Stock Prices," *Journal of Political Economy*, 96, 1988, pages 246-273.

[80] There is an extensive academic literature that furnishes evidence that stock returns are not normally distributed.  One of the most often cited papers in this literature is Fama, Eugene, "The Behavior of Stock Prices," *Journal of Business*, 38, 1965, pages 34-105.

[81] One drawback of the non-parametric tests I performed is that the tests only detect 1-lag serial correlation. Therefore, I also performed parametric tests to confirm the results of the non-parametric tests.

[82] For a survey of this literature, see Dufour, Jean-Marie, Y. Lepage, and H. Zeidan, "Nonparametric Testing for Time Series: A Bibliography," *Canadian Journal of Statistics*, 10 (1), 1982, pages 1-38.

stock prices] that is characterized by *perfect* independence.  Thus, strictly speaking, the random walk theory cannot be a completely accurate description of reality.  For practical purposes, however, we may be willing to accept the independence assumption of the model as long as the dependence in the series of successive price changes is not above some 'minimum acceptable' level."[83]

77. The McNemar test is used to determine whether there is an equal probability that a positive (negative) return today is followed by a negative (positive) return tomorrow.[84]  In an efficient market where stock prices exhibit a random walk, the probabilities of both events happening should be the same.  As shown in Exhibit I, there are 64 observations where a positive return today is followed by a negative return tomorrow and 64 observations where a negative return today is followed by a positive return tomorrow.  The McNemar Statistic, revised to correct for discontinuity, is 0.0078 with a p-value of 0.9296.  Therefore, the null hypothesis that the probabilities of a positive (negative) return today followed by a negative (positive) return tomorrow are equal cannot be rejected.  Simply, an investor cannot profit on one day solely by knowing the return of the stock the previous day.  This result is consistent with a random walk time series of stock prices and supports the hypothesis that Toll Brothers' common stock traded in an efficient market during the Class Period.

78. The second non-parametric test I performed, which is also designed to investigate whether Toll Brothers' common stock price followed a random walk during the Class Period, is the

---

[83] Fama, Eugene, "The Behavior of Stock Prices," *Journal of Business*, 38, 1965, page 35.
[84] Mittsdorffer, R., and J. Diederich, "Prediction of First Day Returns of Initial Public Offering in the US Stock Market Using Rule Extraction from Support Vector Machines," *Studies in Computational Intelligence* (SCI), 80, 2008, pages 185–203;  Hunsader, Kenneth J., "Two Essays on the Strategic Aspects of Information Release," Doctoral Dissertation, Florida State University, Spring 2005;  and Dufour, Jean-Marie, Y. Lepage, and H. Zeidan, "Nonparametric Testing for Time Series: A Bibliography," *Canadian Journal of Statistics*, 10 (1), 1982, pages 1–38.

Wilcoxon signed-rank test. [85]   The Wilcoxon signed-rank test examines whether there is an equal probability that a positive (negative) return today is followed by a negative (positive) return tomorrow.  This test is different from the McNemar Test because it accounts for both the direction and magnitude of the return changes.  The median difference between consecutive daily returns should be zero in a random-walk series.  As shown in Exhibit I, the Wilcoxon t-statistic is 0.2702, and the p-value is 0.7870.  Therefore, the null hypothesis that the median difference in consecutive daily returns is zero cannot be rejected.  This means the returns of Toll Brothers' common stock are random over time.  This result is consistent with a random walk time series of stock prices and supports the hypothesis that Toll Brothers' common stock traded in an efficient market during the Class Period.

79. The time series of stock returns should not exhibit any serial correlation in an efficient market.  In addition to the two non-parametric tests I just described, I ran two sets of parametric tests, regression tests for serial correlation between Toll Brothers' common stock daily raw returns and prior day raw returns and the Portmanteau test (Q-Test), to examine whether there is any serial correlation evident in Toll Brothers' common stock returns during the Class Period.  In addition, I performed a robust regression analysis to test whether there are any outliers that could possibly distort the regression results.

80.  For each set of tests, I tested both Toll Brothers' common stock raw returns and the excess returns from the Modified Fama-French Three-Factor Model.  In performing the autocorrelation test, I first regressed Toll Brothers' raw returns on its prior day returns.  This test resulted in a beta of 0.004, a t-statistic of 0.0544, and a p-value of 0.9567, which is not significant at conventional significance levels.  This test result suggests that the returns are

---

[85] Luger, Richard, "Exact Nonparametric Tests for a Random Walk With Unknown Drift Under Conditional Heteroskedasticity," Research Department, Bank of Canada, pages 2–3;  and Campbell, B., and Jean-Marie Dufour, "Exact Nonparametric Orthogonality and Random Walk Tests," *Review of Economics and Statistics*, 77, February 1995, pages 1–16.

not autocorrelated.  (See Exhibit J.)  I also regressed Toll Brothers' residuals (or excess returns) estimated from the Modified Fama-French Three-Factor Model on its prior day residuals.  This test resulted in a beta of -0.04, a t-statistic of -0.5594, and a p-value of 0.5764, which is also not significant at conventional significance levels.  Thus, neither test furnishes evidence of statistically significant serial correlation.  Both test results are consistent with market efficiency, and both test results indicate that the pattern of returns for Toll Brothers' common stock is consistent with a random walk.

81. The Portmanteau test (or Q-Test) I performed examines whether there is any serial correlation between Toll Brothers' common stock returns and its prior daily returns based on one-day to five-day lags.  Using Toll Brothers' raw returns, the Q-stats for one-day to five-day lags are 0.01, 0.03, 0.03, 1.32, and 1.35, respectively, and their p-values are 0.9412, 0.9860, 0.9987, 0.8588, and 0.9292, respectively.  (See Exhibit J.)  Using the residuals (or excess returns) from the Modified Fama-French Three-Factor Model, the Q-stats for one-day to five-day lags are 0.83, 0.92, 1.16, 1.97 and 3.27, respectively, and their p-values are 0.3628, 0.6313, 0.7626, 0.7405 and 0.6588, respectively.  The p-values of both the raw returns and the residuals fall in excess of 0.10 for each of the one-day to five-day lags, and thus do not support the hypothesis of serial correlation between returns with lags of five days or less.

82. Consequently, based on the results of the non-parametric and parametric tests, I believe that it is reasonable to conclude that there is no significant serial correlation evident in Toll Brothers' common stock returns during the Class Period.  None of the tests conducted have offered evidence that contradicts market efficiency for Toll Brothers' common stock.  It is my opinion that the hypothesis that Toll Brothers' common stock returns followed a random

walk during the Class Period, which would be indicative of an efficient market, cannot be rejected.

## VIII.   Loss Causation

83.  Counsel for the lead plaintiff has informed me that plaintiffs are not obligated to demonstrate loss causation at the class certification stage.  Nevertheless, I was asked to perform a loss causation analysis in an abundance of caution.  I performed this loss causation analysis to determine whether the abnormal returns experienced by Toll Brothers' common stock on each of the disclosure dates (August 5, 2005, August 25, 2005, October 3, 2005 and November 8, 2005) were directly related to and substantially caused by identifiable news events on that date relating to the alleged fraud involving Toll Brothers during the Class Period.  This analysis involves examining the results of the event studies described in Section V - Cammer Factor Five: The Relationship between News Events and Security Price Changes and Loss Causation to determine whether the share price declines can reasonably be attributed to the fraud-related news events.[86]

### a.  August 5, 2005

84. As discussed earlier, Toll Brothers announced the outlook for their fiscal third quarter on August 4, 2005.  Revenue from home sales in the third quarter had risen from $991 million the previous year to $1.54 billion, a 55% increase.[87]   Home sales were up 37%, signed contracts with buyers were up 18% and the backlog of homes ordered and not yet delivered rose 38%.[88]  On a conference call discussing the release, CEO Robert Toll referred to the

---

[86] I have also investigated the relationship between news events and security prices during the trading day using the intraday trade and quote (TAQ) data provided by the New York Stock Exchange.  I did not find any significant intraday share price movements on any of the four disclosure dates.
[87] Bloomberg L.P., "Toll's 3rd-Quarter Homebuilding Revenue Rises 55%," August 4, 2005.
[88] Ibid.

period as "the best third quarter in our history."[89]  He continued, "We remain on track with

our previous projection of approximately 70% net income growth in fiscal year '05."

85. Several comments by CEO Robert Toll provided a weaker case for future growth.  "We do

see cooling in some local markets that were overheated just a few months ago, but we think

this is good."[90]  Discussing future new home sale contracts, Robert Toll said, "Instead of

selling out communities too quickly, we've chosen to ration our supply to maximize

profit."[91]  Following the call, Wachovia Capital Markets downgraded Toll Brothers'

common stock from Outperform to Market Perform.[92]  Their action focused on slowing

demand in a key market and valuation relative to Toll Brothers' peers.[93]  The downgrade

following the third quarter outlook release negatively impacted Toll Brothers' common

stock.

86. Toll Brothers' abnormal return on August 5, 2005, which I calculated by applying the

Modified Fama-French Three-Factor Model, was -2.92%.  I have reviewed the media

databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles

published before the market close on August 5, 2005.  No other potentially economically

significant news item regarding Toll Brothers received any news coverage that day.  The

earnings outlook and the downgrade by Wachovia Capital Markets on August 4, 2005

weighed heavily on Toll Brothers' common stock.  Therefore, it is my opinion that news on

August 4 and August 5 substantially caused the -2.92% abnormal return on August 5, 2005.

(*See* Exhibit F.)  The negative abnormal return is statistically significant at the 1% level.

---

[89] Thomson Street Events, "TOL – Toll Brothers Outlook Release," August 4, 2005.
[90] *Ibid.*
[91] *Ibid.*
[92] Bloomberg L.P., "Toll Brothers Cut to 'Market Perform' at Wachovia," August 5, 2005, and Wachovia Securities, "TOL: Downgrading to Market Perform," August 4, 2005.
[93] Wachovia Securities, "TOL: Downgrading to Market Perform," August 4, 2005.

Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

**b.  August 25, 2005**

87.  Early on the morning of August 25, 2005, Toll Brothers released finalized third quarter and nine month earnings and revenues.  In confirming the report from three weeks earlier, Toll Brothers highlighted that revenues, net income and backlog were the highest in its history.[94] Earnings per share for Toll Brothers' common stock were up 92% to $1.27, while revenues and net income growth were up 54% and 80%, respectively.[95]  CEO Robert Toll stated, "We believe strong job numbers and an improving economy are positive factors for the housing industry, in general, and our luxury niche in particular."[96]  He forecasted "assuming continued healthy demand, approximately 20% net income growth in both FY 2006 and FY 2007."[97]  Later that day, BB&T Capital chose to upgrade Toll Brothers' common stock to Buy from Hold, citing guidance on net income and EPS growth.[98]

88.  Some of the comments in the report and offered on the conference call later on August 25, 2005, were less bullish.  CEO Robert Toll said, "With respect to traffic, on a per community basis, traffic has been down from last year, and on average, it just – just eye-balling this, it seems to me as though it has been down 10% to 20% per community going back for almost a quarter and a half."[99]  Wachovia Securities, which had downgraded Toll Brothers' common stock three weeks earlier, highlighted "that housing dynamics in TOL's Mid-Atlantic sweet spot are slowing,"[100]  An Associated Press article included a quote from

---

[94] Bloomberg L.P., "Toll Brothers' Record FY 2005 3rd Qtr Earnings Rise 103 Percent," August 25, 2005.
[95] *Ibid.*
[96] *Ibid.*
[97] *Ibid.*
[98] BB&T Capital Markets, "TOL: Upgrading to Buy (1) on Strong Q3'05 Results, Weak Stock Price," August 25, 2005.
[99] Thomson StreetEvents, "TOL – Q3 2005 Toll Brothers Earnings Conference Call," August 25, 2005.
[100] Wachovia Securities, "TOL: Q3 EPS of $1.27 Exceeds Our $1.18 Estimate," August 25, 2005.

earlier in the month when CEO Robert Toll told analysts "that while housing remains hot, there are signs of slowing.  In some markets it's taking a bit longer to sell and price increases have been smaller."[101]

89. Other analyst reports followed the earnings announcement with a negative view of the news. JPMorgan noted that order growth was below their expectations and guidance for FY06 was "conservative".[102]  At Credit Suisse First Boston, the analyst was impressed with the earnings report, but was wary of growth estimates and how that would affect future earnings.  While Toll Brothers maintained its 20% net income growth forecast, the Street had been expecting 27% EPS growth for 2006.[103]  The research report said, "Although up 19%, order dollar growth witnessed a sharp deceleration from the 35-73% growth reported over the prior eight quarters."[104]

90. Toll Brothers' abnormal return on August 25, 2005, which I calculated by applying the Modified Fama-French Three-Factor Model, was -3.04%.  I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published before the market close on August 25, 2005.  No other potentially economically significant news item regarding Toll Brothers received any news coverage that day.  The earnings report and the subsequent comments by equity analysts on August 25, 2005 had a significant negative impact on Toll Brothers' common stock.  Therefore, it is my opinion that news regarding the finalized third quarter results substantially caused the -3.04% abnormal return on August 25, 2005.  (*See* Exhibit F.)  The negative abnormal return is

---

[101] Associated Press, "Toll Brothers' 3Q Profit Doubles," August 25, 2005.
[102] JPMorgan, "Toll Brothers: Strong 3Q Reported, FY06 Guidance Conservative; Reiterate OW Rating," August 25, 2005.
[103] Credit Suisse First Boston, "TOL: Strong Quarter, But Guidance May Disappoint," August 25, 2005.
[104] *Ibid.*

statistically significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

### c.   October 3, 2005

91. On Sunday, October 2, 2005, The New York Times published an article that discussed the changing preferences of the American home buyer. [105]  The article, "Are McMansions Going Out of Style?" cites the end of a thirty-year period of growth for the size of the average American home.  It also points out that Toll Brothers, singled out as a builder of homes in affluent areas, could be facing waning demand for bigger houses given the trend.[106]

92. On Monday, October 3, 2005, USA Today published an interview of Toll Brothers CEO Robert I. Toll by Ron Insana.[107]  Robert Toll addressed the slowing growth in demand for new homes with his interviewer.  "I think we have a general slowdown in most markets," Toll explained.[108]  He qualified that statement right away saying, "What I mean to imply is that it's not the overheated market you had maybe three months ago to a year and a half ago, but that you still have a very good market."[109]  Toll also indicated that Toll Brothers' backlog would be a source of consistent new home starts for at least a year.  Other comments in the interview indicated expectations of a 10% slowdown in new orders and a decreased rate of growth in pricing.[110]  He concluded by reiterating his expectations for Toll Brothers.  "We expect 2005 to be 80% up over '04, and we expect an approximately 20% increase for '06. I think we even went to '07 and said we expected a 20% increase over '06. So that's pretty good moving and grooving."[111]

---

[105] New York Times, "Are McMansions Going Out of Style?" October 2, 2005.
[106] *Ibid*
[107] USA Today, "Home Builder Optimistic in his Outlook for Market," October 3, 2005.
[108] *Ibid.*
[109] *Ibid.*
[110] *Ibid.*
[111] *Ibid.*

93. Toll Brothers' abnormal return on October 3, 2005, which I calculated by applying the
Modified Fama-French Three-Factor Model, was -2.28%. I have reviewed the media
databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles
published before the market close on October 3, 2005. No other potentially economically
significant news item regarding Toll Brothers received any news coverage that day or during
the prior weekend. The two news articles, published on October 2 and October 3, had a
significant negative impact on Toll Brothers' common stock. Therefore, it is my opinion
that that news substantially caused the -2.28% abnormal return on October 3, 2005. (*See*
Exhibit F.) The negative abnormal return is statistically significant at the 1% level. Such a
significance level means that there is less than a 1 in 100 chance that the abnormal return
happened by mere chance.

**d. November 8, 2005**

94. Early on November 8, 2005, Toll Brothers reported preliminary fourth quarter and fiscal
year results. For the fourteenth consecutive year, Toll Brothers posted record revenues,
rising 39 percent versus the previous fourth quarter.[112] Homes sales were up 23% and the
backlog of homes ordered and not yet delivered was up 36% over a year earlier.[113] While
the results for FY 2005 were strong, Toll Brothers' new view on FY 2006 was not as
positive as in past announcements. CEO Robert Toll stated, "Because we have fewer selling
communities than previously anticipated, and because we delivered some homes in FY 2005
that we had projected in FY 2006, we now estimate delivering between 9,500 and 10,200
homes in FY 2006 versus our 8,769 deliveries in FY 2005." He continued, "This compares

---

[112] Primezone, "Toll Brothers' Record FY 2005 4th Quarter Home Bldg Revenues Rise 39% to $2.01 Billion,"
November 8, 2005.
[113] Bloomberg L.P., "Toll's Homebuilding Revenue Increased 39% in Fourth Quarter," November 8, 2005.

with our previous guidance estimate of 10,200 to 10,600 home deliveries in FY 2006."[114] Toll Brothers also lowered guidance on both orders and earnings growth for FY 2006, citing softening demand, moderating house prices, waning customer confidence and tougher regulatory requirements.[115]

95. Before the opening of trading on the NYSE, Toll Brothers' common stock was down sharply in electronic trading.[116]   A stock alert issued by Deutsche Bank suggested a significant sell-off based on the new report.[117]   Once the market had opened, high volume pushed the stock price down more than 12% in early trading.[118]   Several equity research analysts began to issue updates on their view of Toll Brothers' new guidance estimates.  The analyst at A.G. Edwards suggested that the order trend was now negative, saying "we would look for sustained compression in Toll's multiple for the foreseeable future."[119]   Bear Stearns called the forecast "somber" and the stock was downgraded to Market Perform from Outperform at Raymond James[120]   Citigroup reported that it believed that Toll Brothers' position at the higher end of the housing market had made it more susceptible to declining consumer confidence.[121]   Additionally, the poor performance was primarily due to a shortfall in subdivisions and intentional slowing of orders as backlogs were greater than 12 months.[122]

96. JPMorgan maintained its Overweight rating of Toll Brothers common stock and offered the following view after the earnings conference call, "We estimate at least 65%, if not all, of the 550 (midpoint) less closings for FY06 is unrelated to the softer demand seen in several

---

[114] Primezone, "Toll Brothers' Record FY 2005 4th Quarter Home Bldg Revenues Rise 39% to $2.01 Billion," November 8, 2005.
[115] Associated Press, "Auto, Housing Sectors Worry Wall Street," November 8, 2005.
[116] Bloomberg L.P., "Toll Brothers Shares Drop on Lower Sales Forecasts," November 8, 2005.
[117] Deutsche Bank, "Company Alert: Toll Brothers Q4/FY05 Preliminary Outlook," November 8, 2005.
[118] Associated Press, "Stocks Decline on Auto, Housing Concerns," November 8, 2005.
[119] A.G. Edwards & Sons, "Graph of Toll's New Orders: The Trend is Not Toll's Friend," November 8, 2005.
[120] Bear, Stearns & Co., "Take the Pedal Off the Metal," November 8, 2005, and Bloomberg L.P., "Toll Brothers Cut to 'Market Perform' at Raymond James," November 8, 2005.
[121] Citigroup, "TOL: Flash: Reports Q405 Orders and Revenues," November 8, 2005.
[122] *Ibid.*

markets."[123]  Rather, JPMorgan pointed to community opening delays and lower than expected communities available for the coming year.

97. On the November 8, 2005 conference call, the Susquehanna Financial Group analyst asked Toll Brothers executives when they generally have confidence in their prediction for when a new selling community will "come online," or have units available for sale.[124]  An unidentified Toll Brothers executive replied, "Well, generally we were comfortable four or five months before that ... date for bringing a product to market.  But our comfort does not mean that we are always right."[125]  CEO Robert Toll continued, "We have seen increasingly reported delays by our operations Presidents....  It's fully expected because we are building in pretty well established territory which means it's also pretty well regulated."[126]  In reflecting on the company's responses, the Susquehanna analyst later reported, "By the company's own admission, management will typically know four to six months in advance where a community will likely open on time.  That takes us back to early summer.  To us, maybe the great visibility of its backlog is somewhat negated by the lack of visibility in community openings."[127]  Toll Brothers' abnormal return on November 8, 2005, which I calculated by applying the Modified Fama-French Three-Factor Model, was -8.04%.  I have reviewed the media databases on Bloomberg, Investext, and other news sources for Toll Brothers-related articles published before the market close on November 8, 2005.  No other potentially economically significant news item regarding Toll Brothers received any news coverage that day.  The revision to guidance for FY 2006 and the subsequent reports by stock analysts following the company in response to the revised guidance had a significant

---

[123] JPMorgan Chase & Co., "Toll Brothers: Post Call: Lower Guidance Mostly Not Demand Driven," November 8, 2005.
[124] Thomson StreetEvents, "TOL –Toll Brothers 4th Quarter Outlook Conference Call," November 8, 2005.
[125] *Ibid.*
[126] *Ibid.*
[127] Susquehanna Financial Group, "Toll Brothers, Inc. (TOL): TOL Creates an Unforgettable Day in the Homebuilder Universe," November 9, 2005.

negative impact on Toll Brothers' common stock.  Therefore, it is my opinion that these events substantially caused the -8.04% abnormal return on November 8, 2005.  (*See* Exhibit F.)  The negative abnormal return is statistically significant at the 1% level.  Such a significance level means that there is less than a 1 in 100 chance that the abnormal return happened by mere chance.

98. The U.S. Supreme Court in *Basic v. Levinson* established the following standard for assessing materiality: "an omitted fact is material if there is a substantial likelihood that (a) a reasonable shareholder would consider the fact important in deciding how to vote, and (b) disclosure of the omitted fact would have been viewed by the reasonable investor as having significantly altered the total mix of information made available."[128]  Finance professionals and investors determine the value of a share of common stock by "discounting expected cash flows to equity (i.e., the residual cash flows after meeting all expense, reinvestment needs, tax obligations, and interest and principal payments) at the cost of equity (i.e., the rate of return required by equity investors in the firm)."[129]  Thus, information that would affect an investor's perception of the future cash flow prospects for a company to an economically significant degree would be material to the value of the company's common stock.

99. Information regarding the housing market, such as the trend in housing prices, a change in order growth, a change in foot traffic, a change in expected future sales, or a change in guidance on order and earnings growth, are potentially economically significant to investors and thus information of a type that would be material to investors in homebuilding stocks. Each factor impacts potential future cash flow and hence the value of the common stock. The magnitude of those changes will determine whether they are material to investors.

---

[128] Basic Incorporated, et al., Petitioners v. Max L. Levinson et al., 485 U.S. 224 (1988). The U.S. Supreme Court expressly adopted the *TSC Industries* standard of materiality for Rule 10b-5 matters. See TSC Industries, Inc. v. Northway, Inc., 426 U.S. 438 (1976).
[129] Damodaran, Aswath, Investment Valuation, 2nd ed., John Wiley & Sons, Inc., New York, 2002, page 13.

100. The information regarding the alleged Toll Brothers fraud disclosed on each of the four Disclosure Dates discussed in this declaration included economically significant information that would be likely to have significant implications for the cash flows of Toll Brothers. Consequently, such information should be material to the value of Toll Brothers' common stock. The statistically significant negative price reaction to the information on each of the Disclosure Dates confirms that the information regarding the alleged fraud was material to investors in Toll Brothers' common stock.

## IX.   Conclusion

101. It is my opinion that the market for the common stock of Toll Brothers was efficient during the Class Period. This opinion concerning the market for Toll Brothers' common stock is based on the common stock's high volume of trading, the number of security analysts following Toll Brothers, the presence of a large number of market makers, Toll Brothers' eligibility to file registration statements on Form S-3, the demonstrable relationship between the release of Toll Brothers-specific news and the prompt price reactions of Toll Brothers' common stock, Toll Brothers' high market capitalization, the fact that Toll Brothers' common stock traded on the highly liquid NYSE during the Class Period, the substantial number of shares held and traded by institutional investors, the stable relationship between Toll Brothers' common stock price and the prices of call and put options on its common stock, which conforms to put-call parity, and the evidence that Toll Brothers' common stock price followed a random walk during the Class Period.

102. It is my opinion that Toll Brothers' common stock price declines on August 5, 2005, August 25, 2005, October 3, 2005 and November 8, 2005 were highly statistically significant, and that all four stock market reactions were substantially caused by identifiable news events relating to disclosure of the alleged fraud involving Toll Brothers' future sales

growth and the true financial impact of the slowdown in the housing market on Toll Brothers.  This opinion is based on the statistical significance of the negative abnormal returns on each of these days according to my event studies and my analysis of other company news.

103. My analysis is based on the materials I have reviewed to date.  I reserve the right to amend my opinion and file a supplemental declaration in this matter should I obtain any other significant information that leads me to change any of the opinions expressed in this declaration.  To the extent this matter is adjourned for any reason, I further reserve the right to supplement this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: May 13, 2010

John D. Finnerty, Ph.D.

**Exhibit A**
**Toll Brothers, Inc.**
**Daily Stock Price and Volume Movement**
**During the Class Period (December 9, 2004 to November 8, 2005)**



**Exhibit B**

**Toll Brothers, Inc.**

**Common Stock Trading Volume and Share Turnover**

|  | Weekly Volume of Shares Traded [1] | Weekly Volume as % of Shares Outstanding |
|---|---|---|
| Mean | 22,817,667 | 14.80% |
| Median | 22,876,950 | 14.77% |
| Minimum | 10,480,000 | 7.01% |
| Maximum | 35,798,100 | 23.13% |
| **Share Turnover** | | |
| Total Volume | | 1,108,006,300 |
| Average Shares Outstanding during Period | | 154,147,892 |
| Time Period (yrs) | | 0.92 |
| Annualized Turnover Rate during Period [2] | | 783.16% |

Notes:

[1] Statistics include those weeks that are fully contained in the Period.

[2] Turnover during Period is calculated as Total Volume (in Class Period) divided by Average Shares Outstanding during Period divided by Time Period (in years).

Sources:  Bloomberg L.P.

**Exhibit C**

**NYSE Common Stock Annualized
Turnover Rates
Between 2004 and 2005**

| Month | NYSE Turnover |
|---|---|
| December 2004 | 105.0% |
| January 2005 | 115.0% |
| February 2005 | 112.0% |
| March 2005 | 120.0% |
| April 2005 | 120.0% |
| May 2005 | 107.0% |
| June 2005 | 107.0% |
| July 2005 | 103.0% |
| August 2005 | 100.0% |
| September 2005 | 117.0% |
| October 2005 | 130.0% |
| November 2005 | 116.0% |
| Average | 112.7% |

Source:
   NYSEData.com Factbook - Annual reported volume,
   turnover rate, reported trades (mils. of shares).

**Exhibit D**

**Toll Brothers, Inc. - Quarterly Holdings during the Class Period [1]**

Page 1 of 2

| Shares Outstanding as of September 30, 2004: | | 149,442,000 | | |
|---|---|---|---|---|
| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
| 1 | Fidelity Investments | 7,628,242 | 5.10% | 1,419,700 |
| 2 | Lone Pine Capital LLC | 4,629,600 | 3.10% | 250,000 |
| 3 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,627,200 | 3.10% | 18,000 |
| 4 | Basswood Partners, L.L.C. | 4,135,306 | 2.77% | 1,186,800 |
| 5 | Alson Capital Partners, LLC | 3,330,880 | 2.23% | 20,000 |
| 6 | BlackRock, Inc. (NYSE:BLK) | 3,060,950 | 2.05% | 115,848 |
| 7 | Capital Growth Management. L.P. | 3,060,000 | 2.05% | 100,000 |
| 8 | Veredus Asset Management LLC | 2,568,400 | 1.72% | 228,400 |
| 9 | Keybank National Association, Asset Management Arm | 2,548,810 | 1.71% | 170,282 |
| 10 | Frontier Capital Management Co., LLC | 2,325,800 | 1.56% | 57,800 |
| | 274 Other Institutional Holders | 63,220,822 | 42.30% | 30,851,240 |
| Total | | 101,136,010 | 67.68% | 34,418,070 |

| Shares Outstanding as of December 31, 2004: | | 149,442,000 | | |
|---|---|---|---|---|
| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
| 1 | Fidelity Investments | 11,682,862 | 7.82% | 4,054,620 |
| 2 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,665,400 | 3.12% | 38,200 |
| 3 | Lone Pine Capital LLC | 4,043,600 | 2.71% | 586,000 |
| 4 | Basswood Capital Management, LLC | 3,672,748 | 2.46% | 3,672,748 |
| 5 | Aronson+Johnson+Ortiz, LP | 3,363,600 | 2.25% | 3,363,600 |
| 6 | Alson Capital Partners, LLC | 3,166,680 | 2.12% | 164,200 |
| 7 | BlackRock, Inc. (NYSE:BLK) | 3,105,658 | 2.08% | 44,708 |
| 8 | UBS Global Asset Management | 3,081,722 | 2.06% | 2,883,876 |
| 9 | Calamos Asset Management Inc. (NasdaqGS:CLMS) | 2,649,160 | 1.77% | 2,649,160 |
| 10 | Baron Capital Group Inc | 2,597,000 | 1.74% | 644,600 |
| | 295 Other Institutional Holders | 71,495,446 | 47.84% | 42,345,704 |
| Total | | 113,523,876 | 75.97% | 60,447,416 |

| Shares Outstanding as of March 31, 2005: | | 155,012,000 | | |
|---|---|---|---|---|
| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
| 1 | Fidelity Investments | 8,862,242 | 5.72% | 2,820,620 |
| 2 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,454,200 | 2.87% | 211,200 |
| 3 | Marsico Capital Management, LLC | 4,334,726 | 2.80% | 3,757,422 |
| 4 | Calamos Asset Management Inc. (NasdaqGS:CLMS) | 3,808,100 | 2.46% | 1,158,940 |
| 5 | Lone Pine Capital LLC | 3,356,200 | 2.17% | 687,400 |
| 6 | Aronson+Johnson+Ortiz, LP | 3,066,800 | 1.98% | 296,800 |
| 7 | BlackRock, Inc. (NYSE:BLK) | 2,947,938 | 1.90% | 157,720 |
| 8 | Lehman Brothers Holdings Inc, Asset Management Arm | 2,866,930 | 1.85% | 2,022,558 |
| 9 | Glenview Capital Management, LLC | 2,858,170 | 1.84% | 448,770 |
| 10 | Baron Capital Group Inc | 2,480,800 | 1.60% | 116,200 |
| | 340 Other Institutional Holders | 75,775,916 | 48.88% | 44,517,246 |
| Total | | 114,812,022 | 74.07% | 56,194,876 |

| Shares Outstanding as of June 30, 2005: | | 154,779,000 | | |
|---|---|---|---|---|
| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
| 1 | Fidelity Investments | 13,726,482 | 8.87% | 4,864,240 |
| 2 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,428,800 | 2.86% | 25,400 |
| 3 | D. E. Shaw Investment Management, L.L.C. | 4,268,000 | 2.76% | 2,737,800 |
| 4 | Bank of Ireland Asset Management Limited | 4,111,476 | 2.66% | 4,111,476 |
| 5 | Calamos Asset Management Inc. (NasdaqGS:CLMS) | 3,906,240 | 2.52% | 98,140 |
| 6 | Marsico Capital Management, LLC | 3,401,210 | 2.20% | 933,516 |
| 7 | BlackRock, Inc. (NYSE:BLK) | 3,313,010 | 2.14% | 365,072 |
| 8 | Baron Capital Group Inc | 2,480,200 | 1.60% | 600 |
| 9 | Lone Pine Capital LLC | 2,452,600 | 1.58% | 903,600 |
| 10 | State Street Global Advisors, Inc. | 2,414,646 | 1.56% | 970,074 |
| | 380 Other Institutional Holders | 75,794,414 | 48.97% | 35,505,222 |
| Total | | 120,297,078 | 77.72% | 50,515,140 |

Notes:

[1] Class period is between December 9, 2004 and November 8, 2005.

[2] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder.

Sources:  Capital IQ and Bloomberg.

**Exhibit D**
**Toll Brothers, Inc. - Quarterly Holdings during the Class Period [1]**
Page 2 of 2

| Shares Outstanding as of September 30, 2005: | 155,691,000 | | |
|---|---|---|---|

| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
|---|---|---|---|---|
| 1 | Fidelity Investments | 13,019,042 | 8.36% | 707,440 |
| 2 | D. E. Shaw Investment Management, L.L.C. | 4,427,900 | 2.84% | 159,900 |
| 3 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,407,320 | 2.83% | 21,480 |
| 4 | Bank of Ireland Asset Management Limited | 4,129,697 | 2.65% | 18,221 |
| 5 | Marsico Capital Management, LLC | 4,007,359 | 2.57% | 606,149 |
| 6 | Calamos Asset Management Inc. (NasdaqGS:CLMS) | 3,995,850 | 2.57% | 89,610 |
| 7 | BNY Mellon Asset Management | 3,374,386 | 2.17% | 1,436,512 |
| 8 | BlackRock, Inc. (NYSE:BLK) | 3,321,500 | 2.13% | 8,490 |
| 9 | State Street Global Advisors, Inc. | 2,700,988 | 1.73% | 286,342 |
| 10 | Citadel Investment Group, L.L.C. | 2,565,509 | 1.65% | 318,559 |
| | 395 Other Institutional Holders | 76,310,427 | 49.01% | 40,942,567 |
| Total | | 122,259,978 | 78.53% | 44,595,270 |

| Shares Outstanding as of December 31, 2005: | 155,691,000 | | |
|---|---|---|---|

| Rank | Holder | Shares Held | Percent of Shares Outstanding | Change in Securities Held [2] |
|---|---|---|---|---|
| 1 | Bank of Ireland Asset Management Limited | 7,358,699 | 4.73% | 3,229,002 |
| 2 | Neuberger Berman, LLC | 6,738,442 | 4.33% | 6,732,751 |
| 3 | Marsico Capital Management, LLC | 5,495,525 | 3.53% | 1,488,166 |
| 4 | D. E. Shaw Investment Management, L.L.C. | 4,826,800 | 3.10% | 398,900 |
| 5 | Tontine Capital Management LLC | 4,668,000 | 3.00% | 4,668,000 |
| 6 | Fidelity Investments | 4,541,692 | 2.92% | 8,477,350 |
| 7 | T. Rowe Price Group, Inc. (NasdaqGS:TROW) | 4,329,420 | 2.78% | 77,900 |
| 8 | BlackRock, Inc. (NYSE:BLK) | 3,536,394 | 2.27% | 214,894 |
| 9 | BNY Mellon Asset Management | 3,309,201 | 2.13% | 65,185 |
| 10 | Basswood Capital Management, LLC | 3,125,749 | 2.01% | 1,141,387 |
| | 378 Other Institutional Holders | 70,194,944 | 45.09% | 54,423,093 |
| Total | | 118,124,866 | 75.87% | 80,916,628 |

Notes:

[1] Class period is between December 9, 2004 and November 8, 2005.

[2] Change in Securities Held is the sum of the absolute value of the change in shares held by each individual institutional holder.

Sources:  Capital IQ and Bloomberg.

**Exhibit E**

## Market Value of the Public Float in Toll Brothers, Inc.
## Common Stock during the Class Period

| Date [1] | Shares Held by Insiders [2,3] | Shares Outstanding [2,4] | Stock Price [2,5] | Market Capitalization | Public Float (Shares) | Market Value of Public Float |
|---|---|---|---|---|---|---|
| 9/30/2004 | 36,881,100 | 149,442,000 | $ 23.17 | $ 3,461,823,930 | 112,560,900 | $ 2,607,473,249 |
| 12/31/2004 | 35,278,748 | 149,442,000 | $ 34.31 | $ 5,126,607,810 | 114,163,252 | $ 3,916,370,360 |
| 3/31/2005 | 31,825,008 | 155,012,000 | $ 39.43 | $ 6,111,348,100 | 123,186,992 | $ 4,856,647,160 |
| 6/30/2005 | 29,832,058 | 154,779,000 | $ 50.78 | $ 7,858,903,725 | 124,946,942 | $ 6,344,180,980 |
| 9/30/2005 | 26,845,258 | 155,691,000 | $ 44.67 | $ 6,954,716,970 | 128,845,742 | $ 5,755,539,295 |
| 12/31/2005 | 27,876,299 | 155,691,000 | $ 34.64 | $ 5,393,136,240 | 127,814,701 | $ 4,427,501,243 |
| **Average** | **31,423,079** | **153,342,833** | **$ 37.83** | **$ 5,817,756,129** | **121,919,755** | **$ 4,651,285,381** |

Notes:

[1] Last trading day of the quarter.

[2] All share and price information has been adjusted for the 2:1 stock split on July 11, 2005.

[3] Shares held by insiders from 10-K Wizard.

[4] Shares outstanding from Bloomberg LP

[5] Stock price from Bloomberg LP.

Sources:

    10-K Wizard, Bloomberg L.P.

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
**Page 1 of 7**

| **Fitting the Modified Fama-French Three-Factor Model** | | | | |
|---|---|---|---|---|
| Regression: | $R_{TOL}$-$R_F = \alpha + \beta(R_M$ -$R_F) + s\,(SMB) + h\,(HML) + i\,(Industry\ Index)$ | | | |
| Regression Period: | 12/8/2003 to 12/8/2004 | | | |
| Observations | 253 | | | |

| | Coefficient | Standard Error | t-Statistic | Probability |
|---|---|---|---|---|
| $\alpha$ | 0.0007 | 0.0005 | 1.3195 | 0.1882 |
| $\beta$ | 0.2568 | 0.1028 | 2.4987 | 0.0131 |
| $s$ | -0.1125 | 0.1236 | -0.9104 | 0.3635 |
| $h$ | 0.0878 | 0.1536 | 0.5712 | 0.5684 |
| $i$ | 0.8680 | 0.0315 | 27.5233 | 0.0000 |

| | | | |
|---|---|---|---|
| R-squared | 0.8256 | Mean dependent variance | 0.0012 |
| Adjusted R-squared | 0.8228 | Standard deviation of dependent variable | 0.0201 |
| Standard error of regression | 0.0085 | Akaike info criterion | -6.6895 |
| Sum of squared residuals | 0.0177 | Schwarz criterion | -6.6196 |
| Log likelihood | 851.2157 | Hannan-Quinn criter. | -6.6614 |
| F-statistic | 293.5321 | Durbin-Watson stat | 1.8097 |
| Probability (F-statistic) | 0.0000 | | |

Note:

$R_M$ is the return on a value-weighted index of NYSE, AMEX, and NASDAQ stocks. SMB (Small Minus Big) and HML (High Minus Low) are defined by Fama and French. $R_F$ is the one month treasury bill rate. Industry Index is the return on a market cap-weighted index of stocks of all members of the S&P 400 Homebuilders during the class period excluding Toll Brothers.

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 2 of 7

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Calculation of the Abnormal Return** | | | | | |
| | | | **Regression Input** | | | | **Modified FFM: Custom Index Added** | | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig[2] |
| 12/9/2004 | $30.50 | 12.71% | 0.41% | -0.74% | 0.12% | 5.71% | 5.234% | 7.481% | 8.8518 | 0.0000 | *** |
| 12/10/2004 | $32.00 | 4.94% | -0.04% | 0.46% | 0.21% | 5.52% | 4.829% | 0.106% | 0.1257 | 0.9001 | |
| 12/13/2004 | $31.46 | -1.69% | 0.84% | 0.01% | -0.05% | 0.44% | 0.671% | -2.359% | -2.7913 | 0.0057 | *** |
| 12/14/2004 | $31.74 | 0.87% | 0.42% | 0.51% | -0.18% | 0.65% | 0.680% | 0.194% | 0.2299 | 0.8184 | |
| 12/15/2004 | $33.01 | 4.02% | 0.37% | 0.41% | 0.48% | 6.35% | 5.679% | -1.661% | -1.9656 | 0.0505 | * |
| 12/16/2004 | $32.90 | -0.33% | -0.33% | -0.43% | 0.31% | -2.43% | -2.042% | 1.709% | 2.0219 | 0.0443 | ** |
| 12/17/2004 | $32.67 | -0.70% | -0.44% | 0.50% | 0.45% | -0.39% | -0.391% | -0.308% | -0.3645 | 0.7158 | |
| 12/20/2004 | $32.55 | -0.37% | -0.09% | -0.61% | 0.47% | -0.23% | -0.031% | -0.336% | -0.3977 | 0.6912 | |
| 12/21/2004 | $32.80 | 0.77% | 0.89% | 0.26% | -0.07% | -0.07% | 0.211% | 0.557% | 0.6593 | 0.5103 | |
| 12/22/2004 | $33.21 | 1.23% | 0.34% | 0.06% | -0.28% | 1.63% | 1.545% | -0.311% | -0.3676 | 0.7135 | |
| 12/23/2004 | $32.98 | -0.69% | 0.10% | 0.19% | -0.20% | -0.99% | -0.791% | 0.099% | 0.1168 | 0.9071 | |
| 12/27/2004 | $32.30 | -2.05% | -0.40% | -0.21% | -0.03% | -1.80% | -1.562% | -0.485% | -0.5736 | 0.5667 | |
| 12/28/2004 | $33.61 | 4.06% | 0.80% | 0.75% | -0.13% | 2.40% | 2.266% | 1.790% | 2.1175 | 0.0352 | ** |
| 12/29/2004 | $33.61 | -0.01% | 0.06% | -0.07% | 0.02% | 0.19% | 0.267% | -0.282% | -0.3335 | 0.7390 | |
| 12/30/2004 | $33.78 | 0.51% | 0.06% | -0.05% | -0.13% | 1.06% | 1.008% | -0.502% | -0.5946 | 0.5527 | |
| 12/31/2004 | $34.31 | 1.57% | -0.11% | -0.01% | 0.20% | 0.24% | 0.280% | 1.289% | 1.5256 | 0.1284 | |
| 1/3/2005 | $33.99 | -0.92% | -1.01% | -0.56% | -0.19% | -1.71% | -1.618% | 0.699% | 0.8275 | 0.4087 | |
| 1/4/2005 | $33.05 | -2.77% | -1.29% | -0.58% | 0.50% | -4.65% | -4.179% | 1.413% | 1.6721 | 0.0958 | * |
| 1/5/2005 | $32.85 | -0.61% | -0.62% | -1.07% | 0.01% | -1.33% | -1.118% | 0.513% | 0.6067 | 0.5446 | |
| 1/6/2005 | $33.35 | 1.51% | 0.34% | -0.15% | 0.16% | 1.74% | 1.706% | -0.199% | -0.2360 | 0.8136 | |
| 1/7/2005 | $33.56 | 0.64% | -0.23% | -0.75% | -0.03% | 0.08% | 0.168% | 0.477% | 0.5640 | 0.5733 | |
| 1/10/2005 | $34.99 | 4.25% | 0.41% | 0.23% | 0.17% | 3.25% | 2.990% | 1.256% | 1.4860 | 0.1385 | |
| 1/11/2005 | $34.91 | -0.23% | -0.64% | -0.33% | 0.34% | -0.25% | -0.232% | 0.004% | 0.0045 | 0.9964 | |
| 1/12/2005 | $34.86 | -0.13% | 0.41% | -0.08% | -0.01% | -0.25% | -0.021% | -0.108% | -0.1273 | 0.8988 | |
| 1/13/2005 | $36.33 | 4.20% | -0.69% | 0.13% | 0.53% | 3.33% | 2.823% | 1.380% | 1.6328 | 0.1038 | |
| 1/14/2005 | $37.19 | 2.38% | 0.62% | 0.52% | 0.05% | 2.14% | 2.040% | 0.342% | 0.4041 | 0.6865 | |
| 1/18/2005 | $37.19 | -0.01% | 0.92% | 0.18% | -0.24% | 0.38% | 0.601% | -0.615% | -0.7276 | 0.4675 | |
| 1/19/2005 | $37.88 | 1.86% | -0.90% | -0.16% | 0.48% | 0.26% | 0.137% | 1.718% | 2.0332 | 0.0431 | ** |
| 1/20/2005 | $36.82 | -2.79% | -0.75% | -0.15% | -0.01% | -3.71% | -3.322% | 0.536% | 0.6344 | 0.5264 | |
| 1/21/2005 | $36.78 | -0.12% | -0.47% | 0.29% | 0.31% | -0.94% | -0.867% | 0.745% | 0.8813 | 0.3790 | |
| 1/24/2005 | $36.81 | 0.10% | -0.50% | -0.77% | 0.68% | -0.06% | 0.043% | 0.052% | 0.0614 | 0.9511 | |
| 1/25/2005 | $37.09 | 0.75% | 0.26% | 0.16% | -0.36% | 0.65% | 0.656% | 0.091% | 0.1078 | 0.9142 | |
| 1/26/2005 | $38.17 | 2.91% | 0.63% | 0.91% | -0.12% | 2.27% | 2.101% | 0.811% | 0.9598 | 0.3381 | |
| 1/27/2005 | $37.98 | -0.50% | 0.06% | 0.18% | 0.14% | -1.89% | -1.553% | 1.055% | 1.2485 | 0.2130 | |
| 1/28/2005 | $38.42 | 1.16% | -0.29% | -0.25% | 0.12% | 1.13% | 1.025% | 0.134% | 0.1587 | 0.8740 | |
| 1/31/2005 | $39.04 | 1.61% | 0.94% | 0.77% | 0.07% | 1.61% | 1.638% | -0.024% | -0.0282 | 0.9775 | |
| 2/1/2005 | $39.68 | 1.64% | 0.68% | -0.06% | 0.12% | 2.32% | 2.288% | -0.648% | -0.7668 | 0.4439 | |
| 2/2/2005 | $39.58 | -0.25% | 0.38% | 0.21% | 0.28% | -0.07% | 0.116% | -0.368% | -0.4354 | 0.6636 | |
| 2/3/2005 | $39.33 | -0.62% | -0.27% | -0.12% | 0.40% | -0.08% | -0.014% | -0.605% | -0.7155 | 0.4750 | |
| 2/4/2005 | $41.03 | 4.31% | 1.07% | 0.14% | -0.53% | 5.67% | 5.216% | -0.906% | -1.0721 | 0.2847 | |
| 2/7/2005 | $41.27 | 0.59% | -0.14% | 0.10% | -0.08% | -0.67% | -0.554% | 1.139% | 1.3483 | 0.1788 | |
| 2/8/2005 | $43.00 | 4.20% | 0.11% | 0.20% | -0.05% | 2.53% | 2.274% | 1.930% | 2.2842 | 0.0232 | ** |
| 2/9/2005 | $42.23 | -1.80% | -0.91% | -1.12% | 0.77% | -2.28% | -1.943% | 0.140% | 0.1660 | 0.8683 | |

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 3 of 7

| | | | | | | | Calculation of the Abnormal Return | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Regression Input | | | | Modified FFM: Custom Index Added | | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig [2] |
| 2/10/2005 | $42.63 | 0.95% | 0.44% | -0.37% | 0.20% | 0.31% | 0.524% | 0.423% | 0.5009 | 0.6169 | |
| 2/11/2005 | $41.48 | -2.70% | 0.78% | 0.48% | -0.39% | -2.53% | -2.007% | -0.691% | -0.8173 | 0.4145 | |
| 2/14/2005 | $41.25 | -0.54% | 0.10% | -0.01% | 0.15% | -1.00% | -0.753% | 0.211% | 0.2492 | 0.8034 | |
| 2/15/2005 | $41.35 | 0.24% | 0.27% | -0.38% | 0.03% | -1.57% | -1.173% | 1.415% | 1.6744 | 0.0953 | * |
| 2/16/2005 | $42.05 | 1.69% | 0.09% | 0.34% | 0.67% | 2.13% | 1.973% | -0.280% | -0.3310 | 0.7409 | |
| 2/17/2005 | $42.46 | 0.96% | -0.72% | -0.30% | 0.21% | 0.78% | 0.619% | 0.344% | 0.4073 | 0.6841 | |
| 2/18/2005 | $42.21 | -0.59% | 0.01% | -0.13% | 0.10% | -0.66% | -0.469% | -0.119% | -0.1414 | 0.8877 | |
| 2/22/2005 | $40.52 | -3.99% | -1.38% | -0.29% | -0.10% | -4.12% | -3.823% | -0.169% | -0.1999 | 0.8417 | |
| 2/23/2005 | $42.13 | 3.96% | 0.48% | -0.13% | 0.31% | 0.67% | 0.823% | 3.138% | 3.7133 | 0.0003 | *** |
| 2/24/2005 | $43.68 | 3.68% | 0.75% | 0.18% | -0.15% | 5.10% | 4.666% | -0.986% | -1.1670 | 0.2443 | |
| 2/25/2005 | $44.87 | 2.74% | 0.98% | 0.36% | 0.43% | 5.27% | 4.898% | -2.162% | -2.5583 | 0.0111 | ** |
| 2/28/2005 | $44.03 | -1.88% | -0.59% | 0.24% | 0.12% | -2.54% | -2.294% | 0.411% | 0.4858 | 0.6275 | |
| 3/1/2005 | $44.43 | 0.92% | 0.53% | 0.14% | -0.19% | 0.98% | 1.036% | -0.116% | -0.1370 | 0.8912 | |
| 3/2/2005 | $43.88 | -1.25% | 0.02% | -0.18% | 0.10% | -2.26% | -1.843% | 0.593% | 0.7022 | 0.4832 | |
| 3/3/2005 | $43.49 | -0.89% | 0.04% | 0.07% | 0.59% | -0.04% | 0.104% | -0.993% | -1.1749 | 0.2412 | |
| 3/4/2005 | $45.00 | 3.48% | 0.95% | 0.00% | 0.34% | 4.65% | 4.387% | -0.903% | -1.0680 | 0.2865 | |
| 3/7/2005 | $44.73 | -0.61% | 0.23% | -0.36% | -0.04% | -0.39% | -0.163% | -0.448% | -0.5300 | 0.5966 | |
| 3/8/2005 | $43.10 | -3.63% | -0.45% | -0.41% | 0.01% | -3.72% | -3.218% | -0.415% | -0.4913 | 0.6237 | |
| 3/9/2005 | $41.79 | -3.05% | -0.96% | 0.12% | -0.26% | -3.93% | -3.609% | 0.558% | 0.6604 | 0.5096 | |
| 3/10/2005 | $40.67 | -2.67% | -0.04% | -0.78% | -0.34% | -1.12% | -0.843% | -1.826% | -2.1603 | 0.0317 | ** |
| 3/11/2005 | $40.83 | 0.38% | -0.51% | 0.53% | 0.62% | 0.08% | 0.010% | 0.371% | 0.4395 | 0.6607 | |
| 3/14/2005 | $40.08 | -1.82% | 0.56% | -0.23% | 0.18% | -0.35% | -0.041% | -1.784% | -2.1114 | 0.0357 | ** |
| 3/15/2005 | $40.00 | -0.20% | -0.64% | 0.22% | 0.28% | -0.26% | -0.313% | 0.114% | 0.1344 | 0.8932 | |
| 3/16/2005 | $40.25 | 0.63% | -0.78% | 0.20% | 0.18% | -0.35% | -0.428% | 1.053% | 1.2458 | 0.2140 | |
| 3/17/2005 | $38.41 | -4.58% | 0.23% | 0.02% | 0.62% | -1.48% | -1.089% | -3.495% | -4.1349 | 0.0000 | *** |
| 3/18/2005 | $38.57 | 0.42% | -0.17% | -0.37% | 0.12% | -0.18% | -0.068% | 0.485% | 0.5737 | 0.5667 | |
| 3/21/2005 | $38.09 | -1.24% | -0.45% | 0.32% | -0.14% | -0.05% | -0.128% | -1.117% | -1.3216 | 0.1875 | |
| 3/22/2005 | $38.43 | 0.89% | -0.88% | 0.65% | -0.10% | 0.13% | -0.112% | 1.004% | 1.1885 | 0.2358 | |
| 3/23/2005 | $38.00 | -1.11% | -0.27% | -0.84% | -0.66% | -1.36% | -1.136% | 0.030% | 0.0359 | 0.9714 | |
| 3/24/2005 | $38.64 | 1.67% | 0.03% | 0.47% | -0.05% | 1.73% | 1.534% | 0.137% | 0.1617 | 0.8717 | |
| 3/28/2005 | $38.60 | -0.10% | 0.08% | -0.22% | -0.01% | -0.30% | -0.136% | 0.032% | 0.0384 | 0.9694 | |
| 3/29/2005 | $38.10 | -1.28% | -0.82% | -0.80% | -0.01% | -1.81% | -1.616% | 0.333% | 0.3942 | 0.6938 | |
| 3/30/2005 | $38.55 | 1.18% | 1.30% | 0.12% | -0.27% | -0.08% | 0.305% | 0.876% | 1.0364 | 0.3010 | |
| 3/31/2005 | $39.43 | 2.27% | 0.11% | -0.02% | 0.72% | 0.80% | 0.869% | 1.401% | 1.6578 | 0.0986 | * |
| 4/1/2005 | $40.12 | 1.76% | -0.56% | -0.05% | 0.71% | 1.84% | 1.600% | 0.162% | 0.1922 | 0.8477 | |
| 4/4/2005 | $40.43 | 0.76% | 0.20% | 0.02% | 0.14% | 1.08% | 1.081% | -0.321% | -0.3797 | 0.7045 | |
| 4/5/2005 | $39.98 | -1.10% | 0.36% | -0.14% | -0.29% | -0.76% | -0.496% | -0.604% | -0.7151 | 0.4752 | |
| 4/6/2005 | $39.66 | -0.80% | 0.25% | -0.10% | 0.01% | -2.12% | -1.685% | 0.885% | 1.0468 | 0.2962 | |
| 4/7/2005 | $40.06 | 1.01% | 0.52% | 0.00% | -0.21% | 1.10% | 1.153% | -0.144% | -0.1709 | 0.8645 | |
| 4/8/2005 | $39.59 | -1.17% | -0.85% | -0.43% | -0.01% | -1.20% | -1.130% | -0.043% | -0.0515 | 0.9590 | |
| 4/11/2005 | $39.55 | -0.10% | -0.09% | -0.62% | 0.10% | -0.42% | -0.231% | 0.130% | 0.1534 | 0.8782 | |
| 4/12/2005 | $40.65 | 2.77% | 0.49% | 0.25% | -0.18% | 2.77% | 2.566% | 0.203% | 0.2396 | 0.8108 | |
| 4/13/2005 | $39.79 | -2.10% | -1.19% | -0.33% | -0.16% | -2.35% | -2.242% | 0.138% | 0.1637 | 0.8701 | |

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 4 of 7

| | | | | | | Calculation of the Abnormal Return | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Regression Input | | | | Modified FFM: Custom Index Added | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig [2] |
| 4/14/2005 | $38.01 | -4.49% | -1.12% | -0.57% | -0.18% | -4.02% | -3.650% | -0.836% | -0.9892 | 0.3235 | |
| 4/15/2005 | $36.71 | -3.42% | -1.59% | -0.08% | -0.52% | -3.08% | -3.035% | -0.385% | -0.4559 | 0.6489 | |
| 4/18/2005 | $37.53 | 2.25% | 0.29% | 0.33% | 0.20% | 1.87% | 1.758% | 0.490% | 0.5799 | 0.5625 | |
| 4/19/2005 | $37.75 | 0.59% | 0.80% | 0.74% | 0.20% | 1.94% | 1.906% | -1.320% | -1.5620 | 0.1196 | |
| 4/20/2005 | $36.16 | -4.23% | -1.27% | -0.17% | -0.01% | -1.91% | -1.884% | -2.341% | -2.7697 | 0.0060 | *** |
| 4/21/2005 | $36.91 | 2.07% | 1.78% | 0.24% | -0.44% | 2.57% | 2.700% | -0.626% | -0.7408 | 0.4595 | |
| 4/22/2005 | $36.25 | -1.77% | -0.72% | -0.81% | 0.49% | -1.25% | -1.055% | -0.720% | -0.8521 | 0.3950 | |
| 4/25/2005 | $37.68 | 3.94% | 0.88% | 0.05% | 0.05% | 3.15% | 3.042% | 0.903% | 1.0679 | 0.2866 | |
| 4/26/2005 | $38.09 | 1.09% | -0.87% | -0.47% | -0.16% | 0.27% | 0.131% | 0.957% | 1.1326 | 0.2585 | |
| 4/27/2005 | $38.48 | 1.01% | 0.18% | -0.50% | -0.40% | 0.04% | 0.179% | 0.832% | 0.9842 | 0.3260 | |
| 4/28/2005 | $37.08 | -3.64% | -1.17% | -0.90% | 0.34% | -3.02% | -2.711% | -0.928% | -1.0982 | 0.2732 | |
| 4/29/2005 | $37.90 | 2.23% | 1.00% | -0.36% | -0.10% | 1.67% | 1.823% | 0.402% | 0.4759 | 0.6346 | |
| 5/2/2005 | $37.78 | -0.33% | 0.52% | 0.45% | 0.10% | 0.36% | 0.485% | -0.815% | -0.9643 | 0.3358 | |
| 5/3/2005 | $37.33 | -1.19% | -0.11% | 0.04% | -0.50% | -0.72% | -0.618% | -0.573% | -0.6780 | 0.4984 | |
| 5/4/2005 | $38.41 | 2.89% | 1.30% | 0.29% | 0.27% | 1.72% | 1.902% | 0.992% | 1.1734 | 0.2418 | |
| 5/5/2005 | $39.35 | 2.46% | -0.14% | 0.25% | -0.23% | 1.58% | 1.367% | 1.094% | 1.2941 | 0.1968 | |
| 5/6/2005 | $39.82 | 1.18% | -0.02% | 0.32% | 0.15% | 1.64% | 1.474% | -0.292% | -0.3458 | 0.7298 | |
| 5/9/2005 | $40.65 | 2.08% | 0.63% | 0.30% | -0.03% | 0.62% | 0.744% | 1.340% | 1.5859 | 0.1140 | |
| 5/10/2005 | $39.65 | -2.45% | -0.99% | -0.17% | -0.01% | -1.90% | -1.805% | -0.643% | -0.7611 | 0.4473 | |
| 5/11/2005 | $40.20 | 1.39% | 0.31% | -0.37% | -0.24% | 0.84% | 0.907% | 0.480% | 0.5683 | 0.5704 | |
| 5/12/2005 | $38.80 | -3.48% | -1.07% | -0.15% | -0.89% | -3.35% | -3.158% | -0.325% | -0.3844 | 0.7010 | |
| 5/13/2005 | $38.31 | -1.28% | -0.52% | -0.09% | -0.69% | -1.29% | -1.224% | -0.052% | -0.0618 | 0.9508 | |
| 5/16/2005 | $39.90 | 4.15% | 0.96% | 0.48% | -0.37% | 3.65% | 3.410% | 0.741% | 0.8769 | 0.3814 | |
| 5/17/2005 | $40.04 | 0.35% | 0.66% | -0.21% | 0.35% | 0.73% | 0.936% | -0.585% | -0.6919 | 0.4896 | |
| 5/18/2005 | $42.34 | 5.74% | 1.13% | 0.94% | -0.42% | 4.68% | 4.291% | 1.454% | 1.7202 | 0.0866 | * |
| 5/19/2005 | $42.35 | 0.02% | 0.48% | -0.16% | 0.10% | -0.20% | 0.062% | -0.039% | -0.0459 | 0.9634 | |
| 5/20/2005 | $42.24 | -0.25% | -0.15% | -0.02% | 0.18% | -0.63% | -0.485% | 0.237% | 0.2806 | 0.7792 | |
| 5/23/2005 | $43.09 | 2.00% | 0.45% | 0.18% | 0.00% | 1.98% | 1.899% | 0.101% | 0.1199 | 0.9047 | |
| 5/24/2005 | $43.76 | 1.57% | 0.03% | 0.01% | 0.03% | 0.01% | 0.104% | 1.463% | 1.7312 | 0.0846 | * |
| 5/25/2005 | $42.87 | -2.05% | -0.44% | -0.57% | 0.33% | -0.70% | -0.550% | -1.496% | -1.7696 | 0.0780 | * |
| 5/26/2005 | $45.83 | 6.91% | 0.68% | 0.65% | -0.02% | 4.61% | 4.181% | 2.724% | 3.2235 | 0.0014 | *** |
| 5/27/2005 | $45.53 | -0.64% | 0.26% | 0.08% | 0.39% | -0.12% | 0.068% | -0.712% | -0.8423 | 0.4004 | |
| 5/31/2005 | $46.30 | 1.68% | -0.44% | 0.45% | 0.35% | 0.39% | 0.285% | 1.395% | 1.6509 | 0.1000 | |
| 6/1/2005 | $47.55 | 2.71% | 0.89% | 0.17% | 0.00% | 1.70% | 1.770% | 0.940% | 1.1120 | 0.2672 | |
| 6/2/2005 | $48.35 | 1.68% | 0.21% | 0.09% | -0.22% | 0.87% | 0.856% | 0.827% | 0.9789 | 0.3286 | |
| 6/3/2005 | $47.14 | -2.50% | -0.59% | -0.21% | 0.54% | -1.75% | -1.517% | -0.986% | -1.1666 | 0.2445 | |
| 6/6/2005 | $47.49 | 0.74% | 0.16% | 0.28% | 0.13% | 0.96% | 0.937% | -0.194% | -0.2300 | 0.8182 | |
| 6/7/2005 | $48.15 | 1.38% | -0.01% | 0.15% | 0.04% | 0.51% | 0.511% | 0.869% | 1.0277 | 0.3051 | |
| 6/8/2005 | $47.49 | -1.36% | -0.24% | -0.34% | 0.33% | -2.55% | -2.124% | 0.764% | 0.9040 | 0.3669 | |
| 6/9/2005 | $48.60 | 2.34% | 0.56% | 0.26% | 0.03% | 1.27% | 1.301% | 1.036% | 1.2263 | 0.2212 | |
| 6/10/2005 | $48.25 | -0.72% | -0.16% | 0.11% | 0.52% | -1.18% | -0.948% | 0.228% | 0.2695 | 0.7878 | |
| 6/13/2005 | $48.18 | -0.16% | 0.26% | 0.13% | 0.23% | 0.34% | 0.444% | -0.600% | -0.7097 | 0.4786 | |
| 6/14/2005 | $49.08 | 1.88% | 0.30% | 0.44% | 0.33% | 1.77% | 1.677% | 0.201% | 0.2380 | 0.8120 | |

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 5 of 7

| | | | | | | Calculation of the Abnormal Return | | | | | |
| | | Regression Input | | | | | Modified FFM: Custom Index Added | | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/15/2005 | $50.40 | 2.69% | 0.28% | 0.23% | 0.19% | 2.85% | 2.620% | 0.069% | 0.0820 | 0.9347 | |
| 6/16/2005 | $51.65 | 2.47% | 0.50% | 0.58% | -0.26% | 1.25% | 1.205% | 1.265% | 1.4974 | 0.1356 | |
| 6/17/2005 | $52.24 | 1.14% | 0.39% | -0.57% | 0.23% | 2.71% | 2.619% | -1.477% | -1.7471 | 0.0818 | * |
| 6/20/2005 | $50.43 | -3.47% | -0.09% | -0.33% | 0.10% | -1.71% | -1.380% | -2.086% | -2.4677 | 0.0143 | ** |
| 6/21/2005 | $50.25 | -0.35% | -0.20% | 0.13% | -0.22% | 0.86% | 0.742% | -1.089% | -1.2886 | 0.1987 | |
| 6/22/2005 | $50.65 | 0.80% | 0.09% | 0.26% | -0.03% | -0.68% | -0.515% | 1.311% | 1.5514 | 0.1221 | |
| 6/23/2005 | $50.23 | -0.84% | -1.00% | -0.41% | 0.22% | -0.99% | -0.974% | 0.135% | 0.1599 | 0.8731 | |
| 6/24/2005 | $49.15 | -2.14% | -0.67% | 0.00% | 0.08% | -2.48% | -2.238% | 0.097% | 0.1153 | 0.9083 | |
| 6/27/2005 | $49.76 | 1.24% | -0.05% | -0.13% | 0.63% | 2.65% | 2.437% | -1.196% | -1.4151 | 0.1583 | |
| 6/28/2005 | $51.03 | 2.54% | 0.96% | 1.03% | -0.61% | 2.65% | 2.461% | 0.081% | 0.0959 | 0.9237 | |
| 6/29/2005 | $50.74 | -0.56% | -0.05% | 0.33% | 0.08% | -1.29% | -1.080% | 0.522% | 0.6173 | 0.5376 | |
| 6/30/2005 | $50.78 | 0.07% | -0.60% | 0.22% | 0.29% | 0.87% | 0.680% | -0.611% | -0.7231 | 0.4703 | |
| 7/1/2005 | $50.24 | -1.05% | 0.36% | 0.09% | 0.47% | -0.14% | 0.088% | -1.142% | -1.3514 | 0.1778 | |
| 7/5/2005 | $50.35 | 0.22% | 0.84% | 0.55% | -0.15% | 0.93% | 1.028% | -0.809% | -0.9567 | 0.3396 | |
| 7/6/2005 | $49.60 | -1.50% | -0.62% | 0.12% | -0.11% | -0.12% | -0.200% | -1.299% | -1.5373 | 0.1255 | |
| 7/7/2005 | $51.24 | 3.32% | 0.26% | -0.12% | -0.15% | 3.26% | 2.979% | 0.338% | 0.3998 | 0.6896 | |
| 7/8/2005 | $51.98 | 1.44% | 1.18% | 0.75% | -0.60% | 0.76% | 0.905% | 0.540% | 0.6386 | 0.5237 | |
| 7/11/2005 | $53.96 | 3.81% | 0.71% | 0.74% | -0.12% | 2.38% | 2.236% | 1.573% | 1.8617 | 0.0638 | * |
| 7/12/2005 | $54.59 | 1.17% | 0.25% | -0.29% | -0.06% | 0.16% | 0.311% | 0.857% | 1.0141 | 0.3115 | |
| 7/13/2005 | $54.64 | 0.09% | -0.03% | -0.38% | 0.02% | -0.32% | -0.159% | 0.250% | 0.2961 | 0.7674 | |
| 7/14/2005 | $53.80 | -1.54% | 0.03% | -0.62% | -0.58% | -1.21% | -0.945% | -0.592% | -0.7009 | 0.4840 | |
| 7/15/2005 | $55.97 | 4.03% | 0.09% | 0.00% | -0.11% | 2.08% | 1.903% | 2.131% | 2.5213 | 0.0123 | ** |
| 7/18/2005 | $56.30 | 0.59% | -0.49% | -0.15% | 0.11% | -0.37% | -0.338% | 0.928% | 1.0980 | 0.2733 | |
| 7/19/2005 | $56.90 | 1.07% | 0.79% | 0.86% | -0.10% | 1.31% | 1.316% | -0.250% | -0.2957 | 0.7677 | |
| 7/20/2005 | $58.25 | 2.37% | 0.55% | 0.75% | -0.27% | 1.34% | 1.281% | 1.091% | 1.2912 | 0.1978 | |
| 7/21/2005 | $56.33 | -3.30% | -0.69% | -0.59% | 0.10% | -2.95% | -2.576% | -0.721% | -0.8526 | 0.3947 | |
| 7/22/2005 | $57.00 | 1.19% | 0.56% | 0.89% | 0.70% | 1.72% | 1.684% | -0.494% | -0.5851 | 0.5590 | |
| 7/25/2005 | $54.85 | -3.77% | -0.43% | -0.51% | 0.18% | -3.14% | -2.679% | -1.093% | -1.2932 | 0.1971 | |
| 7/26/2005 | $54.70 | -0.27% | 0.18% | 0.28% | 0.16% | 0.51% | 0.551% | -0.824% | -0.9751 | 0.3304 | |
| 7/27/2005 | $54.40 | -0.55% | 0.43% | -0.37% | -0.01% | 1.14% | 1.220% | -1.768% | -2.0926 | 0.0374 | ** |
| 7/28/2005 | $56.68 | 4.19% | 0.70% | 0.47% | -0.11% | 2.98% | 2.786% | 1.406% | 1.6631 | 0.0976 | * |
| 7/29/2005 | $55.42 | -2.22% | -0.64% | 0.25% | 0.07% | -2.03% | -1.863% | -0.360% | -0.4265 | 0.6701 | |
| 8/1/2005 | $55.85 | 0.78% | 0.19% | 0.28% | -0.15% | 0.68% | 0.682% | 0.094% | 0.1108 | 0.9119 | |
| 8/2/2005 | $56.30 | 0.81% | 0.71% | 0.02% | 0.29% | 0.17% | 0.437% | 0.369% | 0.4360 | 0.6632 | |
| 8/3/2005 | $55.72 | -1.03% | -0.03% | -0.66% | 0.06% | -1.85% | -1.448% | 0.417% | 0.4938 | 0.6219 | |
| 8/4/2005 | $54.88 | -1.51% | -0.76% | -0.82% | 0.38% | -0.43% | -0.357% | -1.151% | -1.3618 | 0.1745 | |
| 8/5/2005 | $50.95 | -7.16% | -0.86% | -0.28% | -0.10% | -4.76% | -4.246% | -2.915% | -3.4496 | 0.0007 | *** |
| 8/8/2005 | $48.76 | -4.30% | -0.32% | 0.01% | 0.21% | -3.77% | -3.255% | -1.044% | -1.2350 | 0.2180 | |
| 8/9/2005 | $49.88 | 2.30% | 0.53% | -0.46% | 0.02% | 0.52% | 0.727% | 1.570% | 1.8576 | 0.0644 | * |
| 8/10/2005 | $49.72 | -0.32% | -0.05% | -0.02% | 0.40% | -0.48% | -0.307% | -0.014% | -0.0167 | 0.9867 | |
| 8/11/2005 | $50.04 | 0.64% | 0.73% | 0.16% | -0.10% | 0.52% | 0.694% | -0.051% | -0.0600 | 0.9522 | |
| 8/12/2005 | $50.01 | -0.06% | -0.52% | -0.39% | 0.16% | -0.53% | -0.455% | 0.395% | 0.4675 | 0.6406 | |
| 8/15/2005 | $50.09 | 0.16% | 0.25% | 0.47% | -0.22% | -0.03% | 0.050% | 0.110% | 0.1303 | 0.8965 | |

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 6 of 7

| | | | | | | Calculation of the Abnormal Return | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Regression Input | | | | Modified FFM: Custom Index Added | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig [2] |
| 8/16/2005 | $49.48 | -1.22% | -1.16% | -0.42% | 0.10% | -1.27% | -1.261% | 0.043% | 0.0508 | 0.9595 | |
| 8/17/2005 | $48.10 | -2.79% | -0.07% | 0.11% | -0.46% | -1.26% | -1.081% | -1.708% | -2.0212 | 0.0443 | ** |
| 8/18/2005 | $48.38 | 0.58% | -0.22% | -0.45% | 0.09% | -0.11% | -0.008% | 0.590% | 0.6985 | 0.4855 | |
| 8/19/2005 | $48.24 | -0.29% | 0.18% | 0.04% | 0.23% | -0.69% | -0.457% | 0.168% | 0.1987 | 0.8426 | |
| 8/22/2005 | $48.47 | 0.48% | 0.24% | 0.48% | 0.16% | -0.38% | -0.226% | 0.703% | 0.8317 | 0.4064 | |
| 8/23/2005 | $47.93 | -1.11% | -0.30% | -0.02% | 0.01% | -0.96% | -0.822% | -0.292% | -0.3460 | 0.7297 | |
| 8/24/2005 | $50.00 | 4.32% | -0.45% | 0.44% | 0.18% | 1.39% | 1.138% | 3.181% | 3.7641 | 0.0002 | *** |
| 8/25/2005 | $48.10 | -3.80% | 0.21% | 0.12% | 0.23% | -1.05% | -0.765% | -3.035% | -3.5913 | 0.0004 | *** |
| 8/26/2005 | $46.75 | -2.81% | -0.68% | -0.56% | -0.13% | -1.68% | -1.497% | -1.309% | -1.5492 | 0.1226 | |
| 8/29/2005 | $46.41 | -0.73% | 0.60% | 0.35% | -0.20% | -0.71% | -0.433% | -0.294% | -0.3480 | 0.7282 | |
| 8/30/2005 | $46.55 | 0.30% | -0.25% | -0.01% | 0.41% | 1.64% | 1.478% | -1.177% | -1.3923 | 0.1651 | |
| 8/31/2005 | $48.05 | 3.22% | 1.16% | 0.70% | -0.11% | 5.48% | 5.046% | -1.824% | -2.1582 | 0.0319 | ** |
| 9/1/2005 | $48.22 | 0.35% | 0.22% | -0.04% | 0.38% | -0.36% | -0.130% | 0.484% | 0.5729 | 0.5672 | |
| 9/2/2005 | $47.60 | -1.29% | -0.37% | -0.30% | -0.10% | -0.84% | -0.718% | -0.568% | -0.6724 | 0.5019 | |
| 9/6/2005 | $48.47 | 1.83% | 1.17% | 0.25% | -0.44% | 2.77% | 2.723% | -0.895% | -1.0595 | 0.2904 | |
| 9/7/2005 | $48.85 | 0.78% | 0.27% | 0.11% | -0.18% | 0.42% | 0.488% | 0.296% | 0.3497 | 0.7268 | |
| 9/8/2005 | $47.27 | -3.23% | -0.35% | -0.10% | -0.08% | -2.73% | -2.371% | -0.864% | -1.0222 | 0.3077 | |
| 9/9/2005 | $48.08 | 1.71% | 0.77% | -0.13% | 0.27% | 2.59% | 2.571% | -0.858% | -1.0147 | 0.3112 | |
| 9/12/2005 | $47.71 | -0.77% | -0.08% | 0.52% | -0.41% | -0.72% | -0.659% | -0.111% | -0.1310 | 0.8959 | |
| 9/13/2005 | $47.20 | -1.07% | -0.72% | -0.21% | 0.13% | -0.48% | -0.478% | -0.591% | -0.6990 | 0.4852 | |
| 9/14/2005 | $47.29 | 0.19% | -0.35% | -0.68% | 0.53% | -0.05% | 0.073% | 0.117% | 0.1388 | 0.8897 | |
| 9/15/2005 | $47.27 | -0.04% | -0.02% | -0.23% | 0.30% | -0.32% | -0.145% | 0.103% | 0.1216 | 0.9033 | |
| 9/16/2005 | $45.67 | -3.38% | 0.71% | 0.13% | -0.06% | -3.23% | -2.560% | -0.825% | -0.9757 | 0.3302 | |
| 9/19/2005 | $44.31 | -2.98% | -0.45% | -0.17% | 0.37% | -1.33% | -1.138% | -1.840% | -2.1775 | 0.0304 | ** |
| 9/20/2005 | $41.51 | -6.32% | -0.75% | -0.17% | 0.06% | -5.80% | -5.121% | -1.198% | -1.4178 | 0.1575 | |
| 9/21/2005 | $42.02 | 1.23% | -0.95% | -0.52% | 0.40% | -0.95% | -0.887% | 2.115% | 2.5030 | 0.0130 | ** |
| 9/22/2005 | $43.35 | 3.17% | 0.20% | -0.05% | -0.27% | 3.70% | 3.327% | -0.162% | -0.1917 | 0.8481 | |
| 9/23/2005 | $43.42 | 0.16% | 0.14% | 0.56% | 0.07% | -0.35% | -0.238% | 0.399% | 0.4723 | 0.6371 | |
| 9/26/2005 | $44.00 | 1.34% | 0.23% | 0.51% | 0.14% | 1.00% | 0.966% | 0.370% | 0.4372 | 0.6623 | |
| 9/27/2005 | $43.28 | -1.64% | -0.04% | -0.09% | -0.01% | -0.35% | -0.223% | -1.414% | -1.6726 | 0.0957 | * |
| 9/28/2005 | $41.95 | -3.07% | 0.09% | -0.60% | 0.37% | -1.26% | -0.889% | -2.184% | -2.5848 | 0.0103 | ** |
| 9/29/2005 | $43.47 | 3.62% | 0.85% | 0.24% | -0.07% | 2.55% | 2.485% | 1.138% | 1.3471 | 0.1792 | |
| 9/30/2005 | $44.67 | 2.76% | 0.23% | 0.30% | -0.30% | 1.53% | 1.410% | 1.350% | 1.5976 | 0.1114 | |
| 10/3/2005 | $43.65 | -2.28% | 0.02% | 0.46% | 0.05% | 2.52% | 2.225% | -4.509% | -5.3348 | 0.0000 | *** |
| 10/4/2005 | $41.40 | -5.15% | -0.97% | 0.21% | -0.33% | -4.49% | -4.114% | -1.041% | -1.2315 | 0.2193 | |
| 10/5/2005 | $40.48 | -2.22% | -1.69% | -0.99% | -0.38% | -2.63% | -2.551% | 0.329% | 0.3887 | 0.6978 | |
| 10/6/2005 | $39.26 | -3.01% | -0.63% | -0.31% | 0.03% | -2.61% | -2.310% | -0.704% | -0.8329 | 0.4057 | |
| 10/7/2005 | $39.91 | 1.66% | 0.46% | 0.30% | 0.22% | 1.24% | 1.265% | 0.391% | 0.4627 | 0.6440 | |
| 10/10/2005 | $38.19 | -4.31% | -0.75% | -0.07% | -0.31% | -4.17% | -3.752% | -0.558% | -0.6603 | 0.5097 | |
| 10/11/2005 | $38.19 | 0.00% | -0.28% | -0.95% | 0.24% | 0.42% | 0.504% | -0.504% | -0.5968 | 0.5512 | |
| 10/12/2005 | $37.59 | -1.57% | -0.83% | -0.49% | -0.09% | -1.34% | -1.244% | -0.327% | -0.3874 | 0.6988 | |
| 10/13/2005 | $37.50 | -0.24% | -0.22% | 0.48% | -0.89% | 0.62% | 0.432% | -0.672% | -0.7949 | 0.4274 | |
| 10/14/2005 | $37.45 | -0.13% | 0.94% | 0.51% | -0.03% | 0.88% | 1.026% | -1.160% | -1.3723 | 0.1712 | |

**Exhibit F**
**Toll Brothers, Inc.**
**Regression Results for the Modified Fama-French Model Including the Custom Index as an Explanatory Variable**
Page 7 of 7

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Calculation of the Abnormal Return** | | | | |
| | | | **Regression Input** | | | | **Modified FFM: Custom Index Added** | | | |
| Date | Toll Brothers Price | Actual Return | Mkt-RF | SMB | HML | Industry Index [1] | Predicted Return | Abnormal Return | t-statistic | p-value | Sig[2] |
| 10/17/2005 | $38.47 | 2.72% | 0.33% | -0.38% | 0.25% | 0.44% | 0.617% | 2.106% | 2.4924 | 0.0133 | ** |
| 10/18/2005 | $37.21 | -3.28% | -1.10% | 0.07% | -0.44% | -3.24% | -3.054% | -0.221% | -0.2613 | 0.7941 | |
| 10/19/2005 | $39.16 | 5.24% | 1.40% | 0.41% | -0.10% | 4.97% | 4.701% | 0.539% | 0.6380 | 0.5241 | |
| 10/20/2005 | $37.75 | -3.60% | -1.49% | 0.01% | -0.58% | -2.34% | -2.385% | -1.215% | -1.4382 | 0.1516 | |
| 10/21/2005 | $37.82 | 0.19% | 0.34% | 0.38% | 0.24% | 0.67% | 0.735% | -0.550% | -0.6505 | 0.5160 | |
| 10/24/2005 | $38.64 | 2.17% | 1.69% | 0.15% | 0.44% | 2.93% | 3.085% | -0.917% | -1.0854 | 0.2788 | |
| 10/25/2005 | $38.19 | -1.16% | -0.22% | -0.39% | 0.40% | -2.05% | -1.671% | 0.507% | 0.5994 | 0.5495 | |
| 10/26/2005 | $36.73 | -3.82% | -0.47% | -0.18% | 0.09% | -2.26% | -1.972% | -1.851% | -2.1900 | 0.0295 | ** |
| 10/27/2005 | $34.65 | -5.66% | -1.23% | -0.96% | 0.25% | -4.02% | -3.590% | -2.073% | -2.4531 | 0.0148 | ** |
| 10/28/2005 | $35.40 | 2.16% | 1.49% | -0.01% | 0.24% | 3.20% | 3.270% | -1.106% | -1.3083 | 0.1920 | |
| 10/31/2005 | $36.91 | 4.27% | 0.94% | 0.80% | -0.03% | 1.98% | 1.948% | 2.318% | 2.7426 | 0.0065 | *** |
| 11/1/2005 | $36.99 | 0.22% | -0.23% | -0.19% | 0.27% | 1.92% | 1.738% | -1.521% | -1.7998 | 0.0731 | * |
| 11/2/2005 | $39.88 | 7.81% | 1.19% | 0.84% | 0.03% | 4.57% | 4.265% | 3.548% | 4.1980 | 0.0000 | *** |
| 11/3/2005 | $38.96 | -2.31% | 0.41% | -0.10% | -0.28% | -0.32% | -0.104% | -2.203% | -2.6064 | 0.0097 | *** |
| 11/4/2005 | $38.74 | -0.56% | -0.05% | 0.08% | -0.40% | -0.69% | -0.568% | 0.003% | 0.0036 | 0.9972 | |
| 11/7/2005 | $39.41 | 1.73% | 0.22% | 0.29% | -0.33% | 1.96% | 1.785% | -0.055% | -0.0655 | 0.9478 | |
| 11/8/2005 | $33.91 | -13.96% | -0.35% | -0.37% | 0.06% | -6.87% | -5.917% | -8.039% | -9.5122 | 0.0000 | *** |

Notes:

[1]   Return for the Industry Index is the percentage change in the S&P 400 Homebuilding Index, adjusted to include all common stocks included for only a portion of the Class Period The members of the S&P 400 Homebuilding Index during the Class Period are: Beazer Homes USA, Inc., D.R. Horton, Inc., Hovnanian Enterprises, Inc., Lennar Corporation and The Ryland Group, Inc., all of which are in the same business as Toll Brothers and are of comparable market capitalization.

[2]   *   Statistically significant at the 10% level

   **   Statistically significant at the 5% level

   ***   Statistically significant at the 1% level

Source: Bloomberg L.P.

**Toll Brothers, Inc. News During the Class Period**

**Page 1 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 12/9/2004 | 1:51 AM | 12/9/2004 | Bloomberg - APW | Stocks To Head Lower Before Economic Data | Yes | 7.48% | *** |
| 12/9/2004 | 5:00 AM | | Bloomberg - PZM | Toll Brothers Reports Record 4th Qtr 2004 EPS of $2.22, Up 87% v | Yes | | |
| 12/9/2004 | 6:00 AM | | Bloomberg - BN | Toll Fourth-Quarter Profit Climbs 93% as Sales Surge (Correct) | Yes | | |
| 12/9/2004 | 6:21 AM | | Bloomberg - APW | Stocks Dip On Jump In Jobless Claims, Oil | Yes | | |
| 12/9/2004 | 8:33 AM | | Bloomberg - APW | Stocks Sag On Jump In Jobless Claims | Yes | | |
| 12/9/2004 | 9:15 AM | | Bloomberg - BN | Cheniere, Introgen, Toll Brothers, TriPath: U.S. Equity Preview | Yes | | |
| 12/9/2004 | 9:23 AM | | Bloomberg - APW | Stocks Mixed On National Semiconductor | Yes | | |
| 12/9/2004 | 9:30 AM | | Bloomberg - KDP | KDP Note: Toll Brothers EBDIT Leaps 81% In 4QFY04 | Yes | | |
| 12/9/2004 | 9:47 AM | | Bloomberg - BUS | Toll Brothers, Inc. Fourth Quarter 2004 Earnings Conference | Yes | | |
| 12/9/2004 | 10:01 AM | | Bloomberg - BN | Altera, Cheniere, Ciena, Toll, Worldwide: U.S. Equity Movers | No | | |
| 12/9/2004 | 10:49 AM | | Bloomberg - EJR | __*EGAN-JONES RATES TOLL BROTHERS INC | Yes | | |
| 12/9/2004 | 10:52 AM | | Bloomberg - APW | Stocks Rise On National Semiconductor | Yes | | |
| 12/9/2004 | 11:00 AM | | Bloomberg - BN | Toll Brothers' Toll Comments on Housing Demand, Prices, Stock | Yes | | |
| 12/9/2004 | 11:18 AM | | Bloomberg - BN | Toll Brothers' Toll: 4th-Qtr Profit, Housing Demand, Prices | Yes | | |
| 12/9/2004 | 12:06 PM | | Bloomberg - APW | Toll Brothers Profit Soars 93 Percent | Yes | | |
| 12/9/2004 | 12:39 PM | | Bloomberg - BUS | Schaeffer's Daily Market Blog Features Altera, Xilinx, Cal- | Yes | | |
| 12/9/2004 | 1:23 PM | | Bloomberg - KDP | Companies Followed By KDP High Yield Watch | No | | |
| 12/9/2004 | 3:38 PM | | Bloomberg - MWR | HomebuilderStocks.com - Reports This Week: Record Breaking and | Yes | | |
| 12/9/2004 | | | Investext - Smith Barney Citigroup | TOL: Towering 4Q Sets Stage For Continued Builder Rally | Yes | | |
| 12/9/2004 | | | Investext - Thomson StreetEvents | TOL - Q4 2004 Toll Brothers Earnings Conference Call | Yes | | |
| 12/9/2004 | | | Investext - JPMorgan | Strong 4Q; 2005 Guidance Raised to 40%+ Gr.; Rs'g Ests. | Yes | | |
| 12/9/2004 | | | Investext - Raymond James | TOL: Strong 4Q Results Drive Higher FY05 Guidance | Yes | | |
| 12/9/2004 | | | Investext - Credit Suisse | Quarter Solid; Surprise Aided by SG&A Leverage | Yes | | |
| 12/9/2004 | | | Investext - Wachovia Securities | TOL: Exceeds FQ4 EPS -- Raising FY05 EPS Estimate By 25% | Yes | | |
| 12/9/2004 | | | Investext - Wall Street Strategies | TOL - Initial Earnings Assessment Report | Yes | | |
| 12/9/2004 | 4:20 PM | 12/10/2004 | Bloomberg - BN | Omidyar's Stock Value Rose $173.3 Mln Today: Insider Watch | No | 0.11% | |
| 12/9/2004 | 4:24 PM | | Bloomberg - BN | JMP Securities' Wilson: Toll's 4th-Qtr Profit, Housing Outlook | Yes | | |
| 12/9/2004 | 4:25 PM | | Bloomberg - FLY | Homebuilding Industry initiations@BOFA [MORE] | No | | |
| 12/9/2004 | 4:34 PM | | Bloomberg - BN | Toll Fourth-Quarter Profit Climbs 93% as Sales Surge (Update7) | Yes | | |
| 12/9/2004 | 4:49 PM | | Bloomberg - BN | Allos, Altera, ATP, Ciena, Invitrogen: U.S. Equity Movers Final | No | | |
| 12/9/2004 | 8:37 PM | | Bloomberg - BT | Toll Brothers Earnings Teleconference(Transcript) TOL US | Yes | | |
| 12/9/2004 | 10:36 PM | | Bloomberg - APW | Stocks Close Higher On National Semi News | No | | |
| 12/10/2004 | 7:04 AM | | Bloomberg - BN | Toll Brothers Rated New `Neutral' at Banc of America   :TOL US | Yes | | |
| 12/10/2004 | 9:33 AM | | Bloomberg - PRN | MORNING UPDATE: Man Securities issues alerts for ALTR, LLTC, | No | | |
| 12/10/2004 | | | Investext - Credit Suisse | Robust Guidance Drives 13% Day | Yes | | |
| 12/10/2004 | | | Investext - Raymond James | TOL: Robust F4Q04 Results; Luxury Segment Outperformance Accelerates | Yes | | |
| 12/10/2004 | | | Investext - BB&T Capital Markets | TOL: Another Strong Quarter and Year; Raises Guidance for '05 | Yes | | |
| 12/10/2004 | 4:56 PM | 12/13/2004 | Bloomberg - WFR | Wachovia FI Research: Toll Brothers, Inc. | Yes | -2.36% | *** |
| 12/10/2004 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |

**Toll Brothers, Inc. News During the Class Period**

**Page 2 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 12/10/2004 | 5:29 PM | | Bloomberg - BN | Ellison's Stock Value Rose $309.8 Mln This Week: Insider Watch | No | | |
| 12/10/2004 | 5:29 PM | | Bloomberg - BN | Omidyar's Stock Value Fell $194.9 Mln Today: Insider Watch | No | | |
| 12/13/2004 | 6:00 AM | | Bloomberg - BUS | Zacks.com Features the Following Top Stocks in the Homebuilding | Yes | | |
| 12/13/2004 | 7:46 AM | | Bloomberg - FLY | Toll Brothers Inc-TOL downgrading to Hold from Buy@AGED [MORE] | Yes | | |
| 12/13/2004 | 10:23 AM | | Bloomberg - WSA | SHAPIRO PAUL E,Director,SELLS 30,000 ON 12/10/04 OF TOL | No | | |
| 12/13/2004 | | | Investext - AG Edwards | After A Good Run, We Will Not Chase Toll Brothers | Yes | | |
| 12/13/2004 | 4:53 PM | 12/14/2004 | Bloomberg - BN | Ellison's Stock Value Rose $1,672.1 Mln Today: Insider Watch | No | 0.19% | |
| 12/13/2004 | 5:26 PM | | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 100,000 ON 12/10/04 OF TOL | No | | |
| 12/13/2004 | 5:29 PM | | Bloomberg - WSA | RASSMAN JOEL H,Off. & Dir.,SELLS 20,600 ON 12/10/04 OF TOL | No | | |
| 12/14/2004 | 8:40 AM | | Bloomberg - BN | Toll Brothers Cut to `Hold' at A.G. Edwards          :TOL US | Yes | | |
| 12/14/2004 | 2:31 PM | | Bloomberg - WSA | TOLL ROBERT I,C.E.O.,SELLS 1,238,700 FROM 12/10/04-12/13/04 OF T | No | | |
| 12/14/2004 | 4:20 PM | 12/15/2004 | Bloomberg - WSA | TOLL BRUCE E,Director & Ben. Owner,SELLS 500,000 ON 12/13/04 OF | No | -1.66% | * |
| 12/14/2004 | 4:21 PM | | Bloomberg - WSA | BRAEMER RICHARD J,Director,ACQUIRES 30,000 ON 12/13/04 OF TOL | No | | |
| 12/14/2004 | 5:05 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 12/15/2004 | 11:49 AM | | Bloomberg - APW | Lennar Profit Soars 34 Percent In Quarter | No | | |
| 12/15/2004 | 4:26 PM | 12/16/2004 | Bloomberg - BN | Ellison's Stock Value Fell $173.5 Mln Today: Insider Watch | No | 1.71% | ** |
| 12/16/2004 | 12:37 PM | | Bloomberg - WSA | BRAEMER RICHARD J,Director,SELLS 20,000 ON 12/15/04 OF TOL | No | | |
| 12/16/2004 | 12:38 PM | | Bloomberg - WSA | RASSMAN JOEL H,Off. & Dir.,SELLS 40,000 ON 12/15/04 OF TOL | No | | |
| 12/16/2004 | 12:39 PM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,SELLS 5,956 ON 12/15/04 OF TOL | No | | |
| 12/16/2004 | 1:42 PM | | Bloomberg - BN | Toll Brothers' Toll: Nov. Housing Starts, Outlook for Sales | Yes | | |
| 12/16/2004 | 4:41 PM | 12/17/2004 | Bloomberg - BN | U.S. Economy: Home Starts Drop by Most Since 1994 (Update4) | Yes | -0.31% | |
| 12/17/2004 | 1:04 PM | | Bloomberg - BN | Toll Brothers Raised to `Accumulate' at Parker Hunter  :TOL US | Yes | | |
| 12/17/2004 | | | Investext - AG Edwards | Rating Reduced To Hold/Aggressive From Buy/Aggressive Due to Valuation | Yes | | |
| 12/17/2004 | 5:05 PM | 12/20/2004 | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | No | -0.34% | |
| 12/19/2004 | | | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | | |
| 12/20/2004 | 11:01 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending Dec. 17 | No | | |
| 12/20/2004 | 11:01 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending Dec. 17 | No | | |
| 12/21/2004 | 9:45 AM | 12/21/2004 | Bloomberg - BN | NYSE's Biggest Losses, Gains Among Short-Selling Targets | No | 0.56% | |
| 12/21/2004 | 4:25 PM | 12/22/2004 | Bloomberg - BN | U.S. November New Home Sales Seen at 1.2 Mln Rate, Survey Shows | No | -0.31% | |
| 12/21/2004 | 4:39 PM | | Bloomberg - BN | Largest NYSE Short Interest as a Percentage of Free Float | No | | |
| 12/23/2004 | | 12/23/2004 | | | | 0.10% | |
| 12/27/2004 | | 12/27/2004 | | | | -0.48% | |
| 12/28/2004 | | 12/28/2004 | USA TODAY | Housing market forecast: Cooler ; Price increases expected to moderate Housing market forecast: Cooler ; Price increases expected to moderate from double-digit clip | Yes | 1.79% | ** |
| 12/28/2004 | 4:24 PM | 12/29/2004 | Bloomberg - BN | Omidyar's Stock Value Rose $355.3 Mln Today: Insider Watch | No | -0.28% | |
| 12/29/2004 | 4:05 PM | 12/30/2004 | Bloomberg - BN | U.S. Nov. Previously Owned Home Sales Rise to Record (Update6) | No | -0.50% | |
| 12/31/2004 | | 12/31/2004 | | | | 1.29% | |
| 12/31/2004 | 4:19 PM | 1/3/2005 | Bloomberg - BN | Omidyar's Stock Value Fell $179.8 Mln Today: Insider Watch | No | 0.70% | |
| 12/31/2004 | 4:27 PM | | Bloomberg - BN | Bezos' Stock Value Rose $542.9 Mln This Week: Insider Watch | No | | |

**Toll Brothers, Inc. News During the Class Period**

**Page 3 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 1/1/2005 | | | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | | |
| 1/3/2005 | 9:00 AM | | Bloomberg - MWR | HomebuilderStocks.com Reports "Homebuilder Stocks Finish Up a | No | | |
| 1/3/2005 | 10:21 AM | | Bloomberg - BN | Insiders: Top Buying, Selling by Corporate Officers in December | No | | |
| 1/3/2005 | 10:21 AM | | Bloomberg - BN | Insiders: Top Buying, Selling by Companies in December | No | | |
| 1/3/2005 | 11:07 AM | | Bloomberg - FII | Fitch: More Consolidation Among Major US Homebuilders Likely | No | | |
| 1/3/2005 | 11:28 AM | | Bloomberg - FII | Fitch Teleconf: 2005 U.S. Homebuilding Outlook 1/5 11am EST | No | | |
| 1/3/2005 | 2:40 PM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,ACQUIRES 2,300 ON 12/30/04 OF TOL | No | | |
| 1/4/2005 | 8:58 AM | 1/4/2005 | Bloomberg - KDP | Companies Followed By KDP High Yield Watch | No | 1.41% | * |
| 1/4/2005 | 5:38 PM | 1/5/2005 | Bloomberg - BN | Fed Minutes Say Rate Too Low to Keep Inflation Stable (Update4) | No | 0.51% | |
| 1/5/2005 | 6:20 AM | | Bloomberg - FLY | Homebuilders: weakness yesterday offers an opportunity@WCHV [MOR | No | | |
| 1/5/2005 | 9:37 AM | | Bloomberg - FII | Fitch Teleconf: 2005 U.S Homebuilding Outlook Today 11am EST | No | | |
| 1/5/2005 | 2:01 PM | | Bloomberg - WSA | HILLAS ROGER S,Director,ACQUIRES 30,000 ON 1/3/05 OF TOL | No | | |
| 1/6/2005 | | 1/6/2005 | | | | -0.20% | |
| 1/7/2005 | 9:10 AM | 1/7/2005 | Bloomberg - BUS | Aqua America Subsidiaries Purchase Water and Wastewater Systems | No | 0.48% | |
| 1/7/2005 | 10:37 AM | | Bloomberg - WSA | HILLAS ROGER S,Director,SELLS 12,000 ON 1/5/05 OF TOL | No | | |
| 1/9/2005 | | 1/10/2005 | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | 1.26% | |
| 1/10/2005 | 6:00 AM | | Bloomberg - BUS | Zacks.com Announces That Dennis Slothower Highlights the | No | | |
| 1/11/2005 | | 1/11/2005 | | | | 0.00% | |
| 1/12/2005 | 7:58 AM | 1/12/2005 | Bloomberg - BN | Buyers Place `Faith' in U.S. Home Prices Outpacing Stock Market | No | -0.11% | |
| 1/12/2005 | 12:57 PM | | Bloomberg - WSA | MARBACH CARL B,Director,ACQUIRES 15,000 ON 1/10/05 OF TOL | No | | |
| 1/12/2005 | 5:37 PM | 1/13/2005 | Bloomberg - BN | Buyers Have `Faith' Home Prices Outpace Stock Market (Update2) | No | 1.38% | |
| 1/14/2005 | 6:00 AM | 1/14/2005 | Bloomberg - BUS | Zacks Buy List Highlights: Toll Brothers, Yellow Roadway, | Yes | 0.34% | |
| 1/14/2005 | 3:34 PM | | Bloomberg - WSA | MARBACH CARL B,Director,SELLS 7,500 ON 1/13/05 OF TOL | No | | |
| 1/18/2005 | 2:40 PM | 1/18/2005 | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 50,000 ON 1/14/05 OF TOL | No | -0.61% | |
| 1/19/2005 | 8:00 AM | 1/19/2005 | Bloomberg - PRN | Public Home Builders Council of America Announces Strong Growth | No | 1.72% | ** |
| 1/19/2005 | 12:47 PM | | Dow Jones Newswires | Home Builders Trade Group Sees Earnings Surge in '05 | Yes | | |
| 1/19/2005 | | | Bloomberg | U.S. Stocks Fall After Disappointing Motorola Earnings Report | Yes | | |
| 1/19/2005 | 4:14 PM | 1/20/2005 | Bloomberg - MWR | HomebuilderStocks.com Reports "December Housing Starts Data | No | 0.54% | |
| 1/21/2005 | 2:35 PM | 1/21/2005 | Bloomberg - BN | NYSE's Biggest Losses, Gains Among Short-Selling Targets | No | 0.74% | |
| 1/21/2005 | 5:06 PM | 1/24/2005 | Bloomberg - BN | Largest NYSE Short Interest as a Percentage of Free Float | No | 0.05% | |
| 1/24/2005 | 10:37 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending Jan. 21 | No | | |
| 1/24/2005 | 10:37 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending Jan. 21 | No | | |
| 1/25/2005 | 12:27 PM | 1/25/2005 | Bloomberg - PZM | Toll Brothers Named to Forbes Platinum 400 for 5th Consecutive Y | No | 0.09% | |
| 1/26/2005 | | 1/26/2005 | | | | 0.81% | |
| 1/27/2005 | | 1/27/2005 | | | | 1.06% | |
| 1/27/2005 | 4:54 PM | 1/28/2005 | Bloomberg - PZM | Toll Brothers' Assistant Project Manager Jeff Thomason to Play W | No | 0.13% | |
| 1/29/2005 | 2:04 PM | 1/31/2005 | Bloomberg - BN | Centex, Other Homebuilders May Fall, Marc Faber Tells Barron's | No | -0.02% | |
| 1/31/2005 | 7:26 PM | 2/1/2005 | Bloomberg - PZM | Toll Brothers' Website to Broadcast Its February 8, 2005 'First | No | -0.65% | |
| 2/1/2005 | 1:01 PM | | Bloomberg - KDP | Companies Followed By KDP High Yield Watch | No | | |
| 2/2/2005 | | 2/2/2005 | | | | -0.37% | |
| 2/3/2005 | 9:58 AM | 2/3/2005 | Bloomberg - BN | Earnings Ahead: Companies Expected to Report Week of Feb. 7 | No | -0.60% | |
| 2/3/2005 | 3:35 PM | | Bloomberg - PZM | Toll Brothers' February 16, 2005 Presentation at the 2005 Wachov | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 4 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 2/4/2005 | 12:00 PM | 2/4/2005 | Bloomberg - BN | U.S. New Home Order Values for Fourth Quarter 2004 | No | -0.91% | |
| 2/4/2005 | 12:00 PM | | Bloomberg - BN | U.S. New Home Orders for Fourth Quarter 2004 | No | | |
| 2/4/2005 | 12:00 PM | | Bloomberg - BN | U.S. Home Order Backlog as of Fourth Quarter 2004 | No | | |
| 2/5/2005 | 2:25 PM | 2/7/2005 | Bloomberg - APW | Some Strategists See Home Building Peak | No | 1.14% | |
| 2/7/2005 | 4:07 PM | 2/8/2005 | Bloomberg - BN | Earnings Ahead: Companies Expected to Report Tuesday, Feb. 8 | No | 1.93% | ** |
| 2/8/2005 | 5:00 AM | | Bloomberg - PZM | Toll Brothers' Record 1st Qtr Contracts Grow 60% to $1.44 Billio | Yes | | |
| 2/8/2005 | 5:08 AM | | Bloomberg - BN | Toll Brothers Reports 68% Gain in Quarterly Homebuilding Sales | Yes | | |
| 2/8/2005 | 7:29 AM | | Bloomberg - BN | Toll Posts 68% Gain in Quarterly Homebuilding Sales (Update1) | Yes | | |
| 2/8/2005 | 1:29 PM | | Bloomberg - BN | Toll's Rassman: Revenue, Home Demand, Pricing Outlook | Yes | | |
| 2/8/2005 | 3:24 PM | | Bloomberg - PRN | Technical Olympic USA Joins Public Home Builders Council of | Yes | | |
| 2/8/2005 | 3:35 PM | | Bloomberg - BUS | Schaeffer's Street Chatter Highlights the Following Stocks: | Yes | | |
| 2/8/2005 | | | Investext - Thomson StreetEvents | TOL - Toll Brothers First Quarter Preliminary Outlook Conference Call | Yes | | |
| 2/8/2005 | | | Investext - Smith Barney Citigroup | TOL: Increasing FY05 Based On Strong 1Q05 Orders And Revenues | Yes | | |
| 2/8/2005 | | | Investext - Raymond James | TOL: Strong 1Q Orders, Guidance Should Move Higher | Yes | | |
| 2/8/2005 | | | Investext - Wachovia Securities | TOL: Super FQ1 Orders Bowl Us Over--Raising Estimates | Yes | | |
| 2/8/2005 | 8:12 PM | 2/9/2005 | Bloomberg - BT | Toll Brothers Forecast Teleconference(Transcript) TOL US | Yes | 0.14% | |
| 2/9/2005 | 12:24 PM | | Bloomberg - PRN | 12 PHBCA Members Named to Forbes Platinum 400 | No | | |
| 2/9/2005 | | | Investext - AG Edwards | FY05 Q1 EPSE Adjusted Upward Reflecting Toll's Strong Q1 Preview Yesterday | Yes | | |
| 2/9/2005 | | | Investext - Raymond James | TOL: Demand for Luxury Homes Shows No Signs of Slowing, Raising Estimates | Yes | | |
| 2/10/2005 | 10:07 AM | 2/10/2005 | Bloomberg - WSA | SHAPIRO PAUL E,Director,SELLS 30,000 ON 2/9/05 OF TOL | No | 0.42% | |
| 2/10/2005 | 10:08 AM | | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 20,600 ON 2/9/05 OF TOL | No | | |
| 2/10/2005 | 3:44 PM | | Bloomberg - BN | Freddie Mac Says 30-Year Mortgage Rate Fell to 5.57% (Update1) | No | | |
| 2/11/2005 | 6:03 AM | 2/11/2005 | Bloomberg - FLY | Homebuilding: downgrading six names, expect temporary plateau in | Yes | -0.69% | |
| 2/11/2005 | 7:43 AM | | Bloomberg - BN | Toll Brothers Cut to `Hold' at Smith Barney          :TOL US | Yes | | |
| 2/11/2005 | 8:33 AM | | Bloomberg - BN | Lionbridge, Novatel, Pixar, Sharper Image: U.S. Equity Preview | Yes | | |
| 2/11/2005 | 10:03 AM | | Bloomberg - BN | Altair, Coinstar, MRV, Sharper Image, Toll: U.S. Equity Movers | Yes | | |
| 2/11/2005 | 11:37 AM | | Bloomberg - BN | U.S. Homebuilders Drop on Concern About Pace of Profit Growth | Yes | | |
| 2/11/2005 | 2:23 PM | | Bloomberg - BN | Toll Brothers CEO Axes Own Bonus -- And Still Gets $30 Million | Yes | | |
| 2/11/2005 | 4:11 PM | 2/14/2005 | Bloomberg - BN | Toll Brothers CEO Axes Bonus, Still Gets $30 Million (Update1) | Yes | 0.21% | |
| 2/11/2005 | 4:35 PM | | Bloomberg - BN | KB Home, Homebuilders Drop on Smith Barney Downgrades (Update2) | Yes | | |
| 2/11/2005 | 4:43 PM | | Bloomberg - BN | Digital Impact, Novellus, Trinsic: U.S. Equity Movers Final | No | | |
| 2/11/2005 | 5:06 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 2/15/2005 | 12:07 AM | 2/15/2005 | Bloomberg - BN | Is Lazard's `Hold 'em Down Bruce' Reforming Pay? David Pauly | No | 1.42% | * |
| 2/15/2005 | 1:00 PM | | Bloomberg - BN | U.S. February Index of Homebuilder Optimism Declines to 68 | Yes | | |
| 2/15/2005 | 1:43 PM | | Bloomberg - BN | Shares Bought and Sold From 13F Filings Reported on Feb. 14 | No | | |
| 2/15/2005 | 4:54 PM | 2/16/2005 | Bloomberg - BN | U.S. Feb. Index of Homebuilder Optimism Declines (Update1) | No | -0.28% | |
| 2/17/2005 | 1:18 PM | 2/17/2005 | Bloomberg - PZM | Toll Brothers' Website to Broadcast February 23, 2005 First Quar | No | 0.34% | |
| 2/17/2005 | | | Investext - JPMorgan | Raising 2005E EPS Following Strong 1Q Orders | Yes | | |
| 2/17/2005 | 8:25 PM | 2/18/2005 | Bloomberg - PZM | Toll Brothers' Presentation at the Raymond James & Associates 26 | Yes | -0.12% | |

**Toll Brothers, Inc. News During the Class Period**
**Page 5 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] Sig [4] |
|---|---|---|---|---|---|---|
| 2/22/2005 | 10:40 AM | 2/22/2005 | Bloomberg - BN | NYSE's Biggest Losses, Gains Among Short-Selling Targets | No | -0.17% |
| 2/22/2005 | 4:10 PM | 2/23/2005 | Bloomberg - BN | Biggest NYSE Increases, Decreases in Short Interest vs Float | No | 3.14% *** |
| 2/22/2005 | 4:59 PM | | Bloomberg - BUS | Toll Brothers, Inc. First Quarter 2005 Earnings Conference | Yes | |
| 2/23/2005 | 4:00 AM | | Bloomberg - PZM | Toll Brothers' Record 1st Qtr Net Income Rises 120% To $110.2 Mi | Yes | |
| 2/23/2005 | 4:12 AM | | Bloomberg - BN | Toll Brothers First-Quarter Profit Doubles on Demand for Homes | Yes | |
| 2/23/2005 | 5:20 AM | | Bloomberg - APW | Stocks Up On Modest Inflation, Mergers | Yes | |
| 2/23/2005 | 7:06 AM | | Bloomberg - BN | Earnings Ahead: Companies Expected to Report Wednesday, Feb. 23 | Yes | |
| 2/23/2005 | 8:15 AM | | Bloomberg - BN | Toll Says 1st-Qtr Net Doubled, Boosts 2005 Estimate (Update1) | Yes | |
| 2/23/2005 | 8:17 AM | | Bloomberg - APW | Stocks Rise On Modest Inflation, Mergers | Yes | |
| 2/23/2005 | 9:20 AM | | Bloomberg - APW | Stocks Are Mixed On Cautious Optimism | Yes | |
| 2/23/2005 | 10:33 AM | | Bloomberg - APW | Stocks Mixed On Inflation, Merger News | Yes | |
| 2/23/2005 | 11:43 AM | | Bloomberg - APW | Toll Brothers' Profit Doubles On Demand | Yes | |
| 2/23/2005 | 12:02 PM | | Bloomberg - BN | Toll Brothers' Toll: Fiscal 1st-Qtr Profit and Industry Outlook | Yes | |
| 2/23/2005 | 1:24 PM | | Bloomberg - APW | Bonds Rise On Tame Inflation Data | Yes | |
| 2/23/2005 | 3:17 PM | | Bloomberg - BN | U.S. January Home Resales Probably Rose, BN Survey Shows | No | |
| 2/23/2005 | 3:34 PM | | Bloomberg - BN | U.S. January Home Resales Probably Increased (Update1) | No | |
| 2/23/2005 | 3:45 PM | | Bloomberg - APW | Dow Closes Up 63 While Nasdaq Edges Up 1 | Yes | |
| 2/23/2005 | | | Investext - AG Edwards | Toll Brothers Strong FY 2005 First Quarter | Yes | |
| 2/23/2005 | | | Investext - Thomson StreetEvents | TOL - Q1 2005 Toll Brothers Earnings Conference Call | Yes | |
| 2/23/2005 | | | Investext - Bear Stearns | TOL - Sipping the Champagne | Yes | |
| 2/23/2005 | | | Investext - Credit Suisse | Margin Expansion Drives 16% Surprise | Yes | |
| 2/23/2005 | | | Investext - Raymond James | TOL: Robust Earnings Continue in F1Q05, Management Raises Guidance | Yes | |
| 2/23/2005 | | | Investext - JPMorgan | Strong 1Q; 2005 Guidance Raised to 60%+ Growth | Yes | |
| 2/23/2005 | | | Investext - Wachovia Securities | TOL: Q1 EPS Of $1.33 Easily Exceeds Our $1.15 Estimate | Yes | |
| 2/23/2005 | 4:15 PM | 2/24/2005 | Bloomberg - BN | Toll Boosts 2005 Forecast as 1st-Qtr Profit Doubles (Update4) | Yes | -0.99% |
| 2/23/2005 | 5:04 PM | | Bloomberg - KDP | KDP Note: Toll Reports Impressive Quarter; Dropping Coverage | Yes | |
| 2/23/2005 | 9:20 PM | | Bloomberg - BT | Toll Brothers Earnings Teleconference(Transcript) TOL US | Yes | |
| 2/24/2005 | 9:38 AM | | Bloomberg - PRN | MORNING UPDATE: Man Securities Inc. Issues Alerts for TXN, CVC, | Yes | |
| 2/24/2005 | 2:56 PM | | Bloomberg - PZM | Toll Brothers' March 2, 2005 Presentation at the UBS U.S. Home B | No | |
| 2/24/2005 | | | Investext - Smith Barney Citigroup | TOL: Reports 1Q05 | Yes | |
| 2/24/2005 | | | Investext - Raymond James | TOL: The High End Keeps On Rolling, Raising Estimates | Yes | |
| 2/24/2005 | | | Investext - Credit Suisse | Margin Expansion Drives Strong 1Q05; Maintain Neutral | Yes | |
| 2/24/2005 | | | Investext - BB&T Capital Markets | TOL: Q1'05 Surpasses Estimates and Guidance Raised for 2005 | Yes | |
| 2/24/2005 | | | Investext - Wall Street Strategies | TOL - Coverage Update and Earnings Assessment Report | Yes | |
| 2/25/2005 | 10:04 AM | 2/25/2005 | Bloomberg - BN | U.S. January Existing Home Sales Fell 0.5% to 5.94 Mln Rate | No | -2.16% ** |
| 2/25/2005 | 10:11 AM | | Bloomberg - BN | U.S. January Home Resales Fall 0.5% to 5.94 Mln Rate (Update1) | No | |
| 2/25/2005 | 11:40 AM | | Bloomberg - PZM | Toll Brothers to Webcast Live Its Presentation at Smith Barney C | No | |
| 2/25/2005 | 2:24 PM | | Bloomberg - BN | U.S. New Home Sales Probably Rose in January, BN Survey Shows | No | |
| 2/28/2005 | 1:17 PM | 2/28/2005 | Bloomberg - WSA | TOLL ROBERT I,C.E.O.,SELLS 777,500 ON 2/24/05 OF TOL | No | 0.41% |

**Toll Brothers, Inc. News During the Class Period**
**Page 6 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 2/28/2005 | 3:33 PM | | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 100,000 ON 2/25/05 OF TOL | No | | |
| 2/28/2005 | 3:33 PM | | Bloomberg - WSA | RASSMAN JOEL H,Off. & Dir.,SELLS 50,000 ON 2/25/05 OF TOL | No | | |
| 3/1/2005 | 9:10 AM | 3/1/2005 | Bloomberg - BN | Insiders: Top Buying, Selling by Companies in February | No | -0.12% | |
| 3/1/2005 | 9:10 AM | | Bloomberg - BN | Insiders: Top Buying, Selling by Corporate Officers in February | No | | |
| 3/1/2005 | 12:13 PM | | Bloomberg - WSA | TOLL ROBERT I,C.E.O.,SELLS 472,500 ON 2/25/05 OF TOL | No | | |
| 3/2/2005 | 10:51 AM | 3/2/2005 | Bloomberg - WSA | TOLL BRUCE E,Director & Ben. Owner,SELLS 500,000 FROM 2/28/05-3/ | No | 0.59% | |
| 3/2/2005 | 2:34 PM | | Bloomberg - WSA | MARBACH CARL B,Director,SELLS 15,000 ON 3/1/05 OF TOL | No | | |
| 3/3/2005 | 6:00 AM | 3/3/2005 | Bloomberg - BUS | Zacks Upgrades and Revisions Strategy Highlights: Boyd Gaming, | No | -0.99% | |
| 3/4/2005 | 7:10 AM | 3/4/2005 | Bloomberg - CSI | CreditSights: Housing Update: Another Brick in The Wall | No | -0.90% | |
| 3/7/2005 | 10:47 AM | 3/7/2005 | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending March 4 | No | -0.45% | |
| 3/7/2005 | 10:47 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending March 4 | No | | |
| 3/7/2005 | 4:32 PM | 3/8/2005 | Bloomberg - BIA | SEARCHABLE LIST OF COMPANIES CURRENTLY RATED BY RAPID RATINGS | No | -0.42% | |
| 3/7/2005 | 5:29 PM | | Bloomberg - BT | Toll Brothers Presentation Teleconference(Transcript) TOL US | Yes | | |
| 3/7/2005 | 8:30 PM | | Bloomberg - BUS | Levitt Corporation Reports Record Results For The Fourth | No | | |
| 3/8/2005 | 6:00 AM | | Bloomberg - BUS | Zacks Buy List Highlights: Research In Motion, Toll Brothers, | No | | |
| 3/8/2005 | 11:44 AM | | Bloomberg - WSA | BLANK ROBERT S,Director,SELLS 20,000 ON 3/7/05 OF TOL | No | | |
| 3/8/2005 | 11:46 AM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,SELLS 5,000 ON 3/4/05 OF TOL | No | | |
| 3/8/2005 | 5:47 PM | 3/9/2005 | Bloomberg - PZM | Toll Brothers Reiterates Continued Strong Demand for Luxury Home | Yes | 0.56% | |
| 3/9/2005 | 9:57 AM | | Bloomberg - BN | Alpine Management's Lieber Comments on Real Estate Market | No | | |
| 3/9/2005 | 10:01 AM | | Bloomberg - BN | Alpine's Lieber: U.S. Real Estate and Hotel Markets | No | | |
| 3/9/2005 | 5:48 PM | 3/10/2005 | Bloomberg - BT | Toll Brothers Presentation Teleconference(Transcript) TOL US | Yes | -1.83% | ** |
| 3/11/2005 | 2:11 PM | 3/11/2005 | Bloomberg - BIA | SEARCHABLE LIST OF COMPANIES CURRENTLY RATED BY RAPID RATINGS | No | 0.37% | |
| 3/14/2005 | 11:03 AM | 3/14/2005 | Dow Jones Newswires | Toll Brothers Bd Limits Use of Portion of Auth Cmn Stk | Yes | -1.78% | ** |
| 3/14/2005 | 11:14 AM | | Reuters | U.S. insider sales in February send bearish signal | Yes | | |
| 3/14/2005 | 3:54 PM | | Bloomberg - BN | U.S. Housing Starts Probably Fell in February, BN Survey Shows | Yes | | |
| 3/15/2005 | | 3/15/2005 | | | | 0.11% | |
| 3/16/2005 | | 3/16/2005 | | | | 1.05% | |
| 3/17/2005 | | 3/17/2005 | Investext - Riskmetrics Group Iss Governance Services | TOL - Proxy Analysis | No | -3.49% | *** |
| 3/18/2005 | 6:00 AM | 3/18/2005 | Bloomberg - PRN | Newest American Dreamcard(TM) Sweepstakes Jackpot Winner | No | 0.48% | |
| 3/20/2005 | 1:00 AM | 3/21/2005 | Bloomberg - NYT | OFFICE SPACE: THE BOSS; Not Always Clear Sailing | No | -1.12% | |
| 3/21/2005 | 8:30 AM | | Bloomberg - BUS | IKON Names Hickling as Head of Operations, Promotes Hershey to | No | | |
| 3/22/2005 | 11:23 AM | 3/22/2005 | Bloomberg - PZM | Toll Brothers Appoints Don H. Liu General Counsel | No | 1.00% | |
| 3/23/2005 | 1:01 PM | 3/23/2005 | Bloomberg - BN | U.S. New Home Sales Probably Rose in February, BN Survey Shows | No | 0.03% | |
| 3/24/2005 | | 3/24/2005 | | | | 0.14% | |
| 3/28/2005 | 5:59 AM | 3/28/2005 | Bloomberg - FLY | Toll Brothers-TOL raised to Buy from Neutral on improving valuat | Yes | 0.03% | |
| 3/28/2005 | 11:03 AM | | Bloomberg - BN | Toll Brothers Raised to `Buy' at Banc of America       :TOL US | Yes | | |
| 3/28/2005 | 12:37 PM | | Bloomberg - MWR | HomebuilderStocks.com Reports: Major Homebuilder Companies | Yes | | |
| 3/28/2005 | 5:06 PM | 3/29/2005 | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | 0.33% | |
| 3/29/2005 | 2:35 PM | | Bloomberg - PZM | Barron's Names Toll Brothers' Robert I. Toll as One of 30 of Wor | Yes | | |
| 3/30/2005 | 6:56 AM | 3/30/2005 | Bloomberg - CSI | CreditSights: New Home Sales: The Price is Right…For Now | No | 0.88% | |
| 3/31/2005 | | 3/31/2005 | New York Times | No Dessert For You! Now Go to Your Tower | Yes | 1.40% | * |

**Toll Brothers, Inc. News During the Class Period**
**Page 7 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 4/1/2005 | 9:56 AM | 4/1/2005 | Bloomberg - BN | Insiders: Top Buying, Selling by Companies in March | No | 0.16% | |
| 4/1/2005 | 9:57 AM | | Bloomberg - BN | Insiders: Top Buying, Selling by Corporate Officers in March | No | | |
| 4/1/2005 | 12:16 PM | | Bloomberg - CSI | CreditSights: Weekend Reader (April 1) | No | | |
| 4/1/2005 | 2:41 PM | | Bloomberg - FII | Fitch: Demand May Fall As U.S. Homebuilders Head Into Spring | No | | |
| 4/1/2005 | 2:52 PM | | Bloomberg - FII | Fitch: 1Q'05 Update For U.S. Homebuilders, April 5 11 am EST | No | | |
| 4/2/2005 | | 4/4/2005 | Investext - Thomson Financial Securities Data | M&A, Manhattan Building Co /Toll Brothers Inc [BRIEF] | No | -0.32% | |
| 4/3/2005 | 2:00 AM | | Bloomberg - NYT | EXECUTIVE PAY; A Bad Year for the Chief (But Not for the Bonus) | No | | |
| 4/5/2005 | 6:00 AM | 4/5/2005 | Bloomberg - BUS | Zacks Buy List Highlights: Mercury Interactive Corporation, | No | -0.60% | |
| 4/5/2005 | 9:26 AM | | Bloomberg - FII | Fitch: 1Q'05 Update For U.S. Homebuilders Today, 11 am EST | No | | |
| 4/6/2005 | | 4/6/2005 | | | | 0.88% | |
| 4/7/2005 | 1:44 PM | 4/7/2005 | Bloomberg - PZM | Toll Brothers Joins Fortune 500 | Yes | -0.14% | |
| 4/7/2005 | 5:39 PM | 4/8/2005 | Bloomberg - PRN | BusinessWeek's Annual Executive Pay Scoreboard | No | -0.04% | |
| 4/11/2005 | | 4/11/2005 | | | | 0.13% | |
| 4/12/2005 | 3:03 PM | 4/12/2005 | Bloomberg - PZM | Toll Brothers' Website to Broadcast its May 10, 2005 `Second Qua | No | 0.20% | |
| 4/13/2005 | 6:50 AM | 4/13/2005 | Bloomberg - CSI | CreditSights: Housing Outlook 1Q05: Don't Bet Against the House | No | 0.14% | |
| 4/14/2005 | | 4/14/2005 | | | | -0.84% | |
| 4/15/2005 | | 4/15/2005 | | | | -0.39% | |
| 4/18/2005 | | 4/18/2005 | | | | 0.49% | |
| 4/19/2005 | | 4/19/2005 | | | | -1.32% | |
| 4/20/2005 | | 4/20/2005 | | | | -2.34% | *** |
| 4/21/2005 | | 4/21/2005 | | | | -0.63% | |
| 4/22/2005 | | 4/22/2005 | | | | -0.72% | |
| 4/25/2005 | 6:00 AM | 4/25/2005 | Bloomberg - BUS | Zacks.com Features the Following Top Stocks in the Home | Yes | 0.90% | |
| 4/25/2005 | 2:14 PM | | Bloomberg - APW | Big Movers In The Stock Market | No | | |
| 4/25/2005 | 4:37 PM | 4/26/2005 | Bloomberg - BN | U.S. March Home Resales Rise 1% to 6.89 Million Rate (Update4) | No | 0.96% | |
| 4/26/2005 | 10:20 AM | | Bloomberg - APW | Consumer Confidence Dips, New Home Sales Up | No | | |
| 4/26/2005 | 11:06 AM | | Bloomberg - BN | Toll Brothers' Toll Comments on Homebuilding Market, Loan Rates | Yes | | |
| 4/26/2005 | 2:28 PM | | Bloomberg - APW | Consumer Confidence Dips; Home Sales Up | No | | |
| 4/27/2005 | 12:06 AM | 4/27/2005 | Bloomberg - BN | Homebuilders Get 139 Times Greenspan's Salary: Graef Crystal | No | 0.83% | |
| 4/28/2005 | | 4/28/2005 | | | | -0.93% | |
| 4/29/2005 | | 4/29/2005 | | | | 0.40% | |
| 5/2/2005 | | 5/2/2005 | | | | -0.81% | |
| 5/3/2005 | | 5/3/2005 | | | | -0.57% | |
| 5/4/2005 | | 5/4/2005 | | | | 0.99% | |
| 5/5/2005 | | 5/5/2005 | | | | 1.09% | |
| 5/6/2005 | | 5/6/2005 | | | | -0.29% | |
| 5/9/2005 | | 5/9/2005 | | | | 1.34% | |
| 5/10/2005 | 5:00 AM | 5/10/2005 | Bloomberg - PZM | Toll Brothers' Record FY 2005 2nd Qtr. Contracts Grow 38% to $2. | Yes | -0.64% | |
| 5/10/2005 | 5:30 AM | | Bloomberg - BUS | Toll Brothers, Inc. Second Quarter 2005 Outlook Conference | Yes | | |
| 5/10/2005 | 5:40 AM | | Bloomberg - BN | Toll Brothers Says 2nd-Qtr Sales, Orders Rose to Record Levels | Yes | | |
| 5/10/2005 | 6:13 AM | | Bloomberg - APW | Stocks Slide On Rising Oil Prices | Yes | | |
| 5/10/2005 | 7:09 AM | | Bloomberg - APW | Oil Prices Prompt Selling On Wall Street | Yes | | |
| 5/10/2005 | 9:18 AM | | Bloomberg - APW | Stocks Droop As Oil Prices Move Higher | Yes | | |
| 5/10/2005 | 10:17 AM | | Bloomberg - PRN | MORNING UPDATE: Man Securities Inc. Issues Alerts for AMTD, L, | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 8 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 5/10/2005 | 10:17 AM | | Bloomberg - PRN | MORNING UPDATE: Mankus-Lavelle Group Issues Alerts for INTC, | Yes | | |
| 5/10/2005 | 10:18 AM | | Bloomberg - PRN | MORNING UPDATE: Mankus-Lavelle Group Issues Alerts for ET, CBH, | Yes | | |
| 5/10/2005 | 11:09 AM | | Bloomberg - APW | Hedge Fund Rumors Push Stocks Lower | Yes | | |
| 5/10/2005 | | | Investext - Thomson StreetEvents | TOL - Toll Brothers Second Quarter Preliminary Outlook Conference Call | Yes | | |
| 5/10/2005 | | | Investext - JPMorgan | Strong 2Q Order Growth Reported; Reiterate Overweight | Yes | | |
| 5/10/2005 | | | Investext - Wachovia Securities | TOL: Strong FQ2 Order Growth, Though Delays Hamper Deliveries | Yes | | |
| 5/10/2005 | 4:49 PM | 5/11/2005 | Bloomberg - BT | Toll Brothers Forecast Teleconference(Transcript) TOL US | Yes | 0.48% | |
| 5/10/2005 | 5:05 PM | | Bloomberg - BN | Toll's Quarterly Home Sales, Backlog Rise to Records (Update6) | Yes | | |
| 5/11/2005 | 12:13 AM | | Bloomberg - BN | XTO's Simpson Leads CEO Pay With $43.9 Million: Graef Crystal | No | | |
| 5/11/2005 | | | Investext - Smith Barney Citigroup | TOL: Reports 2Q05 Orders And Revenues | Yes | | |
| 5/11/2005 | | | Investext - AG Edwards | Toll Reports Strong FY05 Q2 Preliminary Results | Yes | | |
| 5/11/2005 | | | Investext - Smith Barney Citigroup | TOL: Reports 2Q05 Orders And Revenues | Yes | | |
| 5/11/2005 | | | Investext - Credit Suisse | Order Trends Solid | Yes | | |
| 5/11/2005 | | | Investext - BB&T Capital Markets | TOL: Q2'05 First Time Signing $2B in Contracts in a Quarter | Yes | | |
| 5/12/2005 | | 5/12/2005 | | | | -0.32% | |
| 5/13/2005 | | 5/13/2005 | | | | -0.05% | |
| 5/16/2005 | | 5/16/2005 | | | | 0.74% | |
| 5/16/2005 | 5:50 PM | 5/17/2005 | Bloomberg - BUS | Ark Restaurants Announces Financial Results for the Second | No | -0.58% | |
| 5/17/2005 | 11:03 AM | | Bloomberg - BN | Toll Brothers Rated New `Positive' at Susquehanna      :TOL US | Yes | | |
| 5/17/2005 | 11:06 AM | | Bloomberg - BN | Friedman, Billings's Craig Kucera Comments on Housing | No | | |
| 5/17/2005 | 11:30 AM | | Bloomberg - BN | Friedman Billings's Kucera: April Housing Starts, Toll Brothers | Yes | | |
| 5/17/2005 | 5:04 PM | 5/18/2005 | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | 1.45% | * |
| 5/19/2005 | 11:30 AM | 5/19/2005 | Bloomberg - PRN | Research and Markets: In-depth Profiles of 400 Leading | No | -0.04% | |
| 5/19/2005 | 5:28 PM | 5/20/2005 | Bloomberg - BN | Victory Newbridge's Koskuba: Retail Stocks and Homebuilders | No | 0.24% | |
| 5/20/2005 | 12:03 PM | | Bloomberg - BN | Earnings Ahead: U.S. Companies to Report Week of May 23 | No | | |
| 5/20/2005 | 2:47 PM | | Bloomberg - BN | Greenspan Says Housing Market `Speculation' Is Unsustainable | No | | |
| 5/20/2005 | 7:34 PM | 5/23/2005 | Bloomberg - BN | Greenspan Calls Home-Price Speculation Unsustainable (Update4) | No | 0.10% | |
| 5/22/2005 | 5:35 PM | | Bloomberg - APW | Fed Meeting Minutes, GDP May Roil Market | No | | |
| 5/23/2005 | 11:36 AM | | Bloomberg - PZM | Toll Brothers' Website to Broadcast Its May 26, 2005 Second Quar | No | | |
| 5/23/2005 | 12:22 PM | | Bloomberg - PZM | Toll Brothers Ranked No. 13 on Prestigious Barron's 500 | No | | |
| 5/23/2005 | 4:36 PM | 5/24/2005 | Bloomberg - EJR | ___*EGAN-JONES RATES TOLL BROTHERS INC | Yes | 1.46% | * |
| 5/24/2005 | 6:00 AM | | Bloomberg - BUS | Zacks.com Announces That the Following Companies Will Release | No | | |
| 5/24/2005 | 8:01 AM | | Bloomberg - BUS | Toll Brothers Increases Utilization of UltraDNS Product Suite; | No | | |
| 5/24/2005 | 8:30 AM | | Bloomberg - BUS | Toll Brothers Selects Adjoined Consulting to Improve Human | No | | |
| 5/24/2005 | 1:10 PM | | Bloomberg - BN | Toll Brothers' Joel Rassman Comments on U.S. Housing Market | Yes | | |
| 5/24/2005 | 1:20 PM | | Bloomberg - BN | Toll Brothers' Rassman: U.S. Housing Market and Prices | Yes | | |
| 5/24/2005 | 1:41 PM | | Bloomberg - PZM | S&P Raises Toll Brothers' Outlook to Positive | Yes | | |
| 5/24/2005 | 3:00 PM | | Bloomberg - PZM | Toll Brothers Announces New Golf Course Community in Jupiter, FL | No | | |

**Toll Brothers, Inc. News During the Class Period**

**Page 9 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 5/25/2005 | 9:32 AM | 5/25/2005 | Knobias | CTS Corporation - INDUSTRY: Homebuilding Shared Dip on Home Sales Data | Yes | -1.50% | * |
| 5/25/2005 | 10:00 AM | | Bloomberg - BN | U.S. April New Home Sales Rise 0.2% to a 1.316 Million Rate | No | | |
| 5/25/2005 | 1:38 PM | | Bloomberg - BUS | Toll Brothers, Inc. Second Quarter 2005 Earnings Conference | Yes | | |
| 5/25/2005 | 2:03 PM | | Bloomberg - BN | Toll Bros Finance Sells 5.15% $300 Million 10-Year Notes | Yes | | |
| 5/25/2005 | | | GlobeNewswire | Toll Brothers Finance Corp. to Issue $300 Million of Senior Notes Guaranteed by Toll Brothers, Inc. | Yes | | |
| 5/25/2005 | 9:26 PM | 5/26/2005 | Bloomberg - PZM | Toll Brothers Finance Corp. to Issue $300 Million of Senior Note | Yes | 2.72% | *** |
| 5/26/2005 | 5:00 AM | | Bloomberg - PZM | Toll Brothers' Record FY 2005 2nd Qtr Net Income Rises 135% to $ | Yes | | |
| 5/26/2005 | 5:09 AM | | Bloomberg - BN | Toll Bros 2nd-Quarter Profit More Than Doubles on Home Demand | Yes | | |
| 5/26/2005 | 7:13 AM | | Bloomberg - FLY | On TheFLY: Morning Report [MORE] | No | | |
| 5/26/2005 | 8:30 AM | | Bloomberg - BN | Fred's, Patterson, Toll, Waddell & Reed: U.S. Equity Preview | Yes | | |
| 5/26/2005 | 9:11 AM | | Bloomberg - PRN | MORNING UPDATE: Mankus-Lavelle Group issues alerts for EBAY, | Yes | | |
| 5/26/2005 | 9:59 AM | | Bloomberg - BN | Blair, Cree, Elan, Novell, Patterson, Petco: U.S. Equity Movers | No | | |
| 5/26/2005 | 1:59 PM | | Bloomberg - BN | Copper Heads for Year's Biggest Weekly Gain as Economy Grows | No | | |
| 5/26/2005 | 2:50 PM | | Bloomberg - BN | Hodges Fund's Hodges: Stocks, Holdings and Investment Strategy | No | | |
| 5/26/2005 | | | Investext - Thomson StreetEvents | TOL - Q2 2005 Toll Brothers Earnings Conference Call | Yes | | |
| 5/26/2005 | | | Investext - Bear Stearns | A Diamond is Forever | Yes | | |
| 5/26/2005 | | | Investext - Credit Suisse | Pricing continues to Push Margin | Yes | | |
| 5/26/2005 | | | Investext - Wachovia Securities | TOL: Quick Take On FQ2 2005 EPS Of $2.01 Vs. Our $1.79 Estimate | Yes | | |
| 5/26/2005 | | | Investext - JPMorgan | Strong 2Q Reported; FY05 Guidance Raised to 70+% Net Income Growth; Raising Estimates | Yes | | |
| 5/26/2005 | | | Investext - Fitch Ratings | Fitch Assigns 'BBB' Rating to Toll Brothers' $300MM Debt Issue | Yes | | |
| 5/26/2005 | | | Investext - Wachovia Securities | TOL: Q205 EPS Of $2.01 Exceeds Our $1.79 Estimate | Yes | | |
| 5/26/2005 | 4:05 PM | 5/27/2005 | Bloomberg - BUS | Schaeffer's Midday Options Update Features Google, Boeing, Toll | Yes | -0.71% | |
| 5/26/2005 | 4:28 PM | | Bloomberg - BN | Toll Brothers 2nd-Quarter Profit More Than Doubles (Update3) | Yes | | |
| 5/26/2005 | 4:31 PM | | Bloomberg - BN | Toll Brothers Raised to `Buy' at Parker Hunter        :TOL US | Yes | | |
| 5/26/2005 | 4:50 PM | | Bloomberg - BT | Toll Brothers Earnings Teleconference(Transcript) TOL US | Yes | | |
| 5/26/2005 | 4:53 PM | | Bloomberg - BUS | Schaeffer's S&P 500 Index Hot Stocks Features Pulte Homes, | Yes | | |
| 5/26/2005 | 5:00 PM | | Bloomberg - BN | U.S. Companies Issuing Profit Outlooks for May 26 (Update1) | No | | |
| 5/26/2005 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 5/26/2005 | 5:06 PM | | Bloomberg - BN | Cree, Patterson, Petco, Possis, Toll: U.S. Equity Movers Final | No | | |
| 5/26/2005 | 5:25 PM | | Bloomberg - FII | Fitch Assigns 'BBB' Rtg to Toll Brothers' $300MM Debt Issue | Yes | | |
| 5/26/2005 | 5:40 PM | | Bloomberg - BN | Toll Brothers Teleconf.: Fiscal 2nd-Qtr Profit and Outlook | Yes | | |
| 5/26/2005 | 5:51 PM | | Bloomberg - BUS | Fitch Assigns 'BBB' Rating to Toll Brothers' $300MM Debt Issue | Yes | | |
| 5/27/2005 | 1:07 AM | | Bloomberg - APW | Toll Brothers 2Q Profit Rises To $170.1M | Yes | | |
| 5/27/2005 | 7:14 AM | | Bloomberg - CSI | CreditSights: Toll Brothers 2Q05: Luxurious Gains | Yes | | |
| 5/27/2005 | 11:18 AM | | Bloomberg - BMP | MOODY'S ASGN Baa3 TO SR NOTE ISSUE OF TOLL BROTHERS FINANCE CORP | Yes | | |
| 5/27/2005 | | | Investext - Smith Barney Citigroup | TOL: Reports 2Q05 EPS | Yes | | |
| 5/27/2005 | | | Investext - Credit Suisse | Margin Upside Surprises Continue | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 10 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 5/27/2005 | | | Investext - BB&T Capital Markets | TOL: Beats Estimates, Raises Guidance... Again | Yes | | |
| 5/27/2005 | 4:00 PM | 5/31/2005 | Bloomberg - BN | U.S. Companies Issuing Outlooks the Week of May 23 | No | 1.40% | |
| 5/31/2005 | | | Investext - Wall Street Strategies | TOL - Coverage Update and Earnings Assessment Report | Yes | | |
| 6/1/2005 | 7:41 AM | 6/1/2005 | Bloomberg - BN | U.S. Junk Bonds Rise in May, Capping Best Month of the Year | No | 0.94% | |
| 6/1/2005 | 11:49 AM | | Bloomberg - BUS | 10 PHBCA Companies Named to Barron's 500; Homebuilders Among | No | | |
| 6/1/2005 | 3:09 PM | | Bloomberg - BN | U.S. Junk Bonds Rise in May, Best Month of the Year (Update2) | No | | |
| 6/2/2005 | 7:42 AM | 6/2/2005 | Bloomberg - WSA | TOLL BRUCE E,Director & Ben. Owner,SELLS 250,000 ON 5/31/05 OF T | No | 0.83% | |
| 6/2/2005 | 7:43 AM | | Bloomberg - WSA | BRAEMER RICHARD J,Director,SELLS 15,000 ON 5/31/05 OF TOL | No | | |
| 6/2/2005 | 11:45 AM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,SELLS 5,000 ON 6/1/05 OF TOL | No | | |
| 6/2/2005 | 1:20 PM | | Bloomberg - PZM | Toll Brothers Announces Entry into Orlando Market With Acquisiti | No | | |
| 6/2/2005 | 2:05 PM | | Bloomberg - BN | Toll Corp to Redeem 8% Bonds Due 2009 | No | | |
| 6/2/2005 | 3:47 PM | | Bloomberg - PZM | Toll Brothers Finance Corp. Announces Completion of Offering of | No | | |
| 6/2/2005 | 4:32 PM | 6/3/2005 | Bloomberg - MVL | Minyanville's Fil Zucchi: Disingenuous Hubris | No | -0.99% | |
| 6/2/2005 | 4:52 PM | | Bloomberg - BN | U.S. Companies Issuing Profit Outlooks for June 2 (Update1) | No | | |
| 6/2/2005 | 5:39 PM | | Bloomberg - PZM | Toll Brothers Announces Redemption of 8% Senior Subordinated Not | No | | |
| 6/3/2005 | 4:00 PM | 6/6/2005 | Bloomberg - BN | U.S. Companies Issuing Profit Outlooks for June 3 | No | -0.19% | |
| 6/3/2005 | 4:00 PM | | Bloomberg - BN | U.S. Companies Issuing Outlooks the Week of May 30 | No | | |
| 6/7/2005 | | 6/7/2005 | | | | 0.87% | |
| 6/8/2005 | | 6/8/2005 | | | | 0.76% | |
| 6/9/2005 | 5:09 AM | 6/9/2005 | Bloomberg - BN | U.S. Home Builders' Profits Don't Convince Investors, WSJ Says | Yes | 1.04% | |
| 6/9/2005 | 3:14 PM | | Bloomberg - PZM | Toll Brothers, Inc. Announces a 2-for-1 Split of Common Stock | Yes | | |
| 6/9/2005 | 3:52 PM | | Bloomberg - BN | Toll Brothers Plans 2-for-1 Stock Split After Shares Double | Yes | | |
| 6/9/2005 | 4:09 PM | 6/10/2005 | Bloomberg - BN | Toll Brothers Declares 2-for-1 Split of Its Shares (Update1) | Yes | 0.23% | |
| 6/13/2005 | 11:44 AM | 6/13/2005 | Bloomberg - BN | Toll Brothers' Rassman Comments on Housing Demand, Orders | Yes | -0.60% | |
| 6/13/2005 | 11:52 AM | | Bloomberg - BN | Toll Brothers' Rassman: Outlook for U.S. Housing Market, Demand | Yes | | |
| 6/13/2005 | 1:04 PM | | Bloomberg - PZM | Toll Brothers' Presentation at the 15th Annual Wachovia Securiti | Yes | | |
| 6/14/2005 | 12:14 AM | 6/14/2005 | Bloomberg - BN | Cameco, Toll Brothers Are Quiet Big-Cap Movers: John Dorfman | No | 0.20% | |
| 6/14/2005 | 4:37 PM | 6/15/2005 | Bloomberg - BN | U.S. May Housing Starts Probably Rose to 2.05 Mln, Survey Says | No | 0.07% | |
| 6/15/2005 | 1:37 PM | | Bloomberg - BN | U.S. June Index of Homebuilder Optimism Rises to 71 From 70 | No | | |
| 6/15/2005 | 4:05 PM | 6/16/2005 | Bloomberg - BN | U.S. June Homebuilder Index Rises to High for Year (Update1) | No | 1.27% | |
| 6/15/2005 | 5:22 PM | | Bloomberg - BN | Toll Brothers' Rassman: U.S. Housing Market and Outlook | Yes | | |
| 6/16/2005 | 12:09 AM | | Bloomberg - BN | U.S. May Housing Starts Probably Rose to 2.05 Mln, Survey Says | No | | |
| 6/16/2005 | 8:31 AM | | Bloomberg - BN | U.S. Housing Starts Rose 0.2% in May to 2.009 Million-Unit Pace | No | | |
| 6/16/2005 | 9:27 AM | | Bloomberg - BN | U.S. May Housing Starts Rise 0.2% to 2.009 Mln Pace (Update3) | No | | |
| 6/16/2005 | 10:14 AM | | Bloomberg - BN | Alpine's Lieber: May Housing Starts and Market, Holdings | No | | |
| 6/16/2005 | 10:39 AM | | Bloomberg - BN | U.S. May Housing Starts Rise 0.2% to 2.009 Mln Pace (Correct) | No | | |
| 6/16/2005 | 10:42 AM | | Bloomberg - BN | U.S. Economy: Housing Starts Reach Fastest Pace Since February | No | | |
| 6/16/2005 | 12:20 PM | | Bloomberg - BN | U.S. Economy: Housing Starts Rise to 2.009 Mln Pace (Correct) | No | | |
| 6/16/2005 | 12:54 PM | | Bloomberg - BN | U.S. Economy: Housing Starts Rise to 2.009 Mln Pace (Update4) | No | | |
| 6/17/2005 | 12:04 PM | 6/17/2005 | Bloomberg - BN | U.S. Homebuilders' Shares Gain on Expectations of Low Rates | No | -1.48% | * |
| 6/17/2005 | 2:50 PM | | Bloomberg - WSA | MARBACH CARL B,Director,SELLS 60,000 ON 6/16/05 OF TOL | No | | |
| 6/17/2005 | 4:54 PM | 6/20/2005 | Bloomberg - BN | U.S. Homebuilders' Shares Gain on Rate Expectations (Update2) | No | -2.09% | ** |
| 6/18/2005 | 4:01 PM | | Bloomberg - BN | Novell, Borland Software Liked by Fred Hickey, Barron's Says | No | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 11 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 6/20/2005 | | | Investext - Wall Street Strategies | TOL - Update and Critical Events Assessment Report | Yes | | |
| 6/21/2005 | 9:27 AM | 6/21/2005 | Bloomberg - BN | NYSE's Biggest Losses, Gains Among Short-Selling Targets | No | -1.09% | |
| 6/21/2005 | 4:36 PM | 6/22/2005 | Bloomberg - BN | Biggest NYSE Increases, Decreases in Short Interest vs Float | No | 1.31% | |
| 6/22/2005 | 1:24 PM | | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 89,800 FROM 6/20/05-6/21/05 OF TOL | No | | |
| 6/22/2005 | 1:57 PM | | Bloomberg - WSA | BLANK ROBERT S,Director,SELLS 40,000 ON 6/21/05 OF TOL | No | | |
| 6/23/2005 | 8:14 AM | 6/23/2005 | Bloomberg - BN | Toll Brothers' Rassman Comments on the Housing Market Outlook | Yes | 0.14% | |
| 6/23/2005 | 8:25 AM | | Bloomberg - BN | Birinyi Assoc.'s Birinyi: S&P 500, CNOOC's Unocal Bid, Google | No | | |
| 6/23/2005 | 12:31 PM | | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 18,700 ON 6/21/05 OF TOL | No | | |
| 6/23/2005 | 2:41 PM | | Bloomberg - BN | Birinyi Assoc.'s Birinyi on S&P 500, CNOOC (Transcript) | No | | |
| 6/23/2005 | 8:16 PM | 6/24/2005 | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 100,000 ON 6/22/05 OF TOL | No | 0.10% | |
| 6/23/2005 | 8:16 PM | | Bloomberg - WSA | RASSMAN JOEL H,Off. & Dir.,SELLS 50,000 ON 6/22/05 OF TOL | No | | |
| 6/24/2005 | 3:06 PM | | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 145,500 ON 6/23/05 OF TOL | No | | |
| 6/24/2005 | 4:24 PM | 6/27/2005 | Bloomberg - WSA | TOLL BRUCE E,Off. & Dir.,SELLS 300,000 ON 6/24/05 OF TOL | No | -1.20% | |
| 6/26/2005 | 2:33 PM | | Bloomberg - BN | Robert Toll Is Top-Paid Philadelphia-Area CEO, Inquirer Says | No | | |
| 6/26/2005 | | | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | | |
| 6/27/2005 | 11:42 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending June 24 | No | | |
| 6/27/2005 | 11:42 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending June 24 | No | | |
| 6/28/2005 | | 6/28/2005 | | | | 0.08% | |
| 6/29/2005 | | 6/29/2005 | | | | 0.52% | |
| 6/29/2005 | 4:37 PM | 6/30/2005 | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 119,200 ON 6/28/05 OF TOL | No | -0.61% | |
| 6/30/2005 | 3:56 PM | | Bloomberg - BN | Toll Redeems 8% Notes Due 2009 | No | | |
| 6/30/2005 | 4:20 PM | 7/1/2005 | Bloomberg - BT | Toll Brothers Presentation Teleconference(Transcript) TOL US | Yes | -1.14% | |
| 7/1/2005 | 1:00 AM | | Bloomberg - NYT | Conventional Wisdom Not Always Right | No | | |
| 7/1/2005 | 7:03 AM | | Bloomberg - CSI | CreditSights: Housing Update: Bubblicious? | No | | |
| 7/1/2005 | 12:01 PM | | Bloomberg - BN | Insiders: Top Buying, Selling by Corporate Officers in June | No | | |
| 7/1/2005 | 12:01 PM | | Bloomberg - BN | Insiders: Top Buying, Selling by Companies in June | No | | |
| 7/1/2005 | 12:10 PM | | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 55,700 ON 6/30/05 OF TOL | No | | |
| 7/1/2005 | 12:11 PM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,SELLS 4,000 ON 6/30/05 OF TOL | No | | |
| 7/1/2005 | 1:11 PM | | Bloomberg - BN | Insiders: Top Buying, Selling by Officers in June (Update1) | No | | |
| 7/4/2005 | | 7/5/2005 | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | -0.81% | |
| 7/5/2005 | 9:16 AM | | Bloomberg - BN | Alvarion, Gateway, KB, Mohawk, Pre-Paid: U.S. Equity Preview | No | | |
| 7/5/2005 | 11:09 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending July 1 | No | | |
| 7/5/2005 | 11:21 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending July 1 | No | | |
| 7/5/2005 | 11:55 AM | | Bloomberg - FII | Fitch: Spec Housing Non-Issue for U.S. Homebuilders, For Now | No | | |
| 7/5/2005 | 12:07 PM | | Bloomberg - FII | Fitch Telecall: U.S Homebuilders At the Half; 7/6 11:30 a.m. | No | | |
| 7/5/2005 | 12:40 PM | | Bloomberg - BN | KB Home, MDC Stock Ratings Are Cut by Credit Suisse's Zelman | No | | |
| 7/5/2005 | 4:27 PM | 7/6/2005 | Bloomberg - BN | KB Home, MDC Ratings Cut by Credit Suisse's Zelman (Update2) | No | -1.30% | |
| 7/6/2005 | 9:25 AM | | Bloomberg - FII | Fitch Telecall: U.S Homebuilders At the Half Today 11:30 am | No | | |
| 7/6/2005 | 9:32 AM | | Bloomberg - BN | Raymond James's Murray: Housing Market, Prices, Toll Brothers | Yes | | |
| 7/7/2005 | 9:00 AM | 7/7/2005 | Bloomberg - BUS | Homebuilders Most Popular Sector Pick of Top Performing Mutual | No | 0.34% | |
| 7/8/2005 | 6:00 AM | 7/8/2005 | Bloomberg - BUS | Zacks.com Announces That Dennis Slothower Highlights the | No | 0.54% | |

**Toll Brothers, Inc. News During the Class Period**
**Page 12 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 7/8/2005 | 2:37 PM | | Bloomberg - WSA | TOLL BRUCE E,Director & Ben. Owner,SELLS 300,000 ON 7/7/05 OF TO | | | |
| 7/11/2005 | 11:18 AM | 7/11/2005 | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 110,820 ON 7/7/05 OF TOL | No | 1.57% | * |
| 7/11/2005 | 11:24 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending July 8 | No | | |
| 7/11/2005 | 11:24 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending July 8 | No | | |
| 7/11/2005 | 3:01 PM | | RealMoney.com | Toll of the Tape | Yes | | |
| 7/12/2005 | 10:06 AM | 7/12/2005 | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 265,080 ON 7/8/05 OF TOL | No | 0.86% | |
| 7/12/2005 | | | The Philadelphia Inquirer | Business News in Brief | Yes | | |
| 7/13/2005 | 9:56 AM | 7/13/2005 | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 70,000 ON 7/11/05 OF TOL | No | 0.25% | |
| 7/13/2005 | 10:00 AM | | Bloomberg - PRN | Toll Brothers Dedicates Historic Naval Square | No | | |
| 7/13/2005 | 12:57 PM | | Bloomberg - PZM | Toll Brothers Dedicates Historic Naval Square | No | | |
| 7/13/2005 | 4:31 PM | 7/14/2005 | Bloomberg - PRN | PR Newswire Philadelphia Daybook for Thursday, July 14 | No | -0.59% | |
| 7/14/2005 | 7:45 AM | | Bloomberg - PRN | PR Newswire Philadelphia Daybook for Thursday, July 14 | No | | |
| 7/14/2005 | 12:32 PM | | Bloomberg - PRN | Toll Brothers Dedicates Historic Naval Square | No | | |
| 7/14/2005 | 12:34 PM | | Bloomberg - WSA | RASSMAN JOEL H,C.F.O.,SELLS 50,000 ON 7/12/05 OF TOL | No | | |
| 7/14/2005 | 2:00 PM | | Bloomberg - PZM | Toll Brothers Hosts Gala Grand Opening Event for Naval Square, t | No | | |
| 7/14/2005 | 2:36 PM | | Bloomberg - BN | Muhlenkamp & Co.'s Muhlenkamp: Homebuilding Stocks and Strategy | No | | |
| 7/15/2005 | 12:05 AM | 7/15/2005 | Bloomberg - BN | Tarragon's Shares Boom Along With Condo Sales: Taking Stock | No | 2.13% | ** |
| 7/15/2005 | 2:25 AM | | Knobias | Centex Corp - Merrill Ups Price Targets for Homebuilders, TOL & PHM | Yes | | |
| 7/15/2005 | 11:01 AM | | Bloomberg - PZM | Toll Brothers' Website to Broadcast Its August 4, 2005 'Third Qu | No | | |
| 7/17/2005 | | 7/18/2005 | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | 0.93% | |
| 7/18/2005 | 6:00 AM | | Bloomberg - BUS | Zacks.com Announces That Dan Sullivan Highlights the Following | No | | |
| 7/18/2005 | 11:31 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending July 15 | No | | |
| 7/18/2005 | 11:47 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending July 15 | No | | |
| 7/19/2005 | 9:00 AM | 7/19/2005 | Bloomberg - BUS | Zacks Buy List Highlights: Resources Connection, Inc., Toll | Yes | -0.25% | |
| 7/19/2005 | 10:30 AM | | Bloomberg - BN | U.S. Economy: Housing Starts Held at 2.004 Million Rate in June | No | | |
| 7/19/2005 | 4:06 PM | 7/20/2005 | Bloomberg - BN | U.S. Economy: Housing Starts Held at 2.004 Mln Rate (Update3) | No | 1.09% | |
| 7/20/2005 | 12:58 PM | | Bloomberg - BN | U.S. Jobless Claims Probably Fell to 325,000, BN Survey Shows | No | | |
| 7/20/2005 | 1:53 PM | | Bloomberg - PZM | Toll Brothers Enters Minnesota Market | No | | |
| 7/20/2005 | 3:22 PM | | Bloomberg - WSA | SHAPIRO PAUL E,Director,SELLS 100,000 ON 7/18/05 OF TOL | No | | |
| 7/21/2005 | 8:29 AM | 7/21/2005 | Bloomberg - BN | U.S. Initial Jobless Claims Fell 34,000 to 303,000 Last Week | No | -0.72% | |
| 7/21/2005 | 1:05 PM | | Bloomberg - BN | U.S. Jobless Claims Fell 34,000 to 303,000 Last Week (Update2) | No | | |
| 7/21/2005 | 4:11 PM | 7/22/2005 | Bloomberg - WSA | BARZILAY ZVI,President,SELLS 100,000 ON 7/20/05 OF TOL | No | -0.49% | |
| 7/21/2005 | 4:17 PM | | Bloomberg - BN | Biggest NYSE Increases, Decreases in Short Interest vs Float | No | | |
| 7/21/2005 | 4:47 PM | | Bloomberg - WSA | SICREE JOSEPH R,Officer,SELLS 7,400 ON 7/20/05 OF TOL | No | | |
| 7/24/2005 | | 7/25/2005 | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | -1.09% | |
| 7/25/2005 | 9:04 AM | | Bloomberg - BN | Putnam's Divney: Equity Markets, Earnings, U.S. Housing Market | No | | |
| 7/25/2005 | 11:05 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending July 22 | No | | |
| 7/25/2005 | 11:06 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending July 22 | No | | |
| 7/25/2005 | 11:12 AM | | Bloomberg - BN | Putnam's Divney Comments on U.S. Equity Market, Earnings | No | | |
| 7/25/2005 | 3:33 PM | | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,SELLS 1,000,000 FROM 7/21-7/25/05 OF TOL | No | | |
| 7/26/2005 | 10:17 AM | 7/26/2005 | Bloomberg - BN | U.S. New Home Sales Probably Rose Last Month: BN Survey Shows | No | -0.82% | |

**Toll Brothers, Inc. News During the Class Period**
**Page 13 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 7/27/2005 | 5:30 AM | 7/27/2005 | Bloomberg - FLY | Correction: TOL & JOE downgraded@JMPS not JPHQ [MORE] | Yes | -1.77% | ** |
| 7/27/2005 | 5:30 AM | | Bloomberg - FLY | TOL & JOE cut to Mkt Perform from Mkt Outperform on valuations@J | Yes | | |
| 7/27/2005 | 1:42 PM | | Bloomberg - WSA | TOLL BRUCE E,Director,SELLS 387,000 ON 7/25/05 OF TOL | No | | |
| 7/28/2005 | 10:18 AM | 7/28/2005 | Bloomberg - BN | Toll's Rassman, BB&T's Kazprzak: Outlook for Housing Markets | Yes | 1.41% | * |
| 7/28/2005 | 11:52 AM | | Bloomberg - BN | Toll Brother's Rassman Comments on U.S. Homebuilding Market | Yes | | |
| 7/28/2005 | 3:31 PM | | Bloomberg - VOX | Toll Brothers - CFO Interview | Yes | | |
| 7/29/2005 | | 7/29/2005 | | | | -0.36% | |
| 8/1/2005 | 12:02 AM | 8/1/2005 | Bloomberg - BN | Greenspan Housing View Seen Hazardous by Wall Street Economists | No | 0.09% | |
| 8/1/2005 | 8:57 AM | | Bloomberg - CSI | CreditSights: FinMovers: 7M05 Highlights | No | | |
| 8/1/2005 | 1:00 PM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending July 29 | No | | |
| 8/1/2005 | 1:34 PM | | Bloomberg - BN | Weekly Insider Buying and Selling by Company (Correct) | No | | |
| 8/1/2005 | 1:35 PM | | Bloomberg - BN | Top Buying, Selling by Companies in July (Correct) | No | | |
| 8/1/2005 | 1:36 PM | | Bloomberg - BN | Top Buying, Selling by Corporate Officers in July (Correct) | No | | |
| 8/1/2005 | 3:45 PM | | Bloomberg - BN | Greenspan Housing View Seen Hazardous by Economists (Update1) | No | | |
| 8/1/2005 | | | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | | |
| 8/2/2005 | 12:54 PM | 8/2/2005 | Bloomberg - BUS | CORRECTING and REPLACING Zacks.com Announces that the Following | No | 0.37% | |
| 8/2/2005 | 2:24 PM | | Bloomberg - PZM | SmallCap Sentinel: Home Prices in 'No Danger of Falling' Says NA | No | | |
| 8/3/2005 | 7:49 AM | 8/3/2005 | Bloomberg - BN | Alpine's Lieber: Housing Market Outlook, Homebuilding Stocks | No | 0.42% | |
| 8/3/2005 | 9:13 AM | | Bloomberg - BN | Alpine's Lieber Comments on Housing Market, Homebuilders | No | | |
| 8/3/2005 | 10:07 AM | | Bloomberg - BN | Tyco, Alcoa Bonds May Weaken Against U.S. Treasuries, CSFB Says | No | | |
| 8/3/2005 | 11:25 AM | | Bloomberg - BUS | Toll Brothers, Inc. Third Quarter 2005 Outlook Conference Call; | No | | |
| 8/4/2005 | 5:00 AM | 8/4/2005 | Bloomberg - PZM | Toll Brothers' Record FY 2005 3rd Qtr Home Bldg Revenues Rise 55 | Yes | -1.15% | |
| 8/4/2005 | 5:08 AM | | Bloomberg - BN | Toll's Fiscal Third-Quarter Homebuilding Revenue Rises 55% | Yes | | |
| 8/4/2005 | 6:06 AM | | Bloomberg - BN | Al Frank's Buckingham Buys Homebuilders, Welcomes `Bubble Talk' | No | | |
| 8/4/2005 | 9:10 AM | | Bloomberg - BUS | InsiderScore Publishes Inaugural ``Weekly Insider Report''; | No | | |
| 8/4/2005 | 11:45 AM | | Bloomberg - BT | Toll Brothers Forecast Teleconference(Transcript) TOL US | Yes | | |
| 8/4/2005 | 12:09 PM | | Bloomberg - BN | Freddie Mac Says 30-Year Mortgage Rate Rose to 5.82% (Update1) | No | | |
| 8/4/2005 | | | Investext - AG Edwards | Charts of Toll's new orders that were just reported | Yes | | |
| 8/4/2005 | | | Investext - Thomson StreetEvents | TOL - Toll Brothers Outlook Release | Yes | | |
| 8/4/2005 | | | Investext - JPMorgan | Strong 3Q Orders, Higher than Expected Closings; Reiterate Overweight | Yes | | |
| 8/4/2005 | | | Investext - Smith Barney Citigroup | TOL: Increasing FY05 And FY06 Based On Strong 3Q05 Revenues | Yes | | |
| 8/4/2005 | | | Investext - Wachovia Securities | TOL: Downgrading To Market Perform | Yes | | |
| 8/4/2005 | 4:19 PM | 8/5/2005 | Bloomberg - BN | Toll's 3rd-Quarter Homebuilding Revenue Rises 55% (Update4) | Yes | -2.92% | *** |
| 8/5/2005 | 5:46 AM | | Bloomberg - FLY | Toll Brothers-TOL cut to Mkt Perform from Outperform on valuatio | Yes | | |
| 8/5/2005 | 8:30 AM | | Bloomberg - BN | Toll Brothers Cut to `Market Perform' at Wachovia       :TOL US | Yes | | |
| 8/5/2005 | 2:11 PM | | Bloomberg - BN | Chesapeake, Impax, Rock-Tenn, S1, ViaSat: U.S. Equity Movers | Yes | | |
| 8/5/2005 | | | Investext - Janney Montgomery Scott, LLC | TOL - Fine Tuning Estimates Leads to Slight Increase in EPS Forecast | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 14 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 8/5/2005 | | | Investext - BB&T Capital Markets | TOL: Orders Up 19% From Q3'04 to the Second-Highest Quarterly Level | Yes | | |
| 8/5/2005 | 4:30 PM | 8/8/2005 | Bloomberg - BN | Friday's U.S. Markets: Stocks, Treasuries Decline; Dollar Rises | No | -1.04% | |
| 8/5/2005 | 4:54 PM | | Bloomberg - BN | Baidu.com, Delphi, KB Home, HomeStore: U.S. Equity Movers Final | No | | |
| 8/5/2005 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | No | | |
| 8/5/2005 | 6:08 PM | | Bloomberg - BUS | Schaeffer's Daily Market Blog Features Goodyear Tire & Rubber, | No | | |
| 8/5/2005 | 8:36 PM | | Bloomberg - VOX | Nightly Business Report | No | | |
| 8/7/2005 | | | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | | |
| 8/8/2005 | 7:08 AM | | Bloomberg - CSI | CreditSights: FinMovers: EU Banks-Fundies Fine,Trading No Biggie | No | | |
| 8/8/2005 | 9:25 AM | | Bloomberg - PRN | MORNING UPDATE: brokersXpress, LLC issues alerts for MSFT, TOL, | Yes | | |
| 8/9/2005 | 8:00 AM | 8/9/2005 | Bloomberg - PZM | Toll Brothers' Website to Broadcast its August 25, 2005 Third Qu | No | 1.57% | * |
| 8/9/2005 | | | Bloomberg | U.S. Stocks Rise After Fed Comments, Ending Three-Day Retreat | Yes | | |
| 8/10/2005 | | 8/10/2005 | | | | -0.01% | |
| 8/11/2005 | | 8/11/2005 | | | | -0.05% | |
| 8/12/2005 | | 8/12/2005 | | | | 0.40% | |
| 8/14/2005 | | 8/15/2005 | Investext - PriceTarget Research | Toll Brothers Inc. - PriceTarget Research Report | No | 0.11% | |
| 8/15/2005 | 7:07 AM | | Bloomberg - CSI | CreditSights: FinMovers: Flat Yld Implications for the Life Ins. | No | | |
| 8/15/2005 | 1:00 PM | | Bloomberg - BN | U.S. Aug. Index of Homebuilder Optimism Falls to 67 From 70 | No | | |
| 8/15/2005 | 3:01 PM | | Bloomberg - BN | U.S. July Housing Starts Probably Rose to 2.02 Mln, Survey Says | No | | |
| 8/15/2005 | 4:40 PM | 8/16/2005 | Bloomberg - BN | U.S. Aug. Homebuilder Optimism Falls for Second Month (Update2) | No | 0.04% | |
| 8/16/2005 | 12:04 PM | | Bloomberg - BN | Shares Bought and Sold From 13F Filings Reported on Aug. 15 | No | | |
| 8/16/2005 | 12:43 PM | | Bloomberg - BN | Toll's Rassman: Housing Market, Demand, Mortgage Rates | Yes | | |
| 8/16/2005 | 2:42 PM | | Bloomberg - VOX | Toll Brothers - President & CEO Interview | Yes | | |
| 8/17/2005 | 3:57 PM | 8/17/2005 | Bloomberg - FLY | Toll Brothers-TOL Option implied Volatility spikes to 52 on heav | Yes | -1.71% | ** |
| 8/18/2005 | | 8/18/2005 | | | | 0.59% | |
| 8/19/2005 | | 8/19/2005 | | | | 0.17% | |
| 8/21/2005 | 1:00 AM | 8/22/2005 | Bloomberg - NYT | Be Warned: Mr. Bubble's Worried Again | No | 0.70% | |
| 8/21/2005 | 6:32 PM | | Bloomberg - APW | Market At Crossroads Of Earnings And Oil | No | | |
| 8/22/2005 | 7:17 AM | | Bloomberg - CSI | CreditSights: FinMovers-Financial Guarantor Competition Heats Up | No | | |
| 8/23/2005 | 8:40 AM | 8/23/2005 | Bloomberg - BN | U.S. New Home Sales Probably Fell Last Month, BN Survey Shows | No | -0.29% | |
| 8/24/2005 | 2:10 AM | 8/24/2005 | Bloomberg - VOX | Stock Market Analysis | No | 3.18% | *** |
| 8/24/2005 | 10:00 AM | | Bloomberg - BN | U.S. New Home Sales Rise 6.5% in July to 1.41 Million Rate | No | | |
| 8/24/2005 | 10:15 AM | | Bloomberg - APW | Stocks Climb On Bullish Oil Inventory Data | Yes | | |
| 8/24/2005 | 10:34 AM | | Bloomberg - BN | U.S. July New Home Sales Rise to 1.41 Million Rate (Update1) | No | | |
| 8/24/2005 | 11:20 AM | | Bloomberg - APW | New Oil Record Sinks Stocks | No | | |
| 8/24/2005 | 12:32 PM | | Bloomberg - APW | Stocks Sink As Oil Reaches New Record | No | | |
| 8/24/2005 | 1:30 PM | | Bloomberg - BUS | Toll Brothers, Inc. Third Quarter 2005 Earnings Conference | Yes | | |
| 8/24/2005 | 1:30 PM | | Bloomberg - BN | GM, Keystone, OfficeMax, Pulte Homes, TVI: U.S. Equity Mover | No | | |
| 8/24/2005 | 4:42 PM | 8/25/2005 | Bloomberg - BN | Applebee's, Charter, SeaChange: U.S. Equity Movers Final | Yes | -3.04% | *** |
| 8/25/2005 | 1:15 AM | | Bloomberg - APW | Dow Drops 85 As Oil Reaches Record High | No | | |
| 8/25/2005 | 5:00 AM | | Bloomberg - PZM | Toll Brothers' Record FY 2005 3rd Qtr Earnings Rise 103 Perc | Yes | | |
| 8/25/2005 | 5:40 AM | | Bloomberg - APW | Jump In Corporate Buyouts Boosts Stocks | Yes | | |
| 8/25/2005 | 6:12 AM | | Bloomberg - APW | Builder Toll Brothers' 3Q Profit Doubles | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 15 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 8/25/2005 | 6:13 AM | | Bloomberg - APW | Stocks Are Flat On Oil Pricing Concerns | Yes | | |
| 8/25/2005 | 7:16 AM | | Bloomberg - FLY | On TheFLY: Morning Report [MORE] | No | | |
| 8/25/2005 | 7:20 AM | | Bloomberg - APW | Stocks Edge Higher Despite Oil Concerns | Yes | | |
| 8/25/2005 | 7:35 AM | | Bloomberg - BN | Toll's Quarterly Profit Doubles on Demand for Luxury Homes | Yes | | |
| 8/25/2005 | 8:10 AM | | Bloomberg - APW | Stocks Move Higher Despite Oil Concerns | Yes | | |
| 8/25/2005 | 8:28 AM | | Bloomberg - BN | Toll Brothers Raised to `Buy' at BB&T Capital          :TOL | Yes | | |
| 8/25/2005 | 9:09 AM | | Bloomberg - FLY | Toll Brothers-TOL increasing to Buy from Hold, target $60; i | Yes | | |
| 8/25/2005 | 10:51 AM | | Bloomberg - BN | Toll Brothers's Rassman: Fiscal Third-Quarter Profit, Outloo | Yes | | |
| 8/25/2005 | 12:17 PM | | Bloomberg - EJR | ___*EGAN-JONES RATES TOLL BROTHERS INC | Yes | | |
| 8/25/2005 | 12:29 PM | | Bloomberg - APW | Stocks Rise Despite Oil Price Worries | Yes | | |
| 8/25/2005 | 12:31 PM | | Bloomberg - APW | Dow Ends Up 16 Despite Oil Price Worries | Yes | | |
| 8/25/2005 | 12:48 PM | | Bloomberg - APW | Toll Brothers' 3Q Profit Doubles | Yes | | |
| 8/25/2005 | 2:10 PM | | Bloomberg - BT | Toll Brothers Earnings Teleconference(Transcript) TOL US | Yes | | |
| 8/25/2005 | | | Investext - Smith Barney Citigroup | Toll Brothers: Strong Margins, Raising Est/Tgt | Yes | | |
| 8/25/2005 | | | Investext - Thomson StreetEvents | TOL - Q3 2005 Toll Brothers Earnings Conference Call | Yes | | |
| 8/25/2005 | | | Investext - BB&T Capital Markets | TOL: Upgrading to Buy (1) on Strong Q3'05 Results, Weak Stock Price | Yes | | |
| 8/25/2005 | | | Investext - Credit Suisse | Strong Quarter, But Guidance May Disappoint | Yes | | |
| 8/25/2005 | | | Investext - JPMorgan | Strong 3Q Reported; FY06 Guidance Conservative; Reiterate OW Rating | Yes | | |
| 8/25/2005 | | | Investext - Wachovia Securities | TOL: Q3 EPS Of $1.27 Exceeds Our $1.18 Estimate | Yes | | |
| 8/25/2005 | 4:20 PM | 8/26/2005 | Bloomberg - BN | Toll's Profit Doubles on Demand for Luxury Homes (Update5) | Yes | -1.31% | |
| 8/25/2005 | 4:59 PM | | Bloomberg - BN | U.S. Companies Issuing Profit Outlooks for Aug. 25 (Update1) | No | | |
| 8/25/2005 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 8/25/2005 | 5:47 PM | | Bloomberg - BUS | Schaeffer's Daily Market Blog Features General Motors, Ford | No | | |
| 8/25/2005 | 6:24 PM | | Bloomberg - VOX | Toll Brothers Inc. - CFO Interview | Yes | | |
| 8/25/2005 | 6:48 PM | | Bloomberg - APW | Dow Ends Up 16 Despite Record Oil | No | | |
| 8/25/2005 | 8:29 PM | | Bloomberg - VOX | Nightly Business Report | No | | |
| 8/25/2005 | 9:55 PM | | Bloomberg - APW | Toll Brothers Third-Quarter Profit Doubles | Yes | | |
| 8/26/2005 | 1:56 AM | | Bloomberg - APW | Dow Ends Up 16 Despite Record Oil Prices | No | | |
| 8/26/2005 | 9:41 AM | | Bloomberg - BN | S&P Mid-Cap Stocks With Highest, Lowest Average Analyst Rating | Yes | | |
| 8/26/2005 | 3:40 PM | | Bloomberg - VOX | Toll Brothers - CFO Interview | Yes | | |
| 8/26/2005 | | | Investext - AG Edwards | And the Beat Goes On | Yes | | |
| 8/26/2005 | | | Investext - Credit Suisse | Margins Explode With Pricing | Yes | | |
| 8/26/2005 | | | Investext - Smith Barney Citigroup | TOL: Reports 3Q05 EPS | Yes | | |
| 8/26/2005 | | | Investext - Janney Montgomery Scott, LLC | Toll Beats The Street Despite a Higher Tax Rate | Yes | | |
| 8/26/2005 | 4:01 PM | 8/29/2005 | Bloomberg - BN | U.S. Companies Issuing Outlooks the Week of Aug. 22 | No | -0.29% | |
| 8/26/2005 | 5:04 PM | | Bloomberg - BUS | Schaeffer's Daily Options Update Features General Motors, | No | | |
| 8/29/2005 | 2:08 AM | | Bloomberg - BN | U.S. Homebuilding Stocks Seen Rebounding From August's Plunge | No | | |
| 8/29/2005 | 6:32 AM | | Bloomberg - GCP | Gimme Credit: Toll Brothers: Bubble, Bubble, Toll And Trouble | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 16 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 8/30/2005 | | 8/30/2005 | | | | -1.18% | |
| 8/31/2005 | 11:17 AM | 8/31/2005 | Dow Jones Newswires | Reversing a Trend, Home Builders Led Broad Decline in Aug | No | -1.82% | ** |
| 8/31/2005 | 1:53 PM | | Bloomberg - WSA | TOLL ROBERT I,C.O.B.,ACQUIRES 292,000 ON 8/29/05 OF TOL | No | | |
| 8/31/2005 | | | The Wall Street Journal | Insider Sales Hit Record at Builders | No | | |
| 9/1/2005 | | 9/1/2005 | | | | 0.48% | |
| 9/2/2005 | | 9/2/2005 | | | | -0.57% | |
| 9/6/2005 | 7:05 AM | 9/6/2005 | Bloomberg - CSI | CreditSights: FinMovers: Katrina Slams the Insurance Sector | No | -0.90% | |
| 9/6/2005 | 8:59 PM | 9/7/2005 | Bloomberg - BN | U.S. August Service Growth Unexpectedly Accelerates (Correct) | No | 0.30% | |
| 9/7/2005 | 5:45 PM | 9/8/2005 | Bloomberg - BN | Hovnanian, KB Home, Take-Two, Ulticom, UST: U.S. Equity Preview | No | -0.86% | |
| 9/7/2005 | 5:52 PM | | Bloomberg - BN | Hovnanian, Homebuilders Drop on '06 Forecast: U.S. After-Hours | No | | |
| 9/8/2005 | 12:02 AM | | Bloomberg - BN | Lennar, McData, John Wiley, Petco, Saucony: U.S. Equity Preview | No | | |
| 9/8/2005 | 1:00 AM | | Bloomberg - NYT | New Angel To Keep Met Opera On the Air | No | | |
| 9/8/2005 | 8:35 AM | | Bloomberg - BN | Calpine, Sears, Synaptics, Toll, UST, Yum: U.S. Equity Preview | No | | |
| 9/8/2005 | 9:57 AM | | Bloomberg - BN | Charles River, Hovnanian, Sears, Ulticom: U.S. Equity Movers | No | | |
| 9/8/2005 | 11:38 AM | | Bloomberg - PZM | Toll Brothers to Webcast Live Its Presentation at the Banc of Am | No | | |
| 9/8/2005 | 11:58 AM | | Bloomberg - BN | Homebuilders' Stocks Fall on Concern That Price Gains Will Slow | No | | |
| 9/8/2005 | 4:26 PM | 9/9/2005 | Bloomberg - BN | Homebuilders' Stocks Fall on Concern About Pricing (Update1) | No | -0.86% | |
| 9/8/2005 | 4:28 PM | | Bloomberg - BN | Friedman Billings's Kucera: Hovnanian and Homebuilder Stocks | No | | |
| 9/8/2005 | 4:39 PM | | Bloomberg - BN | Hovnanian, Imperial Sugar, Rambus: U.S. Equity Movers Final | No | | |
| 9/8/2005 | 5:33 PM | | Bloomberg - BN | Harvard's Retsinas Comments on Housing, Hurricane's Effect | No | | |
| 9/9/2005 | 4:20 AM | | Bloomberg - APW | Toll Brothers To Sponsor Met Opera | No | | |
| 9/9/2005 | 3:20 PM | | Bloomberg - WSA | BLANK ROBERT S,Director,SELLS 40,000 ON 9/8/05 OF TOL | No | | |
| 9/12/2005 | 6:51 AM | 9/12/2005 | Bloomberg - CSI | CreditSights: FinMovers: FICO's Impact On Financials | No | -0.11% | |
| 9/12/2005 | | | Investext - Wall Street Strategies | TOL - Coverage Update and Earnings Assessment Report | Yes | | |
| 9/13/2005 | 10:25 AM | 9/13/2005 | Bloomberg - APW | Donald Trump Beat In Auction For Property | No | -0.59% | |
| 9/14/2005 | 12:00 AM | 9/14/2005 | Bloomberg - VOX | Toll Brothers - Chairman & CEO Interview | Yes | 0.12% | |
| 9/14/2005 | 8:39 AM | | Bloomberg - APW | Judge Approves Sale Of Old Trump Site | No | | |
| 9/14/2005 | 9:46 AM | | Bloomberg - WSA | BRAEMER RICHARD J,Director,ACQUIRES 30,000 ON 9/12/05 OF TOL | No | | |
| 9/15/2005 | | 9/15/2005 | | | | 0.10% | |
| 9/16/2005 | | 9/16/2005 | | | | -0.82% | |
| 9/19/2005 | 2:25 AM | 9/19/2005 | Bloomberg - BN | Katrina Drives Up Building Materials Costs, Stoking Inflation | No | -1.84% | ** |
| 9/19/2005 | 6:58 AM | | Bloomberg - CSI | CreditSights: FinMovers: Rate/Volume Impact on Financials' ALM | No | | |
| 9/19/2005 | 1:06 PM | | Bloomberg - BN | U.S. Homebuilder Optimism Falls After Hurricane Boosts Costs | No | | |
| 9/19/2005 | 1:07 PM | | Bloomberg - FII | Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB' | Yes | | |
| 9/19/2005 | 1:22 PM | | Bloomberg - BUS | Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB' | Yes | | |
| 9/19/2005 | 2:20 PM | | Bloomberg - BN | Katrina Drives Up Building Costs, Stoking Inflation (Update2) | Yes | | |
| 9/19/2005 | 3:46 PM | | Bloomberg - BN | U.S. Homebuilder Optimism Falls to Lowest in 2 Years (Update3) | No | | |
| 9/19/2005 | | | Investext - Fitch Ratings | Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB' | Yes | | |
| 9/20/2005 | | 9/20/2005 | | | | -1.20% | |
| 9/20/2005 | 4:33 PM | 9/21/2005 | Bloomberg - BN | Brunswick, Lennar, Tempur-Pedic, Toll: U.S. Equity Movers Final | No | 2.12% | ** |
| 9/20/2005 | 8:46 PM | | Bloomberg - BT | Toll Brothers Presentation Teleconference(Transcript) TOL US | Yes | | |
| 9/21/2005 | 9:36 AM | | Bloomberg - PRN | MORNING UPDATE: Seven Summits Research issues alerts for WMT, | No | | |
| 9/21/2005 | 11:11 AM | | Reuters | RESEARCH ALERT-Citigroup ups Toll Brothers, Technical Olympic | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 17 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 9/21/2005 | 2:27 PM | | Associated Press | MDC, KB Home upgrades drive housing stocks | Yes | | |
| 9/21/2005 | | | MarketWatch | J.P. Morgan, Citigroup come to the aid of homebuilders | Yes | | |
| 9/21/2005 | | | ComTex News Network | Briefing.com: Upgrades/Downgrades | Yes | | |
| 9/22/2005 | 7:04 AM | 9/22/2005 | Bloomberg - CSI | CreditSights: Housing: Moving to Underweight | No | -0.16% | |
| 9/22/2005 | 1:25 PM | | Bloomberg - BN | Ameren, Diebold, Lennar, Toll, Worthington: U.S. Equity Movers | No | | |
| 9/22/2005 | 1:51 PM | | Bloomberg - BN | Toll Brothers' Rassman: Impact of Energy Prices on Homebuilders | Yes | | |
| 9/22/2005 | 2:55 PM | | Bloomberg - BN | Crystallex, Golden Star, Newmont, U.S. Gold: U.S. Equity Movers | No | | |
| 9/22/2005 | 4:44 PM | 9/23/2005 | Bloomberg - BN | Bed Bath & Beyond, Corning, Duratek: U.S. Equity Movers Final | No | 0.40% | |
| 9/23/2005 | 10:59 AM | | Bloomberg - CSI | CreditSights: Weekend Reader (September 23) | No | | |
| 9/26/2005 | 6:55 AM | 9/26/2005 | Bloomberg - CSI | CreditSights: FinMovers: Reflections on Rita | No | 0.37% | |
| 9/27/2005 | 10:00 AM | 9/27/2005 | Bloomberg - BN | U.S. New Home Sales Fell 9.9% in August to 1.237 Million Rate | Yes | -1.41% | * |
| 9/27/2005 | 11:10 AM | | Bloomberg - BN | U.S. New Home Sales Fell 9.9% to 1.237 Million Rate (Update2) | Yes | | |
| 9/28/2005 | 1:45 PM | 9/28/2005 | Dow Jones Newswires | NEWS WRAP: Meritage Homes Raises 2005 Projections | Yes | -2.18% | ** |
| 9/28/2005 | 2:13 PM | | Dow Jones Business News | UPDATE: Meritage Homes Ups Projections On Demand, Acquisition | Yes | | |
| 9/28/2005 | | | AFX Asia | Home builders down in early trade | Yes | | |
| 9/28/2005 | | | Financial Times | Taser zapped by talk of inquiry WALL STREET | Yes | | |
| 9/28/2005 | 6:13 PM | 9/29/2005 | Bloomberg - BUS | Deutsche Bank Analyst Gregg Schoenleber Initiates Coverage of | No | 1.14% | |
| 9/29/2005 | 3:18 PM | | Bloomberg - WSA | TOLL BRUCE E,Director,SELLS 620,000 FROM 9/28/05-9/29/05 OF TOL | No | | |
| 9/30/2005 | | 9/30/2005 | | | | 1.35% | |
| 10/2/2005 | | 10/3/2005 | New York Times | Are McMansions Going Out of Style? | Yes | -4.51% | *** |
| 10/3/2005 | 7:06 AM | | Bloomberg - CSI | CreditSights: FinMovers: Euro Empire Building | No | | |
| 10/3/2005 | 11:04 AM | | Bloomberg - BN | Insider Buying and Selling by Company for Week Ending Sept. 30 | No | | |
| 10/3/2005 | 11:04 AM | | Bloomberg - BN | Insider Buying and Selling by Officer for Week Ending Sept. 30 | No | | |
| 10/3/2005 | 12:00 PM | | Bloomberg - BN | Top Buying, Selling by Companies in September | No | | |
| 10/3/2005 | 12:00 PM | | Bloomberg - BN | Top Buying, Selling by Corporate Officers in September | No | | |
| 10/3/2005 | | | USA TODAY | Home builder optimistic in his outlook for market | Yes | | |
| 10/4/2005 | 1:00 AM | 10/4/2005 | Bloomberg - NYT | Home Builders' Stock Sales: Diversifying or Bailing Out? | No | -1.04% | |
| 10/4/2005 | 7:13 AM | | Bloomberg - CSI | CreditSights--When Will The Housing Cycle Turn? | No | | |
| 10/4/2005 | 9:24 AM | | Bloomberg - BN | U.S. Home Builder Insider Stock Sales Jump, NYT Says (Correct) | Yes | | |
| 10/4/2005 | 10:18 AM | | Bloomberg - BN | AmSurg, CancerVax, Kodak, Lexmark, Sun: U.S. Equity Movers | No | | |
| 10/4/2005 | | | Investext - Deutsche Bank | Initiated Coverage with a Buy | Yes | | |
| 10/4/2005 | 4:22 PM | 10/5/2005 | Bloomberg - BN | AmSurg, CancerVax, Lexmark, Nu Skin: U.S. Equity Movers Final | No | 0.33% | |
| 10/5/2005 | 9:22 AM | | Bloomberg - APW | Stocks Decline On Service Sector Reading | No | | |
| 10/5/2005 | 10:20 AM | | Bloomberg - APW | Stocks Drop On Service Sector Reading | No | | |
| 10/5/2005 | 10:25 AM | | Bloomberg - FII | Fitch: IDRs for U.S. Homebuilding/Building Materials Sector | No | | |
| 10/5/2005 | 10:35 AM | | Bloomberg - BUS | Fitch Release of Issuer Default Ratings for U.S. | No | | |
| 10/5/2005 | 11:26 AM | | Bloomberg - APW | Dow Off 56 As Economic News Extends Slide | No | | |
| 10/5/2005 | 12:02 PM | | Bloomberg - BN | BE Aerospace, Harley-Davidson, Pulte Homes: U.S. Equity Movers | No | | |
| 10/6/2005 | 1:46 AM | 10/6/2005 | Bloomberg - APW | Dow Ends Down 124 On Weak Economic Report | No | -0.70% | |
| 10/6/2005 | 10:40 AM | | Bloomberg - FII | Fitch: U.S. Homebuilding Metrics To Slow Going Into 2006 | No | | |
| 10/6/2005 | 10:55 AM | | Bloomberg - FII | Fitch Teleconf: 4Q05 Preview for US Homebuilders, 10/7, 11am | No | | |
| 10/7/2005 | | 10/7/2005 | | | | 0.39% | |
| 10/10/2005 | | 10/10/2005 | | | | -0.56% | |
| 10/11/2005 | 7:03 AM | 10/11/2005 | Bloomberg - CSI | CreditSights: FinMovers: Category 4 ALM Roar | No | -0.50% | |
| 10/12/2005 | 9:21 AM | 10/12/2005 | Bloomberg - WSA | SICREE JOSEPH R,Officer,ACQUIRES 2,000 ON 10/11/05 OF TOL | No | -0.33% | |

## Toll Brothers, Inc. News During the Class Period
### Page 18 of 21

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 10/13/2005 | 3:11 PM | 10/13/2005 | Bloomberg - BN | Philadelphia Trust's Sichel: U.S. Stocks, Strategy and Picks | No | -0.67% | |
| 10/14/2005 | | 10/14/2005 | | | | -1.16% | |
| 10/16/2005 | 1:00 AM | 10/17/2005 | Bloomberg - NYT | Chasing Ground | No | 2.11% | ** |
| 10/17/2005 | 6:54 AM | | Bloomberg - CSI | CreditSights: FinMovers: EU Fin'ls - Tracking CDS Relative Value | No | | |
| 10/18/2005 | 1:04 PM | 10/18/2005 | Bloomberg - BN | U.S. Index of Homebuilder Optimism Rose to 67 in October | No | -0.22% | |
| 10/19/2005 | 9:08 AM | 10/19/2005 | Bloomberg - BN | Toll Brothers Cut to `Neutral' at Banc of America        :TOL US | Yes | 0.54% | |
| 10/19/2005 | 10:10 AM | | Bloomberg - BN | Toll, MDC Fall After Bank of America Downgrades Homebuilders | Yes | | |
| 10/19/2005 | 1:07 PM | | Bloomberg - BUS | Schaeffer's Street Chatter Highlights the Following Stocks: | Yes | | |
| 10/19/2005 | 1:18 PM | | Bloomberg - EJR | __*EGAN-JONES RATES TOLL BROTHERS INC | Yes | | |
| 10/19/2005 | 4:08 PM | 10/20/2005 | Bloomberg - BN | Toll, MDC Stock Ratings Downgraded by Bank of America (Update4) | Yes | -1.22% | |
| 10/19/2005 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 10/20/2005 | 7:52 AM | | Bloomberg - CSI | CreditSights: MDC and Ryland 3Q05: Frustrated Foundations | No | | |
| 10/20/2005 | 2:20 PM | | Bloomberg - BN | Freddie Mac Says 30-Year Mortgage Rate Rose to 6.1% (Update1) | No | | |
| 10/20/2005 | 4:15 PM | 10/21/2005 | Bloomberg - BN | Biggest NYSE Increases, Decreases in Short Interest vs Float | No | -0.55% | |
| 10/24/2005 | 6:44 AM | 10/24/2005 | Bloomberg - CSI | CreditSights: FinMovers: 3Q Inflection Points | No | -0.92% | |
| 10/25/2005 | | 10/25/2005 | | | | 0.51% | |
| 10/26/2005 | 9:00 AM | 10/26/2005 | Bloomberg - PRN | AT&T Wins $3 Million Contract From Toll Brothers | No | -1.85% | ** |
| 10/27/2005 | 12:00 PM | 10/27/2005 | Bloomberg - FLY | Toll Brothers-TOL Option implied Volatility of 50 is above 26-we | Yes | -2.07% | ** |
| 10/27/2005 | | | Investext - Institutional Shareholder Services (ISS) | Global Proxy Analysis | No | | |
| 10/28/2005 | | 10/28/2005 | | | | -1.11% | |
| 10/28/2005 | 4:42 PM | 10/31/2005 | Bloomberg - BL | PHOENIX INV. HOLDING v. NOSAN & SILVERMAN HOMES, 126561 (Mich. 2 | Yes | 2.32% | *** |
| 10/31/2005 | 6:44 AM | | Bloomberg - CSI | CreditSights: FinMovers: Lessons Learned in PC Land | No | | |
| 10/31/2005 | 11:06 AM | | Bloomberg - PZM | Toll Brothers' November 3, 2005 Presentation at the UBS Building | No | | |
| 11/1/2005 | 1:32 PM | 11/1/2005 | Bloomberg - PZM | Toll Brothers' Website to Broadcast Its November 8, 2005 'Fourth | No | -1.52% | * |
| 11/2/2005 | | 11/2/2005 | The Globe and Mail (Canada) | In hard times, luxury may be best | Yes | 3.55% | *** |
| 11/2/2005 | 4:03 PM | 11/3/2005 | RealMoney.com | Bull Run Resumes for Stocks | Yes | -2.20% | *** |
| 11/2/2005 | 7:08 PM | | Reuters | UPDATE 4-Beazer Homes quarterly profit more than doubles | Yes | | |
| 11/4/2005 | | 11/4/2005 | | | | 0.00% | |
| 11/5/2005 | 1:16 PM | 11/7/2005 | Bloomberg - FLY | A look at what some of the cash rich companies could do with the | No | -0.06% | |
| 11/7/2005 | 6:39 AM | | Bloomberg - CSI | CreditSights: FinMovers: Rethinking REITs | No | | |
| 11/7/2005 | 11:05 AM | | Bloomberg - BUS | Toll Brothers, Inc. Fourth Quarter 2005 Outlook Conference | No | | |
| 11/7/2005 | 4:49 PM | 11/8/2005 | Bloomberg - FLY | On TheFLY: Market On Close Report [MORE] | No | -8.04% | *** |
| 11/8/2005 | 4:45 AM | | Bloomberg - APW | Auto, Housing Sectors Worry Wall Street | No | | |
| 11/8/2005 | 5:00 AM | | Bloomberg - PZM | Toll Brothers' Record FY 2005 4th Qtr Home Bldg Revenues Rise 39 | Yes | | |
| 11/8/2005 | 5:10 AM | | Bloomberg - BN | Toll's Homebuilding Revenue Increased 39% in Fourth Quarter | Yes | | |
| 11/8/2005 | 5:24 AM | | Bloomberg - APW | Toll Brothers Cuts 2006 Deliveries View | Yes | | |
| 11/8/2005 | 6:13 AM | | Bloomberg - APW | Stocks Dip On Auto, Housing Sector Worries | Yes | | |
| 11/8/2005 | 7:20 AM | | Bloomberg - APW | Stocks Mixed On Auto, Housing Concerns | Yes | | |
| 11/8/2005 | 7:28 AM | | Bloomberg - FLY | On TheFLY: Morning Report [MORE] | Yes | | |
| 11/8/2005 | 7:48 AM | | Bloomberg - APW | Toll Bros. Cuts '06 Home Deliveries View | Yes | | |
| 11/8/2005 | 8:04 AM | | Bloomberg - FLY | Toll Brothers-TOL downgraded to Market Perform from Outperform@R | Yes | | |
| 11/8/2005 | 8:07 AM | | Bloomberg - APW | Stocks Slump On Auto, Housing Concerns | Yes | | |
| 11/8/2005 | 8:32 AM | | Bloomberg - BN | EchoStar, Given, NetEase.com, Serono, Toll: U.S. Equity Preview | Yes | | |

**Toll Brothers, Inc. News During the Class Period**
**Page 19 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] Sig [4] |
|---|---|---|---|---|---|---|
| 11/8/2005 | 8:35 AM | | Bloomberg - BN | Toll Brothers Shares Drop on Lower 2006 Forecast for Home Sales | Yes | |
| 11/8/2005 | 8:56 AM | | Bloomberg - APW | Toll Brothers Cuts 2006 Sales Forecast | Yes | |
| 11/8/2005 | 9:23 AM | | Bloomberg - APW | Auto, Housing Concerns Pressure Stocks | Yes | |
| 11/8/2005 | 9:25 AM | | Bloomberg - BN | Toll Brothers Shares Drop on Lower Sales Forecast (Update2) | Yes | |
| 11/8/2005 | 10:00 AM | | Bloomberg - BUS | NYSSA Presents 9th Annual Homebuilding Industry Conference | Yes | |
| 11/8/2005 | 10:14 AM | | Bloomberg - APW | Stocks Decline On Auto, Housing Concerns | Yes | |
| 11/8/2005 | 10:14 AM | | Bloomberg - BN | Caremark, HouseValues, NetEase.com, Toll: U.S. Equity Movers | Yes | |
| 11/8/2005 | 10:33 AM | | Bloomberg - BN | Toll Brothers Cut to `Market Perform' at Raymond James  :TOL US | Yes | |
| 11/8/2005 | 10:35 AM | | Bloomberg - BN | U.S. Treasury Notes Rise as Yields May Tempt Buyers at Auctions | Yes | |
| 11/8/2005 | 11:05 AM | | Bloomberg - BN | Toll Brothers Cuts Forecast as Housing Market Weakens (Correct) | Yes | |
| 11/8/2005 | 11:55 AM | | Bloomberg - BN | Treasuries Rise as Government Prepares to Sell $44 Bln of Debt | Yes | |
| 11/8/2005 | 12:09 PM | | Bloomberg - APW | Dow Ends Down 47, Nasdaq Finishes Down 6 | Yes | |
| 11/8/2005 | 12:31 PM | | Bloomberg - BN | Wells Fargo's Anderson: Housing Market Outlook, Energy Prices | Yes | |
| 11/8/2005 | 12:40 PM | | Bloomberg - GCP | Gimme Credit Comments on Toll Brothers' New Guidance | Yes | |
| 11/8/2005 | 1:02 PM | | Bloomberg - BN | Wells Fargo's Anderson Comments on U.S. Economy, Housing | Yes | |
| 11/8/2005 | 1:03 PM | | Bloomberg - EJR | __*EGAN-JONES RATES TOLL BROTHERS INC | Yes | |
| 11/8/2005 | 2:17 PM | | Bloomberg - BN | JMP Securities' Wilson Comments on the Home-Building Outlook | Yes | |
| 11/8/2005 | 2:18 PM | | Bloomberg - BN | UBS Securities' Whelan: Toll Brothers' Reduced Sales Forecast | Yes | |
| 11/8/2005 | 2:46 PM | | Bloomberg - BN | Canadian Stocks Retreat; Magna Drops on Earnings, Rona Falls | Yes | |
| 11/8/2005 | 3:13 PM | | Bloomberg - BN | UBS's Whelan Comments on Toll Brothers, Home Builders' Outlook | Yes | |
| 11/8/2005 | 3:35 PM | | Bloomberg - APW | Japanese Stocks Decline In Early Trading | Yes | |
| 11/8/2005 | 3:45 PM | | Bloomberg - BN | Seaport Securities' Weisberg Comments on Home Builders, Stocks | Yes | |
| 11/8/2005 | 3:51 PM | | Bloomberg - BN | Bank of America Says Swiss Franc Poised to Rally Against Dollar | Yes | |
| 11/8/2005 | 3:52 PM | | Bloomberg - BN | Hovnanian Comments on U.S. Housing Market, Demand, Investors | Yes | |
| 11/8/2005 | 3:54 PM | | Bloomberg - BN | Toll Brothers Teleconference: Reduced 2006 Sales Forecast | Yes | |
| 11/8/2005 | | | Investext - AG Edwards | Graph Of Toll's New Orders: The Trend Is Not Toll's Friend | Yes | |
| 11/8/2005 | | | Investext - Thomson StreetEvents | TOL - Toll Brothers 4th Quarter Outlook Conference Call | Yes | |
| 11/8/2005 | | | Investext - Deutsche Bank | Toll Brothers Q4/FY05 Preliminary Outlook | Yes | |
| 11/8/2005 | | | Investext - Bear Stearns | Take the Pedal Off the Metal | Yes | |
| 11/8/2005 | | | Investext - Deutsche Bank | Toll Brothers Q4/FY05 Preliminary Outlook | Yes | |
| 11/8/2005 | | | Investext - JPMorgan | Decreasing FY06E on Lowered Closings Guidance; Maintain OW Rating | Yes | |
| 11/8/2005 | | | Investext - Smith Barney Citigroup | TOL: FLASH: Reports 4Q05 Orders and Revenues | Yes | |
| 11/8/2005 | | | Investext - Deutsche Bank | Not All Homebuilders Created Equal | Yes | |
| 11/8/2005 | | | Investext - JPMorgan | Post Call: Lower Guidance Mostly NOT Demand Driven | Yes | |
| 11/8/2005 | | | Investext - Wachovia Securities | TOL: Q4 Order Growth Misses Our Expectations, Revenues Beat Raising 2005E EPS, Lowering 2006 Estimates Slightly | Yes | |
| 11/8/2005 | 4:04 PM | 11/9/2005 | Bloomberg - BUS | Schaeffer's S&P 500 Index Hot Stocks Features QUALCOMM, Noble | Yes | |
| 11/8/2005 | 4:05 PM | | Bloomberg - BUS | Schaeffer's Daily Market Blog Features Merrill Lynch, Toll | Yes | |
| 11/8/2005 | 4:18 PM | | Bloomberg - FLY | On TheFLY: Market On Close Report [MORE] | Yes | |
| 11/8/2005 | 4:34 PM | | Bloomberg - BN | Dynegy, Fossil, Salix, Toll, Visteon: U.S. Equity Movers Final | Yes | |
| 11/8/2005 | 4:43 PM | | Bloomberg - BN | Toll Brothers' Rassman: Reduced 2006 Sales Forecast, Industry | Yes | |
| 11/8/2005 | 4:57 PM | | Bloomberg - BN | Australian Dollar Rises as Commodity Price Index Halts Slide | Yes | |

**Toll Brothers, Inc. News During the Class Period**
**Page 20 of 21**

| Report Date | Time | Trading Date [1] | Source | Headline | Significant News [2] | Abnormal Return [3] | Sig [4] |
|---|---|---|---|---|---|---|---|
| 11/8/2005 | 5:04 PM | | Bloomberg - BN | Rating Changes, New Coverage on North American Stocks | Yes | | |
| 11/8/2005 | 5:30 PM | | Bloomberg - BUS | Schaeffer's Midday Options Update Features Advanced Micro | Yes | | |
| 11/8/2005 | 5:38 PM | | Bloomberg - BN | Canadian Stocks Snap Seven-Day Rally; Magna, Rona Shares Drop | Yes | | |
| 11/8/2005 | 6:03 PM | | Bloomberg - BN | Toll Brothers Cuts Sales Forecast as Market Weakens (Update5) | Yes | | |
| 11/8/2005 | 6:34 PM | | Bloomberg - BN | Rinker 2nd-Qtr Profit Rises 44% on U.S. Housing Boom (Update2) | Yes | | |
| 11/8/2005 | 6:51 PM | | Bloomberg - BN | Japan Bonds May Rise on View Machine Orders Fell in September | Yes | | |
| 11/8/2005 | 7:10 PM | | Bloomberg - APW | Toll Brothers Cuts Sales Outlook For 2006 | Yes | | |
| 11/8/2005 | 8:26 PM | | Bloomberg - VOX | Nightly Business Report | Yes | | |
| 11/8/2005 | 8:35 PM | | Bloomberg - BN | Japan Bonds May Gain on View Machinery Orders Fell (Correct) | Yes | | |
| 11/8/2005 | 8:37 PM | | Bloomberg - BN | Rinker Says Second-Half Profit Growth to Slow, Shares Decline | Yes | | |
| 11/8/2005 | 8:49 PM | | Bloomberg - BT | Toll Brothers Forecast Teleconference(Transcript) TOL US | Yes | | |
| 11/8/2005 | 8:53 PM | | Bloomberg - KLS | disappointing outlook from luxury homebuilder Toll Brothers spa | Yes | | |
| 11/8/2005 | 9:50 PM | | Bloomberg - BN | Asian Bank Stocks Drop; Mizuho Slides After Goldman Rating Cut | Yes | | |
| 11/8/2005 | 9:58 PM | | Bloomberg - BN | Bear Stearns' Ryding Comments on U.S. House Market, Treasuries | Yes | | |
| 11/8/2005 | 10:00 PM | | Bloomberg - BN | Australian Dollar Rises as Commodity Prices May Boost Demand | Yes | | |
| 11/8/2005 | 10:47 PM | | Bloomberg - VOX | Toll Brothers -- Chairman & CEO Interview | Yes | | |
| 11/8/2005 | 11:01 PM | | Bloomberg - BN | Asian Technology Stocks Gain, Led by United Micro; Banks Slide | Yes | | |
| 11/8/2005 | 11:17 PM | | Bloomberg - BN | Japan's Bonds Gain on Speculation Reports to Show Slower Growth | Yes | | |
| 11/8/2005 | 11:24 PM | | Bloomberg - BN | Rinker's Clarke: Growth Outlook, Strategy, U.S. Housing Market | Yes | | |

Notes:

[1] News reported after 4:00PM or during non-trading days are used to explain returns the next trading day.

[2] Only new and significant news relevant to Toll Brothers and Toll Brothers' common stock are included in the exhibit.

[3] See Exhibit F.

[4] *   Abnormal return statistically significant at the 10% level

   **   Abnormal return statistically significant at the 5% level

   ***  Abnormal return statistically significant at the 1% level

Sources:  Bloomberg L.P., and Investext.

**Exhibit H**

**Comparison of Significant Price Reactions on Days with Substantial News to Days with
No Substantial News during the Class Period**

| Days With News | | |
|---|---|---|
| Total Days With Substantial News [1] | Days with Significant Price Reactions [2] | % of Days with Significant Price Reactions and Substantial News |
| 79 | 34 | 43.04% |

| Days With No News | | |
|---|---|---|
| Total Days With Substantial News [1] | Days with Significant Price Reactions [2] | % of Days with Significant Price Reactions and Substantial News |
| 153 | 9 | 5.88% |

| Difference | | |
|---|---|---|
| % Difference [3] | t-statistic | p-value |
| 37.16% | 7.71 | 0.00 |

Notes:

[1] See Exhibit G.

[2] Significant price reactions refer to abnormal returns significant at the 10% level. (See Exhibits F and G.)

[3] % Difference between % of days with significant price reactions and substantial news and % of days with significant price reactions but no substantial news.

**Exhibit I**
**Toll Brothers, Inc.**
**Non-Parametric Tests for Random Walk During Class Period**

**Panel A. McNemar Test**

| Class Period | +,+ (a) [1] | +,- (b) [2] | -,+ (c) [3] | -,- (d) [4] |
|---|---|---|---|---|
| 12/9/2004 - 11/8/2005 | 56 | 64 | 64 | 46 |

$$\textit{McNemar Statistic}\left(X^2\right) = \frac{\left(|b-c|-1\right)^2}{b+c}$$

$X^{2\,[5]}$  =  0.0078

p-value [6]  =  0.9296

**Panel B. Wilcoxon Signed-Rank Test [7]**

| Class Period | t-statistic [8] | p-value [9] |
|---|---|---|
| 12/9/2004 - 11/8/2005 | 0.2702 | 0.7870 |

Notes:

[1] Total number of observations in which a positive stock return is followed by a positive stock return the following day.

[2] Total number of observations in which a positive stock return is followed by a negative stock return the following day.

[3] Total number of observations in which a negative stock return is followed by a positive stock return the following day.

[4] Total number of observations in which a negative stock return is followed by a negative stock return the following day.

[5] $X^2$ is a chi-square statistic with 1 degree of freedom. The formula is rewritten to correct for discontinuity.

[6] Based on a two-tailed test.

[7] Wilcoxon signed-rank test on differences between consecutive stock returns during the Class Period.

[8] The Wilcoxon t-statistic correcting for both continuity and ties.

[9] The p-value for the asymptotic normal approximation to the Wilcoxon t-statistic.

Source:  Bloomberg L.P.

**Exhibit J**
**Toll Brothers, Inc.**
**Parametric Tests for Serial Correlation During Class Period**

**Panel A. Serial Correlation [1]**

**Using Raw Returns**

| Class Period | Number of Days | R-Square | Beta | t-statistic | p-value |
|---|---|---|---|---|---|
| 12/9/2004 - 11/8/2005 | 232 | 0.0000 | 0.0038 | 0.0544 | 0.9567 |

**Using Excess Returns [2]**

| Class Period | Number of Days | R-Square | Beta | t-statistic | p-value |
|---|---|---|---|---|---|
| 12/9/2004 - 11/8/2005 | 232 | 0.0014 | -0.0400 | -0.5594 | 0.5764 |

**Panel B. Portmanteau Q-Tests [3]**

**Using Raw Returns**

| Class Period | Number of Days | # of Lags | Q-statistic | p-value |
|---|---|---|---|---|
| 12/9/2004 - 11/8/2005 | 232 | 1 | 0.0054 | 0.9412 |
|  |  | 2 | 0.0282 | 0.9860 |
|  |  | 3 | 0.0282 | 0.9987 |
|  |  | 4 | 1.3151 | 0.8588 |
|  |  | 5 | 1.3544 | 0.9292 |

**Using Excess Returns [2]**

| Class Period | Number of Days | # of Lags | Q-statistic | p-value |
|---|---|---|---|---|
| 12/9/2004 - 11/8/2005 | 232 | 1 | 0.8280 | 0.3628 |
|  |  | 2 | 0.9198 | 0.6313 |
|  |  | 3 | 1.1601 | 0.7626 |
|  |  | 4 | 1.9740 | 0.7405 |
|  |  | 5 | 3.2674 | 0.6588 |

Notes:
[1] The TOL returns regressed against the TOL's prior day return.

[2] Excess or abnormal returns from Modified Fama-French Three-Factor Model.

[3] The autocorrelations of TOL returns based on a 1 day, 2 day, 3 day, 4 day, and 5 day lag.

Source: Bloomberg L.P.

**Exhibit K**

**Toll Brothers, Inc.**

**Short Interest During the Class Period [1]**

| Date [2] | Toll Brothers, Inc. Short Interest | | | NYSE Short Interest |
|---|---|---|---|---|
| | Short Interest [2] | Shares Outstanding [3] | Short Interest as a Percentage of Shares Outstanding | Short Interest as a Percentage of Shares Outstanding [4] |
| 12/15/2004 | 17,465,356 | 149,442,000 | 11.687% | 2.20% |
| 1/14/2005 | 19,489,158 | 153,194,000 | 12.722% | 2.20% |
| 2/15/2005 | 15,555,348 | 153,194,000 | 10.154% | 2.20% |
| 3/15/2005 | 14,947,216 | 155,012,000 | 9.643% | 2.40% |
| 4/15/2005 | 15,949,064 | 155,012,000 | 10.289% | 2.30% |
| 5/13/2005 | 17,164,096 | 155,012,000 | 11.073% | 2.40% |
| 6/15/2005 | 26,432,714 | 154,779,000 | 17.078% | 2.30% |
| 7/15/2005 | 21,653,358 | 154,779,000 | 13.990% | 2.30% |
| 8/15/2005 | 21,005,003 | 154,779,000 | 13.571% | 2.30% |
| 9/15/2005 | 20,669,950 | 155,691,000 | 13.276% | 2.30% |
| 10/14/2005 | 16,580,895 | 155,691,000 | 10.650% | 2.40% |
| **Average** | | | 12.194% | 2.300% |

Notes:

[1] The Class Period is from December 9, 2004 to November 8, 2005.

[2] Short Interest as reported by Bloomberg L.P.

[3] Shares Outstanding as reported by Bloomberg L.P.

[4] NYSE Exchange US Short Interest as a % of Total Shares Outstanding ("NYSIPRTS Index"). The index represents the short interest data around the 15th of the month for the current month and is later revised around the 6th of the next month.

Sources:  Bloomberg L.P.

**Exhibit L**

**Toll Brothers, Inc. - Put-Call Parity Violations during the Class Period**

**Page 1 of 2**

**Panel A.  "Failure is an Option" Method** [1] [2]

| Month / Year | Average Put-Call Parity Violation [3] | Average Absolute Put-Call Parity Violation [3] | Average Put-Call Parity Violation (Near the Money) [3] [4] | Average Absolute Put-Call Parity Violation (Near the Money) [3] [4] |
|---|---|---|---|---|
| December 2004 [6] | 0.052% | 0.097% | 0.003% | 0.087% |
| January 2005 | 0.053% | 0.074% | 0.054% | 0.061% |
| February 2005 | 0.087% | 0.134% | 0.104% | 0.112% |
| March 2005 | 0.105% | 0.168% | 0.148% | 0.148% |
| January 2005 | 0.053% | 0.074% | 0.054% | 0.061% |
| February 2005 | 0.087% | 0.134% | 0.104% | 0.112% |
| March 2005 | 0.105% | 0.168% | 0.148% | 0.148% |
| April 2005 | 0.104% | 0.170% | 0.027% | 0.088% |
| May 2005 | 0.087% | 0.136% | -0.024% | 0.048% |
| June 2005 | 0.054% | 0.093% | 0.039% | 0.069% |
| July 2005 | 0.060% | 0.115% | 0.041% | 0.084% |
| August 2005 | 0.186% | 0.218% | 0.088% | 0.136% |
| September 2005 | 0.174% | 0.211% | 0.130% | 0.149% |
| October 2005 | 0.183% | 0.220% | 0.103% | 0.153% |
| November 2005 [6] | 0.243% | 0.320% | 0.201% | 0.201% |
| **Class Period** | **0.119%** | **0.163%** | **0.059%** | **0.099%** |
| **Number of Observations** | **6,049** | **6,049** | **261** | **261** |
| **Number of Contracts** [5] | **3,702,629** | **3,702,629** | **390,679** | **390,679** |

Notes:

[1] Put-Call Parity Violation = {Stock Price - [Present Value of the Strike Price + Present Value of the Dividend + Call Price - Put Price]} / Stock price.

[2] Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," 22 (5) *Review of Financial Studies*, 2009, pages 1955-1980.

[3] Calls and Puts are matched based on strike price and expiration date. Options with less than 6 calendar days to maturity or greater than 180 calendar days to maturity and options with a price less than $0.375 are deleted.  Call Price and Put Price are equal to the average of the best bid and best ask quotes.

[4] Sample is restricted to those pairs for which -0.1< ln(Stock Price/Strike Price) < 0.1.

[5] Total number of put and call contracts. Market makers change their bid and ask quotes each time the underlying stock price changes. Consequently, there are bid and ask quotes regardless of the number of contracts traded each day. Bid and ask quotes come from the NBBO data (National Best Bid and Offer). The number of contracts is adjusted for stock splits.

[6] Data from December 9, 2004 through November 8, 2005.

Source: OptionMetrics and Bloomberg, L.P.

**Exhibit L**

**Toll Brothers, Inc. - Put-Call Parity Violations during the Class Period**

**Page 2 of 2**

**Panel B. "Limited Arbitrage and Short Sales Restrictions" Approach [5] [6]**

| Month / Year | Average Put-Call Parity Violation ("R") [3] | Average Absolute Put-Call Parity Violation ("R") [3] | Average Put-Call Parity Violation ("R") (Near the Money) [3] [4] | Average Absolute Put-Call Parity Violation ("R") (Near the Money) [3] [4] |
|---|---|---|---|---|
| December 2004 [6] | 0.0522 | 0.0969 | 0.0031 | 0.0866 |
| January 2005 | 0.0527 | 0.0740 | 0.0540 | 0.0608 |
| February 2005 | 0.0867 | 0.1341 | 0.1036 | 0.1125 |
| March 2005 | 0.1053 | 0.1684 | 0.1485 | 0.1485 |
| January 2005 | 0.0527 | 0.0740 | 0.0540 | 0.0608 |
| February 2005 | 0.0867 | 0.1341 | 0.1036 | 0.1125 |
| March 2005 | 0.1053 | 0.1684 | 0.1485 | 0.1485 |
| April 2005 | 0.1043 | 0.1707 | 0.0269 | 0.0876 |
| May 2005 | 0.0870 | 0.1359 | -0.0238 | 0.0484 |
| June 2005 | 0.0546 | 0.0927 | 0.0395 | 0.0693 |
| July 2005 | 0.0604 | 0.1155 | 0.0410 | 0.0843 |
| August 2005 | 0.1870 | 0.2188 | 0.0881 | 0.1359 |
| September 2005 | 0.1743 | 0.2116 | 0.1301 | 0.1490 |
| October 2005 | 0.1831 | 0.2202 | 0.1030 | 0.1536 |
| November 2005 [6] | 0.2452 | 0.3218 | 0.2016 | 0.2016 |
| **Class Period** | **0.1189** | **0.1635** | **0.0593** | **0.0991** |
| **Number of Observations** | **6,049** | **6,049** | **261** | **261** |
| **Number of Contracts[5]** | **3,702,629** | **3,702,629** | **390,679** | **390,679** |

Notes:

[1] Put-Call Parity Violation ("R") = 100 * ln {Stock Price / [Present Value of the Strike Price + Present Value of the Dividend + Call Price - Put Price]}.

[2] Eli Ofek, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets, 74 *Journal of Financial Economics* , 2004, pages 305-342.

[3] Calls and Puts are matched based on strike price and expiration date. Options with less than 6 calendar days to maturity or greater than 180 calendar days to maturity and options with a price less than $0.375 are deleted. Call Price and Put Price are equal to the average of the best bid and best ask quotes.

[4] Sample is restricted to those pairs for which -0.1< ln(Stock Price/Strike Price) < 0.1.

[5] Total number of put and call contracts. Market makers change their bid and ask quotes each time the underlying stock price changes. Consequently, there are bid and ask quotes regardless of the number of contracts traded each day. Bid and ask quotes come from the NBBO data (National Best Bid and Offer). The number of contracts is adjusted for stock splits.

[6] Data from December 9, 2004 through November 8, 2005.

Source: OptionMetrics and Bloomberg, L.P.

Exhibit M

**Toll Brothers, Inc.**

**Analysis of Significance Levels Reported in the Three Top-Tier Finance Journals from 2005 to 2008**

**Panel A.  Journal of Finance**

| Significance Reported at the: | | 2005 | 2006 | 2007 | 2008 | 2005-2008 |
|---|---|---|---|---|---|---|
| 1% level only | Count | 2 | 1 | 1 | 1 | 5 |
| | Percentage [1] | 4.4% | 2.2% | 2.3% | 4.0% | 3.2% |
| 5% level or better | Count | 14 | 11 | 14 | 7 | 46 |
| | Percentage [1] | 31.1% | 24.4% | 32.6% | 28.0% | 29.1% |
| 10% level or better | Count | 29 | 33 | 28 | 17 | 107 |
| | Percentage [1] | 64.4% | 73.3% | 65.1% | 68.0% | 67.7% |
| Total Articles Reporting Significance | | 45 | 45 | 43 | 25 | 158 |
| Non-Empirical or Not Reported | | 40 | 42 | 40 | 28 | 150 |
| Total Articles Reviewed | | 85 | 87 | 83 | 53 | 308 |

**Panel B.  Journal of Financial Economics**

| Significance Reported at the: | | 2005 | 2006 | 2007 | 2008 | 2005-2008 |
|---|---|---|---|---|---|---|
| 1% level only | Count | 3 | 4 | 2 | 1 | 10 |
| | Percentage [1] | 5.7% | 8.0% | 2.7% | 1.8% | 4.3% |
| 5% level or better | Count | 16 | 5 | 21 | 13 | 55 |
| | Percentage [1] | 30.2% | 10.0% | 28.8% | 23.2% | 23.7% |
| 10% level or better | Count | 34 | 41 | 50 | 42 | 167 |
| | Percentage [1] | 64.2% | 82.0% | 68.5% | 75.0% | 72.0% |
| Total Articles Reporting Significance | | 53 | 50 | 73 | 56 | 232 |
| Non-Empirical or Not Reported | | 24 | 38 | 27 | 19 | 108 |
| Total Articles Reviewed | | 77 | 88 | 100 | 75 | 340 |

**Panel C.  Review of Financial Studies**

| Significance Reported at the: | | 2005 | 2006 | 2007 | 2008 | 2005-2008 |
|---|---|---|---|---|---|---|
| 1% level only | Count | 1 | 2 | 2 | 1 | 6 |
| | Percentage [1] | 7.1% | 8.3% | 6.5% | 2.9% | 5.8% |
| 5% level or better | Count | 4 | 9 | 9 | 11 | 33 |
| | Percentage [1] | 28.6% | 37.5% | 29.0% | 31.4% | 31.7% |
| 10% level or better | Count | 9 | 13 | 20 | 23 | 65 |
| | Percentage [1] | 64.3% | 54.2% | 64.5% | 65.7% | 62.5% |
| Total Articles Reporting Significance | | 14 | 24 | 31 | 35 | 104 |
| Non-Empirical or Not Reported | | 27 | 17 | 28 | 18 | 90 |
| Total Articles Reviewed | | 41 | 41 | 59 | 53 | 194 |

**Panel D.  All Three Major Journals**

| Significance Reported at the: | | 2005 | 2006 | 2007 | 2008 | 2005-2008 |
|---|---|---|---|---|---|---|
| 1% level only | Count | 6 | 7 | 5 | 3 | 21 |
| | Percentage [1] | 5.4% | 5.9% | 3.4% | 2.6% | 4.3% |
| 5% level or better | Count | 34 | 25 | 44 | 31 | 134 |
| | Percentage [1] | 30.4% | 21.0% | 29.9% | 26.7% | 27.1% |
| 10% level or better | Count | 72 | 87 | 98 | 82 | 339 |
| | Percentage [1] | 64.3% | 73.1% | 66.7% | 70.7% | 68.6% |
| Total Articles Reporting Significance | | 112 | 119 | 147 | 116 | 494 |
| Non-Empirical or Not Reported | | 91 | 97 | 95 | 65 | 348 |
| Total Articles Reviewed | | 203 | 216 | 242 | 181 | 842 |

Note:

[1] Count divided by the total articles reporting significance.

Source:  Journal of Finance, Journal of Financial Economics, and Review of Financial Studies.

APPENDIX A

**JOHN D. FINNERTY, PhD**

**Professor of Finance,
Fordham University Graduate School of Business Administration**

**Managing Principal, Finnerty Economic Consulting, LLC**

Phone: (212) 599-1640
Fax:  (212) 599-1242
finnerty@fordham.edu

One Grand Central Place, Suite 2910
60 East 42nd  Street
New York, NY 10165

Dr. Finnerty is Professor of Finance and the former Director of the Master of Science in Quantitative Finance Program at Fordham University's Graduate School of Business Administration.  He teaches corporate finance, investment banking, fixed income securities, fixed income portfolio management, and bankruptcy restructuring.  He also specializes in business valuation, securities valuation, derivatives valuation, solvency analysis, calculation of damages, and litigation support for matters involving valuation disputes, securities fraud, solvency, fairness, breach of contract, breach of fiduciary duty, commercial disputes, and employment disputes involving the valuation of employee stock options.  He has testified as an expert in valuation, broker raiding, and securities and other financial matters in federal and state court and in arbitration and mediation proceedings.  He has also testified as an expert in bankruptcy court concerning the fairness of proposed plans of reorganization.

Dr. Finnerty has published thirteen books, including *Corporate Financial Management*, 3rd ed., *Project Financing: Asset-Based Financial Engineering*, 2nd ed., P*rinciples of Financial Management*, and *Debt Management*, and more than 90 articles and professional papers in corporate finance, business and securities valuation, and other areas of finance.  His writings and teaching have focused on the analysis and valuation of securities, especially fixed income instruments and complex derivative products, and mortgage-backed and other asset-backed securities.  Dr. Finnerty is a former editor of *Financial Management*, one of the leading academic finance journals, a former editor of *FMA Online*, and a member of the editorial advisory board of the *Journal of Portfolio Management*.

Dr. Finnerty worked for more than 20 years as an investment banker. He worked on more than 50 public and private financings, and served as financial advisor in connection with several mergers and several project financings.

Dr. Finnerty is a Trustee and a former Chair of the Trustees and a former President and Director of the Eastern Finance Association, a former President and Director of the Fixed Income Analysts Society, and. a former Director of the Financial Management Association International.  He served as Vice President – Program for the 2006 annual meeting of the Eastern Finance Association.  He also served as a member of FASB's Option Valuation Group in connection with the revision of FAS 123.

APPENDIX A

**EDUCATION**

| | |
|---|---|
| 1977 | Ph.D. in Operations Research, Naval Postgraduate School |
| 1973 | B.A. and M.A. in Economics, Cambridge University; Marshall Scholar |
| 1971 | A.B. in Mathematics, Williams College; magna cum laude with highest honors in Mathematics; Rice Prize in Mathematics; Phi Beta Kappa |

**ACADEMIC EXPERIENCE**

| | |
|---|---|
| 1987 - Present | **Fordham University Graduate School of Business Administration, New York, NY**<br>Professor of Finance and former Director of the Master of Science in Quantitative Finance Program.  Received tenure in September 1991.<br>Gladys and Henry Crown Award for Faculty Excellence, 1997. |
| 1976 - 1977 | **Naval Postgraduate School, Monterey, CA**<br>Adjunct Professor, Department of Administrative Sciences |
| 1973 - 1976 | **United States Naval Reserve**<br>Instructor, Naval Postgraduate School.  Promoted to Lieutenant, USNR. |

**BUSINESS EXPERIENCE**

| | |
|---|---|
| 2003 – Present | **Finnerty Economic Consulting, LLC, New York, NY**<br>Managing Principal |
| 2001 - 2003 | **Analysis Group, Inc., New York, NY**<br>Managing Principal |
| 1997 - 2001 | **PricewaterhouseCoopers, LLP, New York, NY**<br>Partner, Financial Advisory Services Group<br>Dispute Analysis & Investigations securities litigation practice |
| 1995 - 1997 | **Houlihan Lokey Howard & Zukin, New York, NY**<br>Director |
| 1989 - 1995 | **McFarland Dewey & Co., New York, NY**<br>General Partner |
| 1986 - 1989 | **College Savings Bank, Princeton, NJ**<br>Executive Vice President, Chief Financial Officer, Treasurer, Secretary, and Director |

APPENDIX A

| | |
|---|---|
| 1982 - 1986 | **Lazard Frères & Company, New York, NY**<br>Vice President, Corporate Finance Department |
| 1977 - 1982 | **Morgan Stanley & Co. Inc., New York, NY**<br>Associate, Corporate Finance Department |

## PROFESSIONAL ASSOCIATIONS

Chair of the Trustees, Eastern Finance Association (2009-2010), Trustee (2008-Present), President (2007-2008), and Director (2005-2008)

President, Fixed Income Analysts Society (2006-2007), and Director (2001-2009)

Editor, FMA Online (2001-2010)

Editor, *Financial Management* (1993-1999)

Associate Editor, *Journal of Derivatives Accounting* (2003-2005)

Associate Editor, *Journal of Applied Finance* (2000-2007)

Member, Editorial Advisory Boards, *The Financier* (1995-2003) and *Journal of Portfolio Management* (1995-Present)

Director, Financial Management Association (1991-1999, 2005-2007)

Associate Editor, *Journal of Financial Engineering* (1992-1999)


## OTHER ACTIVITIES

Leadership Giving Co-Chair, Williams College Class of 1971

Co-chairman, New Jersey Special Gifts Program, Williams College Third Century Campaign

Member, Special Gifts Committee, New York City Area for Williams College Third Century Campaign

Vice Chairman, Williams College Class of 1971 25th Reunion Gift Committee


## AWARDS

Marshall Scholar, 1971

Gladys and Henry Crown Award for Faculty Excellence, Fordham Business School, 1997

Best Investments Paper, Southern Finance Association, 2001

Best Corporate Finance Paper, Southern Finance Association, 2006

Bene Merenti Medal, Fordham University, 2007

# APPENDIX A

## EXPERT TESTIMONY IN LAST FOUR YEARS

| Client | Case | Description of Testimony |
|---|---|---|
| Satterlee Stephens Burke & Burke<br>Law Offices of<br>Lawrence S. Leibowitz | Baird, Patrick & Co. v. Maxcor Financial et al.<br>NASD Arbitration<br>Case No. 03-07325 | Prepared an expert report concerning the lost profits damages in a broker raiding case. Testified at arbitration. |
| Kaplan & Levenson | McCabe, et. al. v. Ernst & Young, LLP, et al.<br>U.S. District Court for the District of New Jersey<br>Case No. 01-CIV-5747(WHW) | Prepared an expert report and a rebuttal report concerning the damages experienced by selling shareholders in a post-merger dispute. Testified at deposition. |
| Weil, Gotshal & Manges | G-I Holdings, Inc. et al. v. Ruddles A. Bennett, Jr., et al.<br>U.S. District Court for the District of New Jersey<br>Adversary Proceeding No. 01-3066 | Prepared two expert reports concerning the financial impact of a corporate restructuring. Testified at deposition. |
| Debevoise & Plimpton | WellPoint Health Networks Inc. and UNICARE Life & Health Insurance Company v. John Hancock Life Insurance Company<br>Arbitration | Prepared an expert report concerning the financial impact of an acquisition. Testified at deposition and at arbitration. |
| Jones Day | MC Asset Recovery v. Southern Company<br>U.S. District Court for the Northern District of Georgia, Atlanta Division<br>Civil Action No. 1:06-CV-0417-BBM | Prepared an expert report concerning the satisfaction of the claims of the unsecured creditors in the bankruptcy of Mirant Corporation and testified at deposition. |
| Wollmuth Maher & Deutsch | State of Arkansas Teacher Retirement System v. Merrill Lynch, et al.<br>District Court, 193rd Judicial District, Dallas County, Texas, Cause No. 04-06699 | Performed damages analysis and rendered opinions concerning the private placement agent's responsibilities and the due diligence process in connection with a securities fraud matter. Testified at deposition. |
| Labaton Sucharow & Rudoff | Richard A. Williamson v. PricewaterhouseCoopers,<br>Supreme Court of the State of New York,<br>Index No. 04-602106 | Analyzed the mispricing of convertible securities and the auditor's failure to detect it. Testified at deposition. |
| Wollmuth Maher & Deutsch | AIG Annuity Insurance Company, et al. v. Sears, Roebuck and Co.<br>District Court, 192nd Judicial District, Dallas County, Texas<br>Cause No. 04-10471 | Analyzed a corporate financial engineering transaction. Testified at deposition. |

APPENDIX A

| Client | Case | Description of Testimony |
|---|---|---|
| Riker Danzig Scherer Hyland Perretti | John M. Van Deventer et al. v. CS SCF Management Limited et al. Supreme Court of the State of New York Index No. 603151-03 | Valued six businesses and calculated the break-up fees owing to an investment manager due to the early termination of a management contract. Testified at deposition and at trial. |
| Internal Revenue Service | Shell Petroleum v. United States of America U.S. District Court for the Southern District of Texas, Houston Division Index No. H-05-2016 | Provided an expert report concerning auction preferred stock. Testified at deposition and at trial. |
| Air Line Pilots Association | ALPA and U.S. Airways Grievance No. MEC 05-07-01 (Investment Banking Fee) | Testified at an arbitration hearing regarding the customary investment banking fee for an investment bank working on an airline reorganization. |
| Sidley Austin | Jack E. Salmon, Jr. v. KPMG LLP et al. Arbitration | Prepared an expert report concerning lost-compensation damages. Testified at deposition and at arbitration. |
| Wolf Haldenstein Adler Freeman & Herz | Boyce v. Soundview Technology Group U.S. District Court for the Southern District of New York C.A. No. 03 CV 2159 (HB) | Prepared an expert report concerning damages in a breach of contract case. Testified at deposition and at trial. |
| Boies Schiller & Flexner | UBS Securities LLC and UBS Loan Finance LLC v. The Finish Line, Inc., and Genesco, Inc. U.S. District Court for the Southern District of New York C.A. No. 07 Civ. 10382 (LAP) | Performed a solvency analysis for a proposed leveraged acquisition. Testified at deposition. |
| Kirkland & Ellis | In Re: Calpine Corporation, et al. Calpine Corporation v. Rosetta Resources, Inc. U.S. District Court for the Southern District of New York Chapter 11 Case No. 05-60200 (BRL) | Performed a solvency analysis in connection with a fraudulent conveyance action. Testified at deposition. |
| Labaton Sucharow | In re American International Group, Inc. Securities Litigation U.S. District Court for the Southern District of New York Master File No. 04 Civ: 8141 | Performed an analysis of stock and bond market efficiency in connection with lead plaintiff's motion for class certification. Testified at deposition and at trial. |
| U.S. Department of Justice | Taxpayer v. U.S. U.S. Court of Federal Claims Case No. 05-26T | Prepared an expert report analyzing the business purpose of short sale transactions. Testified at deposition. |

# APPENDIX A

| Client | Case | Description of Testimony |
|--------|------|-------------------------|
| Wilmer Cutler Pickering Hale and Dorr | Boston Company Asset Management v. Remi Browne et al.<br>Superior Court Commonwealth of Massachusetts<br>Civil Action No. 07-3656BLS2 | Prepared an expert report calculating damages in a case alleging breach of fiduciary duty and breach of non-solicitation agreements. Testified at deposition. |
| Jaffe, Raitt, Heuer & Weiss | Oppenheimer v. Citigroup Global Markets et al.<br>NASD Arbitration<br>Case No. 03-02421 | Prepared an expert report concerning the lost profits damages in a broker raiding case. Testified at arbitration. |
| Gibbons<br>Connolly, Bove, Lodge & Hutz | Olson v. Halvorsen et al.<br>Court of Chancery of the State of Delaware<br>Civil Action No. 1884-N | Prepared an expert report, a rebuttal report, and a supplemental report concerning the value of a former partner's economic interests in a hedge fund management company under different damages theories.  Testified at deposition and at trial. |
| Fisher & Phillips | RBC Dain Rauscher v. Stephens et al.<br>NYSE Arbitration<br>NYSE Docket No. 2004-016322 | Prepared an expert report concerning the lost profits damages in a broker raiding case. Testified at arbitration. |
| Debevoise & Plimpton<br>Potter Anderson & Corroon | In Re: Appraisal of Metromedia International Group, Inc.<br>Court of Chancery of the State of Delaware<br>Civil Action 3351-CC | Prepared an expert report and a rebuttal report concerning the fair value of an issue of convertible preferred stock for appraisal rights purposes. Testified at deposition and at trial. |
| Giffen & Kaminski | AmTrust Investment Services, Inc., et al. v. Charter One, et al.<br>FINRA Arbitration<br>Case No. 07-02012 | Analyzed damages for alleged breach of contract and testified at arbitration. |
| Coughlin Stoia Geller Rudman & Robbins | Roth v. Aon Corporation et al.<br>U.S. District Court for the Northern District of Illinois<br>Case No. 04-C-6835 | Prepared an expert report analyzing the efficiency of the market for the company's stock, providing an event-study analysis concerning loss causation, and calculating damages in connection with an alleged securities fraud. Testified at deposition. |
| Coughlin Stoia Geller Rudman & Robbins | Eric Silverman v. Motorola, Inc., et al.<br>U.S. District Court for the Northern District of Illinois<br>Case No. 1:07-cv-04507 | Performed an event-study analysis concerning loss causation.  Testified at deposition. |
| Carrington, Coleman, Sloman &Blumenthal | Balkrishna Shagrithaya v. Max Martin<br>District Court of Dallas County, Texas, 162nd Judicial District<br>Case No. 07-15149 | Performed an analysis of the reasonableness of a corporation's retained cash and marketable securities.  Testified at deposition and at trial. |
| Hangley Aronchick Segal & Pudlin | Christopher P. Thalacker v. Gerald D. Hoak<br>American Arbitration Association<br>Case No. 13 148 02714 08 | Prepared an expert report concerning hedge funds and the performance of the respondent's investment in the claimant's hedge fund.  Testified at the arbitration hearing. |

APPENDIX A

| Client | Case | Description of Testimony |
|---|---|---|
| Labaton Sucharow | Richard A. Williamson, as Successor Liquidating Trustee,  v. Kenneth Lipper<br>FINRA Arbitration<br>Case No. 08-03610 | Prepared an expert report concerning the damages resulting from mismarking a convertible securities portfolio over several years.  Testified at arbitration. |
| Morris, Manning & Martin | ING USA Annuity and Life et al. v. J.P. Morgan Securities et al.<br>Superior Court of Fulton County, Georgia<br>Civil Action No. 2007CV134590 | Prepared an expert report and a rebuttal report concerning the adequacy of disclosure in private placement offering materials and quantifying the plaintiffs' damages.  Testified at deposition. |
| Buchanan     Ingersoll     & Rooney | Wachovia Securities v. Frank J. Brand et al.<br>FINRA Arbitration<br>Case No. 08-01374 | Prepared an expert report calculating damages in a broker raiding case.  Testified at arbitration. |
| Saul Ewing | A.G. Edwards v. Theodore Sturges et al.<br>FINRA Arbitration<br>Case. No. 07-03166 | Prepared an expert report calculating damages in a broker raiding case.  Testified at arbitration. |
| Internal Revenue Service | Taxpayer v. Commissioner of Internal Revenue<br>United States Tax Court<br>Dallas, TX<br>Docket Nos. 12937-07, 12938-07, and 14880-07 | Prepared an expert report and a rebuttal expert report concerning the unreasonable expectation of profit for a tax strategy involving the short sale of Treasury bonds.  Testified at trial. |
| Kaye Scholer<br>Hughes Hubbard & Reed | Adelphia Recovery Trust v. Bank of America et al.<br>U.S. District Court for the Southern District of New York<br>Case No. 05 Civ. 9050 (LMM) (RLE) | Prepared an expert report concerning the feasibility of performing solvency analyses and valuation analyses for Adelphia as of various dates based on the limited amount of information available.  Testified at deposition. |
| Oppenheimer & Company | Koval v. Oppenheimer<br>FINRA Arbitration<br>Case No. 08-02468 | Rendered expert testimony regarding the collapse of the market for auction rate securities.  Testified at arbitration. |
| Coughlin     Stoia     Geller Rudman & Robbins | City of Ann Arbor Employees' Retirement System v. Sonoco Products et al.<br>U.S. District Court for the District of South Carolina<br>Case No. 4:08-cv-02348-TLW-TER | Prepared an expert report analyzing the efficiency of the market for the company's stock and providing an event-study analysis of the significance of the stock price declines on the disclosure dates in connection with an alleged securities fraud. Testified at deposition. |
| Jones Day | Westminster Securities Corp. v. Petrocom Energy Limited et al.<br>International Center for Dispute Resolution Arbitration<br>Case No. 50 148 T 00420 08 | Prepared an expert report describing the purpose of a tail provision in a private placement agent agreement and analyzing the tail provisions in three such agreements that were at issue. Testified at arbitration. |

APPENDIX A

# PUBLICATIONS

## Books

1.  John D. Finnerty, <u>An Illustrated Guide to Bond Refunding Analysis.</u>  The Financial Analysts Research Foundation, Charlottesville, VA, 1984.

2.  John D. Finnerty, <u>Corporate Financial Analysis: A Comprehensive Guide to Real-World Approaches for Financial Managers.</u>  McGraw-Hill Book Company, New York, 1986.
    a)  Main Selection:  Macmillan's <u>The Executive Program</u>
    b)  Alternate Selection:  Prentice-Hall's <u>Books for Accountants</u>

3.  John D. Finnerty, Andrew J. Kalotay, and Francis X. Farrell, Jr., <u>The Financial Manager's Guide to Evaluating Bond Refunding Opportunities.</u>  Ballinger Publishing Company, Cambridge, MA, 1988.

4.  Douglas R. Emery and John D. Finnerty, <u>Principles of Finance with Corporate Applications.</u> West, St. Paul, MN, 1991.

5.  John D. Finnerty and Martin S. Fridson, eds., <u>The Yearbook of Fixed Income Investing 1995.</u> Irwin Professional Publishing, Chicago, 1996.

6.  John D. Finnerty, <u>Project Financing:  Asset-Based Financial Engineering.</u>  John Wiley & Sons, New York, 1996.

7.  Douglas R. Emery and John D. Finnerty, <u>Corporate Financial Management.</u>  Prentice Hall, Upper Saddle River, NJ, 1997.

8.  Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Principles of Financial Management</u>. Prentice Hall, Upper Saddle River, NJ, 1998.

9.  John D. Finnerty and Douglas R. Emery, <u>Debt Management</u>.  Harvard Business School Press, Boston, 2001.

10. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 2nd ed. Prentice Hall, Upper Saddle River, NJ, 2004.

11. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 3rd ed. Prentice Hall, Upper Saddle River, NJ, 2007.

12. Douglas R. Emery, John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, Int. ed. Prentice Hall, Upper Saddle River, NJ, 2007.

13. John D. Finnerty, <u>Project Financing:  Asset-Based Financial Engineering</u>, 2nd ed.  John Wiley & Sons, New York, 2007.

APPENDIX A

## Monographs

1.  John D. Finnerty, "The PricewaterhouseCoopers Credit Derivatives Primer," PricewaterhouseCoopers LLP, New York, 1998.

2.  John D. Finnerty, "Structuring Derivative Instruments to Adjust Risk Exposure: The Arithmetic of Financial Instruments," PricewaterhouseCoopers LLP, New York, 1999.

3.  John D. Finnerty, "A Comparison of Alternative Models for Valuing Employee Stock Options," Financial Executives Research Foundation, Florham Park, NJ, January 2003.

## Papers Published in Refereed Journals

1.  John D. Finnerty, "How Often Will the Firemen Get Their Sleep?," Management Science (July 1977), pp. 1169-1173.

2.  John D. Finnerty, "Real Money Balances and the Firm's Production Function," Journal of Money, Credit and Banking (November 1980), pp. 666-671.

3.  John D. Finnerty, "The Behavior of Electric Utility Common Stock Prices Near the Ex-Dividend Date," Financial Management (Winter 1981), pp. 59-69.

4.  John D. Finnerty, "The Stock Market's Reaction to the Switch from Flow-Through to Normalization," Financial Management (Winter 1982), pp. 36-47.

5.  John D. Finnerty, "Evaluating the Economics of Refunding High-Coupon Sinking-Fund Debt," Financial Management (Spring 1983), pp. 5-10.

6.  John D. Finnerty, "Bank Discount, Coupon Equivalent, and Compound Yields: Comment," Financial Management (Summer 1983), pp. 40-44.

7.  John D. Finnerty, "Preferred Stock Refunding Analysis: Synthesis and Extension," Financial Management (Autumn 1984), pp. 22-28.

8.  John D. Finnerty, "Stock-for-Debt Swaps and Shareholder Returns," Financial Management (Autumn 1985), pp. 5-17.

9.  John D. Finnerty, "Zero Coupon Bond Arbitrage: An Illustration of the Regulatory Dialectic at Work," Financial Management (Winter 1985), pp. 13-17.

10. John D. Finnerty, "Refunding Discounted Debt: A Clarifying Analysis," Journal of Financial and Quantitative Analysis (March 1986), pp. 95-106.

11. John D. Finnerty, "A Visit with Alice in Moneyland," Journal of Corporate Finance (Spring 1987), pp. 46-47.

APPENDIX A

12.     John D. Finnerty, "An Analytical Framework for Evaluating Securities Innovations," <u>Journal of Corporate Finance</u> (Winter 1987), pp. 3-18.

13.     John D. Finnerty, "Capital Budgeting and CAPM: Choosing the Market Risk Premium," <u>Journal of Corporate Finance</u> (Winter 1988), pp. 11-14.

14.     John D. Finnerty, "Financial Engineering in Corporate Finance: An Overview," <u>Financial Management</u> (Winter 1988), pp. 14-33.  Reprinted in Clifford W. Smith, Jr., and Charles W. Smithson, eds., <u>The Handbook of Financial Engineering</u>.  Harper & Row, New York, 1990, ch. 3, and in Robert W. Kolb, ed., <u>The Financial Derivatives Reader</u>.  Kolb, Miami, 1992, ch. 2.

15.     John D. Finnerty, "New Issue Dividend Reinvestment Plans and the Cost of Equity Capital," <u>Journal of Business Research</u> (March 1989), pp. 127-139.

16.     John D. Finnerty, "Measuring the Duration of a Floating-Rate Bond," <u>Journal of Portfolio Management</u> (Summer 1989), pp. 67-72.  Reprinted in Sanjay K. Nawalkha and Donald R. Chambers, eds., <u>Interest Rate Risk Measurement and Management</u>.  Institutional Investor Books, New York, 1999, ch. 32.

17.     John D. Finnerty and Victor M. Borun, "An Analysis of Unbundled Stock Units," <u>Global Finance Journal</u> (Fall 1989), pp. 47-69.

18.     John D. Finnerty and Michael Rose, "Arbitrage-Free Spread: A Consistent Measure of Relative Value," <u>Journal of Portfolio Management</u> (Spring 1991), pp. 65-77.

19.     John D. Finnerty, "The Time Warner Rights Offerings: A Case Study in Financial Engineering," <u>Journal of Financial Engineering</u> (June 1992), pp. 38-61.

20.     John D. Finnerty, "The Advance Refunding of Nonredeemable High-Coupon Corporate Debt Through In-Substance Defeasance," <u>Journal of Financial Engineering</u> (September 1992), pp. 150-173.

21.     Douglas R. Emery and John D. Finnerty, "A Review of Recent Research Concerning Corporate Debt Provisions," <u>Financial Markets, Institutions & Instruments</u> (December 1992), pp. 23-39.

22.     John D. Finnerty and Dean Leistikow, "College Tuition Prepayment Programs:  Description, Investment Portfolio Composition, and Contract Pricing," <u>Journal of the Midwest Finance Association</u> (1992), pp. 165-174.

23.     John D. Finnerty, "Comment: The Need to Enhance the Effectiveness of Discussants and Some Suggested Guidelines for Session Organizers and Discussants," <u>Financial Practice and Education</u> (Spring/Summer 1993), pp. 15-18.

APPENDIX A

24.   John D. Finnerty and Dean Leistikow, "The Behavior of Equity and Debt Risk Premiums," <u>Journal of Portfolio Management</u> (Summer 1993), pp. 73-84.

25.   John D. Finnerty, "Interpreting SIGNs," <u>Financial Management</u> (Summer 1993), pp. 34-47.

26.   John D. Finnerty, "Indexed Sinking Fund Debentures: Valuation and Analysis," <u>Financial Management</u> (Summer 1993), pp. 76-93.

27.   John D. Finnerty and Robert J. Kunze, "Arranging Financing for Biotechnology Ventures," <u>Financier</u> (May 1994), pp. 20-34.

28.   John D. Finnerty, "Valuing Corporate Equity When Value Additivity May Not Hold:  The Case of the Newhouse Estate Valuation," <u>Financial Practice and Education</u> (Spring/Summer 1994), pp. 107-115.

29.   John D. Finnerty and Dean Leistikow, "The Behavior of Equity and Debt Risk Premiums": Reply to Comment, <u>Journal of Portfolio Management</u> (Summer 1994), pp. 101-102.

30.   John D. Finnerty, "Range Floaters: Pricing a Bet on the Future Course of Short-Term Interest Rates," <u>Financier</u> (November 1994), pp. 20-27.  Reprinted in John D. Finnerty and Martin S. Fridson, eds., <u>The Yearbook of Fixed Income Investing 1995</u>.  Irwin Professional Publishing, Chicago, 1996, ch. 8.

31.   John D. Finnerty, "Some Suggested Guidelines for Reviewers," <u>Financial Practice and Education</u> (Fall/Winter 1994), pp. 22-24.

32.   John D. Finnerty, Iftekhar Hasan, and Yusif Simaan, "Designing an Efficient Investment Strategy for Hedging the Future Cost of a College Education," <u>Journal of Investing</u> (Spring 1996), pp. 47-58.

33.   John D. Finnerty, "Credit Derivatives, Infrastructure Finance, and Emerging Market Risk," <u>Financier</u> (February 1996), pp. 64-75.

34.   John D. Finnerty, "Adjusting the Binomial Model for Default Risk," <u>Journal of Portfolio Management</u> (Winter 1999), pp. 93-103.

35.   John D. Finnerty, "The PricewaterhouseCoopers Credit Derivatives Primer:  Total Return Swaps," <u>Financier</u> (vol. 7, 2000), pp. 66-77.

36.   John D. Finnerty, "Premium Debt Swaps, Tax-Timing Arbitrage, and Debt Service Parity," <u>Journal of Applied Finance</u> (vol. 11, 2001), pp. 17-22.

37.   John D. Finnerty and Mark S. Brown, "An Overview of Derivatives Litigation, 1994 to 2000," <u>Fordham Journal of Corporate & Financial Law</u> (vol.7, 2001), pp. 131-158.

APPENDIX A

38.   John D. Finnerty and Dwight Grant, "Alternative Approaches to Testing Hedge Effectiveness under SFAS No. 133," <u>Accounting Horizons</u> (June 2002), pp. 95-108.

39.   John D. Finnerty and Douglas R. Emery, "Corporate Securities Innovation: An Update," <u>Journal of Applied Finance</u> (Spring/Summer 2002), pp. 21-47.

40.   John D. Finnerty, "Adjusting the Comparable-Company Method for Tax Differences when Valuing Privately Held "S" Corporations and LLCs," <u>Journal of Applied Finance</u> (Fall/Winter 2002), pp.15-30.

41.   John D. Finnerty and Murray Grenville, "An Introduction to Credit Swaps," <u>Financier</u> (vol. 9, 2002), pp. 51-63.

42.   John D. Finnerty and Murray Grenville, "An Introduction to Credit Spread Options," <u>Financier</u> (vol. 9, 2002), pp. 64-75.

43.   John D. Finnerty and Dwight Grant, "Testing Hedge Effectiveness under SFAS 133," <u>The CPA Journal</u> (April 2003), pp. 40-47.

44.   John D. Finnerty and George M. Pushner, "An Improved Two-Trader Model for Measuring Damages in Securities Fraud Class Actions," <u>Stanford Journal of Law, Business & Finance</u> (Spring 2003), pp. 213-263.

45.   John D. Finnerty and Douglas R. Emery, "The Value of Corporate Control and the Comparable Company Method of Valuation," <u>Financial Management</u> (Spring 2004), pp. 91-99.

46.   John D. Finnerty, "Exact Formulas for Pricing Bonds and Options When Interest Rate Diffusions Contain Jumps," <u>Journal of Financial Research</u> (Fall 2005), pp. 319-341.

47.   John D. Finnerty," Extending the Black-Scholes-Merton Model to Value Employee Stock Options," <u>Journal of Applied Finance</u> (Fall/Winter 2005), pp. 25-54.

48.   John D. Finnerty, Michael J. McAllister, and Maureen M. Chakraborty, "Calculating Damages in Broker Raiding Cases," <u>Stanford Journal of Law, Business & Finance</u> (Spring 2006), pp. 261-297.

49.   John D. Finnerty, "Using Contingent-Claims Analysis to Value Opportunities Lost Due to Moral Hazard Risk," <u>Journal of Risk</u> (Spring 2006), pp. 55-83.

50.   John D. Finnerty and Gautam Goswami, "Determinants of the Settlement Amount in Securities Fraud Class Action Litigation," <u>Hastings Business Law Journal</u> (Summer 2006), pp. 453-486.

51.   John D. Finnerty and Mary Kuan, "When the Insurance Regulators Sneeze, the Hybrid Market Can Catch a Cold," <u>Journal of Insurance Regulation</u> (Summer 2007), pp. 87-120.

APPENDIX A

52.  John D. Finnerty, "A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," <u>Journal of Forensic Economics</u> (December 2009), pp. 55-62.

53.  John D. Finnerty, Jeffrey Turner, Jack Chen, and Rachael Park, "Regulatory Uncertainty and Financial Contagion: Evidence from the Hybrid Capital Securities Market," <u>Financial Review</u>, forthcoming.

54.  John D. Finnerty and Kishlaya Pathak, "A Review of Recent Derivatives Litigation," <u>Fordham Journal of Corporate & Financial Law</u>, forthcoming.

## Other Papers and Articles

1.  John D. Finnerty, "A Closer Look at Preferred Stock Financing," <u>Public Utilities Fortnightly</u> (November 6, 1980), pp. 41-43.

2.  John D. Finnerty, "Evaluating a Stock-for-Debt Swap: The Proper Framework," <u>Public Utilities Fortnightly</u> (August 5, 1982), pp. 27-32.

3.  John D. Finnerty, "How to Lower the Cost of Floating a New Stock Issue," <u>Public Utilities Fortnightly</u> (March 17, 1983), pp. 25-29.

4.  John D. Finnerty, "The Pluses of Zeros," <u>Euromoney</u> (May 1985), p. 67.

5.  John D. Finnerty, "Refunding High-Coupon Debt," <u>Midland Corporate Finance Journal</u> (Winter 1986), pp. 59-74.

6.  John D. Finnerty, "The Case for Issuing Synthetic Convertible Bonds," <u>Midland Corporate Finance Journal</u> (Fall 1986), pp. 73-82.  Reprinted in Clifford W. Smith, Jr., and Charles W. Smithson, eds., <u>The Handbook of Financial Engineering</u>.  Harper & Row, New York, 1990, ch. 21.

7.  John D. Finnerty, "Where is the Value Added in Securities Innovation," in John Thackray, ed., <u>Chief Financial Officer USA 1987</u>,  SPL Associates Limited, London, 1987, pp. 202-205.

8.  John D. Finnerty, "An Analysis of Tuition Prepayment Plans," in <u>Proceedings of the Invitational Conference on College Prepayment and Savings Plans</u>.  College Entrance Examination Board, New York, 1988, pp. 25-31.

9.  John D. Finnerty, "A Private Solution to a Public Problem:  A Response from the Private Sector to the College Saving Crisis," in <u>Tax Incentives for Education</u>.  United States Senate Committee on Finance, Washington, D.C., March 15, 1988, pp. 194-204.

10. John D. Finnerty, "How to Cope with Rising College Costs," <u>Tax Management Financial Planning Journal</u> (May 31, 1988), pp. 224-228.

APPENDIX A

11.   John D. Finnerty, "Measuring the Risk Premium on the Market Portfolio," in Frank J. Fabozzi, ed., <u>The Institutional Investor Focus on Investment Management</u>.  Ballinger, Cambridge, MA, 1989, pp. 161-167.

12.   John D. Finnerty, "Measuring the Duration of Floating-Rate Debt Instruments," in Frank J. Fabozzi, ed., <u>Advances & Innovations in the Bond and Mortgage Markets</u>.  Probus, Chicago, 1989, pp. 77-96.

13.   John D. Finnerty and Herbert S. Adler, "Make Securities Innovation Work to Your Advantage," <u>Butterworths Journal of International Banking and Financial Law</u> (February 1992), pp. 64-67.

14.   John D. Finnerty, "An Overview of Corporate Securities Innovation," <u>Journal of Applied Corporate Finance</u> (Winter 1992), pp. 23-39.  Reprinted in Donald H. Chew, Jr., ed., <u>The New Corporate Finance: Where Theory Meets Practice</u>.  McGraw-Hill, New York, 1993, pp. 212-228, and in Raymond H. Rupert, ed., <u>The New Era of Investment Banking</u>.  Probus, Chicago, 1993, ch. 16.

15.   John D. Finnerty, "Financial Engineering," in the <u>New Palgrave Dictionary of Money and Finance</u>, vol. 2. Macmillan, London, 1992, pp. 56-63.

16.   John D. Finnerty, "Structures and Contracts which Reallocate Risk," in proceedings of the conference on <u>Structured Finance:  Design, Engineering & Production</u>.  Euromoney, Brussels, June 4-5, 1992, pp. 75-96.

17.   John D. Finnerty, "Sources of Value Added from Structuring Asset-Backed Securities to Reduce or Reallocate Risk," in Charles Stone, Anne Zissu, and Jess Lederman, eds., <u>The Global Asset Backed Securities Market</u>.  Probus, Chicago, 1993, ch. 3.

18.   John D. Finnerty, Burton L. Raimi, and Neil R. Crowley, "Designing Securities to Qualify as Capital for Bank Regulatory Purposes," in Charles A . Stone and Anne Zissu, eds., <u>Global Risk Based Capital Regulations:  Management and Funding Strategies</u>.  Irwin Professional Publishing, Burr Ridge, IL, 1994, ch. 8.

19.   Douglas R. Emery and John D. Finnerty, "Using a PERCS-for-Common Exchange Offer to Reduce the Costs of a Dividend Cut," <u>Journal of Applied Corporate Finance</u> (Winter 1995), pp. 77-89.

20.   John D. Finnerty, "Financial Engineering as a Solution to Interest-Rate Risk Management Challenges," in Anthony G. Cornyn, Robert A. Klein, and Jess Lederman, eds., <u>Controlling & Managing Interest-Rate Risk</u>.  New York Institute of Finance, New York, 1997, ch. 17.

21.   John D. Finnerty, "Russian Settlements Will Put Credit Derivatives to the Test," <u>American Banker</u> (December 4, 1998), p. 21.

22. John D. Finnerty, "Will Credit Derivatives Survive the Stress Test?" Solutions (Winter 1999), pp. 5, 8.

23. Keith R. Ugone and John D. Finnerty, "Measuring Damages in Securities Fraud Class Action Lawsuits," CD-ROM accompanying Michael R. Young, ed., Accounting Irregularities and Financial Fraud. Harcourt Professional Publishing, New York, 2000.

24. Douglas R. Emery and John D. Finnerty, "Capital Investments," in Burton S. Kaliski, ed., Encyclopedia of Business and Finance, vol. 1. Macmillan, New York, 2001, pp. 81-85.

25. John D. Finnerty, "Securitizing Political Risk Investment Insurance: Lessons from Past Securitizations," in Theodore H. Moran, ed., International Political Risk Management: Exploring New Frontiers. World Bank, Washington, DC, 2001, pp. 77-147.

26. John D. Finnerty and Dwight Grant, "How to Test Hedge Effectiveness Under FAS 133," Estratégica (April/June 2001), pp. 8-16.

27. John D. Finnerty, "Debt Innovative," Fordham Business Magazine (Spring/Summer 2001), pp. 24-25.

28. Robert Sidorsky and John D. Finnerty, "Standing to Sue Under Rule 10b-5: A Fresh Look at the New Investment Doctrine," Securities Regulation Law Journal (Summer 2001), pp. 113-198.

29. John M. Althoff and John D. Finnerty, "Testing Hedge Effectiveness," in Henry A. Davis, ed., FAS 133 and the New Derivatives Accounting Landscape. Institutional Investor, New York, Fall 2001, pp. 44-51.

30. John D. Finnerty and George M. Pushner, "Meeting the New Standard for 10b-5 Class Action Damage Calculations," Analysis Group/Economics Issue Brief, 2002.

31. John D. Finnerty and Heidi Donoghue, "The Trend in Corporate Financial Disclosure," in Esmeralda O. Lyn and George J. Papaioannou, eds., Financial Services in the Evolving Global Marketplace. Hofstra University Press, New York, 2002, pp. 192-209.

32. John D. Finnerty, "How Companies Account for the Cost of Options," Wall Street Journal, October 10, 2002, p. A15.

33. John D. Finnerty and George M. Pushner, "Rule 10b-5 vs. Section 11 Securities Fraud Class-Action Damages," Analysis Group/Economics Issue Brief, 2002.

34. John D. Finnerty, "Damages Estimation After Natural Disasters," in Jack P. Friedman, ed., Litigation Support Report Writing for Accounting, Finance, and Economic Issues. Wiley, New York, 2003.

APPENDIX A

35.   John D. Finnerty, "Valuing Employee Stock Options: A Comparison of Alternative Models," <u>FMA Online</u> (Summer 2003).

36.   John D. Finnerty, "Calculating Damages in Broker Raiding Cases," in John Siegal, <u>Protecting Corporate IP Assets: Enforcing Restrictive Covenants in the Employment Context</u>. Practising Law Institute, New York, 2005, pp. 111-145.

37.   John D. Finnerty, "The Valuation of Venture Capital Convertible Preferred Stock When Equity Claims Are Nested," <u>Journal of Private Equity</u> (Winter 2008), pp. 1-20.

38.   John D. Finnerty, "Securities Innovation," in Frank J. Fabozzi, ed. <u>Handbook of Finance</u>, vol. I. Wiley, Hoboken, NJ, 2008, pp. 61-92.

39.   John D. Finnerty, "Real Options," in Frank J. Fabozzi, ed., <u>Handbook of Finance</u>, vol. II. Wiley, Hoboken, NJ, 2008, pp. 697-713.

40.   John D. Finnerty, "Project Financing," in Hossein Bidgoli, ed. <u>Handbook of Technology Management</u>, vol. I. Wiley, Hoboken, NJ, 2010, pp. 601-612.

## <u>Patents</u>

1.   Peter A. Roberts, John D. Finnerty, and Hamish W. M. Norton, "Methods and Apparatus for Restructuring Debt Obligations," United States Patent Number 4,648,038, March 3, 1987.

2.   Peter A. Roberts, John D. Finnerty, and Hamish W. M. Norton, "Methods and Apparatus for Restructuring Debt Obligations," United States Patent Number 4,739,478, April 19, 1988.

3.   Peter A. Roberts and John D. Finnerty, "Methods and Apparatus for Funding a Future Liability of Uncertain Cost," United States Patent Number 4,752,877, June 21, 1988.

4.   Peter A. Roberts and John D. Finnerty, "Methods and Apparatus for Insuring the Funding of a Future Liability of Uncertain Cost," United States Patent Number 4,839,804, June 13, 1989.

## APPENDIX B
## DOCUMENTS CONSIDERED

**Legal Documents:**

The City of Hialeah Employees' Retirement System and Laborers Pension Trust Funds for Northern California vs. Toll Brothers, Inc., Bruce E. Toll, Robert I. Toll, Zvi Barzilay, Robert S. Blank, Joel H. Rassman, Richard Braemer, Paul E. Shapiro, Carl B. Marbach, and Joseph R. Sicree. Amended Complaint for Violation of the Securities Exchange Act of 1934, dated August 13, 2007.

Basic Incorporated, et al., Petitioners v. Max L. Levinson et al., 485 U.S. 224 (1988).

Cammer v. Bloom, 711 F. Supp. 1264 (D.N.J. 1989).

Elmer Krogman v. R. Dale Sterritt, Jr., 202 F.R.D. 467; 2001 U.S. Dist. LEXIS 4171; Fed. Sec. L. Rep. (CCH) p91, 403.

TSC Industries, Inc. v. Northway, Inc., 426 U.S. 438 (1976).


**Journal Articles**

Alexander, Janet C., "The Value of Bad News," *UCLA Law Review*, 41, August 1994, pages 1421-69.

Ang, James S. and Shaojun Zhang, "An Evaluation of Testing Procedures for Long Horizon Event Studies," *Review of Quantitative Finance and Accounting*, 23, 2004, pages 251-274.

Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporation Law*, 19, Winter 1994, pages 285-312.

Bartholdy, Jan and Paula Peare, "Unbiased Estimation of Expected Return Using CAPM," *International Review of Financial Analysis*, 2003, pages 69-81.

Battalio, Robert and Paul Schultz, "Options and the Bubble," *Journal of Finance*, 2006, pages 2071-2102.

Boehme, Rodney D. and Sorin M. Sorescu, "The Long-run Performance Following Dividend Initiations and Resumptions: Underreaction or Product of Change," *Journal of Finance,* 57, 2002, pages 871-900.

Campbell, B. and Jean-Marie Dufour, "Exact Nonparametric Orthogonality and Random Walk Tests," *Review of Economics and Statistics*, 77, February 1995, pages 1–16.

Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review*, 37, June 1990, pages 883-923.

Dufour, Jean-Marie, Y. Lepage, and H. Zeidan, "Nonparametric Testing for Time Series: A Bibliography," *Canadian Journal of Statistics*, 10 (1), 1982, pages 1–38.

Evans, Richard B., Christopher C. Gezvy, David K. Musto, and Adam V. Reed, "Failure is an Option: Impediments to Short Selling and Option Prices," *Review of Financial Studies*, 22 (5), 2009, pages 1955-1980.

Fama, Eugene, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 25, March 1970, pages 383-417.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Fama, Eugene, "The Behavior of Stock Prices," Journal of Business, 38, 1965, pages 34-105.

Fama, Eugene F. and Kenneth R. French, "Common Risk Factors in the Returns on Stocks and Bonds," *Journal of Financial Economics*, 33, 1993, pages 3-56.

Fama, Eugene F. and Kenneth R. French, "Permanent and Temporary Components of Stock Prices," *Journal of Political Economy*, 96, 1988, pages 246-273.

Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The "Less Than" Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, Winter 2004, pages 81-129.

Hunsader, Kenneth J., "Two Essays on the Strategic Aspects of Information Release," Doctoral Dissertation, Florida State University, Spring 2005.

Jaffe, Jeffrey, "Special Information and Insider Trading," *Journal of Business*, 47, July 1974, pages 410-428.

Lorie, James and Victor Niederhoffer, "Predictive and Statistical Properties of Insider Trading," Journal of Law and Economics, 11, April 1968, pages 91-103.

Luger, Richard, "Exact Nonparametric Tests for a Random Walk With Unknown Drift Under Conditional Heteroskedasticity," Research Department, Bank of Canada, pages 2-3.

Macey, Jonathan R., Geoffrey P. Miller, Mark L. Mitchell, and Jeffry M. Netter, "Lessons from Financial Economics: Materiality, Reliance, and Extending the Reach of Basic v. Levinson," *77 Virginia Law Review Association* 1017, August 1991, pages 1021-28.

MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, 35, March 1997, pages 13-39.

Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, 49, February 1994, pages 545-90.

Mittsdorffer, R. and J. Diederich, "Prediction of First Day Returns of Initial Public Offering in the US Stock Market Using Rule Extraction from Support Vector Machines," *Studies in Computational Intelligence* (SCI), 80, 2008, pages 185–203.

Ofek, Eli, Matthew P. Richardson, and Robert F. Whitelaw, "Limited Arbitrage and Short Sales Restrictions: Evidence from the Options Markets, *Journal of Financial Economics*, 74, 2004, pages 305-342.


**<u>Books</u>**

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, <u>Principles of Corporate Finance</u>, 9th ed., McGraw-Hill, New York, 2008, pages 225-227.

Damodaran, Aswath, <u>Investment Valuation</u>, 2nd ed., John Wiley & Sons, Inc., New York, 2002, page 13.

### APPENDIX B
### DOCUMENTS CONSIDERED

Elton, Edwin J., Martin J. Gruber, Stephen J. Brown, and William N. Goetzmann, <u>Modern Portfolio Theory and Investment Analysis</u>, 6th ed., John Wiley & Sons, 2003, page 402 and 405.

Emery, Douglas R., John D. Finnerty, and John D. Stowe, <u>Corporate Financial Management</u>, 3rd ed., Prentice Hall, 2007, pages 178, 179, and 422.

Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in Roman L. Weil, Michael J. Wagner, and Peter B. Frank, eds., <u>Litigation Services Handbook</u>, 3rd ed., Wiley, New York, 2001, chapter 19.


## <u>News Articles and Analyst Reports</u>

BB&T Capital Markets, "TOL: Lowers FY'06 Closing Guidance, Market Panics," November 12, 2005.

Susquehanna Financial Group, "Toll Brothers, Inc. (TOL): TOL Creates an Unforgettable Day in the Homebuilder Universe," November 9, 2005.

Susquehanna Financial Group, "Toll Tuesday – Where Does the Group Go from Here?," November 9, 2005.

Wachovia Capital Markets, "TOL's Q4 Orders Below Expectations," November 9, 2005


<u>News during Class Period (as referenced in Exhibit G)</u>
Bloomberg - APW, "Stocks To Head Lower Before Economic Data," December 9, 2004.
Bloomberg - PZM, "Toll Brothers Reports Record 4th Qtr 2004 EPS of $2.22, Up 87% v," December 9, 2004.
Bloomberg - BN, "Toll Fourth-Quarter Profit Climbs 93% as Sales Surge (Correct)," December 9, 2004.
Bloomberg - APW, "Stocks Dip On Jump In Jobless Claims, Oil," December 9, 2004.
Bloomberg - APW, "Stocks Sag On Jump In Jobless Claims," December 9, 2004.
Bloomberg - BN, "Cheniere, Introgen, Toll Brothers, TriPath: U.S. Equity Preview," December 9, 2004.
Bloomberg - APW, "Stocks Mixed On National Semiconductor," December 9, 2004.
Bloomberg - KDP, "KDP Note: Toll Brothers EBDIT Leaps 81% In 4QFY04," December 9, 2004.
Bloomberg - BUS, "Toll Brothers, Inc. Fourth Quarter 2004 Earnings Conference," December 9, 2004.
Bloomberg - BN, "Altera, Cheniere, Ciena, Toll, Worldwide: U.S. Equity Movers," December 9, 2004.
Bloomberg - EJR, "__*EGAN-JONES RATES TOLL BROTHERS INC," December 9, 2004.
Bloomberg - APW, "Stocks Rise On National Semiconductor," December 9, 2004.
Bloomberg - BN, "Toll Brothers' Toll Comments on Housing Demand, Prices, Stock," December 9, 2004.
Bloomberg - BN, "Toll Brothers' Toll: 4th-Qtr Profit, Housing Demand, Prices," December 9, 2004.
Bloomberg - APW, "Toll Brothers Profit Soars 93 Percent," December 9, 2004.
Bloomberg - BUS, "Schaeffer's Daily Market Blog Features Altera, Xilinx, Cal-," December 9, 2004.
Bloomberg - KDP, "Companies Followed By KDP High Yield Watch," December 9, 2004.
Bloomberg - MWR, "HomebuilderStocks.com - Reports This Week: Record Breaking and," December 9, 2004.
Investext - Smith Barney Citigroup, "TOL: Towering 4Q Sets Stage For Continued Builder Rally," December 9, 2004.
Investext - Thomson StreetEvents, "TOL - Q4 2004 Toll Brothers Earnings Conference Call," December 9, 2004.
Investext - JPMorgan, "Strong 4Q; 2005 Guidance Raised to 40%+ Gr.; Rs'g Ests.," December 9, 2004.

- 3 -

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Investext - Raymond James, "TOL: Strong 4Q Results Drive Higher FY05 Guidance," December 9, 2004.

Investext - Credit Suisse, "Quarter Solid; Surprise Aided by SG&A Leverage," December 9, 2004.

Investext - Wachovia Securities, "TOL: Exceeds FQ4 EPS -- Raising FY05 EPS Estimate By 25%," December 9, 2004.

Investext - Wall Street Strategies, "TOL - Initial Earnings Assessment Report," December 9, 2004.

Bloomberg - BN, "Omidyar's Stock Value Rose $173.3 Mln Today: Insider Watch," December 9, 2004.

Bloomberg - BN, "JMP Securities' Wilson: Toll's 4th-Qtr Profit, Housing Outlook," December 9, 2004.

Bloomberg - FLY, "Homebuilding Industry initiations@BOFA [MORE]," December 9, 2004.

Bloomberg - BN, "Toll Fourth-Quarter Profit Climbs 93% as Sales Surge (Update7)," December 9, 2004.

Bloomberg - BN, "Allos, Altera, ATP, Ciena, Invitrogen: U.S. Equity Movers Final," December 9, 2004.

Bloomberg - BT, "Toll Brothers Earnings Teleconference(Transcript) TOL US," December 9, 2004.

Bloomberg - APW, "Stocks Close Higher On National Semi News," December 9, 2004.

Bloomberg - BN, "Toll Brothers Rated New `Neutral' at Banc of America    :TOL US," December 10, 2004.

Bloomberg - PRN, "MORNING UPDATE: Man Securities issues alerts for ALTR, LLTC,," December 10, 2004.

Investext - Credit Suisse, "Robust Guidance Drives 13% Day," December 10, 2004.

Investext - Raymond James, "TOL: Robust F4Q04 Results; Luxury Segment Outperformance Accelerates," December 10, 2004.

Investext - BB&T Capital Markets, "TOL: Another Strong Quarter and Year; Raises Guidance for '05," December 10, 2004.

Bloomberg - WFR, "Wachovia FI Research: Toll Brothers, Inc.," December 10, 2004.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," December 10, 2004.

Bloomberg - BN, "Ellison's Stock Value Rose $309.8 Mln This Week: Insider Watch," December 10, 2004.

Bloomberg - BN, "Omidyar's Stock Value Fell $194.9 Mln Today: Insider Watch," December 10, 2004.

Bloomberg - BUS, "Zacks.com Features the Following Top Stocks in the Homebuilding," December 13, 2004.

Bloomberg - FLY, "Toll Brothers Inc-TOL downgrading to Hold from Buy@AGED [MORE]," December 13, 2004.

Bloomberg - WSA, "SHAPIRO PAUL E,Director,SELLS 30,000 ON 12/10/04 OF TOL," December 13, 2004.

Investext - AG Edwards, "After A Good Run, We Will Not Chase Toll Brothers," December 13, 2004.

Bloomberg - BN, "Ellison's Stock Value Rose $1,672.1 Mln Today: Insider Watch," December 13, 2004.

Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 100,000 ON 12/10/04 OF TOL," December 13, 2004.

Bloomberg - WSA, "RASSMAN JOEL H,Off. & Dir.,SELLS 20,600 ON 12/10/04 OF TOL," December 13, 2004.

Bloomberg - BN, "Toll Brothers Cut to `Hold' at A.G. Edwards            :TOL US," December 14, 2004.

Bloomberg - WSA, "TOLL ROBERT I,C.E.O.,SELLS 1,238,700 FROM 12/10/04-12/13/04 OF T," December 14, 2004.

Bloomberg - WSA, "TOLL BRUCE E,Director & Ben. Owner,SELLS 500,000 ON 12/13/04 OF," December 14, 2004.

Bloomberg - WSA, "BRAEMER RICHARD J,Director,ACQUIRES 30,000 ON 12/13/04 OF TOL," December 14, 2004.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," December 14, 2004.

Bloomberg - APW, "Lennar Profit Soars 34 Percent In Quarter," December 15, 2004.

Bloomberg - BN, "Ellison's Stock Value Fell $173.5 Mln Today: Insider Watch," December 15, 2004.

Bloomberg - WSA, "BRAEMER RICHARD J,Director,SELLS 20,000 ON 12/15/04 OF TOL," December 16, 2004.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg - WSA, "RASSMAN JOEL H,Off. & Dir.,SELLS 40,000 ON 12/15/04 OF TOL," December 16, 2004.

Bloomberg - WSA, "SICREE JOSEPH R,Officer,SELLS 5,956 ON 12/15/04 OF TOL," December 16, 2004.

Bloomberg - BN, "Toll Brothers' Toll: Nov. Housing Starts, Outlook for Sales," December 16, 2004.

Bloomberg - BN, "U.S. Economy: Home Starts Drop by Most Since 1994 (Update4)," December 16, 2004.

Bloomberg - BN, "Toll Brothers Raised to `Accumulate' at Parker Hunter   :TOL US," December 17, 2004.

Investext - AG Edwards, "Rating Reduced To Hold/Aggressive From Buy/Aggressive Due to Valuation," December 17, 2004.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," December 17, 2004.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," December 19, 2004.

Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending Dec. 17," December 20, 2004.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending Dec. 17," December 20, 2004.

Bloomberg - BN, "NYSE's Biggest Losses, Gains Among Short-Selling Targets," December 21, 2004.

Bloomberg - BN, "U.S. November New Home Sales Seen at 1.2 Mln Rate, Survey Shows," December 21, 2004.

Bloomberg - BN, "Largest NYSE Short Interest as a Percentage of Free Float," December 21, 2004.

USA TODAY, "Housing market forecast: Cooler ; Price increases expected to moderate Housing market forecast: Cooler ; Price increases expected to moderate
from double-digit clip," December 28, 2004.

Bloomberg - BN, "Omidyar's Stock Value Rose $355.3 Mln Today: Insider Watch," December 28, 2004.

Bloomberg - BN, "U.S. Nov. Previously Owned Home Sales Rise to Record (Update6)," December 29, 2004.

Bloomberg - BN, "Omidyar's Stock Value Fell $179.8 Mln Today: Insider Watch," December 31, 2004.

Bloomberg - BN, "Bezos' Stock Value Rose $542.9 Mln This Week: Insider Watch," December 31, 2004.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," January 1, 2005.

Bloomberg - MWR, "HomebuilderStocks.com Reports "Homebuilder Stocks Finish Up a," January 3, 2005.

Bloomberg - BN, "Insiders: Top Buying, Selling by Corporate Officers in December," January 3, 2005.

Bloomberg - BN, "Insiders: Top Buying, Selling by Companies in December," January 3, 2005.

Bloomberg - FII, "Fitch: More Consolidation Among Major US Homebuilders Likely," January 3, 2005.

Bloomberg - FII, "Fitch Teleconf: 2005 U.S. Homebuilding Outlook 1/5 11am EST," January 3, 2005.

Bloomberg - WSA, "SICREE JOSEPH R,Officer,ACQUIRES 2,300 ON 12/30/04 OF TOL," January 3, 2005.

Bloomberg - KDP, "Companies Followed By KDP High Yield Watch," January 4, 2005.

Bloomberg - BN, "Fed Minutes Say Rate Too Low to Keep Inflation Stable (Update4)," January 4, 2005.

Bloomberg - FLY, "Homebuilders: weakness yesterday offers an opportunity@WCHV [MOR," January 5, 2005.

Bloomberg - FII, "Fitch Teleconf: 2005 U.S Homebuilding Outlook Today 11am EST," January 5, 2005.

Bloomberg - WSA, "HILLAS ROGER S,Director,ACQUIRES 30,000 ON 1/3/05 OF TOL," January 5, 2005.

Bloomberg - BUS, "Aqua America Subsidiaries Purchase Water and Wastewater Systems," January 7, 2005.

Bloomberg - WSA, "HILLAS ROGER S,Director,SELLS 12,000 ON 1/5/05 OF TOL," January 7, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," January 9, 2005.

Bloomberg - BUS, "Zacks.com Announces That Dennis Slothower Highlights the," January 10, 2005.

Bloomberg - BN, "Buyers Place `Faith' in U.S. Home Prices Outpacing Stock Market," January 12, 2005.

- 5 -

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - WSA, "MARBACH CARL B,Director,ACQUIRES 15,000 ON 1/10/05 OF TOL," January 12, 2005.

Bloomberg - BN, "Buyers Have `Faith' Home Prices Outpace Stock Market (Update2)," January 12, 2005.

Bloomberg - BUS, "Zacks Buy List Highlights: Toll Brothers, Yellow Roadway,," January 14, 2005.

Bloomberg - WSA, "MARBACH CARL B,Director,SELLS 7,500 ON 1/13/05 OF TOL," January 14, 2005.

Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 50,000 ON 1/14/05 OF TOL," January 18, 2005.

Bloomberg - PRN, "Public Home Builders Council of America Announces Strong Growth," January 19, 2005.

Dow Jones Newswires, "Home Builders Trade Group Sees Earnings Surge in '05," January 19, 2005.

Bloomberg, "U.S. Stocks Fall After Disappointing Motorola Earnings Report," January 19, 2005.

Bloomberg - MWR, "HomebuilderStocks.com Reports "December Housing Starts Data," January 19, 2005.

Bloomberg - BN, "NYSE's Biggest Losses, Gains Among Short-Selling Targets," January 21, 2005.

Bloomberg - BN, "Largest NYSE Short Interest as a Percentage of Free Float," January 21, 2005.

Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending Jan. 21," January 24, 2005.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending Jan. 21," January 24, 2005.

Bloomberg - PZM, "Toll Brothers Named to Forbes Platinum 400 for 5th Consecutive Y," January 25, 2005.

Bloomberg - PZM, "Toll Brothers' Assistant Project Manager Jeff Thomason to Play W," January 27, 2005.

Bloomberg - BN, "Centex, Other Homebuilders May Fall, Marc Faber Tells Barron's," January 29, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast Its February 8, 2005 'First," January 31, 2005.

Bloomberg - KDP, "Companies Followed By KDP High Yield Watch," February 1, 2005.

Bloomberg - BN, "Earnings Ahead: Companies Expected to Report Week of Feb. 7," February 3, 2005.

Bloomberg - PZM, "Toll Brothers' February 16, 2005 Presentation at the 2005 Wachov," February 3, 2005.

Bloomberg - BN, "U.S. New Home Order Values for Fourth Quarter 2004," February 4, 2005.

Bloomberg - BN, "U.S. New Home Orders for Fourth Quarter 2004," February 4, 2005.

Bloomberg - BN, "U.S. Home Order Backlog as of Fourth Quarter 2004," February 4, 2005.

Bloomberg - APW, "Some Strategists See Home Building Peak," February 5, 2005.

Bloomberg - BN, "Earnings Ahead: Companies Expected to Report Tuesday, Feb. 8," February 7, 2005.

Bloomberg - PZM, "Toll Brothers' Record 1st Qtr Contracts Grow 60% to $1.44 Billio," February 8, 2005.

Bloomberg - BN, "Toll Brothers Reports 68% Gain in Quarterly Homebuilding Sales," February 8, 2005.

Bloomberg - BN, "Toll Posts 68% Gain in Quarterly Homebuilding Sales (Update1)," February 8, 2005.

Bloomberg - BN, "Toll's Rassman: Revenue, Home Demand, Pricing Outlook," February 8, 2005.

Bloomberg - PRN, "Technical Olympic USA Joins Public Home Builders Council of," February 8, 2005.

Bloomberg - BUS, "Schaeffer's Street Chatter Highlights the Following Stocks:," February 8, 2005.

Investext - Thomson StreetEvents, "TOL - Toll Brothers First Quarter Preliminary Outlook Conference Call," February 8, 2005.

Investext - Smith Barney Citigroup, "TOL: Increasing FY05 Based On Strong 1Q05 Orders And Revenues," February 8, 2005.

Investext - Raymond James, "TOL: Strong 1Q Orders, Guidance Should Move Higher," February 8, 2005.

Investext - Wachovia Securities, "TOL: Super FQ1 Orders Bowl Us Over--Raising Estimates," February 8, 2005.

Bloomberg - BT, "Toll Brothers Forecast Teleconference(Transcript) TOL US," February 8, 2005.

Bloomberg - PRN, "12 PHBCA Members Named to Forbes Platinum 400," February 9, 2005.

# APPENDIX B
## DOCUMENTS CONSIDERED

Investext - AG Edwards, "FY05 Q1 EPSE Adjusted Upward Reflecting Toll's Strong Q1 Preview Yesterday," February 9, 2005.

Investext - Raymond James, "TOL: Demand for Luxury Homes Shows No Signs of Slowing, Raising Estimates," February 9, 2005.

Bloomberg - WSA, "SHAPIRO PAUL E,Director,SELLS 30,000 ON 2/9/05 OF TOL," February 10, 2005.

Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 20,600 ON 2/9/05 OF TOL," February 10, 2005.

Bloomberg - BN, "Freddie Mac Says 30-Year Mortgage Rate Fell to 5.57% (Update1)," February 10, 2005.

Bloomberg - FLY, "Homebuilding: downgrading six names, expect temporary plateau in," February 11, 2005.

Bloomberg - BN, "Toll Brothers Cut to `Hold' at Smith Barney           :TOL US," February 11, 2005.

Bloomberg - BN, "Lionbridge, Novatel, Pixar, Sharper Image: U.S. Equity Preview," February 11, 2005.

Bloomberg - BN, "Altair, Coinstar, MRV, Sharper Image, Toll: U.S. Equity Movers," February 11, 2005.

Bloomberg - BN, "U.S. Homebuilders Drop on Concern About Pace of Profit Growth," February 11, 2005.

Bloomberg - BN, "Toll Brothers CEO Axes Own Bonus -- And Still Gets $30 Million," February 11, 2005.

Bloomberg - BN, "Toll Brothers CEO Axes Bonus, Still Gets $30 Million (Update1)," February 11, 2005.

Bloomberg - BN, "KB Home, Homebuilders Drop on Smith Barney Downgrades (Update2)," February 11, 2005.

Bloomberg - BN, "Digital Impact, Novellus, Trinsic: U.S. Equity Movers Final," February 11, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," February 11, 2005.

Bloomberg - BN, "Is Lazard's `Hold 'em Down Bruce' Reforming Pay? David Pauly," February 15, 2005.

Bloomberg - BN, "U.S. February Index of Homebuilder Optimism Declines to 68," February 15, 2005.

Bloomberg - BN, "Shares Bought and Sold From 13F Filings Reported on Feb. 14," February 15, 2005.

Bloomberg - BN, "U.S. Feb. Index of Homebuilder Optimism Declines (Update1)," February 15, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast February 23, 2005 First Quar," February 17, 2005.

Investext - JPMorgan, "Raising 2005E EPS Following Strong 1Q Orders," February 17, 2005.

Bloomberg - PZM, "Toll Brothers' Presentation at the Raymond James & Associates 26," February 17, 2005.

Bloomberg - BN, "NYSE's Biggest Losses, Gains Among Short-Selling Targets," February 22, 2005.

Bloomberg - BN, "Biggest NYSE Increases, Decreases in Short Interest vs Float," February 22, 2005.

Bloomberg - BUS, "Toll Brothers, Inc. First Quarter 2005 Earnings Conference," February 23, 2005.

Bloomberg - PZM, "Toll Brothers' Record 1st Qtr Net Income Rises 120% To $110.2 Mi," February 23, 2005.

Bloomberg - BN, "Toll Brothers First-Quarter Profit Doubles on Demand for Homes," February 23, 2005.

Bloomberg - APW, "Stocks Up On Modest Inflation, Mergers," February 23, 2005.

Bloomberg - BN, "Earnings Ahead: Companies Expected to Report Wednesday, Feb. 23," February 23, 2005.

Bloomberg - BN, "Toll Says 1st-Qtr Net Doubled, Boosts 2005 Estimate (Update1)," February 23, 2005.

Bloomberg - APW, "Stocks Rise On Modest Inflation, Mergers," February 23, 2005.

Bloomberg - APW, "Stocks Are Mixed On Cautious Optimism," February 23, 2005.

Bloomberg - APW, "Stocks Mixed On Inflation, Merger News," February 23, 2005.

Bloomberg - APW, "Toll Brothers' Profit Doubles On Demand," February 23, 2005.

Bloomberg - BN, "Toll Brothers' Toll: Fiscal 1st-Qtr Profit and Industry Outlook," February 23, 2005.

Bloomberg - APW, "Bonds Rise On Tame Inflation Data," February 23, 2005.

Bloomberg - BN, "U.S. January Home Resales Probably Rose, BN Survey Shows," February 23, 2005.

Bloomberg - BN, "U.S. January Home Resales Probably Increased (Update1)," February 23, 2005.

Bloomberg - APW, "Dow Closes Up 63 While Nasdaq Edges Up 1," February 23, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Investext - AG Edwards, "Toll Reports Strong FY 2005 First Quarter," February 23, 2005.
Investext - Thomson StreetEvents, "TOL - Q1 2005 Toll Brothers Earnings Conference Call," February 23, 2005.
Investext - Bear Stearns, "TOL - Sipping the Champagne," February 23, 2005.
Investext - Credit Suisse, "Margin Expansion Drives 16% Surprise," February 23, 2005.
Investext - Raymond James, "TOL: Robust Earnings Continue in F1Q05, Management Raises Guidance," February 23, 2005.
Investext - JPMorgan, "Strong 1Q; 2005 Guidance Raised to 60%+ Growth," February 23, 2005.
Investext - Wachovia Securities, "TOL: Q1 EPS Of $1.33 Easily Exceeds Our $1.15 Estimate," February 23, 2005.
Bloomberg - BN, "Toll Boosts 2005 Forecast as 1st-Qtr Profit Doubles (Update4)," February 23, 2005.
Bloomberg - KDP, "KDP Note: Toll Reports Impressive Quarter; Dropping Coverage," February 23, 2005.
Bloomberg - BT, "Toll Brothers Earnings Teleconference(Transcript) TOL US," February 23, 2005.
Bloomberg - PRN, "MORNING UPDATE: Man Securities Inc. Issues Alerts for TXN, CVC,," February 24, 2005.
Bloomberg - PZM, "Toll Brothers' March 2, 2005 Presentation at the UBS U.S. Home B," February 24, 2005.
Investext - Smith Barney Citigroup, "TOL: Reports 1Q05," February 24, 2005.
Investext - Raymond James, "TOL: The High End Keeps On Rolling, Raising Estimates," February 24, 2005.
Investext - Credit Suisse, "Margin Expansion Drives Strong 1Q05; Maintain Neutral," February 24, 2005.
Investext - BB&T Capital Markets, "TOL: Q1'05 Surpasses Estimates and Guidance Raised for 2005," February 24, 2005.
Investext - Wall Street Strategies, "TOL - Coverage Update and Earnings Assessment Report," February 24, 2005.
Bloomberg - BN, "U.S. January Existing Home Sales Fell 0.5% to 5.94 Mln Rate," February 25, 2005.
Bloomberg - BN, "U.S. January Home Resales Fall 0.5% to 5.94 Mln Rate (Update1)," February 25, 2005.
Bloomberg - PZM, "Toll Brothers to Webcast Live Its Presentation at Smith Barney C," February 25, 2005.
Bloomberg - BN, "U.S. New Home Sales Probably Rose in January, BN Survey Shows," February 25, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.E.O.,SELLS 777,500 ON 2/24/05 OF TOL," February 28, 2005.
Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 100,000 ON 2/25/05 OF TOL," February 28, 2005.
Bloomberg - WSA, "RASSMAN JOEL H,Off. & Dir.,SELLS 50,000 ON 2/25/05 OF TOL," February 28, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Companies in February," March 1, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Corporate Officers in February," March 1, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.E.O.,SELLS 472,500 ON 2/25/05 OF TOL," March 1, 2005.
Bloomberg - WSA, "TOLL BRUCE E,Director & Ben. Owner,SELLS 500,000 FROM 2/28/05-3/," March 2, 2005.
Bloomberg - WSA, "MARBACH CARL B,Director,SELLS 15,000 ON 3/1/05 OF TOL," March 2, 2005.
Bloomberg - BUS, "Zacks Upgrades and Revisions Strategy Highlights: Boyd Gaming,," March 3, 2005.
Bloomberg - CSI, "CreditSights: Housing Update: Another Brick in The Wall," March 4, 2005.
Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending March 4," March 7, 2005.
Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending March 4," March 7, 2005.
Bloomberg - BIA, "SEARCHABLE LIST OF COMPANIES CURRENTLY RATED BY RAPID RATINGS," March 7, 2005.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg - BT, "Toll Brothers Presentation Teleconference(Transcript) TOL US," March 7, 2005.
Bloomberg - BUS, "Levitt Corporation Reports Record Results For The Fourth," March 7, 2005.
Bloomberg - BUS, "Zacks Buy List Highlights: Research In Motion, Toll Brothers,," March 8, 2005.
Bloomberg - WSA, "BLANK ROBERT S,Director,SELLS 20,000 ON 3/7/05 OF TOL," March 8, 2005.
Bloomberg - WSA, "SICREE JOSEPH R,Officer,SELLS 5,000 ON 3/4/05 OF TOL," March 8, 2005.
Bloomberg - PZM, "Toll Brothers Reiterates Continued Strong Demand for Luxury Home," March 8, 2005.
Bloomberg - BN, "Alpine Management's Lieber Comments on Real Estate Market," March 9, 2005.
Bloomberg - BN, "Alpine's Lieber: U.S. Real Estate and Hotel Markets," March 9, 2005.
Bloomberg - BT, "Toll Brothers Presentation Teleconference(Transcript) TOL US," March 9, 2005.
Bloomberg - BIA, "SEARCHABLE LIST OF COMPANIES CURRENTLY RATED BY RAPID RATINGS," March 11, 2005.
Dow Jones Newswires, "Toll Brothers Bd Limits Use of Portion of Auth Cmn Stk," March 14, 2005.
Reuters, "U.S. insider sales in February send bearish signal," March 14, 2005.
Bloomberg - BN, "U.S. Housing Starts Probably Fell in February, BN Survey Shows," March 14, 2005.
Investext - Riskmetrics Group Iss Governance Services, "TOL - Proxy Analysis," March 17, 2005.
Bloomberg - PRN, "Newest American Dreamcard(TM) Sweepstakes Jackpot Winner," March 18, 2005.
Bloomberg - NYT, "OFFICE SPACE: THE BOSS; Not Always Clear Sailing," March 20, 2005.
Bloomberg - BUS, "IKON Names Hickling as Head of Operations, Promotes Hershey to," March 21, 2005.
Bloomberg - PZM, "Toll Brothers Appoints Don H. Liu General Counsel," March 22, 2005.
Bloomberg - BN, "U.S. New Home Sales Probably Rose in February, BN Survey Shows," March 23, 2005.
Bloomberg - FLY, "Toll Brothers-TOL raised to Buy from Neutral on improving valuat," March 28, 2005.
Bloomberg - BN, "Toll Brothers Raised to `Buy' at Banc of America        :TOL US," March 28, 2005.
Bloomberg - MWR, "HomebuilderStocks.com Reports: Major Homebuilder Companies," March 28, 2005.
Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," March 28, 2005.
Bloomberg - PZM, "Barron's Names Toll Brothers' Robert I. Toll as One of 30 of Wor," March 29, 2005.
Bloomberg - CSI, "CreditSights: New Home Sales: The Price is Right…For Now," March 30, 2005.
New York Times, "No Dessert For You! Now Go to Your Tower," March 31, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Companies in March," April 1, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Corporate Officers in March," April 1, 2005.
Bloomberg - CSI, "CreditSights: Weekend Reader (April 1)," April 1, 2005.
Bloomberg - FII, "Fitch: Demand May Fall As U.S. Homebuilders Head Into Spring," April 1, 2005.
Bloomberg - FII, "Fitch: 1Q'05 Update For U.S. Homebuilders, April 5 11 am EST," April 1, 2005.
Investext - Thomson Financial Securities Data, "M&A, Manhattan Building Co /Toll Brothers Inc [BRIEF]," April 2, 2005.
Bloomberg - NYT, "EXECUTIVE PAY; A Bad Year for the Chief (But Not for the Bonus)," April 3, 2005.
Bloomberg - BUS, "Zacks Buy List Highlights: Mercury Interactive Corporation,," April 5, 2005.
Bloomberg - FII, "Fitch: 1Q'05 Update For U.S. Homebuilders Today, 11 am EST," April 5, 2005.
Bloomberg - PZM, "Toll Brothers Joins Fortune 500," April 7, 2005.
Bloomberg - PRN, "BusinessWeek's Annual Executive Pay Scoreboard," April 7, 2005.
Bloomberg - PZM, "Toll Brothers' Website to Broadcast its May 10, 2005 `Second Qua," April 12, 2005.
Bloomberg - CSI, "CreditSights: Housing Outlook 1Q05: Don't Bet Against the House," April 13, 2005.
Bloomberg - BUS, "Zacks.com Features the Following Top Stocks in the Home," April 25, 2005.
Bloomberg - APW, "Big Movers In The Stock Market," April 25, 2005.
Bloomberg - BN, "U.S. March Home Resales Rise 1% to 6.89 Million Rate (Update4)," April 25, 2005.
Bloomberg - APW, "Consumer Confidence Dips, New Home Sales Up," April 26, 2005.

# APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg - BN, "Toll Brothers' Toll Comments on Homebuilding Market, Loan Rates," April 26, 2005.

Bloomberg - APW, "Consumer Confidence Dips; Home Sales Up," April 26, 2005.

Bloomberg - BN, "Homebuilders Get 139 Times Greenspan's Salary: Graef Crystal," April 27, 2005.

Bloomberg - PZM, "Toll Brothers' Record FY 2005 2nd Qtr. Contracts Grow 38% to $2.," May 10, 2005.

Bloomberg - BUS, "Toll Brothers Inc. Second Quarter 2005 Outlook Conference," May 10, 2005.

Bloomberg - BN, "Toll Brothers Says 2nd-Qtr Sales, Orders Rose to Record Levels," May 10, 2005.

Bloomberg - APW, "Stocks Slide On Rising Oil Prices," May 10, 2005.

Bloomberg - APW, "Oil Prices Prompt Selling On Wall Street," May 10, 2005.

Bloomberg - APW, "Stocks Droop As Oil Prices Move Higher," May 10, 2005.

Bloomberg - PRN, "MORNING UPDATE: Man Securities Inc. Issues Alerts for AMTD, L,," May 10, 2005.

Bloomberg - PRN, "MORNING UPDATE: Mankus-Lavelle Group Issues Alerts for INTC,," May 10, 2005.

Bloomberg - PRN, "MORNING UPDATE: Mankus-Lavelle Group Issues Alerts for ET, CBH,," May 10, 2005.

Bloomberg - APW, "Hedge Fund Rumors Push Stocks Lower," May 10, 2005.

Investext - Thomson StreetEvents, "TOL - Toll Brothers Second Quarter Preliminary Outlook Conference Call," May 10, 2005.

Investext - JPMorgan, "Strong 2Q Order Growth Reported; Reiterate Overweight," May 10, 2005.

Investext - Wachovia Securities, "TOL: Strong FQ2 Order Growth, Though Delays Hamper Deliveries," May 10, 2005.

Bloomberg - BT, "Toll Brothers Forecast Teleconference(Transcript) TOL US," May 10, 2005.

Bloomberg - BN, "Toll's Quarterly Home Sales, Backlog Rise to Records (Update6)," May 10, 2005.

Bloomberg - BN, "XTO's Simpson Leads CEO Pay With $43.9 Million: Graef Crystal," May 11, 2005.

Investext - Smith Barney Citigroup, "TOL: Reports 2Q05 Orders And Revenues," May 11, 2005.

Investext - AG Edwards, "Toll Reports Strong FY05 Q2 Preliminary Results," May 11, 2005.

Investext - Smith Barney Citigroup, "TOL: Reports 2Q05 Orders And Revenues," May 11, 2005.

Investext - Credit Suisse, "Order Trends Solid," May 11, 2005.

Investext - BB&T Capital Markets, "TOL: Q2'05 First Time Signing $2B in Contracts in a Quarter," May 11, 2005.

Bloomberg - BUS, "Ark Restaurants Announces Financial Results for the Second," May 16, 2005.

Bloomberg - BN, "Toll Brothers Rated New `Positive' at Susquehanna      :TOL US," May 17, 2005.

Bloomberg - BN, "Friedman, Billings's Craig Kucera Comments on Housing Market," May 17, 2005.

Bloomberg - BN, "Friedman Billings's Kucera: April Housing Starts, Toll Brothers," May 17, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," May 17, 2005.

Bloomberg - PRN, "Research and Markets: In-depth Profiles of 400 Leading," May 19, 2005.

Bloomberg - BN, "Victory Newbridge's Koskuba: Retail Stocks and Homebuilders," May 19, 2005.

Bloomberg - BN, "Earnings Ahead: U.S. Companies to Report Week of May 23," May 20, 2005.

Bloomberg - BN, "Greenspan Says Housing Market `Speculation' Is Unsustainable," May 20, 2005.

Bloomberg - BN, "Greenspan Calls Home-Price Speculation Unsustainable (Update4)," May 20, 2005.

Bloomberg - APW, "Fed Meeting Minutes, GDP May Roil Market," May 22, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast Its May 26, 2005 Second Quar," May 23, 2005.

Bloomberg - PZM, "Toll Brothers Ranked No. 13 on Prestigious Barron's 500," May 23, 2005.

Bloomberg - EJR, "__*EGAN-JONES RATES TOLL BROTHERS INC," May 23, 2005.

Bloomberg - BUS, "Zacks.com Announces That the Following Companies Will Release," May 24, 2005.

Bloomberg - BUS, "Toll Brothers Increases Utilization of UltraDNS Product Suite;," May 24, 2005.

Bloomberg - BUS, "Toll Brothers Selects Adjoined Consulting to Improve Human," May 24, 2005.

Bloomberg - BN, "Toll Brothers' Joel Rassman Comments on U.S. Housing Market," May 24, 2005.

Bloomberg - BN, "Toll Brothers' Rassman: U.S. Housing Market and Prices," May 24, 2005.

Bloomberg - PZM, "S&P Raises Toll Brothers' Outlook to Positive," May 24, 2005.

- 10 -

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - PZM, "Toll Brothers Announces New Golf Course Community in Jupiter, FL," May 24, 2005.

Knobias, "CTS Corporation - INDUSTRY: Homebuilding Shared Dip on Home Sales Data," May 25, 2005.

Bloomberg - BN, "U.S. April New Home Sales Rise 0.2% to a 1.316 Million Rate," May 25, 2005.

Bloomberg - BUS, "Toll Brothers, Inc. Second Quarter 2005 Earnings Conference," May 25, 2005.

Bloomberg - BN, "Toll Bros Finance Sells 5.15% $300 Million 10-Year Notes," May 25, 2005.

GlobeNewswire, "Toll Brothers Finance Corp. to Issue $300 Million of Senior Notes Guaranteed by Toll Brothers, Inc.," May 25, 2005.

Bloomberg - PZM, "Toll Brothers Finance Corp. to Issue $300 Million of Senior Note," May 25, 2005.

Bloomberg - PZM, "Toll Brothers' Record FY 2005 2nd Qtr Net Income Rises 135% to $," May 26, 2005.

Bloomberg - BN, "Toll Bros 2nd-Quarter Profit More Than Doubles on Home Demand," May 26, 2005.

Bloomberg - FLY, "On TheFLY: Morning Report [MORE]," May 26, 2005.

Bloomberg - BN, "Fred's, Patterson, Toll, Waddell & Reed: U.S. Equity Preview," May 26, 2005.

Bloomberg - PRN, "MORNING UPDATE: Mankus-Lavelle Group issues alerts for EBAY,," May 26, 2005.

Bloomberg - BN, "Blair, Cree, Elan, Novell, Patterson, Petco: U.S. Equity Movers," May 26, 2005.

Bloomberg - BN, "Copper Heads for Year's Biggest Weekly Gain as Economy Grows," May 26, 2005.

Bloomberg - BN, "Hodges Fund's Hodges: Stocks, Holdings and Investment Strategy," May 26, 2005.

Investext - Thomson StreetEvents, "TOL - Q2 2005 Toll Brothers Earnings Conference Call," May 26, 2005.

Investext - Bear Stearns, "A Diamond is Forever," May 26, 2005.

Investext - Credit Suisse, "Pricing Continues to Push Margin," May 26, 2005.

Investext - Wachovia Securities, "TOL: Quick Take On FQ2 2005 EPS Of $2.01 Vs. Our $1.79 Estimate," May 26, 2005.

Investext - JPMorgan, "Strong 2Q Reported; FY05 Guidance Raised to 70+% Net Income Growth; Raising Estimates," May 26, 2005.

Investext - Fitch Ratings, "Fitch Assigns 'BBB' Rating to Toll Brothers' $300MM Debt Issue," May 26, 2005.

Investext - Wachovia Securities, "TOL: Q205 EPS Of $2.01 Exceeds Our $1.79 Estimate," May 26, 2005.

Bloomberg - BUS, "Schaeffer's Midday Options Update Features Google, Boeing, Toll," May 26, 2005.

Bloomberg - BN, "Toll Brothers 2nd-Quarter Profit More Than Doubles (Update3)," May 26, 2005.

Bloomberg - BN, "Toll Brothers Raised to `Buy' at Parker Hunter          :TOL US," May 26, 2005.

Bloomberg - BT, "Toll Brothers Earnings Teleconference(Transcript) TOL US," May 26, 2005.

Bloomberg - BUS, "Schaeffer's S&P 500 Index Hot Stocks Features Pulte Homes,," May 26, 2005.

Bloomberg - BN, "U.S. Companies Issuing Profit Outlooks for May 26 (Update1)," May 26, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," May 26, 2005.

Bloomberg - BN, "Cree, Patterson, Petco, Possis, Toll: U.S. Equity Movers Final," May 26, 2005.

Bloomberg - FII, "Fitch Assigns 'BBB' Rtg to Toll Brothers' $300MM Debt Issue," May 26, 2005.

Bloomberg - BN, "Toll Brothers Teleconf.: Fiscal 2nd-Qtr Profit and Outlook," May 26, 2005.

Bloomberg - BUS, "Fitch Assigns 'BBB' Rating to Toll Brothers' $300MM Debt Issue," May 26, 2005.

Bloomberg - APW, "Toll Brothers 2Q Profit Rises To $170.1M," May 27, 2005.

Bloomberg - CSI, "CreditSights: Toll Brothers 2Q05: Luxurious Gains," May 27, 2005.

Bloomberg - BMP, "MOODY'S ASGN Baa3 TO SR NOTE ISSUE OF TOLL BROTHERS FINANCE CORP," May 27, 2005.

Investext - Smith Barney Citigroup, "TOL: Reports 2Q05 EPS," May 27, 2005.

Investext - Credit Suisse, "Margin Upside Surprises Continue," May 27, 2005.

Investext - BB&T Capital Markets, "TOL: Beats Estimates, Raises Guidance... Again," May 27, 2005.

Bloomberg - BN, "U.S. Companies Issuing Outlooks the Week of May 23," May 27, 2005.

# APPENDIX B
## DOCUMENTS CONSIDERED

Investext - Wall Street Strategies, "TOL - Coverage Update and Earnings Assessment Report," May 31, 2005.
Bloomberg - BN, "U.S. Junk Bonds Rise in May, Capping Best Month of the Year," June 1, 2005.
Bloomberg - BUS, "10 PHBCA Companies Named to Barron's 500; Homebuilders Among," June 1, 2005.
Bloomberg - BN, "U.S. Junk Bonds Rose in May, Best Month of the Year (Update2)," June 1, 2005.
Bloomberg - WSA, "TOLL BRUCE E,Director & Ben. Owner,SELLS 250,000 ON 5/31/05 OF T," June 2, 2005.
Bloomberg - WSA, "BRAEMER RICHARD J,Director,SELLS 15,000 ON 5/31/05 OF TOL," June 2, 2005.
Bloomberg - WSA, "SICREE JOSEPH R,Officer,SELLS 5,000 ON 6/1/05 OF TOL," June 2, 2005.
Bloomberg - PZM, "Toll Brothers Announces Entry into Orlando Market With Acquisiti," June 2, 2005.
Bloomberg - BN, "Toll Corp to Redeem 8% Bonds Due 2009," June 2, 2005.
Bloomberg - PZM, "Toll Brothers Finance Corp. Announces Completion of Offering of," June 2, 2005.
Bloomberg - MVL, "Minyanville's Fil Zucchi: Disingenuous Hubris," June 2, 2005.
Bloomberg - BN, "U.S. Companies Issuing Profit Outlooks for June 2 (Update1)," June 2, 2005.
Bloomberg - PZM, "Toll Brothers Announces Redemption of 8% Senior Subordinated Not," June 2, 2005.
Bloomberg - BN, "U.S. Companies Issuing Profit Outlooks for June 3," June 3, 2005.
Bloomberg - BN, "U.S. Companies Issuing Outlooks the Week of May 30," June 3, 2005.
Bloomberg - BN, "U.S. Home Builders' Profits Don't Convince Investors, WSJ Says," June 9, 2005.
Bloomberg - PZM, "Toll Brothers, Inc. Announces a 2-for-1 Split of Common Stock," June 9, 2005.
Bloomberg - BN, "Toll Brothers Plans 2-for-1 Stock Split After Shares Double," June 9, 2005.
Bloomberg - BN, "Toll Brothers Declares 2-for-1 Split of Its Shares (Update1)," June 9, 2005.
Bloomberg - BN, "Toll Brothers' Rassman Comments on Housing Demand, Orders," June 13, 2005.
Bloomberg - BN, "Toll Brothers' Rassman: Outlook for U.S. Housing Market, Demand," June 13, 2005.
Bloomberg - PZM, "Toll Brothers' Presentation at the 15th Annual Wachovia Securiti," June 13, 2005.
Bloomberg - BN, "Cameco, Toll Brothers Are Quiet Big-Cap Movers: John Dorfman," June 14, 2005.
Bloomberg - BN, "U.S. May Housing Starts Probably Rose to 2.05 Mln, Survey Says," June 14, 2005.
Bloomberg - BN, "U.S. June Index of Homebuilder Optimism Rises to 71 From 70," June 15, 2005.
Bloomberg - BN, "U.S. June Homebuilder Index Rises to High for Year (Update1)," June 15, 2005.
Bloomberg - BN, "Toll Brothers' Rassman: U.S. Housing Market and Outlook," June 15, 2005.
Bloomberg - BN, "U.S. May Housing Starts Probably Rose to 2.05 Mln, Survey Says," June 16, 2005.
Bloomberg - BN, "U.S. Housing Starts Rose 0.2% in May to 2.009 Million-Unit Pace," June 16, 2005.
Bloomberg - BN, "U.S. May Housing Starts Rise 0.2% to 2.009 Mln Pace (Update3)," June 16, 2005.
Bloomberg - BN, "Alpine's Lieber: May Housing Starts and Market, Holdings," June 16, 2005.
Bloomberg - BN, "U.S. May Housing Starts Rise 0.2% to 2.009 Mln Pace (Correct)," June 16, 2005.
Bloomberg - BN, "U.S. Economy: Housing Starts Reach Fastest Pace Since February," June 16, 2005.
Bloomberg - BN, "U.S. Economy: Housing Starts Rise to 2.009 Mln Pace (Correct)," June 16, 2005.
Bloomberg - BN, "U.S. Economy: Housing Starts Rise to 2.009 Mln Pace (Update4)," June 16, 2005.
Bloomberg - BN, "U.S. Homebuilders' Shares Gain on Expectations of Low Rates," June 17, 2005.
Bloomberg - WSA, "MARBACH CARL B,Director,SELLS 60,000 ON 6/16/05 OF TOL," June 17, 2005.
Bloomberg - BN, "U.S. Homebuilders' Shares Gain on Rate Expectations (Update2)," June 17, 2005.
Bloomberg - BN, "Novell, Borland Software Liked by Fred Hickey, Barron's Says," June 18, 2005.
Investext - Wall Street Strategies, "TOL - Update and Critical Events Assessment Report," June 20, 2005.
Bloomberg - BN, "NYSE's Biggest Losses, Gains Among Short-Selling Targets," June 21, 2005.
Bloomberg - BN, "Biggest NYSE Increases, Decreases in Short Interest vs Float," June 21, 2005.
Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 89,800 FROM 6/20/05-6/21/05 OF TOL," June 22, 2005.
Bloomberg - WSA, "BLANK ROBERT S,Director,SELLS 40,000 ON 6/21/05 OF TOL," June 22, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - BN, "Toll Brothers' Rassman Comments on the Housing Market Outlook," June 23, 2005.
Bloomberg - BN, "Birinyi Assoc.'s Birinyi: S&P 500, CNOOC's Unocal Bid, Google," June 23, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 18,700 ON 6/21/05 OF TOL," June 23, 2005.
Bloomberg - BN, "Birinyi Assoc.'s Birinyi on S&P 500, CNOOC (Transcript)," June 23, 2005.
Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 100,000 ON 6/22/05 OF TOL," June 23, 2005.
Bloomberg - WSA, "RASSMAN JOEL H,Off. & Dir.,SELLS 50,000 ON 6/22/05 OF TOL," June 23, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 145,500 ON 6/23/05 OF TOL," June 24, 2005.
Bloomberg - WSA, "TOLL BRUCE E,Off. & Dir.,SELLS 300,000 ON 6/24/05 OF TOL," June 24, 2005.
Bloomberg - BN, "Robert Toll Is Top-Paid Philadelphia-Area CEO, Inquirer Says," June 26, 2005.
Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," June 26, 2005.
Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending June 24," June 27, 2005.
Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending June 24," June 27, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 119,200 ON 6/28/05 OF TOL," June 29, 2005.
Bloomberg - BN, "Toll Redeems 8% Notes Due 2009," June 30, 2005.
Bloomberg - BT, "Toll Brothers Presentation Teleconference(Transcript) TOL US," June 30, 2005.
Bloomberg - NYT, "Conventional Wisdom Not Always Right," July 1, 2005.
Bloomberg - CSI, "CreditSights: Housing Update: Bubblicious?," July 1, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Corporate Officers in June," July 1, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Companies in June," July 1, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 55,700 ON 6/30/05 OF TOL," July 1, 2005.
Bloomberg - WSA, "SICREE JOSEPH R,Officer,SELLS 4,000 ON 6/30/05 OF TOL," July 1, 2005.
Bloomberg - BN, "Insiders: Top Buying, Selling by Officers in June (Update1)," July 1, 2005.
Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," July 4, 2005.
Bloomberg - BN, "Alvarion, Gateway, KB, Mohawk, Pre-Paid: U.S. Equity Preview," July 5, 2005.
Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending July 1," July 5, 2005.
Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending July 1," July 5, 2005.
Bloomberg - FII, "Fitch: Spec Housing Non-Issue for U.S. Homebuilders, For Now," July 5, 2005.
Bloomberg - FII, "Fitch Telecomf: U.S Homebuilders At the Half; 7/6 11:30 a.m.," July 5, 2005.
Bloomberg - BN, "KB Home, MDC Stock Ratings Are Cut by Credit Suisse's Zelman," July 5, 2005.
Bloomberg - BN, "KB Home, MDC Ratings Cut by Credit Suisse's Zelman (Update2)," July 5, 2005.
Bloomberg - FII, "Fitch Teleconf: U.S Homebuilders At the Half Today 11:30 am," July 6, 2005.
Bloomberg - BN, "Raymond James's Murray: Housing Market, Prices, Toll Brothers," July 6, 2005.
Bloomberg - BUS, "Homebuilders Most Popular Sector Pick of Top Performing Mutual," July 7, 2005.
Bloomberg - BUS, "Zacks.com Announces That Dennis Slothower Highlights the," July 8, 2005.
Bloomberg - WSA, "TOLL BRUCE E,Director & Ben. Owner,SELLS 300,000 ON 7/7/05 OF TO," July 8, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 110,820 ON 7/7/05 OF TOL," July 11, 2005.
Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending July 8," July 11, 2005.
Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending July 8," July 11, 2005.
RealMoney.com, "Toll of the Tape," July 11, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 265,080 ON 7/8/05 OF TOL," July 12, 2005.
The Philadelphia Inquirer, "Business News in Brief," July 12, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 70,000 ON 7/11/05 OF TOL," July 13, 2005.
Bloomberg - PRN, "Toll Brothers Dedicates Historic Naval Square," July 13, 2005.
Bloomberg - PZM, "Toll Brothers Dedicates Historic Naval Square," July 13, 2005.
Bloomberg - PRN, "PR Newswire Philadelphia Daybook for Thursday, July 14," July 13, 2005.
Bloomberg - PRN, "PR Newswire Philadelphia Daybook for Thursday, July 14," July 14, 2005.
Bloomberg - PRN, "Toll Brothers Dedicates Historic Naval Square," July 14, 2005.
Bloomberg - WSA, "RASSMAN JOEL H,C.F.O.,SELLS 50,000 ON 7/12/05 OF TOL," July 14, 2005.
Bloomberg - PZM, "Toll Brothers Hosts Gala Grand Opening Event for Naval Square, t," July 14, 2005.

- 13 -

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg - BN, "Muhlenkamp & Co.'s Muhlenkamp: Homebuilding Stocks and Strategy," July 14, 2005.

Bloomberg - BN, "Tarragon's Shares Boom Along With Condo Sales: Taking Stock," July 15, 2005.

Knobias, "Centex Corp - Merrill Ups Price Targets for Homebuilders, TOL & PHM," July 15, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast Its August 4, 2005 'Third Qu," July 15, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," July 17, 2005.

Bloomberg - BUS, "Zacks.com Announces That Dan Sullivan Highlights the Following," July 18, 2005.

Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending July 15," July 18, 2005.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending July 15," July 18, 2005.

Bloomberg - BUS, "Zacks Buy List Highlights: Resources Connection, Inc., Toll," July 19, 2005.

Bloomberg - BN, "U.S. Economy: Housing Starts Held at 2.004 Million Rate in June," July 19, 2005.

Bloomberg - BN, "U.S. Economy: Housing Starts Held at 2.004 Mln Rate (Update3)," July 19, 2005.

Bloomberg - BN, "U.S. Jobless Claims Probably Fell to 325,000, BN Survey Shows," July 20, 2005.

Bloomberg - PZM, "Toll Brothers Enters Minnesota Market," July 20, 2005.

Bloomberg - WSA, "SHAPIRO PAUL E,Director,SELLS 100,000 ON 7/18/05 OF TOL," July 20, 2005.

Bloomberg - BN, "U.S. Initial Jobless Claims Fell 34,000 to 303,000 Last Week," July 21, 2005.

Bloomberg - BN, "U.S. Jobless Claims Fell 34,000 to 303,000 Last Week (Update2)," July 21, 2005.

Bloomberg - WSA, "BARZILAY ZVI,President,SELLS 100,000 ON 7/20/05 OF TOL," July 21, 2005.

Bloomberg - BN, "Biggest NYSE Increases, Decreases in Short Interest vs Float," July 21, 2005.

Bloomberg - WSA, "SICREE JOSEPH R,Officer,SELLS 7,400 ON 7/20/05 OF TOL," July 21, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," July 24, 2005.

Bloomberg - BN, "Putnam's Divney: Equity Markets, Earnings, U.S. Housing Market," July 25, 2005.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending July 22," July 25, 2005.

Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending July 22," July 25, 2005.

Bloomberg - BN, "Putnam's Divney Comments on U.S. Equity Market, Earnings," July 25, 2005.

Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,SELLS 1,000,000 FROM 7/21/05-7/25/05 OF TOL," July 25, 2005.

Bloomberg - BN, "U.S. New Home Sales Probably Rose Last Month: BN Survey Shows," July 26, 2005.

Bloomberg - FLY, "Correction: TOL & JOE downgraded@JMPS not JPHQ [MORE]," July 27, 2005.

Bloomberg - FLY, "TOL & JOE cut to Mkt Perform from Mkt Outperform on valuations@J," July 27, 2005.

Bloomberg - WSA, "TOLL BRUCE E,Director,SELLS 387,000 ON 7/25/05 OF TOL," July 27, 2005.

Bloomberg - BN, "Toll's Rassman, BB&T's Kazprzak: Outlook for Housing Markets," July 28, 2005.

Bloomberg - BN, "Toll Brother's Rassman Comments on U.S. Homebuilding Market," July 28, 2005.

Bloomberg - VOX, "Toll Brothers - CFO Interview," July 28, 2005.

Bloomberg - BN, "Greenspan Housing View Seen Hazardous by Wall Street Economists," August 1, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: 7M05 Highlights," August 1, 2005.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending July 29," August 1, 2005.

Bloomberg - BN, "Weekly Insider Buying and Selling by Company (Correct)," August 1, 2005.

Bloomberg - BN, "Top Buying, Selling by Companies in July (Correct)," August 1, 2005.

Bloomberg - BN, "Top Buying, Selling by Corporate Officers in July (Correct)," August 1, 2005.

Bloomberg - BN, "Greenspan Housing View Seen Hazardous by Economists (Update1)," August 1, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," August 1, 2005.

Bloomberg - BUS, "CORRECTING and REPLACING Zacks.com Announces that the Following," August 2, 2005.

Bloomberg - PZM, "SmallCap Sentinel: Home Prices in 'No Danger of Falling' Says NA," August 2, 2005.

Bloomberg - BN, "Alpine's Lieber: Housing Market Outlook, Homebuilding Stocks," August 3, 2005.

Bloomberg - BN, "Alpine's Lieber Comments on Housing Market, Homebuilders," August 3, 2005.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg - BN, "Tyco, Alcoa Bonds May Weaken Against U.S. Treasuries, CSFB Says," August 3, 2005.

Bloomberg - BUS, "Toll Brothers, Inc. Third Quarter 2005 Outlook Conference Call;," August 3, 2005.

Bloomberg - PZM, "Toll Brothers' Record FY 2005 3rd Qtr Home Bldg Revenues Rise 55," August 4, 2005.

Bloomberg - BN, "Toll's Fiscal Third-Quarter Homebuilding Revenue Rises 55%," August 4, 2005.

Bloomberg - BN, "Al Frank's Buckingham Buys Homebuilders, Welcomes `Bubble Talk'," August 4, 2005.

Bloomberg - BUS, "InsiderScore Publishes Inaugural ``Weekly Insider Report'';," August 4, 2005.

Bloomberg - BT, "Toll Brothers Forecast Teleconference(Transcript) TOL US," August 4, 2005.

Bloomberg - BN, "Freddie Mac Says 30-Year Mortgage Rate Rose to 5.82% (Update1)," August 4, 2005.

Investext - AG Edwards, "Charts of Toll's new orders that were just reported," August 4, 2005.

Investext - Thomson StreetEvents, "TOL - Toll Brothers Outlook Release," August 4, 2005.

Investext - JPMorgan, "Strong 3Q Orders, Higher than Expected Closings; Reiterate Overweight," August 4, 2005.

Investext - Smith Barney Citigroup, "TOL: Increasing FY05 And FY06 Based On Strong 3Q05 Revenues," August 4, 2005.

Investext - Wachovia Securities, "TOL: Downgrading To Market Perform," August 4, 2005.

Bloomberg - BN, "Toll's 3rd-Quarter Homebuilding Revenue Rises 55% (Update4)," August 4, 2005.

Bloomberg - FLY, "Toll Brothers-TOL cut to Mkt Perform from Outperform on valuatio," August 5, 2005.

Bloomberg - BN, "Toll Brothers Cut to `Market Perform' at Wachovia        :TOL US," August 5, 2005.

Bloomberg - BN, "Chesapeake, Impax, Rock-Tenn, S1, ViaSat: U.S. Equity Movers," August 5, 2005.

Investext - Janney Montgomery Scott, LLC, "TOL - Fine Tuning Estimates Leads to Slight Increase in EPS Forecast," August 5, 2005.

Investext - BB&T Capital Markets, "TOL: Orders Up 19% From Q3'04 to the Second-Highest Quarterly Level," August 5, 2005.

Bloomberg - BN, "Friday's U.S. Markets: Stocks, Treasuries Decline; Dollar Rises," August 5, 2005.

Bloomberg - BN, "Baidu.com, Delphi, KB Home, HomeStore: U.S. Equity Movers Final," August 5, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," August 5, 2005.

Bloomberg - BUS, "Schaeffer's Daily Market Blog Features Goodyear Tire & Rubber,," August 5, 2005.

Bloomberg - VOX, "Nightly Business Report," August 5, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," August 7, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: EU Banks-Fundies Fine,Trading No Biggie," August 8, 2005.

Bloomberg - PRN, "MORNING UPDATE: brokersXpress, LLC issues alerts for MSFT, TOL,," August 8, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast its August 25, 2005 Third Qu," August 9, 2005.

Bloomberg, "U.S. Stocks Rise After Fed Comments, Ending Three-Day Retreat," August 9, 2005.

Investext - PriceTarget Research, "Toll Brothers Inc. - PriceTarget Research Report," August 14, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: Flat Yld Implications for the Life Ins.," August 15, 2005.

Bloomberg - BN, "U.S. Aug. Index of Homebuilder Optimism Falls to 67 From 70," August 15, 2005.

Bloomberg - BN, "U.S. July Housing Starts Probably Rose to 2.02 Mln, Survey Says," August 15, 2005.

Bloomberg - BN, "U.S. Aug. Homebuilder Optimism Falls for Second Month (Update2)," August 15, 2005.

Bloomberg - BN, "Shares Bought and Sold From 13F Filings Reported on Aug. 15," August 16, 2005.

Bloomberg - BN, "Toll's Rassman: Housing Market, Demand, Mortgage Rates," August 16, 2005.

Bloomberg - VOX, "Toll Brothers - President & CEO Interview," August 16, 2005.

Bloomberg - FLY, "Toll Brothers-TOL Option implied Volatility spikes to 52 on heav," August 17, 2005.

Bloomberg - NYT, "Be Warned: Mr. Bubble's Worried Again," August 21, 2005.

## APPENDIX B
## DOCUMENTS CONSIDERED

Bloomberg - APW, "Market At Crossroads Of Earnings And Oil," August 21, 2005.
Bloomberg - CSI, "CreditSights: FinMovers-Financial Guarantor Competition Heats Up," August 22, 2005.
Bloomberg - BN, "U.S. New Home Sales Probably Fell Last Month, BN Survey Shows," August 23, 2005.
Bloomberg - VOX, "Stock Market Analysis," August 24, 2005.
Bloomberg - BN, "U.S. New Home Sales Rise 6.5% in July to 1.41 Million Rate," August 24, 2005.
Bloomberg - APW, "Stocks Climb On Bullish Oil Inventory Data," August 24, 2005.
Bloomberg - BN, "U.S. July New Home Sales Rise to 1.41 Million Rate (Update1)," August 24, 2005.
Bloomberg - APW, "New Oil Record Sinks Stocks," August 24, 2005.
Bloomberg - APW, "Stocks Sink As Oil Reaches New Record," August 24, 2005.
Bloomberg - BUS, "Toll Brothers, Inc. Third Quarter 2005 Earnings Conference," August 24, 2005.
Bloomberg - BN, "GM, Keystone, OfficeMax, Pulte Homes, TVI: U.S. Equity Mover," August 24, 2005.
Bloomberg - BN, "Applebee's, Charter, SeaChange: U.S. Equity Movers Final," August 24, 2005.
Bloomberg - APW, "Dow Drops 85 As Oil Reaches Record High," August 24, 2005.
Bloomberg - PZM, "Toll Brothers' Record FY 2005 3rd Qtr Earnings Rise 103 Perc," August 25, 2005.
Bloomberg - APW, "Jump In Corporate Buyouts Boosts Stocks," August 25, 2005.
Bloomberg - APW, "Builder Toll Brothers' 3Q Profit Doubles," August 25, 2005.
Bloomberg - APW, "Stocks Are Flat On Oil Pricing Concerns," August 25, 2005.
Bloomberg - FLY, "On TheFLY: Morning Report [MORE]," August 25, 2005.
Bloomberg - APW, "Stocks Edge Higher Despite Oil Concerns," August 25, 2005.
Bloomberg - BN, "Toll's Quarterly Profit Doubles on Demand for Luxury Homes," August 25, 2005.
Bloomberg - APW, "Stocks Move Higher Despite Oil Concerns," August 25, 2005.
Bloomberg - BN, "Toll Brothers Raised to `Buy' at BB&T Capital          :TOL," August 25, 2005.
Bloomberg - FLY, "Toll Brothers-TOL increasing to Buy from Hold, target $60; i," August 25, 2005.
Bloomberg - BN, "Toll Brothers's Rassman: Fiscal Third-Quarter Profit, Outloo," August 25, 2005.
Bloomberg - EJR, "__*EGAN-JONES RATES TOLL BROTHERS INC," August 25, 2005.
Bloomberg - APW, "Stocks Rise Despite Oil Price Worries," August 25, 2005.
Bloomberg - APW, "Dow Ends Up 16 Despite Oil Price Worries," August 25, 2005.
Bloomberg - APW, "Toll Brothers' 3Q Profit Doubles," August 25, 2005.
Bloomberg - BT, "Toll Brothers Earnings Teleconference(Transcript) TOL US," August 25, 2005.
Investext - Smith Barney Citigroup, "Toll Brothers: Strong Margins, Raising Est/Tgt," August 25, 2005.
Investext - Thomson StreetEvents, "TOL - Q3 2005 Toll Brothers Earnings Conference Call," August 25, 2005.
Investext - BB&T Capital Markets, "TOL: Upgrading to Buy (1) on Strong Q3'05 Results, Weak Stock Price," August 25, 2005.
Investext - Credit Suisse, "Strong Quarter, But Guidance May Disappoint," August 25, 2005.
Investext - JPMorgan, "Strong 3Q Reported; FY06 Guidance Conservative; Reiterate OW Rating," August 25, 2005.
Investext - Wachovia Securities, "TOL: Q3 EPS Of $1.27 Exceeds Our $1.18 Estimate," August 25, 2005.
Bloomberg - BN, "Toll's Profit Doubles on Demand for Luxury Homes (Update5)," August 25, 2005.
Bloomberg - BN, "U.S. Companies Issuing Profit Outlooks for Aug. 25 (Update1)," August 25, 2005.
Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," August 25, 2005.
Bloomberg - BUS, "Schaeffer's Daily Market Blog Features General Motors, Ford," August 25, 2005.
Bloomberg - VOX, "Toll Brothers Inc. - CFO Interview," August 25, 2005.
Bloomberg - APW, "Dow Ends Up 16 Despite Record Oil," August 25, 2005.
Bloomberg - VOX, "Nightly Business Report," August 25, 2005.
Bloomberg - APW, "Toll Brothers Third-Quarter Profit Doubles," August 25, 2005.
Bloomberg - APW, "Dow Ends Up 16 Despite Record Oil Prices," August 26, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - BN, "S&P Mid-Cap Stocks With Highest, Lowest Average Analyst Rating," August 26, 2005.
Bloomberg - VOX, "Toll Brothers - CFO Interview," August 26, 2005.
Investext - AG Edwards, "And the Beat Goes On," August 26, 2005.
Investext - Credit Suisse, "Margins Explode With Pricing," August 26, 2005.
Investext - Smith Barney Citigroup, "TOL: Reports 3Q05 EPS," August 26, 2005.
Investext - Janney Montgomery Scott, LLC, "Toll Beats The Street Despite a Higher Tax Rate," August 26, 2005.
Bloomberg - BN, "U.S. Companies Issuing Outlooks the Week of Aug. 22," August 26, 2005.
Bloomberg - BUS, "Schaeffer's Midday Options Update Features General Motors,," August 26, 2005.
Bloomberg - BN, "U.S. Homebuilding Stocks Seen Rebounding From August's Plunge," August 29, 2005.
Bloomberg - GCP, "Gimme Credit: Toll Brothers: Bubble, Bubble, Toll And Trouble," August 29, 2005.
Dow Jones Newswires, "Reversing a Trend, Home Builders Led Broad Decline in Aug," August 31, 2005.
Bloomberg - WSA, "TOLL ROBERT I,C.O.B.,ACQUIRES 292,000 ON 8/29/05 OF TOL," August 31, 2005.
The Wall Street Journal, "Insider Sales Hit Record at Builders," August 31, 2005.
Bloomberg - CSI, "CreditSights: FinMovers: Katrina Slams the Insurance Sector," September 6, 2005.
Bloomberg - BN, "U.S. August Service Growth Unexpectedly Accelerates (Correct)," September 6, 2005.
Bloomberg - BN, "Hovnanian, KB Home, Take-Two, Ulticom, UST: U.S. Equity Preview," September 7, 2005.
Bloomberg - BN, "Hovnanian, Homebuilders Drop on '06 Forecast: U.S. After-Hours," September 7, 2005.
Bloomberg - BN, "Lennar, McData, John Wiley, Petco, Saucony: U.S. Equity Preview," September 8, 2005.
Bloomberg - NYT, "New Angel To Keep Met Opera On the Air," September 8, 2005.
Bloomberg - BN, "Calpine, Sears, Synaptics, Toll, UST, Yum: U.S. Equity Preview," September 8, 2005.
Bloomberg - BN, "Charles River, Hovnanian, Sears, Ulticom: U.S. Equity Movers," September 8, 2005.
Bloomberg - PZM, "Toll Brothers to Webcast Live Its Presentation at the Banc of Am," September 8, 2005.
Bloomberg - BN, "Homebuilders' Stocks Fall on Concern That Price Gains Will Slow," September 8, 2005.
Bloomberg - BN, "Homebuilders' Stocks Fall on Concern About Pricing (Update1)," September 8, 2005.
Bloomberg - BN, "Friedman Billings's Kucera: Hovnanian and Homebuilder Stocks," September 8, 2005.
Bloomberg - BN, "Hovnanian, Imperial Sugar, Rambus: U.S. Equity Movers Final," September 8, 2005.
Bloomberg - BN, "Harvard's Retsinas Comments on Housing, Hurricane's Effect," September 8, 2005.
Bloomberg - APW, "Toll Brothers To Sponsor Met Opera," September 9, 2005.
Bloomberg - WSA, "BLANK ROBERT S,Director,SELLS 40,000 ON 9/8/05 OF TOL," September 9, 2005.
Bloomberg - CSI, "CreditSights: FinMovers: FICO's Impact On Financials," September 12, 2005.
Investext - Wall Street Strategies, "TOL - Coverage Update and Earnings Assessment Report," September 12, 2005.
Bloomberg - APW, "Donald Trump Beat In Auction For Property," September 13, 2005.
Bloomberg - VOX, "Toll Brothers - Chairman & CEO Interview," September 14, 2005.
Bloomberg - APW, "Judge Approves Sale Of Old Trump Site," September 14, 2005.
Bloomberg - WSA, "BRAEMER RICHARD J,Director,ACQUIRES 30,000 ON 9/12/05 OF TOL," September 14, 2005.
Bloomberg - BN, "Katrina Drives Up Building Materials Costs, Stoking Inflation," September 19, 2005.
Bloomberg - CSI, "CreditSights: FinMovers: Rate/Volume Impact on Financials' ALM," September 19, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - BN, "U.S. Homebuilder Optimism Falls After Hurricane Boosts Costs," September 19, 2005.

Bloomberg - FII, "Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB'," September 19, 2005.

Bloomberg - BUS, "Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB'," September 19, 2005.

Bloomberg - BN, "Katrina Drives Up Building Costs, Stoking Inflation (Update2)," September 19, 2005.

Bloomberg - BN, "U.S. Homebuilder Optimism Falls to Lowest in 2 Years (Update3)," September 19, 2005.

Investext - Fitch Ratings, "Fitch Affirms Toll Brothers Senior Unsecured Debt at 'BBB'," September 19, 2005.

Bloomberg - BN, "Brunswick, Lennar, Tempur-Pedic, Toll: U.S. Equity Movers Final," September 20, 2005.

Bloomberg - BT, "Toll Brothers Presentation Teleconference(Transcript) TOL US," September 20, 2005.

Bloomberg - PRN, "MORNING UPDATE: Seven Summits Research issues alerts for WMT,," September 21, 2005.

Reuters, "RESEARCH ALERT-Citigroup ups Toll Brothers, Technical Olympic," September 21, 2005.

Associated Press, "MDC, KB Home upgrades drive housing stocks," September 21, 2005.

MarketWatch, "J.P. Morgan, Citigroup come to the aid of homebuilders," September 21, 2005.

ComTex News Network, "Briefing.com: Upgrades/Downgrades," September 21, 2005.

Bloomberg - CSI, "CreditSights: Housing: Moving to Underweight," September 22, 2005.

Bloomberg - BN, "Ameren, Diebold, Lennar, Toll, Worthington: U.S. Equity Movers," September 22, 2005.

Bloomberg - BN, "Toll Brothers' Rassman: Impact of Energy Prices on Homebuilders," September 22, 2005.

Bloomberg - BN, "Crystallex, Golden Star, Newmont, U.S. Gold: U.S. Equity Movers," September 22, 2005.

Bloomberg - BN, "Bed Bath & Beyond, Corning, Duratek: U.S. Equity Movers Final," September 22, 2005.

Bloomberg - CSI, "CreditSights: Weekend Reader (September 23)," September 23, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: Reflections on Rita," September 26, 2005.

Bloomberg - BN, "U.S. New Home Sales Fell 9.9% in August to 1.237 Million Rate," September 27, 2005.

Bloomberg - BN, "U.S. New Home Sales Fell 9.9% to 1.237 Million Rate (Update2)," September 27, 2005.

Dow Jones Newswires, "NEWS WRAP: Meritage Homes Raises 2005 Projections," September 28, 2005.

Dow Jones Business News, "UPDATE: Meritage Homes Ups Projections On Demand, Acquisition," September 28, 2005.

AFX Asia, "Home builders down in early trade," September 28, 2005.

Financial Times, "Taser zapped by talk of inquiry WALL STREET," September 28, 2005.

Bloomberg - BUS, "Deutsche Bank Analyst Gregg Schoenleber Initiates Coverage of," September 28, 2005.

Bloomberg - WSA, "TOLL BRUCE E,Director,SELLS 620,000 FROM 9/28/05-9/29/05 OF TOL," September 29, 2005.

New York Times, "Are McMansions Going Out of Style?," October 2, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: Euro Empire Building," October 3, 2005.

Bloomberg - BN, "Insider Buying and Selling by Company for Week Ending Sept. 30," October 3, 2005.

Bloomberg - BN, "Insider Buying and Selling by Officer for Week Ending Sept. 30," October 3, 2005.

Bloomberg - BN, "Top Buying, Selling by Companies in September," October 3, 2005.

Bloomberg - BN, "Top Buying, Selling by Corporate Officers in September," October 3, 2005.

USA TODAY, "Home builder optimistic in his outlook for market," October 3, 2005.

Bloomberg - NYT, "Home Builders' Stock Sales: Diversifying or Bailing Out?," October 4, 2005.

Bloomberg - CSI, "CreditSights: Homebuilders--When Will The Housing Cycle Turn?," October 4, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - BN, "U.S. Home Builder Insider Stock Sales Jump, NYT Says (Correct)," October 4, 2005.

Bloomberg - BN, "AmSurg, CancerVax, Kodak, Lexmark, Sun: U.S. Equity Movers," October 4, 2005.

Investext - Deutsche Bank, "Initiated Coverage with a Buy," October 4, 2005.

Bloomberg - BN, "AmSurg, CancerVax, Lexmark, Nu Skin: U.S. Equity Movers Final," October 4, 2005.

Bloomberg - APW, "Stocks Decline On Service Sector Reading," October 5, 2005.

Bloomberg - APW, "Stocks Drop On Service Sector Reading," October 5, 2005.

Bloomberg - FII, "Fitch: IDRs for U.S. Homebuilding/Building Materials Sector," October 5, 2005.

Bloomberg - BUS, "Fitch Release of Issuer Default Ratings for U.S.," October 5, 2005.

Bloomberg - APW, "Dow Off 56 As Economic News Extends Slide," October 5, 2005.

Bloomberg - BN, "BE Aerospace, Harley-Davidson, Pulte Homes: U.S. Equity Movers," October 5, 2005.

Bloomberg - APW, "Dow Ends Down 124 On Weak Economic Report," October 6, 2005.

Bloomberg - FII, "Fitch: U.S. Homebuilding Metrics To Slow Going Into 2006," October 6, 2005.

Bloomberg - FII, "Fitch Teleconf: 4Q05 Preview for US Homebuilders, 10/7, 11am," October 6, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: Category 4 ALM Roar," October 11, 2005.

Bloomberg - WSA, "SICREE JOSEPH R,Officer,ACQUIRES 2,000 ON 10/11/05 OF TOL," October 12, 2005.

Bloomberg - BN, "Philadelphia Trust's Sichel: U.S. Stocks, Strategy and Picks," October 13, 2005.

Bloomberg - NYT, "Chasing Ground," October 16, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: EU Fin'ls - Tracking CDS Relative Value," October 17, 2005.

Bloomberg - BN, "U.S. Index of Homebuilder Optimism Rose to 67 in October," October 18, 2005.

Bloomberg - BN, "Toll Brothers Cut to `Neutral' at Banc of America        :TOL US," October 19, 2005.

Bloomberg - BN, "Toll, MDC Fall After Bank of America Downgrades Homebuilders," October 19, 2005.

Bloomberg - BUS, "Schaeffer's Street Chatter Highlights the Following Stocks:," October 19, 2005.

Bloomberg - EJR, "__*EGAN-JONES RATES TOLL BROTHERS INC," October 19, 2005.

Bloomberg - BN, "Toll, MDC Stock Ratings Downgraded by Bank of America (Update4)," October 19, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," October 19, 2005.

Bloomberg - CSI, "CreditSights: MDC and Ryland 3Q05: Frustrated Foundations," October 20, 2005.

Bloomberg - BN, "Freddie Mac Says 30-Year Mortgage Rate Rose to 6.1% (Update1)," October 20, 2005.

Bloomberg - BN, "Biggest NYSE Increases, Decreases in Short Interest vs Float," October 20, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: 3Q Inflection Points," October 24, 2005.

Bloomberg - PRN, "AT&T Wins $3 Million Contract From Toll Brothers," October 26, 2005.

Bloomberg - FLY, "Toll Brothers-TOL Option implied Volatility of 50 is above 26-we," October 27, 2005.

Investext - Institutional Shareholder Services (ISS), "Global Proxy Analysis," October 27, 2005.

Bloomberg - BL, "PHOENIX INV. HOLDING v. NOSAN & SILVERMAN HOMES, 126561 (Mich. 2," October 28, 2005.

Bloomberg - CSI, "CreditSights: FinMovers: Lessons Learned in PC Land," October 31, 2005.

Bloomberg - PZM, "Toll Brothers' November 3, 2005 Presentation at the UBS Building," October 31, 2005.

Bloomberg - PZM, "Toll Brothers' Website to Broadcast Its November 8, 2005 'Fourth," November 1, 2005.

The Globe and Mail (Canada), "In hard times, luxury may be best," November 2, 2005.

RealMoney.com, "Bull Run Resumes for Stocks," November 2, 2005.

Reuters, "UPDATE 4-Beazer Homes quarterly profit more than doubles," November 2, 2005.

Bloomberg - FLY, "A look at what some of the cash rich companies could do with the," November 5, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - CSI, "CreditSights: FinMovers: Rethinking REITs," November 7, 2005.
Bloomberg - BUS, "Toll Brothers, Inc. Fourth Quarter 2005 Outlook Conference," November 7, 2005.
Bloomberg - FLY, "On TheFLY: Market On Close Report [MORE]," November 7, 2005.
Bloomberg - APW, "Auto, Housing Sectors Worry Wall Street," November 8, 2005.
Bloomberg - PZM, "Toll Brothers' Record FY 2005 4th Qtr Home Bldg Revenues Rise 39," November 8, 2005.
Bloomberg - BN, "Toll's Homebuilding Revenue Increased 39% in Fourth Quarter," November 8, 2005.
Bloomberg - APW, "Toll Brothers Cuts 2006 Deliveries View," November 8, 2005.
Bloomberg - APW, "Stocks Dip On Auto, Housing Sector Worries," November 8, 2005.
Bloomberg - APW, "Stocks Mixed On Auto, Housing Concerns," November 8, 2005.
Bloomberg - FLY, "On TheFLY: Morning Report [MORE]," November 8, 2005.
Bloomberg - APW, "Toll Bros. Cuts '06 Home Deliveries View," November 8, 2005.
Bloomberg - FLY, "Toll Brothers-TOL downgraded to Market Perform from Outperform@R," November 8, 2005.
Bloomberg - APW, "Stocks Slump On Auto, Housing Concerns," November 8, 2005.
Bloomberg - BN, "EchoStar, Given, NetEase.com, Serono, Toll: U.S. Equity Preview," November 8, 2005.
Bloomberg - BN, "Toll Brothers Shares Drop on Lower 2006 Forecast for Home Sales," November 8, 2005.
Bloomberg - APW, "Toll Brothers Cuts 2006 Sales Forecast," November 8, 2005.
Bloomberg - APW, "Auto, Housing Concerns Pressure Stocks," November 8, 2005.
Bloomberg - BN, "Toll Brothers Shares Drop on Lower Sales Forecast (Update2)," November 8, 2005.
Bloomberg - BUS, "NYSSA Presents 9th Annual Homebuilding Industry Conference," November 8, 2005.
Bloomberg - APW, "Stocks Decline On Auto, Housing Concerns," November 8, 2005.
Bloomberg - BN, "Caremark. HouseValues, NetEase.com, Toll: U.S. Equity Movers," November 8, 2005.
Bloomberg - BN, "Toll Brothers Cut to `Market Perform' at Raymond James  :TOL US," November 8, 2005.
Bloomberg - BN, "U.S. Treasury Notes Rise as Yields May Tempt Buyers at Auctions," November 8, 2005.
Bloomberg - BN, "Toll Brothers Cuts Forecast as Housing Market Weakens (Correct)," November 8, 2005.
Bloomberg - BN, "Treasuries Rise as Government Prepares to Sell $44 Bln of Debt," November 8, 2005.
Bloomberg - APW, "Dow Ends Down 47, Nasdaq Finishes Down 6," November 8, 2005.
Bloomberg - BN, "Wells Fargo's Anderson: Housing Market Outlook, Energy Prices," November 8, 2005.
Bloomberg - GCP, "Gimme Credit Comments on Toll Brothers' New Guidance," November 8, 2005.
Bloomberg - BN, "Wells Fargo's Anderson Comments on U.S. Economy, Housing," November 8, 2005.
Bloomberg - EJR, "__*EGAN-JONES RATES TOLL BROTHERS INC," November 8, 2005.
Bloomberg - BN, "JMP Securities' Wilson Comments on the Home-Building Outlook," November 8, 2005.
Bloomberg - BN, "UBS Securities' Whelan: Toll Brothers' Reduced Sales Forecast," November 8, 2005.
Bloomberg - BN, "Canadian Stocks Retreat; Magna Drops on Earnings, Rona Falls," November 8, 2005.
Bloomberg - BN, "UBS's Whelan Comments on Toll Brothers, Home Builders' Outlook," November 8, 2005.
Bloomberg - APW, "Japanese Stocks Decline In Early Trading," November 8, 2005.
Bloomberg - BN, "Seaport Securities' Weisberg Comments on Home Builders, Stocks," November 8, 2005.
Bloomberg - BN, "Bank of America Says Swiss Franc Poised to Rally Against Dollar," November 8, 2005.

## APPENDIX B
### DOCUMENTS CONSIDERED

Bloomberg - BN, "Hovnanian Comments on U.S. Housing Market, Demand, Investors," November 8, 2005.

Bloomberg - BN, "Toll Brothers Teleconference: Reduced 2006 Sales Forecast," November 8, 2005.

Investext - AG Edwards, "Graph Of Toll's New Orders: The Trend Is Not Toll's Friend," November 8, 2005.

Investext - Thomson StreetEvents, "TOL - Toll Brothers 4th Quarter Outlook Conference Call," November 8, 2005.

Investext - Deutsche Bank, "Toll Brothers Q4/FY05 Preliminary Outlook," November 8, 2005.

Investext - Bear Stearns, "Take the Pedal Off the Metal," November 8, 2005.

Investext - Deutsche Bank, "Toll Brothers Q4/FY05 Preliminary Outlook," November 8, 2005.

Investext - JPMorgan, "Decreasing FY06E on Lowered Closings Guidance; Maintain OW Rating," November 8, 2005.

Investext - Smith Barney Citigroup, "TOL: FLASH: Reports 4Q05 Orders and Revenues," November 8, 2005.

Investext - Deutsche Bank, "Not All Homebuilders Created Equal," November 8, 2005.

Investext - JPMorgan, "Post Call: Lower Guidance Mostly NOT Demand Driven," November 8, 2005.

Investext - Wachovia Securities, "TOL: Q4 Order Growth Misses Our Expectations, Revenues Beat Raising 2005E EPS, Lowering 2006 Estimates Slightly," November 8, 2005.

Bloomberg - BUS, "Schaeffer's S&P 500 Index Hot Stocks Features QUALCOMM, Noble," November 8, 2005.

Bloomberg - BUS, "Schaeffer's Daily Market Blog Features Merrill Lynch, Toll," November 8, 2005.

Bloomberg - FLY, "On TheFLY: Market On Close Report [MORE]," November 8, 2005.

Bloomberg - BN, "Dynegy, Fossil, Salix, Toll, Visteon: U.S. Equity Movers Final," November 8, 2005.

Bloomberg - BN, "Toll Brothers' Rassman: Reduced 2006 Sales Forecast, Industry," November 8, 2005.

Bloomberg - BN, "Australian Dollar Rises as Commodity Price Index Halts Slide," November 8, 2005.

Bloomberg - BN, "Rating Changes, New Coverage on North American Stocks," November 8, 2005.

Bloomberg - BUS, "Schaeffer's Midday Options Update Features Advanced Micro," November 8, 2005.

Bloomberg - BN, "Canadian Stocks Snap Seven-Day Rally; Magna, Rona Shares Drop," November 8, 2005.

Bloomberg - BN, "Toll Brothers Cuts Sales Forecast as Market Weakens (Update5)," November 8, 2005.

Bloomberg - BN, "Rinker 2nd-Qtr Profit Rises 44% on U.S. Housing Boom (Update2)," November 8, 2005.

Bloomberg - BN, "Japan Bonds May Rise on View Machine Orders Fell in September," November 8, 2005.

Bloomberg - APW, "Toll Brothers Cuts Sales Outlook For 2006," November 8, 2005.

Bloomberg - VOX, "Nightly Business Report," November 8, 2005.

Bloomberg - BN, "Japan Bonds May Gain on View Machinery Orders Fell (Correct)," November 8, 2005.

Bloomberg - BN, "Rinker Says Second-Half Profit Growth to Slow, Shares Decline," November 8, 2005.

Bloomberg - BT, "Toll Brothers Forecast Teleconference(Transcript) TOL US," November 8, 2005.

Bloomberg - KLS, "disappointing outlook from luxury homebuilder Toll Brothers spa," November 8, 2005.

Bloomberg - BN, "Asian Bank Stocks Drop; Mizuho Slides After Goldman Rating Cut," November 8, 2005.

Bloomberg - BN, "Bear Stearns' Ryding Comments on U.S. House Market, Treasuries," November 8, 2005.

Bloomberg - BN, "Australian Dollar Rises as Commodity Prices May Boost Demand," November 8, 2005.

Bloomberg - VOX, "Toll Brothers -- Chairman & CEO Interview," November 8, 2005.

Bloomberg - BN, "Asian Technology Stocks Gain, Led by United Micro; Banks Slide," November 8, 2005.

**APPENDIX B**
**DOCUMENTS CONSIDERED**

Bloomberg - BN, "Japan's Bonds Gain on Speculation Reports to Show Slower Growth," November 8, 2005.
Bloomberg - BN, "Rinker's Clarke: Growth Outlook, Strategy, U.S. Housing Market," November 8, 2005.


**Other**

10-K Wizard.

Bloomberg, L.P.

Capital IQ.

Center for Research in Security Prices, http://www.crsp.com/.

Dow Jones Factiva.

http://www.sec.gov/about/forms/forms-3.pdf.

Investext, Thomson Research.

*Journal of Finance*, 2005 – 2008.

*Journal of Financial Economics*, 2005 – 2008.

LexisNexis.

Morningstar, Cost of Capital 2007 Yearbook, 2007, page 23.

NYSEData.com Factbook.

NYSE TAQ Data, http://www.nyxdata.com/.

OptionMetrics.

*Review of Financial Studies*, 2005 – 2008.

The New York Stock Exchange Listed Company Manual for 2004.

Thomson Reuters.

Toll Brothers Inc., DEF 14A, February 10, 2003.

Toll Brothers Inc., DEF 14A, February 17, 2004.

Toll Brothers Inc., DEF 14A, February 18, 2005.

Toll Brothers Inc., DEF 14A, February 01, 2006.

U.S. Securities and Exchange Commission, Revisions to the Eligibility Requirements for Primary
    Securities Offerings on Forms S-3 and F-3, December 19, 2007.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2010, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on May 14, 2010.

<u>s/ SPENCER A. BURKHOLZ</u>
SPENCER A. BURKHOLZ

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:SpenceB@rgrdlaw.com

# Mailing Information for a Case 2:07-cv-01513-CDJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MATTHEW ALPERT**
  malpert@csgrr.com,e_file_sd@csgrr.com

- **LAURA ANDRACCHIO**
  lauraa@csgrr.com,e_file_sd@csgrr.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **SPENCER A. BURKHOLZ**
  spenceb@lerachlaw.com,e_file_sd@lerachlaw.com

- **MICHAEL P. CARROLL**
  michael.carroll@davispolk.com

- **ANTHONY WARNER CLARK**
  anthony.clark@skadden.com

- **WILLIAM F. CLARKE , JR**
  william.clarke@skadden.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **DANIEL M. GONEN**
  daniel.gonen@skadden.com

- **ROBERT C. HEIM**
  robert.heim@dechert.com,lisa.ricchezzs@dechert.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **KIMBERLY A. LAMAINA**
  klamaina@skadden.com,dlmlcwas@skadden.com

- **CHRISTOPHER P. MALLOY**
  christopher.malloy@skadden.com,paris.abell@skadden.com,jason.skorupka@skadden.com

- **RAJESH RAY MANDLEKAR**
  raym@csgrr.com,e_file_sd@csgrr.com

- **JONATHAN D. MARTIN**
  jonathan.martin@davispolk.com,ecf.ct.papers@dpw.com,seth.caffrey@davispolk.com,kevin.vanlandingham@dpw.com

- **SHANNON MCKENNA MATERA**
  SMatera@csgrr.com,e_file_sd@csgrr.com

- **MICHAEL J. NEWMAN**
  michael.newman@dechert.com,lisa.ricchezza@dechert.com

- **ALYSON M. OSWALD**
  alyson.oswald@dechert.com,lisa.ricchezza@dechert.com

- **RUSSELL D. PAUL**
  rpaul@bm.net,kwalker@bm.net,lbauer@bm.net

- **BARBARA A. PODELL**
  bpodell@bm.net,emagnus@bm.net

- **EDMUND POLUBINSKI , III**
  edmund.polubinski@davispolk.com

- **SHERRIE R. SAVETT**
  ssavett@bm.net,sdavis@bm.net,mgatter@bm.net

- **ROBERT E. ZIMET**
  robert.zimet@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)