UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF HIALEAH EMPLOYEE'S RETIREMENT SYSTEM and LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>TOLL BROTHERS, INC., et al.,<br><br>                Defendants. | Civ. Action No. 07-1513<br><br>CLASS ACTION<br><br>The Honorable C. Darnell Jones II<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

583440_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, telephonically on November 2, 2010, at 2:00 p.m., upon the accompanying memorandum of law and the Stipulation of Settlement dated October 25, 2010, Lead Plaintiffs, by and through their attorneys, hereby move the Court, before the Honorable C. Darnell Jones, II, United States District Judge for the Eastern District of Pennsylvania, for an order granting preliminary approval of the proposed settlement of this class action, pursuant to Federal Rule of Civil Procedure 23(e). The dial-in telephone number for this telephonic hearing is 1-800-504-8071, and the access code is 7444920.

DATED: October 28, 2010

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
KEITH F. PARK
SPENCER A. BURKHOLZ
DEBRA J. WYMAN
SHANNON M. MATERA
MATTHEW I. ALPERT

s/ Keith F. Park
KEITH F. PARK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
RUSSELL D. PAUL
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

Co-Lead Counsel for Plaintiffs

583440_1

CYPEN & CYPEN
STEPHEN H. CYPEN
777 Arthur Godfrey Road, Suite 320
Miami Beach, FL 33140
Telephone: 305/532-3200
305/535-0050 (fax)

WEINBERG ROGER & ROSENFELD, P.C.
BARRY HINKLE
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: 510/337-1001
510/337-1023 (fax)

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2010.

s/ Keith F. Park
KEITH F. PARK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: KeithP@rgrdlaw.com

583440_1

## Mailing Information for a Case 2:07-cv-01513-CDJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MATTHEW ALPERT**
  malpert@csgrr.com,e_file_sd@csgrr.com

- **LAURA ANDRACCHIO**
  lauraa@csgrr.com,e_file_sd@csgrr.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **SPENCER A. BURKHOLZ**
  spenceb@lerachlaw.com,e_file_sd@lerachlaw.com

- **MICHAEL P. CARROLL**
  michael.carroll@davispolk.com

- **ANTHONY WARNER CLARK**
  anthony.clark@skadden.com

- **WILLIAM F. CLARKE , JR**
  william.clarke@skadden.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **DANIEL M. GONEN**
  daniel.gonen@skadden.com

- **ROBERT C. HEIM**
  robert.heim@dechert.com,lisa.ricchezzs@dechert.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **KIMBERLY A. LAMAINA**
  klamaina@skadden.com,dlmlcwas@skadden.com

- **CHRISTOPHER P. MALLOY**
  christopher.malloy@skadden.com,paris.abell@skadden.com,jason.skorupka@skadden.com

- **RAJESH RAY MANDLEKAR**
  raym@csgrr.com,e_file_sd@csgrr.com

- **JONATHAN D. MARTIN**
  jonathan.martin@davispolk.com,ecf.ct.papers@dpw.com,seth.caffrey@davispolk.com,kevin.vanlandingham@dpw.com

- **SHANNON MCKENNA MATERA**
  SMatera@csgrr.com,e_file_sd@csgrr.com

- **MICHAEL J. NEWMAN**
  michael.newman@dechert.com,lisa.ricchezza@dechert.com

- **ALYSON M. OSWALD**
  alyson.oswald@dechert.com,lisa.ricchezza@dechert.com

- **KEITH F. PARK**
  keithp@rgrdlaw.com

- **RUSSELL D. PAUL**
  rpaul@bm.net,kwalker@bm.net,lbauer@bm.net

- **BARBARA A. PODELL**
  bpodell@bm.net,emagnus@bm.net

- **EDMUND POLUBINSKI , III**
  edmund.polubinski@davispolk.com

- **SHERRIE R. SAVETT**
  ssavett@bm.net,sdavis@bm.net,mgatter@bm.net

- **ROBERT E. ZIMET**
  robert.zimet@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)